# **EXHIBIT A**

| SONG TITLE | COMPOSERS | Copyright Registration |
|---|---|---|
| Coastal | Thrasher/Mobley/Mobley | PA0001729084 |
| Ghosts In Empty Houses | Siegel | PA0001881072 |
| The Awakening | Wilson/Catchpole | PA0001869955 |
| All The Heavy Lifting | Hinds/Dailor/Kelliher/Sanders | PA0001867941 |
| Take Me Home | Adler/Perl | PA0001880221 |
| Somebody | Thornewill | PA0001869859 |
| Oh, Emily | Siegel | PA0001881072 |
| At Last | Thornewill | PA0001869859 |
| Say When | Siegel | PA0001881072 |
| Don't Let Me Fall Behind | Thornewill | PA0001869859 |
| Dead | Siegel | PA0001881072 |
| Adulthood | Thornewill | PA0001869859 |
| Devils On Our Side | Thornewill | PA0001869859 |
| All For Love | Thornewill | PA0001869859 |
| Man In The Moon | Siegel | PA0001881072 |
| Everybody Knows | Thornewill | PA0001869859 |
| The Spiritual | Thornewill | PA0001869859 |
| Dope Peddler | Crawford/Epps/Brown | PA0001817873 |
| Loco-Motive | Jones/Wilson | PA0001880621 |
| Be Free, A Way | Coyne/Drozd | PA0001860262 |
| The Terror | Coyne/Drozd | PA0001860262 |
| Try To Explain | Coyne/Drozd | PA0001860262 |
| Turning Violent | Coyne/Drozd | PA0001860262 |
| You Are Alone | Coyne/Drozd | PA0001860262 |
| You Lust | Coyne/Drozd | PA0001860262 |
| The New Black | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| Locked Out Of Heaven | Hernandez/Lawrence/Levine | PA0001820283 |
| Young Girls | Hernandez/Lawrence/Levine/Bhasker/Haynie | PA0001850610 |
| Moonshine | Bhasker/Hernandez/Lawrence/Levine/Ronson | PA0001850620 |
| When I Was Your Man | Hernandez/Lawrence/Levine/Wyatt | PA0001850617 |
| Money Make Her Smile | Hernandez/Lawrence/Levine/Brown | PA0001850611 |
| If I Knew | Hernandez/Lawrence/Levine | PA0001850609 |

| | | |
|---|---|---|
| Show Me | Hernandez/Lawrence/Levine/Chin-Quee/Chin | PA0001850612 |
| Treasure | Acito/Berland/Brown/Hernandez/Lawrence/L | PA0001850622 |
| Tears Always Win | Hernandez/Lawrence/Keys/Bhasker | PA0001851229 |
| What You Need | Crawford/Garrett/Abernathy | PA0001853150 |
| So Sick | Crawford/Ellington/Garrett | PA0001853151 |
| Let Me Go | Crawford/Garrett/Abernathy/Zachrisson/Yt | PA0001852883 |
| Swim and Sleep (Like a Shark) | Nielson | PA0001839017 |
| So Good at Being in Trouble | Nielson | PA0001839017 |
| One At A Time | Nielson | PA0001839017 |
| The Opposite of Afternoon | Nielson | PA0001839017 |
| No Need For a Leader | Nielson | PA0001839017 |
| Monki | Nielson | PA0001839017 |
| Dawn | Nielson | PA0001839017 |
| Faded in the Morning | Nielson | PA0001839017 |
| Secret Xtians | Nielson | PA0001839017 |
| Harlem | Sinclair/Boyd/Hansen/Viola | PA0001865093 |
| If Only | Wilson/Wigmore | PA0001871013 |
| Juniper | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| My Own Mistakes | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| Morocco | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| Change | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| Suspicious | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| Beaches | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| Young Journey | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| Running Wild | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| River Water | Bailey/Putnam/Ritter/Terndrup/Thomson | PA0001868920 |
| Bliss | Brichard/Hamilton/Stephens/Taylor | PA0001853345 |
| Nothing's Funny | Weinman/Puciato | PA0001861032 |
| Understanding Decay | Weinman/Puciato | PA0001861032 |
| Paranoia Shields | Weinman/Puciato | PA0001861032 |
| Magic That I Held You Prisoner | Weinman/Puciato | PA0001861032 |

