UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMG RIGHTS MANAGEMENT (US) LLC, et al., )
)
Plaintiffs, )
)
v. )  No. 1:14cv1611 (LO / JFA)
)
COX ENTERPRISES, INC. et al., )
)
Defendants. )

## ORDER

This matter is before the Court on the consent motion made by Defendants for an extension of time in which to file their response to the *First Amended Complaint*. Upon consideration whereof, and there being no opposition thereto, it is hereby

ORDERED that the motion is GRANTED **IN PART**, and Defendants may file their response to the *First Amended Complaint* no later than ~~February 2~~ **January 20**, 2015.

ENTERED this **5th** day of **January** 20**15**.

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge