AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| BMG Rights Management (US) LLC, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:14-cv-1611 (LOG/JFA) |
| Cox Enterprises, Inc., et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BMG Rights Management (US) LLC and Round Hill Music LP

Date: 02/19/2015

*Attorney's signature*

Paul A. Gennari (VSB #46890)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036
*Address*

pgennari@steptoe.com
*E-mail address*

(202) 429-3000
*Telephone number*

(202) 429-3902
*FAX number*