UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 1:14cv1611 (LO / JFA) |
| COX ENTERPRISES, INC. *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

**CONSENT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER**

PURSUANT to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants move for entry of the attached proposed *Stipulated Protective Order*. Plaintiffs consent to entry of the *Stipulated Protective Order*. The parties do not seek oral argument on this motion.

Dated: March 5, 2015

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355 (NEW)
craig.reilly@ccreillylaw.com
*Counsel for Defendants*

*Of Counsel for Defendants:*

Andrew P. Bridges (*pro hac vice* pending)
FENWICK & WEST LLP
555 California Street
San Francisco, California 94104
TEL (415) 875-2389
FAX (415) 281-1350
abridges@fenwick.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2015, the foregoing was filed electronically through the Court's CM/ECF system and served upon all registered users:

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-2604
craig.reilly@ccreillylaw.com
*Counsel for Defendants*