MAGISTRATE JUDGE: __Anderson__    DATE: __3-11-15__

CA- __14-1611__

Time: __11:08__
      __11:10__

APPEARANCES:  Counsel for:  Plaintiff (✓)  Defendant (✓)  Pro-se ( )

INITIAL PRETRIAL CONFERENCE

DISCOVERY PLAN:  ( ) APPROVED    ( ) APPROVED AS AMENDED
                 ( ) FILE By _____

CONSENT TO TRIAL BY A MAGISTRATE JUDGE:  ( ) YES Consent signed

ADR/SETTLEMENT:  ( ) PENDING   ( ) WILL DISCUSS   ( ) OTHER

(✓)  ORDER TO ISSUE

Case Continued to _____ @ _____ for 16(b) Conference.

motion (42) Extension of time (discovery - granted)