# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP,<br><br>    Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., COXCOM, LLC<br>    Defendants. | Case No. 1:14-cv-1611(LOG/JFA) |

## ORDER

This matter is before the Court on the parties' consent motion (Doc. 66) to modify certain aspects of the Rule 16(b) Scheduling Order (the "Scheduling Order") (Doc. 49) and the Proposed Joint Discovery Plan Pursuant to Rule 26(f) (the "Discovery Plan") (Doc. 42-1) (which is incorporated by reference into the Scheduling Order). Upon consideration whereof, for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**, and the following discovery and pretrial events shall be conducted on the *new* schedule set forth below:

| *EVENT* | *Current Date* | *New Date* |
|---|---|---|
| Substantial Completion of Document Production | May 7, 2015 | **May 14, 2015** |
| Initial Expert Reports | June 5, 2015 | **June 19, 2015** |
| Rebuttal Expert Reports | June 26, 2015 | **July 10, 2015** |
| Reply Expert Reports | July 10, 2015 | **July 24, 2015** |

And it is further

  **ORDERED** that, except as modified herein or by prior orders of the Court, the terms of the Scheduling Order and Discovery Order remain in effect.

      ENTERED this _____ day of May, 2015.

Alexandria, Virginia           _____
                    John F. Anderson
                    United States Magistrate Judge