**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.  1:14-cv-1611(LOG/JFA) |
| **COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., COXCOM, LLC** | ) ) ) ) | |
| Defendants. | ) ) | |

**BMG RIGHTS MANAGEMENT (US) LLC AND ROUND HILL MUSIC LP'S CORRECTED MOTION TO COMPEL THE IDENTITIES OF THE DIRECT INFRINGERS**

Pursuant to Federal Rule 37 and Local Rule 37, Plaintiffs BMG Rights Management (US) LLC and Round Hill Music LP (collectively "Copyright Holders") respectfully submit this Motion to Compel Defendant Cox Communications Inc. ("Cox") to comply with the Copyright Holders' discovery request to identify the names and other related information of its subscribers that have been the subject of infringement notices for the copyrighted works at issue in this case. Specifically, the Copyright Holders move the Court to order Cox answer Interrogatory No. 13 which asks for the names and other related information of Cox's subscribers that directly infringe the copyrighted works at issue in this case.

For the reasons set forth in the accompanying Memorandum in Support, the Court should grant the Motion.

**Local Rule 37(E) Meet and Confer Statement**

Counsel for Copyright Holders held a telephonic meet and confer with Defendants' counsel on April 30 and May 6, 2015 concerning Cox's response to Interrogatory No. 13. Relying on the Cable Privacy Act and the need for a Court Order prior to production of subscriber information, the parties were unable to resolve this dispute.   Cox indicated that it will oppose this motion.

Respectfully submitted,

/s/ Paul Gennari

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
1700 K Street, NW
Washington, DC 20006
Tel:  (202) 540-7157
Fax:  (202) 540-7201

Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.:  (202) 429-3000
Fax:  (202) 429-3902

*Of Counsel*

Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
Elizabeth McKenzie (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel.:  (202) 429-3000
Fax:  (202) 429-3902

Michael O. Crain
Crain Law Group, LLC
The Bottleworks
297 Prince Avenue, Suite 24
Athens, Georgia  30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on May 11, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

                      /s/ Paul Gennari
                      Paul Gennari (VSB No. 46890)
                      pgennari@steptoe.com
                      STEPTOE & JOHNSON, LLP
                      1330 Connecticut Ave, NW
                      Washington, DC 20036
                      Tel.:  (202) 429-3000
                      Fax:  (202) 429-3902