IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 1:14cv1611 (LO/JFA) |

### ORDER

On Friday, May 15, 2015, counsel for the parties appeared before the court to present argument on plaintiffs' Motion to Compel the Identities of the Direct Infringers (Docket no. 71). Upon consideration of the motion, the memorandum in support (Docket no. 72), defendants' opposition (Docket no. 74), plaintiffs' reply (Docket no. 76), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' Motion to Compel the Identities of the Direct Infringers is granted in part and denied in part. Defendants shall produce customer information associated with the "Top 250 IP Addresses recorded to have infringed in the six months prior to filing the Complaint" as identified in Exhibit 4 of defendants' Memorandum in Support of their Motion to Compel the Identities of the Direct Infringers (Docket no. 72). This production shall include the information as requested in Interrogatory No. 13, specifically: name, address, account number, the bandwidth speed associated with each account, and associated IP address of each customer. Defendants shall also provide a copy of any documents previously produced for these IP addresses without the name, address, account number, and bandwidth speed being redacted.

Defendants will be given twenty-one (21) days from the entry of this Order to produce the requested information.

    Entered this 15th day of May, 2015.

                                                             /s/
                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia