IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:14cv1611 (LO/JFA) |
| v. | ) ) |
| COX ENTERPRISES, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

On June 2, 2015, the undersigned received a letter with attachments from an individual who currently has one of the IP addresses identified by the plaintiff as number 240 in Exhibit 4 to the memorandum in support of the motion to compel. (Docket no. 74). As addressed in the letter and attachments, the start date for the internet service provided by the defendant to this individual began after the alleged infringement dates set forth in Exhibit 4. It is hereby

ORDERED that the letter and enclosures attached as Exhibit 1 to this Order shall be filed under seal to protect the name, address, and account number of the individual until a determination can be made concerning the issues raised in the letter. It is further

ORDERED that the plaintiffs shall file a response to this letter within seven days and the defendants shall refrain from suggesting that any correspondence be sent directly to the undersigned but that pleadings should be directed to the Clerk of Court.

Entered this 3rd day of June, 2015.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia