June 7, 2015



**VIA U.S. MAIL AND PRIORITY MAIL**

Clerk of the Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

**RE: Objection to Production of Account Information; BMG Rights Management (US) LLC, et al v. Cox Enterprises, Inc. et al; Civil Action No. 1:14cv1611 (LO/JFA)**

Dear Sir/Madam:

      Please forward this Objection to discovery to the presiding Judge in the above-referenced matter and file it in the case, if applicable.

      I received a written notice from Cox Communications ("Cox") that my IP Address (24.250.164.15) is associated with the above-referenced action. I notified Cox that I was not a subscriber to Cox internet service until August 12, 2014, which is outside the relevant time period (5/29/14-6/29/14) for the discovery sought related to IP Address 24.250.164.15 (Doc. 72-4, line 87). Attached hereto as Exhibit "A" is a redacted copy of my Cox invoice, confirming the commencement of internet service on August 12, 2014.

      Cox intends to produce the personal account information of <u>all</u> customers assigned to the IP addresses in question—even those who were not subscribers to Cox during the relevant time periods listed in the discovery request! This broad reading of the Court's Order could drag dozens of innocent parties into this litigation if production is not limited to the relevant time periods listed in Doc. 72. For these reasons, I object to the production of my personal account information associated with IP Address 24.250.164.15 with internet service commencing on August 12, 2014.

                                    Sincerely,

                                      John Doe

Enclosure










COX

[redacted]

Monthly Services cont.
*Includes:*

- ▶ Basic Monthly Service

Price protected at $16.99

- ▷ Cox Long Distance
- ▷ Essential Feature Pak

Price protected at $12.99

$23.99

*Your long distance carrier, including international calls, for 352-363-6551 is COX FLORIDA TELCOM, LP. The customer service number is (888) 269-9693.*

*Your local toll carrier for 352-363-6551 is COX FLORIDA TELCOM, LP. The customer service number is (888) 269-9693.*

| | |
|---|---|
| Total Telephone | $23.99 |
| TOTAL MONTHLY SERVICES | $136.98 |

## ONE TIME CHARGES AND CREDITS

| | | |
|---|---|---|
| Professional Installation-Add Outlet (qty 2) | Aug 12 | $50.00 |
| TOTAL ONE TIME CHARGES AND CREDITS | | $50.00 |

## TAXES, FEES AND SURCHARGES

| | |
|---|---|
| **TV Fees** | |
| FCC Fee (Single Family) | $0.09 |
| State Communications Service Tax | 9.99 |
| Local Communications Service Tax | 7.52 |
| State Sales Tax | 4.02 |
| Total TV Fees | $21.62 |
| **Telephone Taxes, Fees and Surcharges** | |
| *Taxes* | |
| Lifeline and Relay Fee | $0.11 |
| E-911 Tax | 0.50 |
| Federal Excise Tax | 0.93 |
| Local Tel Communications Srv Tax | 2.33 |
| State Tel Communications Srv Tax | 0.80 |
| *Total Taxes* | $4.67 |
| *Fees and Surcharges* | |
| FCC Access Charge | $7.00 |
| Carrier Cost Recovery Fee | 1.49 |
| Federal Universal Service Fund | 1.33 |
| *Total Fees and Surcharges* | $9.82 |
| Total Telephone Taxes, Fees and Surcharges | $14.49 |
| TOTAL TAXES, FEES AND SURCHARGES | $36.11 |
| TOTAL NEW CHARGES | $223.09 |

## NEWS FROM COX

NEW INTERACTIVE BILL
It's easier than ever to view your bill, make payments, order services and manage your preferences online. Check www.cox.com often for special offers that are only available online!

On September 17, Encore Classic HD channel (1204) and Encore Suspense HD channel (1205) will launch in the Movie Pak. Also, MoviePlex HD channel (1085) will launch in Digital Essential. These

News From Cox cont.
changes will happen automatically. For more information about these changes please visit www.cox.com/channelchanges.

The SEC Network is coming to Cox, launching August 14th. Sign up for Cox Advanced TV to catch all the action on The SEC Network on channel 77 and HD channel 1077.

The SEC Network is coming to Cox, launching August 14th. Sign up for Cox TV Essential to catch all the action on The SEC Network on channel 68 and HD chaannel 1068.

## CUSTOMER INFORMATION

**Advance Billing**
Cox Communications bills all customers in advance for monthly recurring charges and in arrears for non-recurring charges such as On Demand/Pay-Per-View and long distance. Credits or charges for any service changes made during the month will be reflected in the next bill.

**When to Pay Your Bill**
Payment in full is due to Cox by the "Due By" date indicated on your statement. If payment is not received by this date, your bill will become past due and may be subject to additional fees such as late payment charges, electronic reactivation fees, or returned check fees. For more information on these fees and all other charges, please visit www.cox.com.

**Understanding Your Cox Bill**
Having trouble understanding your Cox bill? Visit http://www.cox.com/support for help or contact a Customer Care Representative. Contact information is listed under the "Questions?" section on the front of this bill.

**Electronic Fund Transfer (EFT)**
When you provide a check as payment, you authorize Cox to make a one time electronic fund transfer (EFT) from your account, using the information from your check, or process your payment as a traditional check transaction. An EFT may debit your account as soon as the same day you make your payment and you will not receive your check back from your financial institution.

**Returned Check Charge**
Payments returned to Cox due to insufficient funds will incur a non sufficient funds fee (NSF) of up to $30.00 or the maximum allowed by state law. The use of a paper or electronic check for payment is your acknowledgement that if your payment is returned, you expressly authorize your account to be electronically debited for the amount of the payment plus any applicable NSF fees. For more information regarding this fee, visit www.cox.com

**Closed Captioning Issues**
For issues regarding closed captioning, please contact Cox customer service at the number listed at the front of this bill. If your concerns are not addressed, please contact W.F. Hott, Closed Captioning, Cox Communications, 1400 Lake Hearn Dr. NE, Atlanta, GA 30319; Phone: 888-278-6660, Fax: 404-847-6257, Email: closedcaption@cox.com.

**Basic Local Telephone Service**
In order to avoid disconnection of your basic local telephone service, you must pay all charges on your account.

**Safety Information for your Phone Service**
Your telephone service, including access to E911, will operate for up to 8 hours during a power outage *only if a backup battery is installed, and is fully charged.* You are responsible for ordering, installing, and monitoring the status of the battery. If this modem's battery indicator shows that you need a battery or your battery needs replacing, you can purchase one by calling 1-855-324-7700 or

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

IORITY®
MAIL ★

TE OF DELIVERY SPECIFIED*

PS TRACKING™ INCLUDED*

URANCE INCLUDED*

KUP AVAILABLE

omestic only

INTERNATIONALLY,
MS DECLARATION
Y BE REQUIRED.

