UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| *v.* | ) | No. 1:14cv1611 (LO / JFA) |
| | ) | |
| COX ENTERPRISES, INC. *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO COMPEL AGAINST NON-PARTY RIGHTSCORP, INC.

PURSUANT TO Rules 26, 37, and 45, of the Federal Rules of Civil Procedure, Defendants move the Court to enter an order to compel against non-party Rightscorp, Inc. to produce documents and source code.[1]  The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum of law.  A proposed order is submitted herewith.

### Local Rule 37(E) Meet and Confer Statement

Counsel for Defendants submitted a detailed letter on June 15, 2015, describing the discovery now sought, and then held an extended telephonic meet and confer with Rightscorp, Inc.' counsel on June 18, 2015 concerning these matters.  Despite their efforts, the parties were unable to resolve their disputes.

---

[1]  Rightscorp, Inc. has stipulated to the jurisdiction of this Court to adjudicate discovery motions concerning subpoenas served on it in this action.

Dated: June 19, 2015

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
craig.reilly@ccreillylaw.com
*Counsel for Defendants*

*Of Counsel for Defendants:*

Andrew P. Bridges (*pro hac vice*)
FENWICK & WEST LLP
555 California Street
San Francisco, California 94104
TEL (415) 875-2389
FAX (415) 281-1350
abridges@fenwick.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2014, the foregoing was filed and served electronically by

the Court's CM/ECF system upon all registered users[2]:

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
craig.reilly@ccreillylaw.com
*Counsel for Defendants*

---

[2] Counsel for Plaintiffs also represent Rightscorp, Inc., and receive service by ECF.