**Exhibit D**

# EXHIBIT D

# Exhibit D

**Top 250 IP Addresses recorded to have infringed in the six months prior to filing the Complaint**

|   | IP Address | Start of Date Range | End of Date Range | Cox claims "no information available" | # months before May 15 Order |
|---|---|---|---|---|---|
| 1 | 68.108.246.250 | 9/5/2014 | 11/18/2014 | X (24) | 5-8 |
| 2 | 98.167.188.49 | 6/23/2014 | 11/25/2014 | | |
| 3 | 72.198.210.54 | 5/29/2014 | 9/17/2014 | | |
| 4 | 24.255.190.222 | 5/29/2014 | 11/24/2014 | | |
| 5 | 72.193.11.201 | 6/13/2014 | 10/16/2014 | | |
| 6 | 72.204.59.116 | 8/28/2014 | 11/24/2014 | | |
| 7 | 70.179.53.199 | 6/9/2014 | 11/25/2014 | | |
| 8 | 68.99.13.69 | 6/3/2014 | 11/13/2014 | | |
| 9 | 98.166.213.209 | 9/3/2014 | 11/25/2014 | X (102) | 5-8 |
| 10 | 68.231.185.187 | 8/8/2014 | 11/16/2014 | | |
| 11 | 72.218.156.29 | 5/28/2014 | 11/24/2014 | | |
| 12 | 68.10.25.239 | 5/28/2014 | 11/21/2014 | | |
| 13 | 72.200.2.32 | 5/28/2014 | 11/24/2014 | | |
| 14 | 72.221.80.33 | 5/29/2014 | 11/25/2014 | X (98) | 5-11 |
| 15 | 70.184.104.15 | 8/9/2014 | 11/17/2014 | | |
| 16 | 70.176.33.230 | 11/7/2014 | 11/25/2014 | | |
| 17 | 174.65.175.31 | 5/29/2014 | 9/16/2014 | | |
| 18 | 72.218.11.111 | 7/6/2014 | 11/25/2014 | X (95) | 5-10 |
| 19 | 98.172.56.218 | 11/7/2014 | 11/25/2014 | | |
| 20 | 72.218.205.207 | 5/31/2014 | 11/24/2014 | | |
| 21 | 68.99.85.143 | 5/31/2014 | 10/16/2014 | | |
| 22 | 70.185.114.90 | 7/28/2014 | 11/24/2014 | | |
| 23 | 68.5.55.244 | 6/22/2014 | 11/19/2014 | X (47) | 5-10 |
| 24 | 68.5.101.135 | 5/30/2014 | 11/23/2014 | | |
| 25 | 24.254.120.99 | 5/29/2014 | 10/17/2014 | | |
| 26 | 68.14.182.189 | 5/31/2014 | 11/20/2014 | | |
| 27 | 68.7.166.177 | 5/29/2014 | 7/28/2014 | | |
| 28 | 68.102.150.177 | 6/5/2014 | 11/20/2014 | | |
| 29 | 68.108.147.57 | 8/9/2014 | 11/11/2014 | X (23) | 6-9 |
| 30 | 68.226.103.234 | 5/30/2014 | 9/27/2014 | X (37) | 7-11 |
| 31 | 70.164.32.6 | 9/6/2014 | 10/10/2014 | | |
| 32 | 98.166.42.71 | 6/1/2014 | 11/25/2014 | | |
| 33 | 98.183.164.218 | 9/19/2014 | 11/24/2014 | | |
| 34 | 98.166.155.250 | 5/29/2014 | 9/28/2014 | X (101) | 7-11 |

