# EXHIBIT F

# [DOCUMENT REDACTED]

## HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

*BMG RIGHTS MANAGEMENT (US) LLC, ET AL. V. COX ENTERPRISES, INC., ET AL.,* **CIVIL ACTION NO. 1:14-CV-1611 (LOG/JFA), IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**