**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP** | ) ) ) ) | |
| Copyright Holders, | ) ) | |
| v. | ) ) | Case No. 1:14-cv-1611(LOG/JFA) |
| **COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., COXCOM, LLC** | ) ) ) ) | |
| Defendants. | ) ) | |

## **NOTICE**

Pursuant to instructions by the Clerk's Office, Plaintiffs give notice of their resubmission of Exhibit A to *Plaintiffs' Memorandum in Opposition to Defendants' Motion to Compel* (Dkt. No. 105), which, due to a technical error, was not uploaded in its entirety when submitted via ECF.

June 25, 2015

Respectfully submitted,

/s/ Paul Gennari

Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
1700 K Street, NW
Washington, DC 20006
Tel:  (202) 540-7157
Fax:  (202) 540-7201

*Of Counsel*

Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
Elizabeth McKenzie (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel.:  (202) 429-3000
Fax:  (202) 429-3902

Michael O. Crain
Crain Law Group, LLC
The Bottleworks
297 Prince Avenue, Suite 24
Athens, Georgia  30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiffs*