IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMG RIGHTS MANAGEMENT )
(US) LLC, *et al.*, )
)
        Plaintiffs, )
)   Civil Action No. 1:14cv1611 (LO/JFA)
    v. )
)
COX ENTERPRISES, INC., *et al.*, )
)
        Defendants. )
_____ )

**FILED**

**JUN 2 6 2015**

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### ORDER

    This matter is before the court on defendants' motion for instructions regarding May 15,

2015 order on motion to compel (Docket no. 86). For the reasons stated from the bench, it is

hereby

    ORDERED that defendants shall provide the previously ordered customer information to

the plaintiffs for those customers who may have notified the defendants of their objection to

having their information produced but who have not filed any notice or other objection with the

court.

    Entered this 26th day of June, 2015.

                              /s/
                          John F. Anderson
                          United States Magistrate Judge

                          John F. Anderson
                          United States Magistrate Judge

Alexandria, Virginia



/s/
John F. Anderson
United States Magistrate Judge