IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:14cv1611 (LO/JFA) ) ) |
| COX ENTERPRISES, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the court on defendants' motion to compel against the plaintiffs (Docket no. 91) and defendants' motion to compel against Rightscorp, Inc. (Docket no. 94). Based on the representations of counsel and for the reasons stated from the bench, it is hereby

ORDERED that defendants' motion to compel against the plaintiffs and defendants' motion to compel against Rightscorp, Inc. are granted in part and denied in part.

Entered this 26th day of June, 2015.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia