IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) Civil Action No. 1:14cv1611 (LO/JFA) |
| v. | ) <br> ) |
| COX ENTERPRISES, INC., *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

### ORDER

This matter is before the court on plaintiffs' motion to seal and plaintiffs' corrected motion to seal. (Docket nos. 97, 102). For the reasons stated from the bench, it is hereby

ORDERED that the motions to seal are denied and the plaintiffs shall file an unredacted version of the response and exhibits to defendants' motion for instructions regarding the May 15, 2015 order.

Entered this 26th day of June, 2015.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia