IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX ENTERPRISES, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:14cv1611 (LO/JFA) |

## ORDER

On June 1, 2015, a motion to quash or modify was filed by John Doe ("Doe"). (Docket no. 81). The motion to quash does not identify either the account holder or the IP address of the movant.[1] While Doe denies that he has participated in copyright infringement and states that upon information and belief his IP address was not used in copyright infringement, those denials are insufficient to justify quashing the subpoena to Cox Enterprises, Inc. ("Cox"). Given the nature of the claims raised in this action by BMG Rights Management and Round Hill Music ("BMG/Round Hill") against Cox, the court has found that account information for a group of Cox subscribers is relevant to the claims asserted in the action. Any subscriber information produced by Cox is to be treated as Highly Confidential – Attorneys' Eyes Only under the provisions in the Protective Order in this case (Docket no. 46). The subscriber information produced in this action is to be used solely for the purposes of litigating the claims raised in this action between BMG/Round Hill and Cox and will not be used by BMG/Round Hill to solicit payments directly from Cox subscribers. For these reasons, it is

---

[1] The opposition that was filed by the plaintiffs refers to an IP address that is the subject of a separate request (Docket nos. 82, 83). Does' reply (Docket no. 89) reflects this confusion.

ORDERED that the motion to quash is denied.

Entered this 30th day of June, 2015.

                                              /s/
                                         John F. Anderson
                                         John F. Anderson
                                         United States Magistrate Judge

Alexandria, Virginia