IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX ENTERPRISES, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14cv1611 (LO/JFA) |

### ORDER

On June 3, 2015, a motion to quash was filed by a person having been assigned an IP address after the dates of the alleged infringement from the subject IP address. (Docket no. 83). Given the nature of the claims raised in this action by BMG Rights Management and Round Hill Music ("BMG/Round Hill") against Cox Enterprises, Inc. ("Cox"), the court found that account information for a group of Cox subscribers is relevant to the claims asserted in the action and should be produced by Cox. It appearing to the court that the movant has provided sufficient information to establish that the subject IP address was not assigned to the individual filing the motion to quash during the time periods set forth in the attachment to the motion to compel, it is hereby

ORDERED that the motion to quash is granted and Cox is not required to provide any additional information as to this subscriber and BMG/Round Hill shall not use any information relating to this subscriber.

Entered this 30th day of June, 2015.

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia