IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMG RIGHTS MANAGEMENT )
(US) LLC, *et al.*, )
)
Plaintiffs, )
) Civil Action No. 1:14cv1611 (LO/JFA)
v. )
)
COX ENTERPRISES, INC., *et al.*, )
)
Defendants. )

## ORDER

On June 11, 2015, an objection to production of account information was filed by a person having been assigned an IP address after the dates of the alleged infringement from the subject IP address. (Docket no. 85). Given the nature of the claims raised in this action by BMG Rights Management and Round Hill Music ("BMG/Round Hill") against Cox Enterprises, Inc. ("Cox"), the court found that account information for a group of Cox subscribers is relevant to the claims asserted in the action and should be produced by Cox. It appearing to the court that the movant has provided sufficient information to establish that the subject IP address was not assigned to the individual filing the objection during the time periods set forth in the attachment to the motion to compel, it is hereby

ORDERED that the objection is sustained and Cox is not required to provide any additional information as to this subscriber and BMG/Round Hill shall not use any information relating to this subscriber.

Entered this 30th day of June, 2015.

/s/ *JFA*
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia