**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP** ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:14-cv-1611(LOG/JFA) |
| **COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., COXCOM, LLC** ) ) ) ) | |
| Defendants. ) ) | |

**PLAINTIFFS' MOTION TO FILE THEIR MOTION TO COMPEL DISCOVERY RELATED TO DEFENDANTS' ADVICE OF COUNSEL DEFENSE AND RELATED MATERIALS UNDER SEAL**

Plaintiffs BMG Rights Management (US) LLC and Round Hill Music LP ("Plaintiffs") hereby move for an order to seal *Plaintiffs' Memorandum In Support Of Their Motion to Compel Discovery Related to Defendants' Advice of Counsel Defense*. The Memorandum and its Exhibits should be filed under seal because they include confidential information that Defendants and Rightscorp have designated as subject to the Protective Order. Plaintiffs BMG Rights Management (US) LLC and Round Hill Music LP will file a public version of their Memorandum that redacts references to the materials designated as Highly Confidential.

Wherefore, Plaintiffs respectfully request that the Court grant their motion.

Respectfully submitted,

/s/ Walter D. Kelley, Jr.

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
1700 K Street, NW
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202) 540-7201

Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

*Of Counsel*
Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
Elizabeth McKenzie (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Michael O. Crain
CRAIN LAW GROUP, LLC
The Bottleworks
297 Prince Avenue, Suite 24
Athens, Georgia 30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 2, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

            /s/ Walter D. Kelley, Jr.

            Walter D. Kelley, Jr. (VSB No. 21622)
            HAUSFELD, LLP
            1700 K Street, NW
            Washington, DC 20006
            Tel: (202) 540-7157
            Fax: (202) 540-7201