IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> COX ENTERPRISES, INC., *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:14cv1611 (LO/JFA) ) ) ) ) ) ) |

### ORDER

It is hereby ORDERED that the hearings on plaintiffs' motion to compel (Docket no. 129) and plaintiffs' motion to seal (Docket no. 126) are continued from July 10, 2015 to **Friday, July 17, 2015 at 10:00 a.m.** Any opposition to these motions shall be filed by 5:00 p.m. on July 10, 2015, and any reply must be filed by 5:00 p.m. on July 15, 2015. This Order does not alter any other deadlines in this matter.

Entered this 6th day of July, 2015.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia