**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT ) <br> (US) LLC, and ROUND HILL ) <br> MUSIC LP ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COX ENTERPRISES, INC., ) <br> COX COMMUNICATIONS, INC., ) <br> COXCOM, LLC ) <br> ) <br> Defendants. ) <br> ) | Case No.  1:14-cv-1611(LOG/JFA) |

**BMG RIGHTS MANAGEMENT (US) LLC AND ROUND HILL MUSIC LP'S
MOTION TO COMPEL**

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37, Plaintiffs BMG Rights Management (US) LLC and Round Hill Music LP respectfully move this Court to compel Defendants Cox Communications, Inc. ("Cox Communications") and Defendant CoxCom, LLC ("CoxCom") (collectively "Cox") to designate one or more corporate representatives to testify, under Federal Rule of Civil Procedure 30(b)(6), to topics 41 - 47 identified in the Second Amended Notice of Corporate Deposition to Cox Communications and the first Notice of Corporate Deposition to CoxCom.  In the alternative, Plaintiffs seek leave to notice Cox for additional topics for corporate testimony.  For the reasons set forth in the accompanying Memorandum in Support, the Court should grant the Motion.

**Local Rule 37(E) Meet and Confer Statement**

Counsel for BMG/RH held a telephonic meet and confer with Defendants' counsel on July 9, 2015 concerning Defendants' discovery responses. Both parties subsequently exchanged letters clarifying their discussions. Despite their efforts, the parties were unable to resolve all of their disputes.

Respectfully submitted,

/s/ Jeremy D. Engle

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
1700 K Street, NW
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202) 540-7201

Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

*Of Counsel*
Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
Elizabeth McKenzie (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Michael O. Crain
Crain Law Group, LLC
The Bottleworks

297 Prince Avenue, Suite 24
Athens, Georgia 30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 10, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

                                  /s/ Jeremy D. Engle
                                  Jeremy D. Engle (VSB No. 72919)
                                  jengle@steptoe.com
                                  STEPTOE & JOHNSON, LLP
                                  1330 Connecticut Ave, NW
                                  Washington, DC 20036
                                  Tel.:  (202) 429-3000
                                  Fax:  (202) 429-3902