UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) No. 1:14cv1611 (LO / JFA) ) |
| COX ENTERPRISES, INC. *et al.*, | ) ) |
| *Defendants*. | ) ) |

**NOTICE OF *IN CAMERA* SUBMISSION**

PLEASE TAKE NOTICE that the Defendants have submitted the following documents (identified by discovery-production number) *in camera* to Hon. John F. Anderson, United States Magistrate Judge, for the Court's review in connection with Plaintiffs' Motion to Compel Related to the Advice of Counsel Defense (Doc. 129):

| COX_BMG00207485 - 89 | COX_BMG00207812 - 32 |
|---|---|
| COX_BMG00207592 - 93 | COX_BMG00207833 - 34 |
| COX_BMG00207704 | COX_BMG00207835 |
| COX_BMG00207767 | COX_BMG00218547 - 48 |
| COX_BMG00207811 | COX_BMG00218919 |

These documents have already been produced by Defendants and are not the subject of the pending motion. Rather, they are submitted as examples of the materials produced by Defendants within the subject matter waiver attendant to the assertion of advice of counsel.

Dated: July 13, 2015

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
craig.reilly@ccreillylaw.com
*Counsel for Defendants*

*Of Counsel for Defendants:*

Andrew P. Bridges (*pro hac vice*)
FENWICK & WEST LLP
555 California Street
San Francisco, California 94104
TEL (415) 875-2389
FAX (415) 281-1350
abridges@fenwick.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
craig.reilly@ccreillylaw.com
*Counsel for Defendants*