IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JUL 17 2015

BMG RIGHTS MANAGEMENT )
(US) LLC, *et al.*, )
 )
       Plaintiffs, )
 )
v. ) Civil Action No. 1:14cv1611 (LO/JFA)
 )
COX ENTERPRISES, INC., *et al.*, )
 )
       Defendants. )
 )

### ORDER

On Friday, July 17, 2015, counsel for the parties appeared before the court to present argument on BMG Rights Management (US) LLC and Round Hill Music LP's Motion to Compel Discovery Related to Defendants' Advice of Counsel Defense (Docket no. 129). Upon consideration of the motion, memorandum in support (Docket no. 130), defendants' opposition (Docket no. 134), plaintiffs' reply (Docket no. 146), and for the reasons stated from the bench, it is hereby

ORDERED that BMG Rights Management (US) LLC and Round Hill Music LP's Motion to Compel Discovery Related to Defendants' Advice of Counsel Defense is granted in part and denied in part.

Entered this 17th day of July, 2015.

                                            /s/
                               John F. Anderson
                               United States Magistrate Judge

                               John F. Anderson
                               United States Magistrate Judge

Alexandria, Virginia