

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMG RIGHTS MANAGEMENT )
(US) LLC, *et al.*, )
)
      Plaintiffs, )
)
v. )   Civil Action No. 1:14cv1611 (LO/JFA)
)
COX ENTERPRISES, INC., *et al.*, )
)
      Defendants. )
)

## ORDER

On Friday, July 17, 2015, counsel for the parties appeared before the court to present argument on BMG Rights Management (US) LLC and Round Hill Music LP's Motion to Compel Discovery Related to 30(b)(6) Deposition Notices to Cox Communications, Inc. and CoxCom, LLC (Docket no. 138) ("Motion to Compel Discovery Related to 30(b)(6) Deposition Notices"). Upon consideration of the motion, the memorandum in support (Docket no. 139), Cox's opposition (Docket no. 142), defendants' reply (Docket no. 152), and for the reasons stated from the bench, it is hereby

ORDERED that BMG Rights Management (US) LLC and Round Hill Music LP's Motion to Compel Discovery Related to 30(b)(6) Deposition Notices is granted in part and denied in part.

Entered this 17th day of July, 2015.

                                              /s/
                                  John F. Anderson
                                  United States Magistrate Judge

                                  John F. Anderson
                                  United States Magistrate Judge

Alexandria, Virginia