IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMG RIGHTS MANAGEMENT                )
(US) LLC, *et al.*,                  )
                                     )
                    Plaintiffs,      )
                                     )
        v.                           )      Civil Action No. 1:14cv1611 (LO/JFA)
                                     )
COX ENTERPRISES, INC., *et al.*,     )
                                     )
                    Defendants.      )
_____)

## ORDER

On Friday, July 17, 2015, counsel for the parties appeared before the court to present

argument on Cox's Motion to Compel Against Rightscorp, Inc. (Docket no. 135).  Upon

consideration of the motion, the memorandum in support (Docket no. 136), Rightscorp Inc.'s

opposition (Docket no. 147), Cox's reply (Docket no. 149), and for the reasons stated from the

bench, it is hereby

ORDERED that Cox's Motion to Compel Against Rightscorp, Inc. is granted in part and

denied in part.

Entered this 17th day of July, 2015.

_____/s/_____

John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia