IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>COX ENTERPRISES, INC., et al., )<br><br>Defendants. ) | Civil Action No. 1:14cv1611 (LO/JFA) |

## ORDER

On Friday, July 17, 2015, counsel for the parties appeared before the court to present argument on Cox's Motion to Compel Against Rightscorp, Inc. (Docket no. 135). Upon consideration of the motion, the memorandum in support (Docket no. 136), Rightscorp Inc.'s opposition (Docket no. 147), Cox's reply (Docket no. 149), and for the reasons stated from the bench, it is hereby

ORDERED that Cox's Motion to Compel Against Rightscorp, Inc. is granted in part and denied in part.

Entered this 17th day of July, 2015.

/s/ JFA
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia