IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMG RIGHTS MANAGEMENT            )
(US) LLC, *et al.*,              )
                                 )
          Plaintiffs,            )
                                 )
v.                               )     Civil Action No. 1:14cv1611 (LO/JFA)
                                 )
COX ENTERPRISES, INC., *et al.*, )
                                 )
          Defendants.            )
_____)

## ORDER

On Friday, July 17, 2015, counsel for the parties appeared before the court to present

argument on plaintiffs' Motion to File Their Motion to Compel Discovery Related to

Defendants' Advice of Counsel Defense and Related Materials Under Seal (Docket no. 126),

plaintiffs' Motion to File Their Reply in Support of Their Motion to Compel Discovery Related

to Defendants' Advice of Counsel Defense Under Seal (Docket no. 143), and defendants'

Motion to Seal Exhibit A (Doc. 149-1) (Docket no. 150).

Prior to allowing documents to be filed under seal, the court must "(1) give public notice

of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider

less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual

findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft*

*v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000).

Upon consideration of plaintiffs' Motion to File Their Motion to Compel Discovery

Related to Defendants' Advice of Counsel Defense and Related Materials Under Seal (Docket

no. 126), the memorandum in support (Docket no. 127), defendants' response (Docket no. 133), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' Motion to File Their Motion to Compel Discovery Related to Defendants' Advice of Counsel Defense and Related Materials Under Seal is granted.

Upon consideration of plaintiffs' Motion to File Their Reply in Support of Their Motion to Compel Discovery Related to Defendants' Advice of Counsel Defense Under Seal (Docket no. 143), the memorandum in support (Docket no. 144), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' Motion to File Their Reply in Support of Their Motion to Compel Discovery Related to Defendants' Advice of Counsel Defense Under Seal is granted.

Upon consideration of defendants' Motion to Seal Exhibit A (Doc. 149-1) (Docket no. 150), the incorporated memorandum in support, and for the reasons stated from the bench, it is hereby

ORDERED that defendants' Motion to Seal Exhibit A (Doc. 149-1) is granted.

Entered this 17th day of July, 2015.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia