Date: 07/31/2015    Judge: JOHN F. ANDERSON
Reporter: FTR

Start: 10:00 AM
Finish: 10:52 AM

Civil Action Number: 14-cv-1611

BMG Rights Management (US) LLC et al.

vs.

Cox Enterprises, Inc. et al.

Appearances of Counsel for ( ✓ ) Pltf ( ✓ ) Deft
( ) Matter is uncontested
Motion to/for: [162] Rightscorp Inc.'s Motion for Clarification of June 26 Order on Motion to Compel and Memorandum in Support Thereof

_____
_____
_____
_____

Argued &
( ) Granted ( ) Denied ( ✓ ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
( ✓ ) Order to Follow