UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) No. 1:14cv1611 (LO / JFA) |
| COX ENTERPRISES, INC. *et al.*, | ) |
| *Defendants*. | ) |

**ORDER MODIFYING THE PRETRIAL SCHEDULE**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Rule 16 of the Local Civil Rules, and for good cause shown, the Court modifies and extends the pretrial dates previously set (Doc. 36, 48, 49 & 189) as follows:

### A.   PRETRIAL FILINGS

| *EVENT* | *Date* |
|---|---|
| File and serve Rule 26(a)(3)(i) & (iii) disclosures (including a list of the exhibits to be used at trial, a list of witnesses to be called at trial, either live or by deposition, and a written stipulation of uncontested facts, if any) | September 16, 2015 |
| File and serve their objections to the other side's Rule 26(a)(3) disclosures | September 30, 2015 |
| File and serve deposition designations under Rules 26(a)(3)(ii) & 32(a)(3), and Local Civil Rule 30(F) | November 4, 2015 |
| File and serve objections to designations and counter-designations under Rule 32(b) & (a)(4) | November 18, 2015 |
| File and serve objections to counter-designations, and file and serve any fairness designations | November 25, 2015 |

### B. SUMMARY JUDGMENT

| EVENT | Date |
|---|---|
| File and serve Summary Judgment Motions and Briefs | September 21, 2015 |
| File and serve Summary Judgment Oppositions | October 13, 2015 |
| File and serve Summary Judgment Replies | October 20, 2015 |
| Summary Judgment Hearing | October 30, 2015 at 2:00 p.m. |

### C. *DAUBERT* MOTIONS

| EVENT | Date |
|---|---|
| File and serve *Daubert* Motions and Briefs | October 23, 2015 |
| File and serve Oppositions | November 10, 2015 |
| File and serve Replies | November 17, 2015 |
| Motions Hearing | November 20, 2015 at 2:00 p.m. |

### D. MOTIONS *IN LIMINE*

| EVENT | Date |
|---|---|
| File and serve Motions *in limine* and Briefs | November 6, 2015 |
| File and serve Oppositions | November13, 2015 |
| File and serve Replies | November 17, 2015 |
| Motions Hearing | November 20, 2015 at 2:00 p.m. |

Except as modified and extended herein, all prior orders regarding pretrial matters remain in full force and effect.

ENTERED this _____ day of August 2015.

Alexandria, Virginia

_____
Liam O'Grady
United States District Judge