**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:14-cv-1611 (LOG/JFA) |
| v. | ) ) ) | |
| COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION FOR EVIDENTIARY SANCTIONS**
**BASED ON SPOLIATION OF RIGHTSCORP SOURCE**
**CODE AND OTHER EVIDENCE**

Pursuant to Federal Rules of Civil Procedure 37, Defendants Cox Enterprises, Inc., Cox

Communications, and Coxcom, LLC (collectively "Cox") respectfully moves this Court to enter

an order granting evidentiary sanctions against Plaintiffs and their agent, Rightscorp, Inc., based

on (1) the spoliation of historical versions of Rightscorp's code underlying its systems for

purportedly detecting copyright infringement on the Internet (as described in Paragraph 2 of

Plaintiffs' First Amended Complaint (Doc. 16)) and (2) the destruction of call logs and audio

recordings of communications between Rightscorp phone agents and consumers accused of

copyright infringement.  Specifically, Cox respectfully moves this Court to preclude Plaintiffs and

Rightscorp from introducing or relying on certain arguments or evidence about Rightscorp's

software, technologies, processes, and/or systems for detecting copyright infringement on the

Internet or sending notices related to such infringement.  Cox further moves this Court to preclude

Plaintiffs and Rightscorp from introducing or relying on certain arguments or evidence about

Rightscorp's call center practices.

The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum of law.  A proposed order is submitted herewith.

Respectfully submitted,

Dated:  August 28, 2015

/s/ Craig C. Reilly
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, VA  22314
Tel:  (703) 549-5354
Fax:  (703) 549-5355
Email:  craig.reilly.@ccreillylaw.com

*Counsel for Defendants*

*Of Counsel for Defendants*

Andrew P. Bridges (*pro hac vice*)
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
Tel:  (415) 875-2300
Fax:  (415) 281-1350
Email: abridges@fenwick.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 28, 2015, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, VA  22314
Tel:  703-549-5354
Fax:  (703) 549-5355
Email:  craig.reilly.@ccreillylaw.com

*Counsel for Defendants*