UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP, <br><br> Plaintiff, <br><br> v. <br><br> COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC, <br><br> Defendants. | Case No. 1:14-cv-1611 (LOG/JFA) |

**JOINT STIPULATION DISMISSING COX ENTERPRISES, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs BMG Rights Management (US), LLC and Round Hill Music LP (collectively "BMG") and Defendants Cox Enterprises, Inc., Cox Communications, Inc., and Coxcom, LLC (collectively "Cox"), by and through their respective counsel of record, for all purposes in the above-captioned action, including trial, that Plaintiffs' claims against Defendant Cox Enterprises, Inc., are dismissed without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(ii).

SO ORDERED this 11th day of September 2015.

Alexandria, Virginia

_____
Liam O'Grady
United States District Judge

## WE STIPULATE TO THIS:

Dated: September 10, 2015

| | |
|---|---|
| /s/ Craig C. Reilly | /s/ Jeremy D. Engle |
| Craig C. Reilly (VSB No. 20942) | Jeremy D. Engle (VSB No. 72919) |
| craig.reilly.@ccreillylaw.com | jenble@steptoe.com |
| THE LAW OFFICE OF CRAIG C. REILLY | Paul Gennari (VSB No. 468 |
| 111 Oronoco Street | pgennari@steptoe.com |
| Alexandria, VA 22314 | STEPTOE & JOHNSON, LLP |
| Tel.: (703) 549-5354 | 1330 Connecticut Avenue, NW |
| Fax: (703) 549-5355 | Washington, DC 20036 |
| | Tel.: (202) 429-3000 |
| *Of Counsel* | Fax: (202) 429-3902 |
| Andrew P. Bridges (admitted *pro hac vice*) | Walter D. Kelley, Jr. (VSB No. 21622) |
| abridges@fenwick.com | HAUSFELD, LLP |
| David L. Hayes (admitted *pro hac vice*) | 1700 K Street, NW |
| dhayes@fenwick.com | Washington, DC 20006 |
| Guinevere L. Jobson (admitted *pro hac vice*) | Tel.: (202) 540-7200 |
| gjobson@fenwick.com | |
| FENWICK & WEST LLP | *Of Counsel* |
| 555 California Street, 12th Floor | |
| San Francisco, CA 94104 | Roger E. Warin (admitted *pro hac vice)* |
| Tel.: (415) 875-2300 | Jeffrey M. Theodore (admitted *pro hac vice)* |
| Fax: (415) 281-1350 | Michael J. Allan (admitted *pro hac vice)* |
| | William G. Pecau (admitted *pro hac vice)* |
| Armen Nercessian (admitted *pro hac vice*) | John M. Caracappa (admitted *pro hac vice)* |
| anercessian@fenwick.com | Stephanie L. Roberts (admitted *pro hac vice)* |
| Ronnie Solomon (admitted *pro hac vice*) | Elizabeth McKenzie (admitted *pro hac vice)* |
| rsolomon@fenwick.com | STEPTOE & JOHNSON |
| Ciara Mittan (admitted *pro hac vice*) | 1330 Connecticut Avenue, NW |
| cmittan@fenwick.com | Washington, DC 20036 |
| FENWICK & WEST LLP | Tel.: (202) 429-3000 |
| 801 California Street | Fax: (202) 429-3902 |
| Mountain View, CA 94041 | |
| Tel.: (650) 988-8600 | Michael O. Crain |
| Fax: (650) 938-2300 | mocrain@crainlawgroup.com |
| | CRAIN LAW GROUP, LLC |
| *Counsel for Defendants* | The Bottleworks |
| | 297 Prince Avenue, Suite 24 |
| | Athens, GA 30601 |
| | Tel.: (706) 548-0790 |
| | Fax: (706) 369-8869 |
| | |
| | *Counsel for Plaintiffs* |