UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT  ) <br> (US) LLC, and ROUND HILL  ) <br> MUSIC LP                    ) <br>                              ) <br>         Plaintiffs,          ) <br>                              ) <br>    v.                        ) <br>                              ) <br> COX ENTERPRISES, INC.,       ) <br> COX COMMUNICATIONS, INC.,    ) <br> COXCOM, LLC                  ) <br>         Defendants.          ) <br>                              ) | Case No.  1:14-cv-1611(LOG/JFA) |

## BMG RIGHTS MANAGEMENT (US) LLC AND ROUND HILL MUSIC LP'S MOTION TO FILE ELECTRONIC COPIES OF THEIR EXHIBITS TO THEIR MOTION FOR SUMMARY JUDGMENT ON CD

Plaintiffs BMG Rights Management (US) LLC and Round Hill Music LP (collectively "Copyright Holders") respectfully move this Court for an order to permit them to file the exhibits to their summary judgment motion on CD, rather than through the Court's Electronic Court Filing system (the "ECF").[1]  In support, the Copyright Holders state as follows:

   1)   The Copyright Holders have asserted claims against Defendants for vicarious and contributory copyright infringement, involving over 1,400 copyrights.

   2)   The Copyright Holders intend to file a motion for summary judgment on September 21, 2015, that involves the majority of the copyrights at issue in the case.

---

[1] The Copyright Holders asked Cox its position on their motion, but did not receive a response by the time of filing.

1

3) As exhibits to their summary judgment motion, the Copyright Holders intend to include approximately 1,000 certified copyright registrations, in addition to approximately 200 other documents.

4) Because of the number of exhibits, it is more practical to file the exhibits with the Court on CD, rather than through the ECF.

For the reasons stated above, the Copyright Holders ask this Court for an order permitting them to file the exhibits to their summary judgment motion on CD. A proposed order is attached.

September 17, 2015

Respectfully submitted,

/s/ *Jeremy D. Engle*

Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
1700 K Street, NW
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202) 540-7201

*Of Counsel*
Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Roger E. Warin (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP

1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Michael O. Crain
Crain Law Group, LLC
The Bottleworks
297 Prince Avenue, Suite 24
Athens, Georgia  30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 17, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

                                            /s/ *Jeremy D. Engle*
                                            Jeremy D. Engle (VSB No. 72919)
                                            jengle@steptoe.com
                                            STEPTOE & JOHNSON, LLP
                                            1330 Connecticut Ave, NW
                                            Washington, DC 20036
                                            Tel.:  (202) 429-3000
                                            Fax:  (202) 429-3902