**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **BMG RIGHTS MANAGEMENT** ) <br> **(US) LLC, and ROUND HILL** ) <br> **MUSIC LP** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **COX ENTERPRISES, INC.,** ) <br> **COX COMMUNICATIONS, INC.,** ) <br> **COXCOM, LLC** ) <br> Defendants. ) <br> ) | Case No. 1:14-cv-1611(LOG/JFA) |

## ORDER

Having considered Plaintiffs BMG Rights Management (US) LLC, and Round Hill Music LP's (collectively "Plaintiffs") Motion to File Electronic Copies of their Exhibits to their Motion for Summary Judgment on CD, filed September 17, 2015, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs are permitted to file the exhibits to their summary judgment motion on a CD, rather than through the Court's Electronic Court Filing system (the "ECF").

It is so ORDERED this _____ day of _____, 2015.

_____
Judge for the Eastern District of Virginia