IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP, <br><br> Plaintiffs, <br><br> -v- <br><br> COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., COXCOM, LLC, <br><br> Defendants. | Civil No. 1:14-cv-1611 <br><br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on BMG Rights Management (US) LLC and Round Hill Music LP's Motion to File Electronic Copies of Their Exhibits to Their Motion for Summary Judgment on CD. (Dkt. No. 286). It is hereby **ORDERED** that:

1. Plaintiffs' Motion to File Electronic Copies of Their Exhibits to Their Motion for Summary Judgment on CD (Dkt. No. 286) is **GRANTED**.

2. In addition to the CDs, plaintiffs are **DIRECTED** to provide the Court with a courtesy copy of all exhibits in paper form.

September 18, 2015
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge