UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP, <br><br> Plaintiff, <br><br> v. <br><br> COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC, <br><br> Defendants. | Case No. 1:14-cv-1611 (LOG/JFA) |

### DEFENDANTS' NOTICE OF FILING OF SEALED OR REDACTED FILINGS

PLEASE TAKE NOTICE that, as directed by the Court [Dkt. No. 294], Defendants are re-filing an unredacted version of Exhibits 24 through 33, and 34 to the DECLARATION OF BRIAN D. BUCKLEY IN SUPPORT OF DEFENDANTS' MOTION FOR EVIDENTIARY SANCTIONS BASED ON SPOLIATION OF RIGHTSCORP SOURCE CODE AND OTHER EVIDENCE [Dkt. No. 244].

Respectfully submitted,

Dated: September 28, 2015

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, VA 22314
Tel: (703) 549-5354
Fax: (703) 549-5355
Email: craig.reilly.@ccreillylaw.com

*Counsel for Defendants*

*Of Counsel for Defendants*

Andrew P. Bridges (*pro hac vice*)
David L. Hayes (*pro hac vice*)
Jedediah Wakefield (*pro hac vice*)
Guinevere L. Jobson (*pro hac vice*)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:  (415) 875-2300
Fax: (415) 281-1350
Email:   abridges@fenwick.com
             gjobson@fenwick.com

Brian D. Buckley (*pro hac vice)*
Fenwick & West LLP
1191 2nd Avenue, 10th Floor
Seattle, WA  98101
Tel: (206) 389-4510
Fax: (206) 389-4511
Email:   bbuckley@fenwick.com

Armen N. Nercessian (*pro hac vice*)
Ronnie Solomon (*pro hac vice*)
Ciara Mittan (*pro hac vice*)
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
Tel: (650) 988-8500
Fax: (650) 938-5200
Email:   anercessian@fenwick.com
             rsolomon@fenwick.com
             cmittan@fenwick.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2015, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

/s/ Craig C. Reilly
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, VA  22314
Tel:  703-549-5354
Fax:  (703) 549-5355
Email:  craig.reilly.@ccreillylaw.com

*Counsel for Defendants*

2