# EXHIBIT 18

From: DMCA@DigitalRightsCorp.com
To: abuse@cox.net
Bcc: cc@digitalrights.co
Message-ID: <560357401.633387.1330207188288.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Round Hill Music

Reference#: TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326 2012-02-17 06:20:42.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
This is not spam.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of the copyright owner.
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 13 - There's A Place.mp3 was infringed upon by a computer at IP Address 70.181.51.66 on 2012-02-17 06:20:42.0 .

We represent the copyright owner.
This notice is an offer of settlement.
If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a legal release from the copyright owner.

1. Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326

2. Enter this password: OmqMTLi

Rightscorp, Inc. represents the following 'copyright owner(s)' Round Hill Music ('RHM').

RHM is the exclusive owners of copyrights for The Beatles musical compositions, including the musical compositions listed below. It has come to our attention that Cox Communications is the service provider for the IP address listed below, from which unauthorized copying and distribution (downloading, uploading, file serving, file 'swapping' or other similar activities) of RHM's exclusive copyrights listed below is taking place.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(c), this letter serves as actual notice of infringement. We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limited to downloading, uploading, file sharing, file 'swapping' or other similar activities) of recordings of The Beatles compositions, including but not limited to those items listed in this correspondence.

RHM will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which are incurred by RHM as a result of any action that is commenced against you. Nothing contained or omitted

Round Hill
EXHIBIT NO. 2
DATE: 7/29/15
Reporter - Cathi Irish

from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or a waiver or limitation of any of RHM's rights or remedies, all of which are specifically retained and reserved. The information in this notification is accurate.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. I swear, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that have been infringed. While RHM is entitled to monetary damages from the infringing party under 17 U.S.C. Section 504, The RHM believes that it may be expeditious to settle this matter without the need of costly and time-consuming litigation.

In order to help you avoid further legal action from RHM, we have been authorized to offer a settlement solution that we believe is reasonable for everyone.

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326

Password: OmqMTLi

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (424) 234-3150

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2012-02-17 06:20:42.0 GMT

Infringers IP Address: 70.181.51.66

Infringers Port: 57274

Listing of infringement(s) (Title/Filename/Timestamp/Hash): THERE'S A PLACE | Copy of 01 - 13 - There's A Place.mp3 | 2012-02-17 06:20:42.0 | SHA1 |

--Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326</Ref_URL>
<Status>Pending</Status>
</Case>
```

<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(424) 234-3150</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Cox Communications</Entity>
<Email>abuse@cox.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2012-02-17 06:20:42.0 GMT</TimeStamp>
<IP_Address>70.181.51.66</IP_Address>
<Port>57274</Port>
<DNS_Name>70.181.51.66:57274</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326</URL_Base>
<UserName>TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-000f6fe8-5ab7-489a-bb29-6bb9fa93c326" Password="OmqMTLi" />
</Source>
<Content>
<Item>
<TimeStamp>2012-02-17 06:20:42.0 GMT</TimeStamp>
<Title>THERE'S A PLACE</Title>
<Artist>The Beatles</Artist>
<FileName>Copy of 01 - 13 - There's A Place.mp3</FileName>
<FileSize>2,715,812 bytes</FileSize>
<Hash Type="Hash">SHA1</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML