# EXHIBIT 21A
## FILED UNDER SEAL