# EXHIBIT 32

EXHIBIT: 6
DEPONENT Boswell
DATE 7-3-15
LORI BARKLEY CSR #6426

From: coxresponse@DigitalRightsCorp.com
To: abuse@cox.net
Message-ID: <1978193102.5899.1415876969643.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-67e1c352-be18-463f-b2a8-556ff4a4ba20
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

To: abuse@cox.net
From: Christopher Sabec coxresponse@digitalrightscorp.com
Date: Thu Nov 13 03:09:29 PST 2014
Re: NOTICE OF COPYRIGHT INFRINGEMENT TO Cox Communications AND TO THE SUBSCRIBER OR ACCOUNT HOLDER OF ITS NETWORK OR SYSTEM

Dear Sir or Madam:

I am contacting you on behalf of BMG Rights Management (US) LLC and its affiliated companies (collectively "BMG"). BMG owns or controls copyrights in musical compositions that are being downloaded, uploaded, and/or offered for upload on or through your network or system by a subscriber or account holder of your network or system. We have a good faith belief that this activity is not authorized by BMG, its agent, or the law. This letter, therefore, constitutes notice of that infringing activity. Under penalty of perjury, we confirm that Rightscorp, Inc. ("Rightscorp") is authorized to act in matters involving the infringement of the compositions which are the subject of this notice. We further certify that the information contained in the notice is both true and accurate based on the data and information available to us.

We have identified that the following 09 Ghetto (feat. Yo Gotti).m4a were downloaded, uploaded, or offered for upload from a computer at 174.64.140.26 on 2014-11-13 07:13:06.0 GMT in violation of BMG's rights:
Infringement Source: Torrent

Timestamp: 2014-11-13 07:13:06.0 GMT

Infringers IP Address: 174.64.140.26

Infringers Port: 22859

We ask for your immediate assistance is stopping this unauthorized activity by doing the following. First, for your record keeping purposes, please identify the subscriber or account holder of your network or system and maintain that information so that you can use it to determine repeat infringer activity. Second, below you will find a notice to the subscriber or account holder of your network or system. Please send that notice to this subscriber or account holder so that they can contact us directly to address any issues that they may have regarding this notice and to resolve BMG's claims of direct copyright infringement.

As you identify the subscribers or account holders of your network or system who have used your network or system to infringe copyrights owned or controlled by BMG, we would remind you of your obligation pursuant to 17 U.S.C. ?? 512(i)(1)(a) *to adopt, reasonably implement, and inform your subscribers and account holders of* a policy that provides for the termination in appropriate circumstances of subscribers and account holders of your system or network who are repeat infringers.

As you know, the problem of copyright infringement on the internet and the problem of repeat infringers are very significant. Therefore, aside from providing you with these notices of infringement and providing you with periodic repeat infringer reports, Rightscorp has also provided you access to a comprehensive database (i.e our "Dashboard") that contains an ongoing record of all notices of

infringement and notices of repeat infringers that we have sent, as well as other information regarding the infringement of copyrights owned or controlled BMG occurring on or through your system or network by subscribers or account holders of your network or system. Thus, the Dashboard contains the information necessary for you to identify the subscribers or account holders of your network or system who have used your network or system to infringe copyrights owned or controlled by BMG. As a reminder, the Dashboard may be accessed at: https://ccast.digitalrightscorp.com/isp/ . Username / Password are abuse@cox.net and cox10101 .

Should have any questions or need additional information, please contact us. We appreciate your cooperation and attention to this matter.

This email does not constitute a waiver of any of BMG's rights and remedies, all of which are expressly reserved.

