# EXHIBIT 37

FLOW CHART

- Start
- IP Address
- Stop
- Clear

- **Questions**

- Are you a lawer?
- Are We Being Sued?
- What evidence?
- Admission of guilt?
- Is this a scam?
- Better Business
- **Excuses**

- Disability
- No One Home
- Can't Find Files
- Dislike This Stuff
- No Password
- Did Not Do It
- Hacked

"You have reached RightsCorp. This is ___ speaking."

"I received a notice/phone call regarding..."

"Could you please provide me with the IP address from the notice/phone call? The IP address has four sets of numbers separated by periods."

"The IP address is ___"

"I don't understand."

"Stop contacting me"

"I don't have/can't find the IP address."

"Sir (or Ma'am), without your IP address or the case number there is no way I can look up your file to discuss or resolve this matter with you. Your ISP has identified your internet IP address and has sent you notices regarding copyright infringements. Unless we settle this, you will continue to recieve notices from our company and your case may escalate to the termination of your internet. We send out internet suspension letters every Monday to the ISP's and to prevent possible suspension, I would advise you to close this settlement with a payment or payment plan."

Back

Home

"Please give me a moment while I look that up." [Search in SalesForce.]
"Ok, I see ___ number of copyright infringements on that account between the dates of ___. This is a pre-litigation communication giving you the option to settle these infringements. We offer payments over the phone using credit cards or you are welcome to mail in a check, how would you like to settle these infringements?



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RGHTS00012781

No I don't want to pay

Yes I want to pay

"The reason for our communication is because we have evidence that a computer using this network
was illegally distributing a torrent that includes our client's copyrighted works (read list of works if available).
Distributing these compositions on the BitTorrent network violates US Federal law 17 USC 106 which states that the
copyright owner has the sole right to determine who may distribute their copyrights to the public.
More than 200,000 people have been sued for doing exactly this since 2010 with penalties as high as $150,000
per infringement. We send emails to ISP's like yours (state their ISP if available) each time we see a computer
illegally distributing our client's copyrighted works. The ISP looks up which subscriber was using the IP address
at the time the infringement occurred and sends our notice to that subscriber. If you are receiving our notices, it
is because your ISP has identified you as the network that was used to illegally distribute our client's copyrighted material.
According the the Acceptable Use Policy that most ISP's have, the account holder is solely responsible for what occurs on their
network regardless of who actually committed the infringement. We are authorized by the copyright holders to extend offers of
settlement in exchange for a release of liability from the infringement. We are only contacting you while the settlement offer is
still available. At $20 per infringement, we believe this is a much more financial friendly alternative.
Would you like to settle these infringements now?"

Yes, I would like to settle these infringements now

No, I don't want to settle these infringements now

"Do you know what filesharing software like Napster, BitTorrent, Vuze, or Frostware, is?"

Yes, I know what it is.

No, I don't know what it is.

"BitTorrent, Vuze and Frostwire are filesharing programs that are used to illegally share
copyrighted music, movies, software, books and video games on the internet. When people use this software,
the software copies and distributes the files. It is not legal to copy and distribute our client's music and movies
without their permssion. We have evidence that our client's copyrighted works were copied and distributed in violation
of Federal law. Distributing these compositions on the BitTorrent network violates US Federal law 17 USC 106, which states
that the copyright owner has the sole right to determine who may distribute their copyrights to the public. More than 200,000
people have been sued for doing exactly this since 2010. We send emails to ISP's each time we see a computer illegally distributing
our client's copyighted works. The ISP looks up which subscriber was using the IP address at the time of infringements and sends our
notice to that subscriber. That is how you and I have come to talk on the phone today.
Would you like to settle these infringements now?"

Yes, I would like to settle these infringements now

No, I don't want to settle these infringements now

"(Sir or Ma'am) I do need to let you know we will be continuing to contact you
with all methods possible. which will include email, regular mail and phone calls until
this is paid or our client decides to no longer offer the settlement. This is a pre-litigation communication.
Once our client has removed the settlement, we can no longer aid you in obtaining the release of liability.
This could potentially result in the suspension or termination of your internet,
escalation up to and including litigation."

Done

[Calculate the total by multiplying the # of infringements by $20. Confirm infringer's account info. in SalesForce.]
"The total settlement amount is __ at $20 per infringement. How would you like to make a payment?"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RGHTS00012782

Credit Card

Check or Money Order

Payment Plan

[If in SalesForce: Verify that you have their billing address and info correctly entered
then set up their payment page before asking credit card info.] [For authorize:] "May I have your credit card number?"

Done

"Please send a check or money order to:
578 Washington Blvd #800
Marina Del Rey, CA 90292
Please write your IP address in the memo line along with my name so we may identify your payment once received."

Done

[When we agree to a payment plan, call the person on the date of the next installment and
confirm that they understand that you will be putting through an additional charge.
If they are requesting that you automatically charge their card, get their consent in writing
either by email or otherwise to ensure we have express permission to charge the card.
Permission should include the cardholder's name as it appears on the card and the last 4 digits of the card to be charged.]

Done

Are you a lawyer?

No, I am a DMCA agent and my company has been hired by the copyright holder to hold this settlement. This is a pre-litigation communication on behalf of these copyright holders.

Close
Are we being sued?

No, I am a DMCA agent and my company has been hired by the copyright holder to hold this settlement. This is a pre-litigation communication on behalf of these copyright holders.

Close
What evidence do you have?

These torrents were found to be on a computer that was connected to your network, as our computer communicated with a device operating under your IP address. We monitor file-sharing sites and identify instances of illegal copying and distribution of our client's content without permission by IP address. The ISP then identifies the subscriber based on this IP address and sends our notice to that subscriber.

Close
Is this an admission of guilt?

No, this is not an admission of guilt. This is a pre-litigation communication giving you the opportunity to settle these infringements.

Close
How do I know this isn't a scam?

The fact that your ISP forwarded these notices to you shows that we are not a scam. We send emails to the ISP each time we see a computer illegally distributing our client's copyrighted works. The ISP looks up which subscriber was using the IP address at the time of infringement and sends our notice to that subscriber. By you receiving notices from your ISP (state name if available), they are confirming that the IP address belonged to you at the time of distirbution. We are also a publicly traded company with articles written on Hollywood Reporter and the Wallstreet Journal. You can read about our CEO and management team at Rightscorp.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Close
Better Business Bureau:

We aware that there are complaints against us, we are collecting settlements from people who are upset that they are caught breaking the federal law. The torrents found under your IP address confirms that there has been a distribution of our client's intellectual property. US Federal law 17 USC 106 was broken under their network and they have chosen to negate the facts which will lead to potential for escalation.

Close
I am on disability/social security/fixed income (or other financial hardship).

"I understand. If we can get a payment of (30% of the settlement amount) today, we will let you close the matter with the remaining two payments over the next 60 days. Do you agree?"

Close
There was no one home at the time.

"I understand. First of all, the timestamp on the notice is in London England time which is the standard time zone on the internet. Secondly, the file sharing software runs automatically and no one needs to be home for this to occur. As long as there is an internet connection the program will continue to run."

Close
We looked for the files and did not find them.

"I understand. However, we have evidence that a computer at this IP address [give IP if available] has been distributing our client's product on the BitTorrent network [give the dates if available]."

Close
We don't listen (watch) this kind of stuff.

"The notice we sent you is for __. The torrent that the computer was sharing is a compilation that also contains songs from __, __, __. Our client's only represent __. While you may not have been interested in music from __, we have evidence that your account was used to share music from __ along with the music you may have been interested in."

Close
I did not have a password on my wireless router but now I do.

[Are there less than five infringements over less than three or more days?]

[Yes]
[No]
I did not do it.

"I understand, may I ask you a few questions to figure out how this may have happened?
[Is your network password protected? Do you have children or teenagers?
Do you share your internet connection with anyone?
Did you have guests at the time of the notices?]"

[Yes, guest/kids]
[No Password]
I did not do it, we were hacked.

"It is very rare that a neighbor would deliberately install a piece of software in their computer to break into your wireless network.It can happen bit it is rare."

[Are there less than five infringements over less than three or more days?]

[Yes]
[No]

"Our client's appreciate that your connection is now secure but the fact remains that we have evidence that a computer at this IP address [give specific address if available] has been distributing our client's product on the BitTorrent network [give from and to dates if available]. Your ISP has confirmed that this is your account. [Calculate the number of infringements over the span of weeks and advise them the ISP confirmed it was their account x times (# of infringements) in # weeks.]"

Close

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RGHTS00012784

We aware that there are complaints against us, we are collecting settlements from people who are upset that they are caught breaking the federal law. The torrents found under your IP address confirms that there has been a distribution of our client's intellectual property. US Federal law 17 USC 106 was broken under their network and they have chosen to negate the facts which will lead to potential for escalation.

Close

"Have you asked them if they know of BitTorrent, Vuze, or Frostwire?"

Close

The biggest reason for filesharing is caused by an unsecured wireless network; anyone in a close radius can obtain access. It is your responsibility, however, to secure your connection with a password. When you sign up with your internet provider you agree to the acceptable use policy stating that anything occurring under your IP address is your responsibility. This includes copyright infringements. In order to protect your wireless network, I advise you to create a strong password immediately. You can get instructions by calling your ISP (give name is available).

Close

"In order to cancel this matter without payment, you will need to go and get a police report and fax or email it to us. The police may take your devices and hold it for -5 days to investigate the matter. You must be sure that it was not you, anyone in your household, including friends and neighbors or you will be breaking a different law with the police department. If you are willing to sign an affidavit that you and your household have no knowledge of these infringements, we will cancel the notices. What email address can I send the affidavit?"

Close

"Our clients appreciate that you believe you were hacked but the fact remains that we have evidence that a computer at IP address ___ has been distributing our client's product on the BitTorrent network from ___ date to as recently as ___. Your ISP confirmed that this is your account. There have been ___ infringements over a ___ period of time. Did you receive the first notice on ___? Did you investigate to see why you were getting these notices? If you had called us after the first notice and made the case that you had an unsecured wireless router we would have been open to either cancelling the matter or giving a discount, but now it appears our clients work has been damaged by your computer giving their product away for free for ___ weeks. In order to cancel this matter without payment you will need to go and get a police report and fax or email it to us. The police may take your devices and hold them for 3-5 days to investigate the matter. You must be sure that it was not you, anyone in your household, friends or neighbors, as you may be breaking another law with the police department. With this many infringements, the only way we can cancel the matter without payment is if you get a police report and fax it to us. If you fax us a police report, we will close the matter.

Close

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RGHTS00012785