# EXHIBIT 1



617.621.3100
Two Oliver Street, 11th Floor
Boston, MA 02109
www.elys.com

## Christopher T. Rucinski

Computer Scientist, Elysium Digital, A Stroz Friedberg Company

### Practice Areas

- Expert Testimony
- IP Litigation Consulting
- Digital Forensics Investigations
- Security & Privacy Investigations
- Government & Regulatory

### Education

- A.B. *cum laude*, Computer Science, Princeton University, 2010

### Certifications

- GIAC Certified Forensic Examiner, 2015

### Honors & Distinctions

- Sigma Xi

### Employment History

- Elysium Digital, LLC, Computer Scientist, 2010 – Present
- Scvngr, Android Developer, 2009
- Princeton University, Computer Science Course Development Assistant, 2008
- Ivy Insiders, SAT Prep Branch Manager, 2007
- Amec, Temporary Employee, 2006
- We Buy New England Houses, LLC, Web Developer, 2004 – 2006

### Speaking Engagements

- Prior Art Masterpieces.  Christopher T. Rucinski. Continuing Legal Education seminar at Orange County Bar Association, Orlando, FL, November, 2013.

## Testimony

[1]  *BMG Rights Management (US) LLC et al. v. Cox Enterprises, Inc. et al.*
U.S. District Court, Eastern District Court of Virginia, Case No. 1:14-cv-01611
Was deposed and submitted two expert reports on behalf of Cox Enterprises, Inc. (represented by Fenwick & West) in a matter involving copyright allegations related to BitTorrent, 2015.

[2]  *Shurtape Technologies, LLC et al. v. 3M Company*
U.S. District Court, Western District of North Carolina, Case No. 5:11-cv-00017
Was deposed and submitted expert report on behalf of Shurtape Technologies (represented by K&L Gates) in a trademark investigation related to brand confusion online, 2013.