| Cross Burner | Weinman/Puciato | PA0001861032 |
|---|---|---|
| Before Your Very Eyes... | Waronker/Yorke/Godrich/Refosco/BALZARY | PA0001853335 |
| Ingenue | Waronker/Yorke/Godrich/Refosco/BALZARY | PA0001853335 |
| Dropped | Waronker/Yorke/Godrich/Refosco/BALZARY | PA0001853335 |
| Unless | Waronker/Yorke/Godrich/Refosco/BALZARY | PA0001853335 |
| Stuck Together Pieces | Waronker/Yorke/Godrich/Refosco/BALZARY | PA0001853335 |
| Judge, Jury and Executioner | Waronker/Yorke/Godrich/Refosco/BALZARY | PA0001853335 |
| Reverse Running | Waronker/Yorke/Godrich/Refosco/BALZARY | PA0001853335 |
| Amok | Waronker/Yorke/Godrich/Refosco/BALZARY | PA0001853335 |
| I Wanna Be A Warhol | Skiba/Andriano/Grant | PA0001859681 |
| Renacer | Comitas/Nielsen/Roach/Smith/Trapp | PA0001881394 |
| Holy Mountain | Comitas/Nielsen/Roach/Smith/Trapp | PA0001881394 |
| Courage Of The Knife | Nielsen/Trapp/Comitas/Roach/Smith | PA0001881394 |
| Snake Bite | Nielsen/Trapp/Comitas/Roach/Smith | PA0001881394 |
| Canine | Nielsen/Trapp/Comitas/Roach/Smith | PA0001881394 |
| Glass | Nielsen/Trapp/Comitas/Roach/Smith | PA0001881394 |
| The Path | Nielsen/Trapp/Comitas/Roach | PA0001881392 |
| The Beginning | Bareilles/Fauntleroy Ii/Hollis/Michaelso | PA0001887741 |
| Red City | Mayorga/Rand/Root/Taylor | PA0001856397 |
| Black John | Mayorga/Rand/Root/Taylor | PA0001856397 |
| Sadist | Mayorga/Rand/Root/Taylor | PA0001856397 |
| Gravesend | Mayorga/Rand/Root/Taylor | PA0001856397 |
| Ancient Tombs | Nielsen/Trapp/Comitas/Roach/Smith/Lopez/ | PA0001881390 |
| Back On The Ground | Beathard/Martin/Thrasher | PA0001784525 |
| Ballin Out | Cardiak/Combs/Jeremih/Kharbouch | PA0001876466 |
| Bandz A Make Her Dance | Carter/Epps/Garner/Houston/Williams | PA0001872632 |
| Butterflies | Evigan/Johnson/Johnson/Lomax/Watters | PA0001869700 |
| By the Grace of God | Wells/Perry | PA0001878338 |
| The Uncanny Valley | Mayorga/Rand/Root/Taylor | PA0001856397 |
| Blue Smoke | Mayorga/Rand/Root/Taylor | PA0001856397 |

| The Conflagration | Mayorga/Rand/Root/Taylor | PA0001856397 |
| Beautiful | Gracia/Kakaty/Karkazis/Lichtenstein | PA0001867307 |
| Believer | Shelley/Barnett/Sanchez/Rublin/Goodman/Accetta | PA0001898746 |
| Best day Of My Life | Shelley/Barnett/Sanchez/Rublin/Goodman/Accetta | PA0001898750 |
| Undo It | Underwood/DioGuardi/Frederiksen/Laird | PA0001771815 |
| Bawitdaba | Ritchie/Shafer/Krause | PA0001009073 |
| Hook Me Up | Bon Jovi/Sambora/Carlsson/Child | PA0001643930 |