FROM

P

U.S. POSTAGE
$5.75
PM 2-DAY
32940 0006
Date of sale
06/07/15
06 2S00
08259404
SSK
A32750607 195845

PRIORITY MAIL 2-DAY™

EXPECTED DELIVERY 06/10/2015

SHIP
TO:

0006

Albert V. Bryan U.S. Courthouse
Att: Clerk of the Court
401 Courthouse Square
Alexandria, VA 22314

ALEXANDRIA VA 22314-5704

USPS TRACKING NUMBER

9505 5000 1623 5158 0001 48

S. MARSHALS SERVICE

01000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

The Honorable John F. Anderson
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA
22314

U.S. MARSHAL'S SERVICE

U.S. PK.
PA.
CHESA 235
JUN 08 AMC
$1
1000
22314
001130
UNITED STATES
POSTAL SERVICE®

## MOTION TO QUASH OR MODIFY

I received a letter from my ISP regarding a subpoena, which included a copy of the Order Granting Plaintiffs Application for Leave to Take Discovery.

From accounts of previous defendants of BMG Rights Management, these subpoena notifications are followed by demand letters. These letters, which demand $2000 to $4000 to avoid dealing with their lawsuits and their phone calls, which are persistent, are the reason I am filing this motion, and for his reason, I respectfully request that I be allowed to do so without revealing my personal identifying information.

John Doe, appearing *pro se* and non-party in the attached case, hereby moves this Court pursuant to Va. Code 8.01-277 to quash the subpoena *duces tecum* which was served on COX ENTERPRISES, INC., at the request of the Plaintiffs.

In support of his motion, John Doe states as follows:

1. He is not a party to COX ENTERPRISES, INC

2. He nor his household (Him, his wife and 2 adult children) have participated in copyright infringement of any sort.

3. His personal home computer wireless network is secured with a password and shows no sign of being breached.

4. Upon information and belief, his IP address was not in copyright infringement of any sort by any person, let alone residing in the top 250 alleged offenders.

5. Upon information and belief, the Plaintiffs have either made an error in flagging his IP address as participating in copyright infringement or the Plaintiffs are arbitrarily choosing IP addresses and falsely accusing them of wrongdoing.

6. Upon information and belief, the Plaintiffs receive a large amount of income by sending threatening letters and phone calls regarding copyright infringement to those who they believe are guilty.

7. Upon information and belief that the sole reason for the subpoena is to gain access to the personal information of the accounts associated with these IP addresses with the purpose of harassing them for money. The public is entitled to be protected from such a misuse of the discovery process.

8. Upon information and belief, the Plaintiffs have not presented evidence supporting the claim of violation. Any evidence that has been submitted should be heavily scrutinized as Doe, who has full access to his computer and network, can find no evidence of alleged copyright violation.

Due to the Plaintiff's history of harassing individuals whom they obtain account information on, the court is subjecting Doe to this harassment based on poor or nonexistent evidence.

WHEREFORE, John Doe respectfully prays that the Court enter an order quashing or modify said subpoena *dues tecum*.

Dated June 5, 2015                                  Respectfully submitted,

                                                    John Doe

                                                    *Pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D

MAY 1 5 2015

CLERK, U.S. DISTRICT
ALEXANDRIA, VA

BMG RIGHTS MANAGEMENT )
(US) LLC, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:14cv1611 (LO/JFA)
)
COX ENTERPRISES, INC., *et al.*, )
)
Defendants. )
)

## ORDER

On Friday, May 15, 2015, counsel for the parties appeared before the court to present argument on plaintiffs' Motion to Compel the Identities of the Direct Infringers (Docket no. 71). Upon consideration of the motion, the memorandum in support (Docket no. 72), defendants' opposition (Docket no. 74), plaintiffs' reply (Docket no. 76), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' Motion to Compel the Identities of the Direct Infringers is granted in part and denied in part. Defendants shall produce customer information associated with the "Top 250 IP Addresses recorded to have infringed in the six months prior to filing the Complaint" as identified in Exhibit 4 of defendants' Memorandum in Support of their Motion to Compel the Identities of the Direct Infringers (Docket no. 72). This production shall include the information as requested in Interrogatory No. 13, specifically: name, address, account number, the bandwidth speed associated with each account, and associated IP address of each customer. Defendants shall also provide a copy of any documents previously produced for these IP addresses without the name, address, account number, and bandwidth speed being redacted.

Defendants will be given twenty-one (21) days from the entry of this Order to produce the requested information.

Entered this 15th day of May, 2015.

_____/s/_____

John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia



HON. JOHN F ANDERSON
U.S. DISTRICT COURT OF THE
EASTERN DISTRICT OF VA. ALEXANDRI DIV.
401 COURTHOUSE SQUARE
ALEXANDRIA VA 22314

To:     Hon. John F. Anderson

U.S. District Court for the

Eastern District of VA, Alexandria Division

401 Courthouse Square

Alexandria, VA 22314



RECEIVED
MAILROOM

JUN - 5 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

From: 

Your Honor,

On 05/28/2015 I received a subpoena to have Cox Enterprises release information from my IP address: 68.231.50.100.

CIVIL ACTION No. 1:14cv1611 (LO/JFA)

I don't know why this information is requested. I am a 86 year old widow living in Sun City AZ. I only use my computer for Facebook, Skype and Gmail. I have mild Alzheimer's/dementia and feel this was a scam.

I object to the production of my subscriber information due to the fact I only use my computer to see my family on facebook and skype my grandchildren. I also manage my bank products thru the internet.

Please consider my request.

Sincerely,



RECEIVED
MAILROOM

JUN - 5 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

HON. John F. Anderson
U.S. District of VA Alexandria division
401 Court house Square
Alexandria, VA 22314



Honorable John F. Anderson

U.S District of Virginia Alexandria Division

401 Courthouse Square

Alexandria, VA 22314

1:14-cv-1611

To the honorable John F Anderson,

I received a letter from Cox Communications in regards to BMG Management Vs Cox Communications. My IP address and personal information will be subpoenaed for allegations of illegal downloading of media.

I am an 80 year old Cox Cable and internet customer. I do not have computer experience and I am unaware of any illegal activity on my network. I have wiFi internet, and have had the network set to public not knowing that it needed to be secured. Apparently everyone in my neighborhood has had access to my network .

My children have assisted me with this situation and have secured my IP address.

I would like to file a motion to quash and I object to the production of my subscriber information being released.

Your assistance on this matter is greatly appreciated.

With due respect and admiration,



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013. All rights reserved.

# P

US POSTAGE AND FEES PAID
PRIORITY MAIL
Jun 01 2015
Mailed from ZIP 91915
Priority Mail
Flat Rate Envelope

CommercialPlusPrice

071S00724179

endicia.com

RECEIVED
MAILROOM

**JUN – 5 2015**

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES
POSTAL SERVICE®

## PRIORITY MAIL 2 – DAY

0006



SHIP TO:

**HON JOHN F ANDERSON**
**US DST CRT FOR ESTRN DST VA ALX DIV**
**401 COURTHOUSE SQ**
**ALEXANDRIA VA 22314 – 5701**

USPS SIGNATURE TRACKING #



9410 8102 0082 8628 8464 78

SEE NOTICE ON REVERSE regarding USPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the U.S., shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration regulations. Diversion contrary to law is prohibited. EED R 1214

# U.S. MARSHALS INSPECTED

VISIT US AT **USPS.COM**®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

# PRIORITY MAIL ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

USED INTERNATIONALLY,
CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

00001000014

June 1, 2015

Hon. John F. Anderson
U.S. District Court for the
Eastern District of VA, Alexandria Division

Re:  BMG Rights Management (US) LLC, et al., v. Cox Enterprises,
Inc., et al.,

IP Address:  174.68.109.242

Civil Action No. 1:14cv1611(LO/JFA)


Dear  Hon. John F. Anderson:


Good morning.   I'm writing this letter in regards to a case that BMG Rights Management has
with Cox Enterprises.  I received a letter from Cox stating my IP address 174.68.109.242 was
used on September 16, 2014-October 14,2014 with BMG Rights Management.  I'm currently
serving in the United States Navy at this time.  I'm objecting this matter because I didn't have
Cox service at that time frame due to me being on military deployment with USS Carl Vinson
from August 24, 2104-April 10, 2015.  I started my Cox account on April 30, 2015 and was
issued that IP address.  The IP address was used on the previous dates from an older customer
I'm assuming.  I have attached supporting documents for this matter included.  If you have
any questions or concerns please contact me at your earliest convenience.  Thanks for your
support.



**Subject:** subpoena

**From:** 

**To:** subpoenaresponse@cox.com;

**Date:** Thursday, May 28, 2015 9:52 AM

Subpoena Compliance Office,

Goodmorning I'm emailing you in regards to a email I received about BMG Rights Management. It states that I had a IP address with 174.68.109.242 with the starting range from 9/16/14-10/14/14. I' objecting to this matter because I was currently overseas during that time and did not have a COX account at that time. I started my Cox account with you guys less than a month a ago. Please verify my account for this pending matter. It is very disturbing and giving me anxiety. Please contact me soon as possible in regards to this matter. Thanks for your support.

**Subject:** Response from Subpoena Compliance Team

**From:** Subpoena Response (subpoenaresp@cox.com)

**To:**

**Date:** Thursday, May 28, 2015 9:55 AM

**Thank you for contacting Cox Communications, Inc. Subpoena Compliance Team.**

**We have received your request and will make every effort to respond within 10-14 business days. To prevent delays in response to your request and those of others, please do not ask for the status of a request prior to 10 business days for subscriber information, 3 days for expedited requests and 30 days for call records. You may then fax a copy of your original subpoena with a cover page asking for the status.**

**If you have any questions, please visit our website at: http://ww2.cox.com/aboutus/policies/lea-information.cox as the answers to most of your questions will be on this instruction page and in the FAQ section.**

**Thank you,**

*Cox Communications, Inc. Subpoena Compliance Team*

**Subject:** Proof of services

**From:** Keith, Brian (CCI-Southeast) (Brian.Keith2@cox.com)

**To:** 

**Date:** Monday, June 1, 2015 9:50 AM

Good Morning,
This email is to be used as proof that ▮▮▮▮▮▮▮ installed services with Cox Communications on
4/30/2105. After review of our records, this is the only time ▮▮▮▮▮▮ did not have service with us between
9/16/2014 to 10/15/2014 when it was stated that the IP address 174.68.109.214 was used. Thanks



(NOT FOR PAYMENTS)
PO BOX 1259
DEPT. # 102288
OAKS, PA 19456

6400 0340 NO RP 01 05022015 YNYNNNNY 01 000262 0001




Tony Howard
855 REGULO PL APT 1036
CHULA VISTA CA 91910-7756

Account Number
PIN
Service at








Thank you for choosing Cox Communications as your
full-service telecommunications provider.

### Contact Us
www.cox.com
619–262–1122
Or 619–262–1181
Or 888–222–7743

Thank you for being a valued customer.

### ACCOUNT SUMMARY as of May 1, 2015

| | |
|---|---|
| Previous Balance | $0.00 |
| New Charges | $118.43 |
| **TOTAL DUE BY May 22, 2015** | **$118.43** |

continued in News from Cox



**Make Your Life Easier and GO GREEN!**
With EasyPay, pay your monthly Cox bill automatically from your bank or credit card
account. Add Paperless Billing and you get rid of paper bills and can access your
account online any time, all while saving trees! Sign up today at www.cox.com/ibill!

May 01, 2015 bill
Account Number
Service at



**TOTAL DUE BY May 22, 2015**          **$118.43**

COX COMMUNICATIONS
PO BOX 79171
PHOENIX AZ 85062-9171

0311000154106229902110000118843



## SUMMARY OF CHARGES

| | |
|---|---|
| Monthly Services | $74.98 |
| Partial Month Services | 0.00 |
| One Time Charges and Credits | 40.00 |
| Taxes, Fees and Surcharges | 3.45 |
| **NEW CHARGES** | **$118.43** |

## MONTHLY SERVICES    Apr 30 - May 29

**TV**

**Flex Watch**
Includes:   $19.99
Cox TV Starter
Encore
Faith & Values Pak
Advanced TV Service   $19.99

**2 Premium Package**
Includes:
HBO
Starz   $0.00

Advanced TV Receiver   $0.00

**Other Fees and Surcharges**
Broadcast Surcharge   $3.00
**Total TV**   **$22.99**

**INTERNET**

**Cox High Speed Internet Preferred**
Includes:
Preferred Internet Service

**Monthly Services** cont.
Download speeds up to 50 Mbps.
(DOCSIS 3.0 Modem required)
50 GB free Cloud Drive storage.
Over 300,000 WiFi hotspots.
Cox Security Suite Plus.
PowerBoost (R) for large downloads.   $45.00

Gateway Modem Equipment Fee   $6.99
**Total Internet**   **$51.99**

**TOTAL MONTHLY SERVICES**   **$74.98**

## PARTIAL MONTH SERVICES

| | | | |
|---|---|---|---|
| Advanced TV Receiver | Apr | 30-May 29 | $0.00 |
| Advanced TV HD Receiver | Apr | 30-May 29 | 0.00 |
| **TOTAL PARTIAL MONTH SERVICES** | | | **$0.00** |

## ONE TIME CHARGES AND CREDITS

| | | |
|---|---|---|
| Professional Installation - TV | Apr  30 | $20.00 |
| Professional Installation - Internet | Apr  30 | 20.00 |
| **TOTAL ONE TIME CHARGES AND CREDITS** | | **$40.00** |

## TAXES, FEES AND SURCHARGES

**TV Fees**
| | |
|---|---|
| FCC Fee | $0.08 |
| County Tax | 0.09 |
| District and Local Sales Tax | 0.03 |
| State Sales Tax | 0.44 |
| Franchise Fee | 2.32 |
| CA P.E.G. Capital Fee | 0.49 |
| **Total TV Fees** | **$3.45** |

**Payment options**
**Online:** Visit cox.com to register for 24-hour online access or make payments to your account.
**Mail:** Detach this coupon and send it with your check or money order. Please include your account number on your check. Make your checks payable to Cox Communications. Allow 7 days for processing.
**Phone:** Call the number listed under the **"Contact Us"** section on the front of this bill anytime and follow the phone prompts to make a payment using your bank account or credit card.
**In Person:** Visit www.cox.com/sandiego for a list of Cox Authorized Payment Centers.




| Taxes, Fees and Surcharges cont. | |
|---|---|
| TOTAL TAXES, FEES AND SURCHARGES | $3.45 |

| **TOTAL NEW CHARGES** | **$118.43** |
|---|---|

## NEWS FROM COX

Standard rates are being reduced for installation and post self-installation service appointments placed on or after April 28, 2015. Professional installation will decrease from $60.00 per product to $40.00 per product, self-installation will decrease from $30.00 per product to $15.00 per product and the rate for a service appointment within 30 days of a self-installation will decrease from $60.00 per product to $25.00 per product. Additional installation charges and discounts may apply depending on your services or package.

**IMPORTANT NOTICE FOR COX TV, INTERNET AND PHONE SUBSCRIBERS:** Cox recently made changes to the residential Terms and Conditions of service agreement which governs the provision of Cox TV, Internet and Phone services to you. The changes include, in part, the inclusion of a requirement for arbitration of disputes between Cox and its customers and a class action and jury trial waiver. You will be bound by the dispute resolution requirements unless you opt out within 30 days of the date of this bill statement by following the instructions in the dispute resolution section of the Terms and Conditions. Your continued use of any of your Cox TV, Internet or Phone services constitutes your agreement with the updated Terms and Conditions of service agreement. The revised version of the Terms and Conditions is located on our website at www.cox.com/aboutus/policies.cox or can be obtained by calling your local Cox customer care team at the number listed on your bill statement or by visiting a Cox retail center.

To provide you with the best TV viewing experience, on July 1, 2015 Cox will be making the following changes to our TV Lineup. WeTV (Channel 337) and WeTV HD (Channel 1337) will launch as part of our Digital Essential package. These channels will be available to customers who subscribe to each package and receive their service with a compatible Cox digital receiver or CableCARD. For more information about this change, please visit www.cox.com/channelchanges.

MOVING? LET US KNOW AS SOON AS YOU KNOW. Cox can promptly transfer your cable TV, high speed Internet and telephone service to your new address. The best appointments go fast so act now. If you're keeping your current services, visit our website at www.CoxSanDiego.com to schedule your own move. Or, call us a month before you move at 619-262-1122 or 760-599-6060 for a quick and easy transfer.

## CUSTOMER INFORMATION

**Billing, Payment Policies and Fees:**
Cox Communications bills all customers in advance for monthly recurring charges and in arrears for non-recurring charges such as On Demand/pay-per-view and long distance. Payment in full is due to Cox by the "Due By" date indicated on your statement. If payment is not received by this date, your bill will become past due and may be subject to additional fees, such as late payment charges, electronic reactivation fees, or returned payment fees. Payment of your Cox bill confirms your subscription to services and the possession of Cox owned equipment listed on your bill.

When you provide a paper, electronic check or electronic fund transfer (EFT) as payment, you authorize Cox to process your payment as a traditional check transaction or to make a onetime EFT from your account. An EFT may debit your account as soon as the same day you make your payment. Payments returned unpaid to Cox for any reason will incur a returned payment fee of up to $25.00, or the maximum allowed by state law. By using a credit card, debit card, paper check or an electronic check to make a payment to Cox, you agree that, if your payment is returned unpaid, you expressly authorize a one-time electronic fund transfer from your account for

**Customer Information cont.**
the amount of the payment plus any returned payment fees. If payment is not received by the "Due By" date indicated on your statement, a late payment charge of up to $8.00 may be assessed to your account.

For more details on billing and payment policies visit www.cox.com/aboutus/policies/residential-billing-and-payment.cox or contact a customer service representative.

**Closed Captioning Issues**
For issues regarding closed captioning, please contact Cox customer service at the number listed at the front of this bill. If your concerns are not addressed, please contact W.F. Hott, Closed Captioning, Cox Communications, 1400 Lake Hearn Dr. NE, Atlanta, GA 30319; Phone: 888-278-6660, Fax: 404-847-6257, Email:closedcaption@cox.com.

**Free Previews Coming Soon for Cox TV customers!**

During the upcoming Free Preview Weekend in June, customers who subscribe to Cox TV Economy or Cox Advanced TV will have free access to view several premium networks including their OnDEMAND (channel 1) content. The previews will include HBO/Cinemax from June 19th through June 22nd.

During the free preview, these channels may contain NC-17 or R rated programming. To restrict access to this programming you can use the Parental Control feature on the Cox receiver. To request that the channels be blocked completely, please call the number on this bill to speak with a Customer Care representative.

**Billing Dispute and Resolution:** If you have any questions or disagree with any portion of your bill, please contact us at the phone number on the front of this statement no later than 60 days from the due date indicated.

**TV Customers:** If after contacting Cox we are unable to resolve your concern about your TV Service, you may file a complaint with your local franchising authority: City of Chula Vista, 276 Fourth Ave, Chula Vista, CA 91910, 619-585-5738







# MANAGING YOUR COX SERVICES HAS NEVER BEEN EASIER









**1  Account Number**

**2  Personal Identification Number (PIN)**

**3  Current Account Summary**

**4  Payment Remit Slip**
This area will also include a summary of your payment due date and amount, or indication of your EasyPay payment.

**5  Bill Summary**
Summary of your new charges.

**6  Monthly Services / Billing Period**
Services you receive month after month (services may be part of a bundle).

### Pay Online
Make a one-time payment online using a bank account, debit card or credit card. Just go to cox.com/ibill

### Pay by Phone
Pay your bill 24/7 using our automated system by calling the number on this bill statement and following the prompts.*

### Cox Retail Stores
Our Cox Solutions Stores* are full-service centers that offer solutions for payment posting to your Cox account.

---

### Don't have a user ID?
- Go to cox.com/register
- Choose any of our easy online account setup options
- Get more entertainment with your new access to Cox TV Connect, TV Everywhere and Cable WiFi

### Cox TV Connect
Watch live TV anywhere in your house on your tablet, iPhone or computer. Visit cox.com/tvconnect to learn more.

### TV Everywhere
Watch TV shows and live sports on the go. Over 90 networks available on your smartphone, tablet and computer. Just visit cox.com/tveverywhere

### Cable WiFi
Access over 300,000 WiFi hotspots when you travel with the nation's largest WiFi network. Visit cox.com/wifi to learn more.

---

Find everything you need to begin enjoying your new Cox service by visiting **welcome.cox.com**

*There is no charge for using the automated system. A payment assistance fee will be incurred for payments made through a Cox Customer Care representative over the phone. Other restrictions may apply. © 2015 Cox Communications, Inc. All rights reserved.

SA2FF048



| Text Version | **myPay** | Help | Main | Exit |

Printer Friendly Version     View other LESs [1410] Go



## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| NAME (Last, First MI) | SOC SEC NO | GRADE | PAY DATE | YRS SVC | | FTS | BRANCH | ADSN/DSSN | PERIOD COVERED 1-31 OCT 14 |

### ENTITLEMENTS

| | Type | Amount |
|---|---|---|
| A | BASE PAY | 3331.50 |
| B | BAS | 357.55 |
| C | BAH | 1902.00 |
| D | CAREER SEA PAY | 394.00 |
| E | FLY DECK | 150.00 |
| F | | |
| G | | |
| H | | |
| I | | |
| J | | |
| K | | |
| L | | |
| M | | |
| N | | |
| O | | |
| TOTAL | | 6135.05 |

### DEDUCTIONS

| Type | Amount |
|---|---|
| FEDERAL TAXES | 35.00 |
| FICA-SOC SECURITY | 206.55 |
| FICA-MEDICARE | 48.31 |
| SGLI | 29.00 |
| AFRH | .50 |
| MEAL DEDUCTION | 314.65 |
| MID-MONTH-PAY | 2201.39 |
| | |
| TOTAL | 2835.40 |

### ALLOTMENTS

| Type | Amount |
|---|---|
| COMB FED CAMPAIGN | 10.00 |
| DISCRETIONARY ALT | 623.00 |
| TSP LOAN | 33.40 |
| AFAF ALLOT | 5.00 |
| TRICARE DENTAL | 10.96 |
| | |
| TOTAL | 682.36 |

### SUMMARY

| | |
|---|---|
| +Amt Fwd | .00 |
| +Tot Ent | 6135.05 |
| -Tot Ded | 2835.40 |
| -Tot Alt | 682.36 |
| =Net Amt | 2617.29 |
| -Cr Fwd | .00 |
| =EOM Pay | 2617.29 |

| DIEMS | RETPLAN |
|---|---|
| 010322 | CHOICE |

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose | FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 55.5 | 2.5 | 0 | 68.0 | 115.0 | .0 | 60.0 | 10.5 | | 150.00 | 31307.00 | S | 00 | 35.00 | 4608.59 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3331.50 | 33316.00 | 2066.50 | 33316.00 | 483.10 | | FL | .00 | .00 | S | 01 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SINGLE | | 92135 | .00 | 1 | R | | | | | 126.00 | | |

| TRADITIONAL PLAN (TSP) | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
|---|---|---|---|---|---|---|---|---|
| ROTH PLAN | Base Pay Rate | Base Pay Current .00 | Spec Pay Rate | Spec Pay Current .00 | Inc Pay Rate | Inc Pay Current .00 | Bonus Pay Rate | Bonus Pay Current .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions .00 | YTD TSP Deferred .00 | YTD TSP Exempt .00 | YTD ROTH |
|---|---|---|---|---|

**REMARKS:**    YTD ENTITLE **57628.00**        YTD DEDUCT **8973.09**

IF TSP ELECTION AMT EXCEEDS NET AMT DUE, TSP WILL NOT BE DEDUCTED.
-THE WHITE HOUSE COMMUNICATIONS AGENCY IS RECRUITING ACTIVE MEMBERS OF ALL SERVICES FOR ASSIGNMENT SUPPORTING THE WHITE HOUSE. FIND OUT MORE AT HTTP://WWW.DISA.MIL/CAREERS/WHCA
-PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW THROUGH DECEMBER 15.
-YOUR OMPF IS IMPORTANT FOR PROMOTION/AUDIT. PLEASE REVIEW YOUR FILE FOR COMPLETENESS.
-SEPARATING MEMBERS SHOULD RETURN THEIR HEALTH AND DENTAL RECORDS (STR) TO THEIR MTF PRIOR TO SEPARATION TO ENSURE TIMELY PROCESSING OF VA CLAIMS.
-TRANSFERRED YOUR POST 9/11 GI BILL EDUCATION

BENEFITS? VERIFIED YOUR SUBMITTED REQUEST WAS APPROVED? SEE BUPERSNOTE 1780 FOR DETAILS AT BUPERS ONLINE (CAREER/EDUCATION/GIBILL).
-REMINDER: DS LOGON IS NOW AVAILABLE FOR SINGLE SIGN-ON ACCESS TO YOUR PERSONAL VA AND DOD DATA. GO TO MYACCESS.DMDC.OSD.MIL TO REGISTER.
SEA DUTY TIME 05/02/15
TAX EXEMPT LV BAL = 2.5.
MEMBER'S SGLI COVERAGE AMOUNT IS $400,000
TD FORM W-4 RECEIVED, VERIFY INPUT
COMBAT ZONE -START 141001-000000(288)
FLIGHT DECK 140901-140930(274)
BAH BASED ON W/O DEP, ZIP 92135
BANK NAVY FEDERAL CREDIT UNION

WWW.DFAS.MIL

DFAS Form 702, Jan 02



Text Version | **myPay** | Help | Main | Exit

Printer Friendly Version          View other LESs  1409 ▾  Go

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED 1-30 SEP 14 |
|---|---|---|---|---|---|---|---|---|---|

## ENTITLEMENTS

| | Type | Amount |
|---|---|---|
| A | BASE PAY | 3331.50 |
| B | BAS | 357.55 |
| C | BAH | 1902.00 |
| D | CAREER SEA PAY | 512.20 |
| E | FLY DECK | 45.00 |
| F | | |
| G | | |
| H | | |
| I | | |
| J | | |
| K | | |
| L | | |
| M | | |
| N | | |
| O | | |

## DEDUCTIONS

| Type | Amount |
|---|---|
| FEDERAL TAXES | 614.88 |
| FICA-SOC SECURITY | 206.55 |
| FICA-MEDICARE | 48.31 |
| SGLI | 29.00 |
| AFRH | .50 |
| MEAL DEDUCTION | 398.38 |
| AAFES DEBT | 454.50 |
| MID-MONTH-PAY | 1852.44 |

## ALLOTMENTS

| Type | Amount |
|---|---|
| COMB FED CAMPAIGN | 10.00 |
| DISCRETIONARY ALT | 623.00 |
| TSP LOAN | 33.40 |
| AFAF ALLOT | 5.00 |
| TRICARE DENTAL | 10.96 |

## SUMMARY

| | |
|---|---|
| +Amt Fwd | .00 |
| +Tot Ent | 6148.25 |
| -Tot Ded | 3604.56 |
| -Tot Alt | 682.36 |
| =Net Amt | 1861.33 |
| -Cr Fwd | .00 |
| =EOM Pay | 1861.33 |

| DIEMS | RETPLAN |
|---|---|
| 010322 | CHOICE |

| TOTAL | 6148.25 | | 3604.56 | | 682.36 | |
|---|---|---|---|---|---|---|

| LEAVE | BF Bal 61.5 | Ernd 30.0 | Used 26 | Cr Bal 65.5 | ETS Bal 115.0 | Lv Lost .0 | Lv Paid 60.0 | Use/Lose .0 | FED TAXES | Wage Period 3888.70 | Wage YTD 31167.00 | M/S S | Ex 00 | Add'l Tax .00 | Tax YTD 4573.69 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | Wage Period 3331.50 | Soc Wage YTD 29983.50 | Soc Tax YTD 1868.95 | Med Wage YTD 29983.50 | Med Tax YTD 434.79 | | | | STATE TAXES | St FL | Wage Period .00 | Wage YTD .00 | M/S S | Ex 01 | Tax YTD .00 |
| PAY DATA | BAQ Type SINGLE | BAQ Depn | VHA Zip 92135 | Rent Amt | Share 1 | | Stat R | | JFTR | Depns 0 | 2D JFTR | BAS Type | Charity YTD 110.00 | TPC | PACIDN |

| TRADITIONAL PLAN (TSP) | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
|---|---|---|---|---|---|---|---|---|
| ROTH PLAN | Base Pay Rate | Base Pay Current .00 | Spec Pay Rate | Spec Pay Current .00 | Inc Pay Rate | Inc Pay Current .00 | Bonus Pay Rate | Bonus Pay Current .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions .00 | YTD TSP Deferred .00 | YTD TSP Exempt .00 | YTD ROTH |
|---|---|---|---|---|

**REMARKS:**  YTD ENTITLE  51492.95          YTD DEDUCT  8339.08

IF TSP ELECTION AMT EXCEEDS NET AMT
DUE, TSP WILL NOT BE DEDUCTED.
-SEPARATING MEMBERS SHOULD RETURN THEIR
HEALTH AND DENTAL RECORDS (STR) TO THEIR MTF
PRIOR TO SEPARATION TO ENSURE TIMELY
PROCESSING OF VA CLAIMS.
-DO YOU HAVE HOUSEHOLD GOODS IN GOVT STORAGE?
VERIFY YOUR CONTACT INFO AND STATUS BY EMAIL
HOUSEHOLD.GOODS@NAVY.MIL OR 1-855-HHG-MOVE.
-2014 TSP LIMITS: ELECTIVE DEFERRAL $17,500;
CATCH-UP $5,500; ANNUAL ADDITIONAL LIMIT IF
IN CZTE IS $52,000 (TRADITIONAL ELECTION
REQUIRED TO EXCEED $17,500). VISIT
WWW.TSP.GOV

-NOT CONTRIBUTING TO TSP? IT'S NEVER TOO
EARLY TO START PLANNING FOR YOUR FUTURE!
FIND OUT MORE AT WWW.TSP.GOV
-ADOPTING A CHILD? YOU COULD BE REIMBURSED
FOR UP TO $2,000 IN EXPENSES. SEE YOUR
COMMANDER/PERSONNEL OFFICE FOR DETAILS.
SEA DUTY TIME 05/01/15
MEMBERS SGLI COVERAGE AMOUNT IS $400,000
FLIGHT DECK 140822-140831(255)
AAFES DEBT BAL DUE $454.50 AS OF EOM 1408
MEAL DEDUCTION 140822-140930(245)
START CAREER SEA PAY 140822(245)
BAH BASED ON W/O DEP, ZIP 92135
BANK NAVY FEDERAL CREDIT UNION

WWW.DFAS.MIL

DFAS Form 702, Jan 02



TULSA OK 741

03 JUN 2015 PM 54 T



Honorable Judge Anderson
U.S. District Court
Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

22314+5704

Your Honor,

RECEIVED
MAILROOM

JUN - 2 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

I am writing to you to submit an objection to my personal information being turned over from Cox Communications to BMG Rights Management. Case # 1:14-cv-01611-LO-JFA. I understand that it is advisable to have a lawyer issue the objection on my behalf, but please understand that my husband and I are college students with two children to support on food service wages and simply can't afford to hire an attorney to do this for us.

My husband and I made the enormous mistake of having basically the easiest password someone can have on our wifi. We calculated the risk of this to be slim to none and realize we have made a terrible mistake. Your Honor, as I'm sure you know it is likely the intention of BMG to either bully us into a settlement or file a lawsuit against us. This would be an unbelievable blow to our family especially considering the fact that as criminal justice students we know what an illegal act downloading movies and music is. This is an act we have never and would never engage in. The main reason we use our wifi is because of how necessary it is to complete our school assignments and we do not use it for any kind of illegal activities.

It is on no other grounds than our complete innocence that I issue this objection. When the evidence that the plaintiff has is nothing more than an IP address, it is a certainty that there will be a considerable amount of people that are innocent of wrong-doing and I beg you not to ignore that fact as we are definitely in that category. Since learning about this case we have since secured our wifi and will continue to periodically change the password. I ask you to please reconsider the ruling of having our information turned over. This would result in nothing more than an innocent family answering for the illegal actions of somebody else. This has been an incredibly stressful time for us since learning about it and it is a very big comfort to know that it is just possible that you might consider our plea to you. Thank you so much for reading this.



Hon. John F. Anderson
U.S. District Court for the
Eastern District of VA, Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

2231457049

03 JUN 2015 PM 3
FOREVER

RECEIVED
MAILROOM

JUN - 8 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA



June 3, 2015

Honorable John F. Anderson
U.S. District Court for the Eastern District of VA, Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Anderson,

I am contacting you about Case 1:14-cv-1611-LO-JFA Document 78 (Filed 05/15/2015) against Cox Enterprises, Inc., et al. One of the IP addresses identified in the Exhibit 4 of this case was identified as being assigned to my account. I am reaching out to you to express my objection to the production of my information for the following reasons:

1) I would like to maintain my rights to privacy because I do not want to be harassed by anyone regarding this allegation.
2) I fear that the detriment of releasing my personal information as it relates to this case outweighs the benefit it can gain.
3) As I review the copy of the litigation, I feel that "250" (stated in the demand of "Top 250 IP Addresses") is an arbitrary number and it just happened that my IP address is between the 200 and 250 mark. Why not top 100, 150 or 260? Is 251th IP less liable than the 250 IPs?
4) Most importantly, I, personally have not committed any infringement as described in the court order document. I am one of the few who are still fairly ignorant when it comes to computers and mostly use it for work related matters. Also, I am very much aware of the law against illegal downloading, etc.

I hope you consider this information in regards to my appeal to remain private with Cox IP account. Thank you for taking the time and attention to this matter.

Sincerely,

Jane Doe

P.S.
Copy has been provided to Cox Enterprises, Legal Dept.



June 4, 2015

Honorable John F. Anderson
U. S. District Court for the Eastern
District of VA, Alexandria Division
401 Courthouse Square
Alexandria, VA  22314

RE:  BMG Rights Management (US) LLC, et al, v. Cox Enterprises, Inc., et al.,
     IP Address: 184.187.131.137

Dear Judge Anderson:

In reference to the above litigation, I have learned from my internet/cable provider, Cox Enterprises, Inc., that sometime between the time I moved into my new home on approximately August 29, 2014 until the date that you signed the order in this case for Cox to produce names of the people with a certain delineated IP Addresses, namely May 15, 2015 that Cox had assigned to me the IP Address of 184.187.131.137, which is the address listed on Exhibit 4 of their discovery motion listed as number 184.

I was told by Cox that I did not have that IP Address during the time in question in this litigation of 8/22/14 – 10/11/14 and that Cox rotates IP Addresses and that my current IP Address is 98.179.219.138.

In August of 2014, my wife and I were building a new home in a new subdivision in_____.  We did not move into our home until 8/28/14 or 8/29/14.  Our cable was not hooked up to a Wi-Fi system until about one to two weeks after that time and the day that it was hooked up to the Wi-Fi system it was password protected.  Neither my wife nor I download anything off the internet.  Therefore, if anything was downloaded it would have had to have been from someone tapping in to the hard cable during the one to two weeks it was hooked up to the pole outside of my home but not hooked up to my home.   Even if that were so, I did not have the IP Address in question, 184.187.131.137, during the time in question in this litigation of 8/22/14 to 10/11/14.

The current problem that I have is that I really don't want to spend a lot of time and money hiring an attorney in Virginia to fight this lawsuit when clearly I should not be involved in this litigation. Cox's Legal Department tells me that they responded to the wording of your Order by providing you with the names of all of their customers who were ever assigned any of the IP Addresses listed on Exhibit 4 from 8/22/14 to 5/15/15. Cox followed the strict wording of your order, but clearly I did not have the IP Address in question during the time period when the infractions allegedly occurred.

Therefore, for the above reasons, I object to my name being released to the Plaintiff in this litigation as there is clearly no way I could have been involved in downloading any copyrighted information for the time period in question of 8/22/14 to 5/15/15 as I was not assigned to the IP Address in question during that time period.

Thank you very much for your time and please let me know if I can simply be excluded from having my name released to the Plaintiff as having the IP Address in question during the time period in question of 8/22/14 – 10/11/14. Thank you and I remain

Respectfully yours,





RECEIVED
MAILROOM

JUN - 9 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Eastern District of Virginia
Honorable John Anderson
401 Courthouse
Alexandria, Va.
22314

PENSACOLA FL 325

08 JUN 2015 PM 2 L

U.S. MARSHAL'S SERVICE

22314570499

JUN - 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

06/01/15

Dear Honorable Judge John Anderson,

     I respectfully object to my information being shared. I have a small understanding of what is going on as I am a previous employee of Cox Communications. I just do not know how it pertains to me. I own 2 TV's that connect to my Wi-Fi as well as my cell phone, Blu-ray and a videogame system. I don't own a computer and haven't in several years. There are plenty of them at my work and my husband's work and I don't need to own one.  I don't understand why this case is being directed at an IP address they say is mine but I don't think it is. In any case I don't want my information shared on some fishing expedition.  After further Google research, I found out how to check my IP.  The Listed IP in the plaintiff's paperwork doesn't match my IP.  After checking my IP at Whatismyip.com, I found it is 174.69.15.213 which does not match up with the number provided by your plaintiff.  I do not to be bothered further with threatening letterers with me being listed as a defendant in their lawsuit. If you would like send a tech out to check out my IP first hand, please call 239-896-0198. In either case, no one has done anything wrong and they have no need for any further information other than my actual IP I just provided. I will not give them the privilege to my information as is my right of privacy granted to me by the constitution of the United States of America any deviation of this is without my permission will be considered a direct violation of my Civil rights as an American Citizen and will be pursued in the United States Federal Courts.

     I have printed out a copy of my IP address from my phone so you could see for yourself. This information is shared with you in strict confidence I do not wish the information to be shared with anyone else it is to assist you in making your decision in the impending case.

Sincerely,



They Selected This address as Mine. It is incorrect.

| | IP Address | Start of Date Range | End of Date Range |
|---|---|---|---|
| 154 | 70.177.229.92 | 6/1/2014 | 9/9/2014 |
| 155 | 68.109.24.230 | 11/11/2014 | 11/23/2014 |
| 156 | 70.185.116.160 | 8/9/2014 | 11/21/2014 |
| 157 | 72.220.79.132 | 6/29/2014 | 11/25/2014 |
| 158 | 72.192.125.195 | 5/28/2014 | 9/10/2014 |
| 159 | 72.200.1.96 | 7/27/2014 | 11/21/2014 |
| 160 | 70.162.156.53 | 6/29/2014 | 10/18/2014 |
| 161 | 68.107.138.130 | 6/8/2014 | 10/15/2014 |
| 162 | 68.8.49.39 | 9/30/2014 | 11/19/2014 |
| 163 | 68.5.18.233 | 8/9/2014 | 11/25/2014 |
| 164 | 72.201.1.5 | 9/9/2014 | 11/22/2014 |
| 165 | 174.67.242.185 | 5/30/2014 | 11/24/2014 |
| 166 | 70.173.1.116 | 5/29/2014 | 7/8/2014 |
| 167 | 98.183.57.155 | 6/1/2014 | 7/2/2014 |
| 168 | 68.99.11.88 | 6/12/2014 | 6/19/2014 |
| 169 | 72.201.193.131 | 6/2/2014 | 10/17/2014 |
| 170 | 72.194.215.41 | 8/9/2014 | 9/4/2014 |
| 171 | 174.69.117.104 | 8/14/2014 | 9/27/2014 |
| 172 | 70.162.50.26 | 5/29/2014 | 10/15/2014 |
| 173 | 68.11.219.21 | 5/30/2014 | 9/11/2014 |
| 174 | 70.189.34.237 | 8/29/2014 | 10/15/2014 |
| 175 | 68.98.184.118 | 5/30/2014 | 11/23/2014 |
| 176 | 72.197.63.127 | 10/11/2014 | 11/25/2014 |
| 177 | 68.12.88.66 | 8/22/2014 | 10/14/2014 |
| 178 | 68.231.50.100 | 9/18/2014 | 11/21/2014 |
| 179 | 98.167.72.147 | 6/12/2014 | 6/29/2014 |
| 180 | 72.204.91.21 | 8/24/2014 | 11/25/2014 |
| 181 | 70.191.126.67 | 9/27/2014 | 11/24/2014 |
| 182 | 98.183.141.248 | 7/7/2014 | 9/12/2014 |
| 183 | 68.107.191.229 | 5/30/2014 | 7/5/2014 |
| 184 | 184.187.131.137 | 8/22/2014 | 10/11/2014 |
| 185 | 70.181.130.94 | 8/17/2014 | 10/12/2014 |
| 186 | 72.208.52.133 | 5/31/2014 | 11/24/2014 |
| 187 | 174.65.5.239 | 8/21/2014 | 10/18/2014 |
| 188 | 174.69.14.73 | 6/20/2014 | 6/25/2014 |
| 189 | 68.110.91.193 | 11/7/2014 | 11/20/2014 |
| 190 | 68.102.23.13 | 6/26/2014 | 11/24/2014 |
| 191 | 174.64.98.132 | 5/29/2014 | 6/20/2014 |
| 192 | 68.224.25.197 | 5/28/2014 | 7/8/2014 |

5

*This is The accual I.P.*

' IP Address Lookup

## IP Address Lookup

174.69.15.213                              **LOOKUP**

## NS Check
y Solutions. Downloads, Whitepapers & Webinars.

## com Results

|  | 174.69.15.213 |
|--|--|
|  | Niceville |
|  | Florida |
|  | US |
|  | 32578 |
|  | Cox Communications |
|  | -05:00 |
|  | 30.516859054565 |
|  | -86.48217010498 |

Search this website…

  



What Is My IP
7,552 likes

Be the first of your friends to like this.

    

 **What Is My IP**
11 hrs

Thanks to Vince, our IP address lookup tool is now ipv6 compliant. Test it out and let us know your feedback. -Brian


whatismyip.com

IP Address Lookup -



Map data ©2015 Google

Not certified yet?
Doit's can help.
Web Experts specializing
in Small Business

EXPLORE GOOGLE PARTNERS

## bs.com Results

| | |
|---|---|
| | 174.69.15.213 |
| | Niceville |
| | Florida |
| | US |
| | 32578 |
| | Cox Communications |
| | 850 |
| | 30.5169 |
| | -86.4822 |



IP Tools

Internet Speed Test

IP Address Lookup

IP Address Hostname
Lookup

DNS Lookup

Server Info Index

Blacklist Check

Traceroute

User Agent Info

Proxy Server

How To

Resources

Knowledge Base

IP Widget Script

...ation can be found using our IP **Lookup** tool. No IP Lookup tool is 100% accurate due to many different factors. Some of those factors include where the owner of the IP has it registered, where the agency that controls the IP is located, proxies, cellular IPs, etc. If you are in the US and the controlling agency of the IP is located in Canada, chances are the IP address lookup results will show as Canada. Showing a Canadian IP while in the US is very common among Blackberry users on the Verizon network.

Address Lookup Utility include the IP Address, City, Host Name, Region /
Country Name, Country Code, Time Zone, Longitude, Latitude, ISP,
and IP Decimal.

**Contributors**

they perform an IP address lookup, that they are going to find the physical
e user assigned the IP in question. This is simply not true. At this time, we are
ddress database that will give you the exact physical postal address of the IP
At best, you'll get the exact city in which the user of the IP is located. For an
ss you would need to contact the ISP (Internet Service Provider) of the IP
However, without a police warrant, or some sort of legal document forcing the
nformation, don't expect them to give you the mailing address of the user that
at the time you received the offensive email, or other means of offensive /
nication from said IP. The best you can do in this case is to file a complaint
ard them all of the information from the questionable / offensive
ding the complaint. If you have any questions about the IP Address Lookup
ase check out our IP Address Lookup Forum.

definition of IP Address Lookup, please refer to the definition article at

**l Test** A broadband speed test can help you determine if you're...
**e Your IP Address** How Do I Change My IP Address? There are MANY...
**kup** ...

**stname Lookup** ...













Copyright © 2015 WhatIsMyIP.com - <u>Terms & Conditions Of Use</u> - <u>Privacy Policy</u> - <u>Contact Us</u> - <u>Suggestions & Feedback</u>



Get IP Geolocation service from <u>IP2Location.com</u> or <u>IPAddressLabs.com</u>

All trademarks and registered trademarks are the property of their respective owners.

77 queries in 0.375 seconds.

RECEIVED
MAILROOM

JUN - 9 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

2231457049T

OKLAHOMA CITY
OK 730
04 JUN '15
PM 3 L

02 1P $ 000.485
0000234220  JUN 03 2015
MAILED FROM ZIP CODE 74804

UNITED ST...
PITNEY BOWES

Honrable Judge Anderson
US District Court Eastern District of Virginia
Alexandria Division
401 Court House Square
Alexandria, VA 22314

Honorable Judge Anderson
US District Court Eastern District of Virginia
Alexandria Division
401 Court House Square
Alexandria, VA 22314


Dear Sir,

I would respectfully like to object to my personal information being submitted to BMG Rights Management in the case involving Cox Communications. The IP Address 72.200.204.12 was assigned to me on May 15, 2015. I did not have the IP Address on the date ranges in question. I would like my privacy respected and information withheld. I appreciate your understanding and concern in this matter.


Respectfully,

Hon. John F. Anderson
U.S. District Court for the
Eastern District of VA, Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

Civil Action No. 1:14cv1611 (LO/JFA)


Hon. Judge Anderson-

This letter is in reference to the BMG Rights Management LLC et al vs Cox
Enterprises, Inc. Specifically in regard to the IP Address: 68.9.92.136

I am writing to formally object to the production of my subscriber information
being released to BMG.

The dates in question in Exhibit 4 for this IP Address, reference a start date of
May 30, 2014 and an end date of November 10, 2014. During those dates, I was
NOT a customer of Cox Communications. My first date of service with Cox was
December 19, 2014. Therefore, this IP address in question was assigned to
another person during those dates. Since BMG is looking for personal
information during a time period I was NOT a customer at Cox, I respectfully ask
that this information not be released to BMG.

Thank you

all
·d
06033
@yahoo.com


ıettle

TRUST/LLC 

John F. Anderson
UNITED STATES Magistrate Judge
UNITED STATES DISTRICT COURT – This Court
Eastern Division of VIRGINIA
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

Case Number: 1:14cv1611 (LO/JFA)

June 4, 2015

## NOTICE OF INFRINMGEMENT
## ON BENEFICIARY RIGHTS

do hereby invoke, claim, reserve all rights as beneficiary under The United States Constitution. With Honorable intentions and Good Faith I hereby inform this court to cease all actions against said named Trust/LLC based on lack of jurisdiction and subject matter, *'error qui non resistur approbatur'*, based on the following statements:

1). Agent/Secured Party is holder of 'Private Documents' under United States Of America, Department Of State Authentication Number: _____ :e of September 15, 1789. This court has no notarized signature in consent and/or authorizations from Agent to way ability of this court for any usufruct enactments of the real property

2). Evidence of fact from Exhibit 4, page 5  from order documents in civil action 1:14cv1611 (LO/JFA) showing violation of rights of BMG Rights Management under IP Address 70.173.1.116 and date range of said infractions being May 29, 2014 through to July 8, 2014.  Agent had not established an account for _____ vith COX Communications until October 30, 2014.  Nor any existing account or transfer of accounts for approximately 5 years prior.  Thus making the divulging of private account information inapplicable for this account.

All account documents obtained by this court from COX Communications with attached name of **COPY**

_____ must be turned over to Agent immediately. And Agent will require a signature from an official of this court, attesting that this court will not release, copy, monetize, or any securitization any of the account documents which were unlawfully obtained. Under Lawful county recordings of Common Law Copyright (CLC082519584087RPM), and Security Agreement (SA082519584087RPM), City of Las Vegas, County of Clark, State of Nevada.

## JURAT

| | |
|---|---|
| **COUNTY OF CLARK** | ) |
| | ) ss |
| **STATE OF NEVADA** | ) |

The above named Agent/Secured Party, _____ appeared before me, a Notary, subscribed, sworn to the truth of this **Notice of Infringement on Beneficiary Rights,** under oath this 24th Day of June, 2015.

Paul LaBruzzo

My Commission expires ___08-29-2017___

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
PAUL LABRUZZO
No. 13-11595-1  My Appointment Expires Aug. 29, 2017

Page 2 of 2