# Exhibit D

|    | IP Address       | Start of Date Range | End of Date Range | Cox claims "no information available" | # months before May 15 Order |
|----|------------------|---------------------|-------------------|----------------------------------------|------------------------------|
| 35 | 70.173.200.83    | 10/8/2014           | 11/25/2014        | X (61)                                 | 5-7                          |
| 36 | 184.180.234.119  | 10/1/2014           | 11/25/2014        |                                        |                              |
| 37 | 72.200.194.189   | 11/7/2014           | 11/25/2014        | X (86)                                 | 5-6                          |
| 38 | 72.193.228.110   | 5/29/2014           | 7/8/2014          |                                        |                              |
| 39 | 70.181.149.202   | 8/29/2014           | 11/23/2014        | X (72)                                 | 5-8                          |
| 40 | 70.173.107.35    | 6/11/2014           | 10/17/2014        |                                        |                              |
| 41 | 68.227.252.199   | 9/5/2014            | 9/19/2014         | X (38)                                 | 7-8                          |
| 42 | 68.98.68.21      | 6/1/2014            | 11/17/2014        |                                        |                              |
| 43 | 70.181.172.22    | 8/8/2014            | 11/25/2014        | X (73)                                 | 5-9                          |
| 44 | 70.162.234.117   | 9/13/2014           | 11/25/2014        |                                        |                              |
| 45 | 72.220.38.211    | 9/20/2014           | 11/21/2014        |                                        |                              |
| 46 | 70.171.172.62    | 5/28/2014           | 11/25/2014        |                                        |                              |
| 47 | 98.167.182.178   | 5/28/2014           | 10/6/2014         |                                        |                              |
| 48 | 68.104.253.139   | 8/27/2014           | 10/11/2014        | X (14)                                 | 7-8                          |
| 49 | 174.78.59.116    | 7/27/2014           | 9/1/2014          | X (6)                                  | 8-9                          |
| 50 | 68.107.251.226   | 7/27/2014           | 9/6/2014          |                                        |                              |
| 51 | 68.96.175.222    | 9/30/2014           | 11/25/2014        | X (52)                                 | 5-7                          |
| 52 | 72.208.113.4     | 11/8/2014           | 11/24/2014        | X (90)                                 | 5-6                          |
| 53 | 68.12.3.41       | 5/28/2014           | 6/5/2014          |                                        |                              |
| 54 | 68.106.241.225   | 8/28/2014           | 11/23/2014        | X (19)                                 | 5-8                          |
| 55 | 24.255.226.246   | 7/5/2014            | 11/25/2014        | X (11)                                 | 5-10                         |
| 56 | 174.65.0.119     | 5/31/2014           | 11/9/2014         |                                        |                              |
| 57 | 68.231.201.98    | 7/4/2014            | 11/24/2014        | X (43)                                 | 5-10                         |
| 58 | 72.195.142.30    | 7/7/2014            | 11/25/2014        |                                        |                              |
| 59 | 68.103.145.205   | 7/27/2014           | 11/23/2014        |                                        |                              |
| 60 | 72.193.92.134    | 9/11/2014           | 11/24/2014        | X (83)                                 | 5-8                          |
| 61 | 98.164.74.199    | 9/19/2014           | 11/25/2014        | X (99)                                 | 5-7                          |
| 62 | 70.180.141.204   | 8/29/2014           | 11/25/2014        |                                        |                              |
| 63 | 68.106.233.94    | 9/25/2014           | 10/18/2014        | X (18)                                 | 6-7                          |
| 64 | 68.7.161.57      | 5/29/2014           | 6/29/2014         |                                        |                              |
| 65 | 70.174.51.31     | 8/9/2014            | 8/24/2014         | X (65)                                 | 8-9                          |
| 66 | 98.165.130.40    | 5/29/2014           | 9/21/2014         |                                        |                              |
| 67 | 72.218.105.94    | 9/25/2014           | 11/19/2014        | X (94)                                 | 5-7                          |
| 68 | 70.173.118.22    | 6/14/2014           | 10/17/2014        |                                        |                              |
| 69 | 70.191.124.78    | 5/31/2014           | 11/23/2014        |                                        |                              |
| 70 | 98.177.235.195   | 8/22/2014           | 11/22/2014        |                                        |                              |
| 71 | 98.176.82.205    | 9/30/2014           | 11/21/2014        | X (106)                                | 5-7                          |

# Exhibit D

|     | IP Address       | Start of Date Range | End of Date Range | Cox claims "no information available" | # months before May 15 Order |
|-----|------------------|---------------------|-------------------|---------------------------------------|------------------------------|
| 72  | 70.185.110.241   | 6/28/2014           | 11/25/2014        | X (75)                                | 5-10                         |
| 73  | 70.181.20.142    | 9/6/2014            | 9/16/2014         |                                       |                              |
| 74  | 68.97.94.221     | 8/28/2014           | 11/19/2014        | X (55)                                | 5-8                          |
| 75  | 72.193.43.156    | 5/28/2014           | 6/21/2014         |                                       |                              |
| 76  | 72.200.204.12    | 8/19/2014           | 9/5/2014          | X (87)                                | 8-8                          |
| 77  | 98.183.172.2     | 6/20/2014           | 11/22/2014        | X (109)                               | 5-10                         |
| 78  | 68.8.53.20       | 6/12/2014           | 9/29/2014         |                                       |                              |
| 79  | 72.218.160.82    | 7/27/2014           | 11/10/2014        |                                       |                              |
| 80  | 174.65.102.18    | 8/22/2014           | 10/18/2014        | X (2)                                 | 6-8                          |
| 81  | 70.191.117.245   | 9/27/2014           | 11/25/2014        | X (81)                                | 5-7                          |
| 82  | 24.252.39.186    | 8/10/2014           | 11/10/2014        | X (9)                                 | 6-9                          |
| 83  | 68.11.118.18     | 5/28/2014           | 7/7/2014          |                                       |                              |
| 84  | 68.9.126.89      | 8/10/2014           | 10/9/2014         | X (50)                                | 7-9                          |
| 85  | 68.96.237.108    | 5/29/2014           | 8/15/2014         | X (54)                                | 9-11                         |
| 86  | 68.228.167.111   | 6/5/2014            | 6/11/2014         |                                       |                              |
| 87  | 24.250.164.15    | 5/29/2014           | 6/29/2014         |                                       |                              |
| 88  | 184.189.251.250  | 8/26/2014           | 11/14/2014        |                                       |                              |
| 89  | 98.184.79.238    | 5/29/2014           | 8/23/2014         | X (111)                               | 8-11                         |
| 90  | 70.173.205.220   | 8/23/2014           | 10/8/2014         | X (62)                                | 7-8                          |
| 91  | 98.176.165.119   | 11/15/2014          | 11/25/2014        | X (105)                               | 5-6                          |
| 92  | 98.163.199.48    | 5/28/2014           | 10/17/2014        |                                       |                              |
| 93  | 68.106.61.129    | 5/29/2014           | 10/18/2014        | X (20)                                | 6-11                         |
| 94  | 72.211.240.77    | 5/31/2014           | 6/26/2014         | X (92)                                | 10-11                        |
| 95  | 68.224.156.152   | 9/11/2014           | 10/14/2014        |                                       |                              |
| 96  | 174.74.81.70     | 5/28/2014           | 11/13/2014        | X (5)                                 | 6-11                         |
| 97  | 68.229.84.17     | 5/29/2014           | 10/14/2014        | X (41)                                | 7-11                         |
| 98  | 70.162.83.215    | 9/29/2014           | 11/19/2014        |                                       |                              |
| 99  | 68.3.214.42      | 8/27/2014           | 10/17/2014        | X (46)                                | 6-8                          |
| 100 | 70.188.236.227   | 9/30/2014           | 10/10/2014        |                                       |                              |
| 101 | 68.226.102.3     | 9/18/2014           | 11/24/2014        |                                       |                              |
| 102 | 68.110.206.227   | 6/14/2014           | 11/25/2014        | X (27)                                | 5-11                         |
| 103 | 70.178.187.142   | 6/12/2014           | 11/24/2014        | X (68)                                | 5-11                         |
| 104 | 70.162.198.15    | 5/29/2014           | 7/7/2014          |                                       |                              |
| 105 | 70.162.40.114    | 6/15/2014           | 11/21/2014        |                                       |                              |
| 106 | 68.224.1.144     | 5/29/2014           | 6/22/2014         | X (34)                                | 10-11                        |
| 107 | 68.8.30.32       | 8/10/2014           | 11/23/2014        | X (49)                                | 5-9                          |
| 108 | 68.111.80.30     | 6/15/2014           | 11/17/2014        |                                       |                              |

# Exhibit D

|     | IP Address     | Start of Date Range | End of Date Range | Cox claims "no information available" | # months before May 15 Order |
|-----|----------------|---------------------|-------------------|----------------------------------------|------------------------------|
| 109 | 68.10.94.109   | 5/29/2014           | 10/12/2014        |                                        |                              |
| 110 | 70.173.28.34   | 5/28/2014           | 11/11/2014        | X (64)                                 | 6-11                         |
| 111 | 68.98.121.251  | 6/21/2014           | 10/16/2014        |                                        |                              |
| 112 | 68.111.12.162  | 5/28/2014           | 9/16/2014         | X (28)                                 | 7-11                         |
| 113 | 98.169.201.31  | 5/29/2014           | 10/9/2014         | X (104)                                | 7-11                         |
| 114 | 68.106.255.11  | 11/8/2014           | 11/18/2014        |                                        |                              |
| 115 | 184.176.111.105| 8/8/2014            | 11/21/2014        |                                        |                              |
| 116 | 68.5.58.192    | 5/29/2014           | 8/28/2014         |                                        |                              |
| 117 | 98.165.57.55   | 8/22/2014           | 10/18/2014        |                                        |                              |
| 118 | 70.180.125.209 | 9/6/2014            | 10/16/2014        | X (70)                                 | 6-8                          |
| 119 | 72.216.23.147  | 8/19/2014           | 11/18/2014        | X (93)                                 | 5-8                          |
| 120 | 68.6.176.10    | 9/10/2014           | 9/28/2014         |                                        |                              |
| 121 | 68.97.159.31   | 10/14/2014          | 11/14/2014        |                                        |                              |
| 122 | 24.249.128.220 | 5/28/2014           | 6/15/2014         |                                        |                              |
| 123 | 68.109.28.36   | 6/7/2014            | 8/26/2014         | X (26)                                 | 8-11                         |
| 124 | 72.197.150.113 | 5/30/2014           | 7/27/2014         | X (84)                                 | 9-11                         |
| 125 | 68.96.233.129  | 8/15/2014           | 10/15/2014        |                                        |                              |
| 126 | 24.252.78.96   | 8/19/2014           | 9/6/2014          | X (10)                                 | 8-8                          |
| 127 | 70.162.188.161 | 6/16/2014           | 10/18/2014        | X (57)                                 | 6-10                         |
| 128 | 72.223.14.39   | 8/8/2014            | 10/5/2014         |                                        |                              |
| 129 | 68.105.3.21    | 5/29/2014           | 7/8/2014          | X (17)                                 | 10-11                        |
| 130 | 68.9.92.136    | 5/30/2014           | 11/10/2014        |                                        |                              |
| 131 | 68.14.29.174   | 5/29/2014           | 9/2/2014          | X (31)                                 | 8-11                         |
| 132 | 68.224.86.147  | 8/15/2014           | 11/23/2014        | X (36)                                 | 5-9                          |
| 133 | 70.176.101.146 | 5/29/2014           | 8/29/2014         | X (66)                                 | 8-11                         |
| 134 | 72.193.161.91  | 6/12/2014           | 8/13/2014         |                                        |                              |
| 135 | 68.102.158.132 | 9/10/2014           | 11/11/2014        | X (13)                                 | 6-8                          |
| 136 | 68.9.199.241   | 7/7/2014            | 9/8/2014          | X (51)                                 | 8-10                         |
| 137 | 68.99.240.167  | 7/27/2014           | 11/24/2014        |                                        |                              |
| 138 | 68.14.3.19     | 5/29/2014           | 6/26/2014         | X (32)                                 | 10-11                        |
| 139 | 68.13.88.152   | 5/28/2014           | 6/14/2014         |                                        |                              |
| 140 | 68.103.19.220  | 5/30/2014           | 11/19/2014        |                                        |                              |
| 141 | 24.254.195.114 | 6/4/2014            | 11/24/2014        |                                        |                              |
| 142 | 174.70.111.81  | 9/10/2014           | 10/16/2014        |                                        |                              |
| 143 | 70.174.61.147  | 6/7/2014            | 11/24/2014        |                                        |                              |
| 144 | 70.189.166.19  | 5/31/2014           | 10/17/2014        | X (77)                                 | 6-11                         |
| 145 | 98.160.177.248 | 5/28/2014           | 6/29/2014         |                                        |                              |

# Exhibit D

|     | IP Address        | Start of Date Range | End of Date Range | Cox claims "no information available" | # months before May 15 Order |
|-----|-------------------|---------------------|-------------------|---------------------------------------|------------------------------|
| 146 | 184.186.17.45     | 10/5/2014           | 11/22/2014        |                                       |                              |
| 147 | 68.2.145.112      | 9/2/2014            | 11/24/2014        | X (33)                                | 5-8                          |
| 148 | 68.12.231.202     | 5/30/2014           | 9/30/2014         |                                       |                              |
| 149 | 68.10.223.39      | 5/31/2014           | 6/9/2014          |                                       |                              |
| 150 | 68.104.90.152     | 6/4/2014            | 9/3/2014          | X (15)                                | 8-11                         |
| 151 | 68.7.249.63       | 5/29/2014           | 10/6/2014         |                                       |                              |
| 152 | 70.180.218.246    | 5/30/2014           | 10/13/2014        |                                       |                              |
| 153 | 68.230.157.81     | 6/13/2014           | 11/23/2014        | X (42)                                | 5-11                         |
| 154 | 70.177.229.92     | 6/1/2014            | 9/9/2014          |                                       |                              |
| 155 | 68.109.24.230     | 11/11/2014          | 11/23/2014        | X (25)                                | 5-6                          |
| 156 | 70.185.116.160    | 8/9/2014            | 11/21/2014        |                                       |                              |
| 157 | 72.220.79.132     | 6/29/2014           | 11/25/2014        | X (97)                                | 5-10                         |
| 158 | 72.192.125.195    | 5/28/2014           | 9/10/2014         | X (82)                                | 8-11                         |
| 159 | 72.200.1.96       | 7/27/2014           | 11/21/2014        |                                       |                              |
| 160 | 70.162.156.53     | 6/29/2014           | 10/18/2014        | X (56)                                | 6-10                         |
| 161 | 68.107.138.130    | 6/8/2014            | 10/15/2014        | X (21)                                | 7-11                         |
| 162 | 68.8.49.39        | 9/30/2014           | 11/19/2014        |                                       |                              |
| 163 | 68.5.18.233       | 8/9/2014            | 11/25/2014        |                                       |                              |
| 164 | 72.201.1.5        | 9/9/2014            | 11/22/2014        |                                       |                              |
| 165 | 174.67.242.185    | 5/30/2014           | 11/24/2014        |                                       |                              |
| 166 | 70.173.1.116      | 5/29/2014           | 7/8/2014          |                                       |                              |
| 167 | 98.183.57.155     | 6/1/2014            | 7/2/2014          |                                       |                              |
| 168 | 68.99.11.88       | 6/12/2014           | 6/19/2014         |                                       |                              |
| 169 | 72.201.193.131    | 6/2/2014            | 10/17/2014        |                                       |                              |
| 170 | 72.194.215.41     | 8/9/2014            | 9/4/2014          |                                       |                              |
| 171 | 174.69.117.104    | 8/14/2014           | 9/27/2014         | X (4)                                 | 7-9                          |
| 172 | 70.162.50.26      | 5/29/2014           | 10/15/2014        | X (59)                                | 7-11                         |
| 173 | 68.11.219.21      | 5/30/2014           | 9/11/2014         |                                       |                              |
| 174 | 70.189.34.237     | 8/29/2014           | 10/15/2014        | X (78)                                | 7-8                          |
| 175 | 68.98.184.118     | 5/30/2014           | 11/23/2014        |                                       |                              |
| 176 | 72.197.63.127     | 10/11/2014          | 11/25/2014        |                                       |                              |
| 177 | 68.12.88.66       | 8/22/2014           | 10/14/2014        | X (29)                                | 7-8                          |
| 178 | 68.231.50.100     | 9/18/2014           | 11/21/2014        | X (45)                                | 5-7                          |
| 179 | 98.167.72.147     | 6/12/2014           | 6/29/2014         |                                       |                              |
| 180 | 72.204.91.21      | 8/24/2014           | 11/25/2014        | X (88)                                | 5-8                          |
| 181 | 70.191.126.67     | 9/27/2014           | 11/24/2014        |                                       |                              |
| 182 | 98.183.141.248    | 7/7/2014            | 9/12/2014         | X (108)                               | 8-10                         |

# Exhibit D

|     | IP Address      | Start of Date Range | End of Date Range | Cox claims "no information available" | # months before May 15 Order |
|-----|-----------------|---------------------|-------------------|---------------------------------------|------------------------------|
| 183 | 68.107.191.229  | 5/30/2014           | 7/5/2014          | X (22)                                | 10-11                        |
| 184 | 184.187.131.137 | 8/22/2014           | 10/11/2014        | X (7)                                 | 7-8                          |
| 185 | 70.181.130.94   | 8/17/2014           | 10/12/2014        | X (71)                                | 7-8                          |
| 186 | 72.208.52.133   | 5/31/2014           | 11/24/2014        |                                       |                              |
| 187 | 174.65.5.239    | 8/21/2014           | 10/18/2014        |                                       |                              |
| 188 | 174.69.14.78    | 6/20/2014           | 6/25/2014         |                                       |                              |
| 189 | 68.110.91.193   | 11/7/2014           | 11/20/2014        |                                       |                              |
| 190 | 68.102.23.13    | 6/26/2014           | 11/24/2014        |                                       |                              |
| 191 | 174.64.98.132   | 5/29/2014           | 6/20/2014         | X (1)                                 | 10-11                        |
| 192 | 68.224.25.197   | 5/28/2014           | 7/8/2014          |                                       |                              |
| 193 | 70.178.11.203   | 8/28/2014           | 10/9/2014         | X (67)                                | 7-8                          |
| 194 | 68.228.169.155  | 9/8/2014            | 10/17/2014        | X (40)                                | 6-8                          |
| 195 | 72.199.65.196   | 9/11/2014           | 10/6/2014         | X (85)                                | 7-8                          |
| 196 | 68.13.85.163    | 5/29/2014           | 11/25/2014        |                                       |                              |
| 197 | 68.99.88.150    | 7/1/2014            | 9/26/2014         |                                       |                              |
| 198 | 70.170.31.219   | 8/26/2014           | 9/9/2014          | X (60)                                | 8-8                          |
| 199 | 68.108.172.180  | 7/27/2014           | 8/28/2014         |                                       |                              |
| 200 | 98.191.85.53    | 6/4/2014            | 9/4/2014          |                                       |                              |
| 201 | 98.184.140.25   | 8/30/2014           | 10/10/2014        | X (110)                               | 7-8                          |
| 202 | 70.181.22.147   | 9/18/2014           | 9/28/2014         |                                       |                              |
| 203 | 70.173.225.162  | 10/2/2014           | 11/25/2014        | X (63)                                | 5-7                          |
| 204 | 98.163.203.38   | 6/5/2014            | 8/26/2014         |                                       |                              |
| 205 | 68.100.13.159   | 8/20/2014           | 10/5/2014         |                                       |                              |
| 206 | 72.220.124.9    | 6/14/2014           | 11/13/2014        |                                       |                              |
| 207 | 70.173.251.65   | 9/4/2014            | 10/15/2014        |                                       |                              |
| 208 | 68.105.158.34   | 6/13/2014           | 7/28/2014         | X (16)                                | 9-11                         |
| 209 | 184.180.140.7   | 7/5/2014            | 9/12/2014         |                                       |                              |
| 210 | 70.190.59.82    | 6/5/2014            | 11/12/2014        | X (80)                                | 6-11                         |
| 211 | 174.64.98.113   | 5/28/2014           | 7/7/2014          |                                       |                              |
| 212 | 68.0.171.54     | 5/28/2014           | 11/13/2014        |                                       |                              |
| 213 | 174.65.69.63    | 5/28/2014           | 6/5/2014          |                                       |                              |
| 214 | 70.187.64.244   | 5/29/2014           | 11/24/2014        | X (76)                                | 5-11                         |
| 215 | 174.68.109.242  | 9/16/2014           | 10/14/2014        | X (3)                                 | 7-7                          |
| 216 | 98.164.83.225   | 11/15/2014          | 11/25/2014        | X (100)                               | 5-6                          |
| 217 | 98.165.144.204  | 6/13/2014           | 9/15/2014         |                                       |                              |
| 218 | 68.14.154.196   | 7/27/2014           | 10/1/2014         |                                       |                              |
| 219 | 174.64.166.151  | 5/30/2014           | 6/26/2014         |                                       |                              |

# Exhibit D

|  | IP Address | Start of Date Range | End of Date Range | Cox claims "no information available" | # months before May 15 Order |
|---|---|---|---|---|---|
| 220 | 68.111.187.177 | 8/14/2014 | 9/5/2014 | | |
| 221 | 68.224.151.163 | 9/7/2014 | 10/16/2014 | X (35) | 6-8 |
| 222 | 70.162.238.32 | 8/9/2014 | 11/15/2014 | | |
| 223 | 68.13.87.167 | 11/15/2014 | 11/24/2014 | X (30) | 5-6 |
| 224 | 70.162.239.154 | 8/26/2014 | 10/17/2014 | X (58) | 6-8 |
| 225 | 68.227.87.159 | 5/29/2014 | 9/21/2014 | X (39) | 7-11 |
| 226 | 68.0.36.212 | 5/28/2014 | 11/10/2014 | | |
| 227 | 98.167.3.53 | 11/7/2014 | 11/24/2014 | X (103) | 5-6 |
| 228 | 98.176.198.171 | 5/30/2014 | 6/26/2014 | | |
| 229 | 24.56.6.55 | 6/10/2014 | 8/22/2014 | X (12) | 8-11 |
| 230 | 70.186.188.152 | 11/12/2014 | 11/24/2014 | | |
| 231 | 174.68.93.32 | 5/29/2014 | 6/22/2014 | | |
| 232 | 184.187.161.99 | 9/17/2014 | 11/21/2014 | | |
| 233 | 24.251.32.167 | 10/7/2014 | 11/22/2014 | X (8) | 5-7 |
| 234 | 184.186.19.71 | 5/29/2014 | 6/2/2014 | | |
| 235 | 70.180.184.103 | 9/27/2014 | 11/25/2014 | | |
| 236 | 70.174.127.212 | 8/13/2014 | 11/16/2014 | | |
| 237 | 70.183.228.206 | 5/29/2014 | 9/5/2014 | | |
| 238 | 68.8.20.163 | 8/16/2014 | 10/3/2014 | X (48) | 7-8 |
| 239 | 68.96.191.244 | 5/29/2014 | 7/7/2014 | X (53) | 10-11 |
| 240 | 70.181.75.196 | 10/11/2014 | 10/17/2014 | X (74) | 6-7 |
| 241 | 70.171.206.11 | 7/4/2014 | 11/19/2014 | | |
| 242 | 72.219.168.21 | 8/21/2014 | 9/5/2014 | X (96) | 8-8 |
| 243 | 68.231.24.80 | 8/9/2014 | 11/11/2014 | X (44) | 6-9 |
| 244 | 70.160.69.156 | 9/4/2014 | 10/17/2014 | | |
| 245 | 70.179.21.51 | 8/21/2014 | 11/7/2014 | X (69) | 6-8 |
| 246 | 72.207.39.240 | 5/29/2014 | 6/24/2014 | X (89) | 10-11 |
| 247 | 68.1.85.148 | 9/1/2014 | 11/24/2014 | | |
| 248 | 70.190.187.217 | 11/10/2014 | 11/23/2014 | X (79) | 5-6 |
| 249 | 72.208.115.121 | 6/4/2014 | 11/24/2014 | X (91) | 5-11 |
| 250 | 98.180.16.9 | 5/29/2014 | 7/28/2014 | X (107) | 9-11 |