Very truly yours,

/s/ Christopher Sabec
CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-67e1c352-be18-463f-b2a8-556ff4a4ba20</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-67e1c352-be18-463f-b2a8-556ff4a4ba20</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Cox Communications</Entity>
<Email>abuse@cox.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-11-13 07:13:06.0 GMT</TimeStamp>
<IP_Address>174.64.140.26</IP_Address>
<Port>22859</Port>
<DNS_Name>174.64.140.26:22859</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-67e1c352-be18-463f-b2a8-556ff4a4ba20</URL_Base>
<UserName>TC-67e1c352-be18-463f-b2a8-556ff4a4ba20</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-67e1c352-be18-463f-b2a8-556ff4a4ba20" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-11-13 07:13:06.0 GMT</TimeStamp>

<Title>Ghetto</Title>
<Artist>August Alsina</Artist>
<FileName>09 Ghetto (feat. Yo Gotti).m4a</FileName>
<FileSize>8481988</FileSize>
<Hash Type="Hash">9714375EA70C59C10A3CF88544D051D99215D456</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

NOTICE TO SUBSCRIBER OR ACCOUNT HOLDER
---------------------------------------------

Reference #: TC-67e1c352-be18-463f-b2a8-556ff4a4ba20

Dear Subscriber or Account Holder:

This notice has been forwarded to you by Cox Communications because your account has identified as having been used to download, upload or offer for upload copyrighted content owned or controlled by BMG Rights Management (US) LLC and its affiliated companies (collectively "BMG"). BMG owns or controls copyrights in musical compositions that are being downloaded, uploaded, and/or offered for upload by your account on or through Cox Communications network or system. We have a good faith belief that this activity is not authorized by BMG, its agent, or the law. This letter, therefore, constitutes notice of that infringing activity. Under penalty of perjury, we confirm that Rightscorp, Inc. ("Rightscorp") is authorized to act in matters involving the infringement of the compositions which are the subject of this notice. We further certify that the information contained in the notice is both true and accurate based on the data and information available to us.

We have identified that the following 09 Ghetto (feat. Yo Gotti).m4a were downloaded, uploaded, or offered for upload by your account in violation of BMG's rights:
Infringement Source: Torrent

Timestamp: 2014-11-13 07:13:06.0 GMT

Infringers IP Address: 174.64.140.26

Infringers Port: 22859

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Ghetto | 09 Ghetto (feat. Yo Gotti).m4a | 2014-11-13 07:13:06.0 | 9714375EA70C59C10A3CF88544D051D99215D456 |

The Copyright Act provides BMG with a number of remedies with respect to these infringements, including seeking damages against you in a civil litigation where you could be liable for up to $150,000 for each copyright infringed and attorneys' fees. In addition, repeat infringement of these copyrights could result in your account with Cox Communications being terminated.

Copyright infringement is a serious matter that affects the livelihoods of many people including artists and songwriters. Should you wish to resolve BMG's claims, we have been authorized to offer a settlement solution that we believe is reasonable. If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement. To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-67e1c352-be18-463f-b2a8-556ff4a4ba20

We appreciate your cooperation.

Very truly yours,

/s/ Christopher Sabec
CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-67e1c352-be18-463f-b2a8-556ff4a4ba20</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-67e1c352-be18-463f-b2a8-556ff4a4ba20</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Cox Communications</Entity>
<Email>abuse@cox.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-11-13 07:13:06.0 GMT</TimeStamp>
<IP_Address>174.64.140.26</IP_Address>
<Port>22859</Port>
<DNS_Name>174.64.140.26:22859</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-67e1c352-be18-463f-b2a8-556ff4a4ba20</URL_Base>
<UserName>TC-67e1c352-be18-463f-b2a8-556ff4a4ba20</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-67e1c352-be18-463f-b2a8-556ff4a4ba20" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-11-13 07:13:06.0 GMT</TimeStamp>
<Title>Ghetto</Title>
<Artist>August Alsina</Artist>
<FileName>09 Ghetto (feat. Yo Gotti).m4a</FileName>
<FileSize>8481988</FileSize>
<Hash Type="Hash">9714375EA70C59C10A3CF88544D051D99215D456</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML