# EXHIBIT 8

```
0000000: 6438 3a61 6e6e 6f75 6e63 6531 303a 6874  d8:announce10:ht
0000010: 7470 3a2f 2f74 7261 636b 6572 2e74 6865  tp://tracker.the
0000020: 722e 7468 6570 6972 6174 6562 6179 2e6f  r.thepiratebay.o
0000030: 7267 2f61 6e6e 6f75 6e63 6531 303a 6372  rg/announce10:cr
0000040: 6561 7465 6420 6279 3133 3a75 546f 7272  eated by13:uTorr
0000050: 656e 742f 3138 3230 3133 3a63 7265 6174  ent/182013:creat
0000060: 696f 6e20 6461 7465 6931 3234 3232 3434  ion datei1242244
0000070: 3434 3445 383a 656e 636f 6469 6e67 353a  4448:encoding5:
0000080: 5554 462d 3834 3a69 6e66 6f64 353a 6669  UTF-84:infod5:fi
0000090: 6c65 736c 636c 6436 3a6c 656e 6774 6869  lesld6:lengthi
00000a0: 3933 3730 3165 343a 7061 7468 6c33 3a54  93701e4:pathl3:T
00000b0: 6865 2042 6561 746c 6573 202d 2031 3936  he Beatles - 196
00000c0: 3320 2d20 506c 6561 7365 2050 6c65 6173  3 - Please Pleas
00000d0: 6520 4d65 393a 4672 6f6e 742e 6a70 6765  e Me9:Front.jpge
00000e0: 6436 3a6c 656e 6774 6869 3731 3239 3137  d6:lengthi712917
00000f0: 3336 3431 363a 7061 7468 6c33 3a54 6865  6416:pathl3:The
0000100: 4265 6174 6c65 7320 2d20 3139 3633 202d  Beatles - 1963 -
0000110: 2050 6c65 6173 6520 506c 6561 7365 204d   Please Please M
0000120: 6534 373a 5468 6520 4265 6174 6c65 7320  e47:The Beatles
0000130: 2d20 3031 202d 2049 2053 6177 2048 6572  - 01 - I Saw Her
0000140: 2053 7461 6e64 696e 6720 5468 6572 652e   Standing There.
0000150: 6d70 3365 6436 3a6c 656e 6774 6869 3435  mp3eed6:lengthi45
0000160: 3530 3333 3737 6534 3a70 6174 686c 3337  503377e4:pathl37
0000170: 3a54 6865 2042 6561 746c 6573 202d 2031  :The Beatles - 1
0000180: 3936 3320 2d20 506c 6561 7365 2050 6c65  963 - Please Ple
0000190: 6173 6520 4d65 3239 3a54 6865 2042 6561  ase Me29:The Bea
00001a0: 746c 6573 202d 2030 3220 2d20 4d69 7365  tles - 02 - Mise
00001b0: 7279 2e6d 7033 6565 6436 3a6c 656e 6774  ry.mp3eed6:lengt
00001c0: 6869 7200 269e 343a 7061 7468 6c33 3a54  hi7200269e4:pathl37:T
00001d0: 6865 2042 6561 746c 6573 202d 2031 3936  he Beatles - 1963
00001e0: 3320 2d20 506c 6561 7365 2050 6c65 6173  3 - Please Pleas
00001f0: 6520 4d65 3339 3a54 6865 2042 6561 746c  e Me39:The Beatl
0000200: 4265 6174 6c65 7320 2d20 3033 202d 2041  Beatles - 03 - A
0000210: 6e6e 6120 2847 6f20 546f 2048 696d 292e  nna (Go To Him).
0000220: 6d70 3365 6436 3a6c 656e 6774 6869 3539  mp3eed6:lengthi59
0000230: 3536 3833 3065 343a 7061 7468 6c33 3a54  56830e4:pathl37:T
0000240: 3a54 6865 2042 6561 746c 6573 202d 2031  :The Beatles - 1
0000250: 3936 3320 2d20 506c 6561 7365 2050 6c65  963 - Please Ple
0000260: 6173 6520 4d65 3239 3a54 6865 2042 6561  ase Me29:The Bea
0000270: 746c 6573 202d 2030 3420 2d20 4368 6169  tles - 04 - Chai
0000280: 6e73 2e6d 7033 6565 6436 3a6c 656e 6774  ns.mp3eed6:lengt
0000290: 6869 3539 3937 3537 3965 343a 7061 7468  hi5997579e4:path
00002a0: 6c33 373a 5468 6520 4265 6174 6c65 7320  l37:The Beatles -
00002b0: 2d20 3139 3633 202d 2050 6c65 6173 6520  1963 - Please
00002c0: 506c 6561 7365 204d 6532 373a 5468 6520  Please Me27:The
00002d0: 4265 6174 6c65 7320 2d20 3035 202d 2042  Beatles - 05 - B
00002e0: 6f79 732e 6d70 3365 6436 3a6c 656e 6774  oys.mp3eed6:lengt
00002f0: 6869 3630 3036 3938 3965 343a 7061 7468  hi6006989e4:path
0000300: 6c33 373a 5468 6520 4265 6174 6c65 7320  l37:The Beatles -
0000310: 2050 6c65 6173 6520 506c 6561 7365 204d   Please Please M
0000320: 6533 333a 5468 6520 4265 6174 6c65 7320  e33:The Beatles -
0000330: 2d20 3036 202d 2041 736b 204d 6520 5768  06 - Ask Me Wh
0000340: 792e 6d70 3365 6436 3a6c 656e 6774 6869  y.mp3eed6:lengthi
0000350: 3530 3333 3231 3036 6534 3a70 6174 686c  503321064e4:pathl37:
0000360: 3a54 6865 2042 6561 746c 6573 202d 2031  :The Beatles - 1
0000370: 3936 3320 2d20 506c 6561 7365 2050 6c65  963 - Please Ple
0000380: 6173 6520 4d65 3339 3a54 6865 2042 6561  ase Me39:The Bea
0000390: 746c 6573 202d 2030 3720 2d20 506c 6561  tles - 07 - Plea
00003a0: 7365 2050 6c65 6173 6520 4d65 2e6d 7033  se Please Me.mp3
00003b0: 6565 6436 3a6c 656e 6774 6869 3538 3037  eed6:lengthi5807
00003c0: 3431 3465 343a 7061 7468 6c33 373a 5468  414e4:pathl37:Th
00003d0: 6520 4265 6174 6c65 7320 2d20 3139 3633  e Beatles - 1963
00003e0: 3320 2d20 506c 6561 7365 2050 6c65 6173  3 - Please Pleas
00003f0: 6520 4d65 3333 3a54 6865 2042 6561 746c  e Me33:The Beatl
0000400: 3a54 6865 2042 6561 746c 6573 202d 2030  :The Beatles - 0
0000410: 3820 2d20 4c6f 7665 204d 6520 446f 2e6d  8 - Love Me Do.m
0000420: 7033 6565 6436 3a6c 656e 6774 6869 3531  p3eed6:lengthi51
0000430: 3236 3134 3565 343a 7061 7468 6c33 373a  26145e4:pathl37:
0000440: 5468 6520 4265 6174 6c65 7320 2d20 3139  The Beatles - 19
0000450: 3633 202d 2050 6c65 6173 6520 506c 6561  63 - Please Plea
0000460: 7365 204d 6533 383a 5468 6520 4265 6174  se Me38:The Beat
0000470: 6c65 7320 2d20 3039 202d 2050 2e53 2e20  les - 09 - P.S.
0000480: 4920 4c6f 7665 2059 6f75 2e6d 7033 6565  I Love You.mp3ee
0000490: 6436 3a6c 656e 6774 6869 3634 3139 3732  d6:lengthi641972
00004a0: 3865 343a 7061 7468 6c33 373a 5468 6520  8e4:pathl37:The
00004b0: 4265 6174 6c65 7320 2d20 3139 3633 202d  Beatles - 1963 -
00004c0: 2050 6c65 6173 6520 506c 6561 7365 204d   Please Please M
00004d0: 6536 3a54 6865 2042 6561 746c 6573 202d  e36:The Beatles -
00004e0: 2031 3020 2d20 4261 6279 2049 7427 7320   10 - Baby It's
00004f0: 596f 752e 6d70 3365 6436 3a6c 656e 6774  You.mp3eed6:lengt
0000500: 6869 3438 3730 3136 3065 343a 7061 7468  hi4870160e4:path
0000510: 6c33 373a 5468 6520 4265 6174 6c65 7320  l37:The Beatles
0000520: 2d20 3139 3633 202d 2050 6c65 6173 6520  - 1963 - Please
0000530: 506c 6561 7365 204d 6535 313a 5468 6520  Please Me51:The
0000540: 4265 6174 6c65 7320 2d20 3131 202d 2044  Beatles - 11 - D
0000550: 6f20 596f 7520 5761 6e74 2054 6f20 4b6e  o You Want To Kn
0000560: 6f77 2041 2053 6563 7265 742e 6d70 3365  ow A Secret.mp3e
0000570: 6436 3a6c 656e 6774 6869 3530 3231 3135  ed6:lengthi502115
0000580: 3231 3135 3534 3a70 6174 686c 3337 3a54  211554:pathl37:T
0000590: 6865 2042 6561 746c 6573 202d 2031 3936  he Beatles - 196
00005a0: 3320 2d20 506c 6561 7365 2050 6c65 6173  3 - Please Pleas
00005b0: 6520 4d65 3339 3a54 6865 2042 6561 746c  e Me39:The Beatl
00005c0: 6573 202d 2031 3220 2d20 4120 5461 7374  es - 12 - A Tast
00005d0: 6520 4f66 2048 6f6e 6579 2e6d 7033 6565  e Of Honey.mp3ee
00005e0: 6436 3a6c 656e 6774 6869 3436 3132 3035  d6:lengthi461205
00005f0: 4265 6174 6c65 7320 2d20 3139 3633 202d  Beatles - 1963 -
0000600: 2050 6c65 6173 6520 506c 6561 7365 204d   Please Please M
0000610: 6538 383a 5468 6520 4265 6174 6c65 7320  e38:The Beatles
0000620: 2d20 3133 202d 2054 6865 7265 2773 2041  - 13 - There's A
0000630: 2050 6c61 6365 2e6d 7033 6565 6436 3a6c   Place.mp3eed6:l
0000640: 656e 6774 6869 3632 3237 3436 3965 343a  engthi6227469e4:
0000650: 7061 7468 6c33 373a 5468 6520 4265 6174  pathl37:The Beat
0000660: 6c65 7320 2d20 3139 3633 202d 2050 6c65  les - 1963 - Ple
```

```
0000680: 6173 6520 506c 6179 6564 0163 61a4 202d  ase Played.ca...es - 14
00006a0: 202d 2054 7769 7374 2041 6e64 2053 686f 7574  - Twist And Shout.mp3eed6:lengt
00006c0: 6869 3431 3834 3865 543a 7061 7468 6c33 372d  hi41848e4:pathl37:The Beatles -
00006e0: 3139 3633 202d 2057 6974 6820 5468 6520 4265  1963 - With The Beatles9:Front.j
0000700: 7067 6565 6436 3a6c 656e 6774 6869 3533 3934  pgeed6:lengthi5394032e4:pathl37:
0000720: 5468 6520 4265 6174 6c65 7320 2d20 3139 3633  The Beatles - 1963 - With The Be
0000740: 6174 6c65 7333 393a 5468 6520 4265 6174 6c65  atles39:The Beatles - 01 - It Wo
0000760: 6e27 7420 4265 204c 6f6e 672e 6d70 3365  n't Be Long.mp3eed6:lengthi50262
0000780: 3330 6534 3a70 7468 6c6c 3337 3a54 6865 6520  30e4:pathl37:The Beatles - 1963
00007a0: 2d20 5769 7468 2054 6865 2042 6561 746c 6573  - With The Beatles41:The Beatles
00007c0: 202d 2030 3220 2d20 416c 6c20 4927 7665 6520  - 02 - All I've Got To Do.mp3ee
00007e0: 6436 3a6c 656e 6774 6869 3532 3237 3839 3065  d6:lengthi5227890e4:pathl37:The
0000800: 4265 6174 6c65 7320 2d20 3139 3633 202d 2057  Beatles - 1963 - With The Beatle
0000820: 7333 363a 5468 6520 4265 6174 6c65 7320 2d20  s36:The Beatles - 03 - All My Lo
0000840: 7669 6e67 2e6d 7033 6565 6436 3a6c 656e 6774  ving.mp3eed6:lengthi6019925e4:pa
0000860: 7468 6c33 373a 5468 6520 4265 6174 6c65 7320  thl37:The Beatles - 1963 - With
0000880: 5468 6520 4265 6174 6c65 7333 383a 5468 6520  The Beatles38:The Beatles - 04 -
00008a0: 2044 6f6e 2774 2042 6f74 6865 7220 4d65 2e6d  Don't Bother Me.mp3eed6:lengthi
00008c0: 3433 3634 3830 3465 543a 7061 7468 6c33 373a  4364804e4:pathl37:The Beatles -
00008e0: 3139 3633 202d 2057 6974 6820 5468 6520 4265  1963 - With The Beatles35:The Be
0000900: 6174 6c65 7320 2d20 3035 202d 204c 6974 746c  atles - 05 - Little Child.mp3eed
0000920: 363a 6c65 6e67 7468 6935 3531 3431 3938 6534  6:lengthi5514198e4:pathl37:The B
0000940: 6561 746c 6573 202d 2031 3936 3320 2d20 5769  eatles - 1963 - With The Beatles
0000960: 3431 3a54 6865 2042 6561 746c 6573 202d 2030  41:The Beatles - 06 - Till There
0000980: 2057 6173 2059 6f75 2e6d 7033 6565 6436 3a6c   Was You.mp3eed6:lengthi6314592e
00009a0: 343a 7061 7468 6c33 373a 5468 6520 4265 6174  4:pathl37:The Beatles - 1963 - W
00009c0: 6974 6820 5468 6520 4265 6174 6c65 7333 3434  ith The Beatles44:The Beatles -
00009e0: 3037 202d 2050 6c65 6173 6520 4d69 7374 6572  07 - Please Mister Postman.mp3ee
0000a00: 6436 3a6c 656e 6774 6869 3637 3530 3331 3365  d6:lengthi6750313e4:pathl37:The
0000a20: 4265 6174 6c65 7320 2d20 3139 3633 202d 2057  Beatles - 1963 - With The Beatle
0000a40: 7334 323a 5468 6520 4265 6174 6c65 7320 2d20  s42:The Beatles - 08 - Roll Over
0000a60: 2042 6565 7468 6f76 656e 2e6d 7033 6565 6436   Beethoven.mp3eed6:lengthi614844
0000a80: 3565 3a70 7468 6c37 3a54 6865 2042 6561 746c  5e4:pathl37:The Beatles - 1963 -
0000aa0: 2057 6974 6820 5468 6520 4265 6174 6c65 7320   With The Beatles36:The Beatles
0000ac0: 2d20 3039 202d 2048 6f6c 6420 4d65 2054 6967  - 09 - Hold Me Tight.mp3eed6:len
0000ae0: 6774 6869 3736 3035 3432 653a 7061 7468 6c33  gthi7360542e4:pathl37:The Beatle
0000b00: 7320 2d20 3139 3633 202d 2057 6974 6820 5468  s - 1963 - With The Beatles50:Th
0000b20: 6520 4265 6174 6c65 7320 2d20 3130 202d 2059  e Beatles - 10 - You Really Got
0000b40: 4120 486f 6c64 204f 6e20 4d65 2e6d 7033 6565  A Hold On Me.mp3eed6:lengthi4803
0000b60: 3636 3965 3a70 7468 6c37 3a54 6865 2042 6561  669e4:pathl37:The Beatles - 1963
0000b80: 202d 2057 6974 6820 5468 6520 4265 6174 6c65  - With The Beatles42:The Beatle
0000ba0: 7320 2d20 3131 202d 2049 2057 616e 6e61 2042  s - 11 - I Wanna Be Your Man.mp3
0000bc0: 6565 6436 3a6c 656e 6774 6869 3539 3532 3031  eed6:lengthi5952011e4:pathl37:Th
0000be0: 6520 4265 6174 6c65 7320 2d20 3139 3633 202d  e Beatles - 1963 - With The Beat
0000c00: 6c65 7334 313a 5468 6520 4265 6174 6c65 7320  les41:The Beatles - 12 - Devil I
0000c20: 6e20 4865 7220 4865 6172 742e 6d70 3365 6536  n Her Heart.mp3eed6:lengthi51787
0000c40: 3835 6534 3a70 7468 6c37 3a54 6865 2042 6561  85e4:pathl37:The Beatles - 1963
0000c60: 2d20 5769 7468 2054 6865 2042 6561 746c 6573  - With The Beatles40:The Beatles
0000c80: 202d 2031 3320 2d20 4e6f 7420 4120 5365 636f  - 13 - Not A Second Time.mp3eed
0000ca0: 363a 6c65 6e67 7468 6936 3734 3731 3635 6534  6:lengthi6747165e4:pathl37:The B
0000cc0: 6561 746c 6573 202d 2031 3936 3320 2d20 5769  eatles - 1963 - With The Beatles
0000ce0: 3238 3a54 6865 2042 6561 746c 6573 202d 2031  28:The Beatles - 14 - Money.mp3e
```

```
0000d00: 6564 363a 6c65 6e67 7468 4060 7803 6131 3435 3135 3435 3441   ed:lengthi40061/1542.The B
0000d20: 6561 746c 6573 202d 2031 3936 3420 2d20 4120 4861 7264 2044   eatles - 1964 - A Hard Day's Nig
0000d40: 6179 393a 4672 6f6e 742e 6a70 6765 6564 363a 6c65 6e67 7468   ht9:Front.jpgeed6:lengthi6191058
0000d60: 6534 3a70 6174 686c 3339 3a54 6865 2042 6561 746c 6573 202d   e4:pathl39:The Beatles - 1964 -
0000d80: 4120 4861 7264 2044 6179 2773 204e 6967 6874 3431 3a54 6865   A Hard Day's Night41:The Beatles
0000da0: 202d 2030 3120 2d20 4120 4861 7264 2044 6179 2773 204e 6967   - 01 - A Hard Day's Night.mp3ee
0000dc0: 6436 3a6c 656e 6774 6869 3636 3533 3935 3565 343a 7061 7468   d6:lengthi6653955e4:pathl39:The
0000de0: 4265 6174 6c65 7320 2d20 3139 3634 202d 2041 2048 6172 6420   Beatles - 1964 - A Hard Day's Ni
0000e00: 6768 7434 393a 5468 6520 4265 6174 6c65 7320 2d20 3032 202d   ght49:The Beatles - 02 - I Shoul
0000e20: 6420 4861 7665 204b 6e6f 776e 2042 6574 7465 722e 6d70 3365   d Have Known Better.mp3eed6:leng
0000e40: 6564 3a6c 656e 6774 6869 3537 3730 3030 6534 3a70 6174 686c   thi5771000e4:pathl39:The Beatles
0000e60: 202d 2031 3936 3420 2d20 4120 4861 7264 2044 6179 2773 204e   - 1964 - A Hard Day's Night32:T
0000e80: 6865 2042 6561 746c 6573 202d 2030 3320 2d20 4966 2049 2046   he Beatles - 03 - If I Fell.mp3e
0000ea0: 6564 363a 6c65 6e67 7468 6934 3833 3739 3239 6534 3a70 6174   ed6:lengthi4837929e4:pathl39:The
0000ec0: 2042 6561 746c 6573 202d 2031 3936 3420 2d20 4120 4861 7264    Beatles - 1964 - A Hard Day's N
0000ee0: 6967 6874 3535 3a54 6865 2042 6561 746c 6573 202d 2030 3420   ight55:The Beatles - 04 - I'm Ha
0000f00: 7070 7920 4a75 7374 2054 6f20 4461 6e63 6520 5769 7468 2059   ppy Just To Dance With You.mp3ee
0000f20: 6436 3a6c 656e 6774 6869 3631 3332 3533 3965 343a 7061 7468   d6:lengthi6132539e4:pathl39:The
0000f40: 4265 6174 6c65 7320 2d20 3139 3634 202d 2041 2048 6172 6420   Beatles - 1964 - A Hard Day's Ni
0000f60: 6768 7433 373a 5468 6520 4265 6174 6c65 7320 2d20 3035 202d   ght37:The Beatles - 05 - And I L
0000f80: 6f76 6520 4865 722e 6d70 3365 6564 363a 6c65 6e67 7468 6935   ove Her.mp3eed6:lengthi5292438e4
0000fa0: 3a70 6174 686c 3339 3a54 6865 2042 6561 746c 6573 202d 2031   :pathl39:The Beatles - 1964 - A
0000fc0: 4861 7264 2044 6179 2773 204e 6967 6874 3334 3a54 6865 2042   Hard Day's Night34:The Beatles
0000fe0: 6561 7463 6c65 7320 2d20 3036 2054 656c 6c20 4d65 2057 6879   06 - Tell Me Why.mp3eed6:length
0001000: 6935 3438 3637 3935 6534 3a70 6174 686c 3339 3a54 6865 2042   i5486795e4:pathl39:The Beatles -
0001020: 6561 7463 6c65 7320 2d20 3139 3634 202d 2041 2048 6172 6420   1964 - A Hard Day's Night40:The
0001040: 4265 6174 6c65 7320 2d20 3037 202d 2043 616e 2774 2042 7579   Beatles - 07 - Can't Buy Me Lov
0001060: 652e 6d70 3365 6564 363a 6c65 6e67 7468 6935 3432 3631 3839   e.mp3eed6:lengthi5426189e4:pathl
0001080: 3339 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3420 2d20   39:The Beatles - 1964 - A Hard D
00010a0: 6179 2773 204e 6967 6874 3338 3a54 6865 2042 6561 746c 6573   ay's Night38:The Beatles - 08 -
00010c0: 416e 7920 5469 6d65 2041 7420 416c 6c2e 6d70 3365 6564 3634   Any Time At All.mp3eed6:lengthi4
00010e0: 3339 3900 3536 6534 3a70 6174 686c 3339 3a54 6865 2042 6561   399056e4:pathl39:The Beatles - 1
0001100: 3936 3420 2d20 4120 4861 7264 2044 6179 2773 204e 6967 6874   964 - A Hard Day's Night39:The B
0001120: 6561 746c 6573 202d 2030 3920 2d20 4927 6c6c 2043 7279 2049   eatles - 09 - I'll Cry Instead.m
0001140: 7033 6565 6436 3a6c 656e 6774 6869 3634 3433 3932 3665 3433   p3eed6:lengthi6443926e4:pathl39:
0001160: 5468 6520 4265 6174 6c65 7320 2d20 3139 3634 202d 2041 2048   The Beatles - 1964 - A Hard Day'
0001180: 7320 4e69 6768 7434 3333 613a 5468 6520 4265 6174 6c65 7320   s Night43:The Beatles - 10 - Thi
00011a0: 6e67 7320 5765 2053 6169 6420 546f 6461 792e 6d70 3365 6564   ngs We Said Today.mp3eed6:length
00011c0: 3634 3a6c 656e 6774 6869 3536 3234 3732 3165 343a 7061 7468   i5624721e4:pathl39:The Beatles -
00011e0: 2031 3936 3420 2d20 4120 4861 7264 2044 6179 2773 204e 6967    1964 - A Hard Day's Night38:The
0001200: 2042 6561 746c 6573 202d 2031 3120 2d20 5768 656e 2049 2047    Beatles - 11 - When I Get Home.
0001220: 6d70 3365 6564 363a 6c65 6e67 7468 6936 3935 3835 3865 343a   mp3eed6:lengthi6395858e4:pathl39
0001240: 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3420 2d20 4120   :The Beatles - 1964 - A Hard Day
0001260: 4861 7264 2044 6179 2773 204e 6967 6874 3430 3a54 6865 2042   's Night40:The Beatles - 12 - Yo
0001280: 7520 4361 6e27 7420 446f 2054 6861 742e 6d70 3365 6564 363a   u Can't Do That.mp3eed6:lengthi5
00012a0: 3731 3234 3839 6534 3a70 6174 686c 3339 3a54 6865 2042 6561   712489e4:pathl39:The Beatles - 1
00012c0: 3936 3420 2d20 4120 4861 7264 2044 6179 2773 204e 6967 6874   964 - A Hard Day's Night35:The B
00012e0: 6561 746c 6573 202d 2031 3320 2d20 4927 6c6c 2042 6520 4261   eatles - 13 - I'll Be Back.mp3ee
0001300: 6436 3a6c 656e 6774 6869 3739 3430 3865 343a 7061 7468 6c33   d6:lengthi79408e4:pathl37:The Be
0001320: 3a54 6865 2042 6561 746c 6573 202d 2046 6f72 2053 616c 6539   atles - 1964 - Beatles For Sale9
0001340: 3a46 726f 6e74 2e6a 7067 6565 6436 3a6c 656e 6774 6869 3535   :Front.jpgeed6:lengthi5595633e4:
0001360: 7061 7468 6c33 373a 5468 6520 4265 6174 6c65 7320 2d20 3139   pathl37:The Beatles - 1964 - Bea
```

```
0001380: 746c 6573 2046 6f72 2053 616c 6533 343a  tles For Sale33:Beatles - 01
00013a0: 202d 204e 6f20 5265 706c 792e 6d70 3365  - No Reply.mp3eed6:lengthi62225
00013c0: 6436 5f35 3734 6174 686c 3337 3a54 6865  75e4:pathl37:The Beatles - 1964
00013e0: 2d20 4265 6174 6c65 7320 466f 7220 5361  - Beatles For Sale34:The Beatles
0001400: 6c65 3334 3a54 6865 2042 6561 746c 6573  - 02 - I'm A Loser.mp3eed6:leng
0001420: 202d 2030 3220 2d20 4927 6d20 4120 4c6f  thi5184995e4:pathl37:The Beatles
0001440: 7365 7220 6d70 3365 6564 363a 6c65 6e67  - 1964 - Beatles For Sale38:The
0001460: 7468 6935 3138 3439 3935 6534 3a70 6174  Beatles - 03 - Baby's In Black.
0001480: 686c 3337 3a54 6865 2042 6561 746c 6573  mp3eed6:lengthi6231987e4:pathl37
00014a0: 202d 2031 3936 3420 2d20 4265 6174 6c65  :The Beatles - 1964 - Beatles Fo
00014c0: 7320 466f 7220 5361 6c65 3338 3a54 6865  r Sale42:The Beatles - 04 - Rock
00014e0: 2042 6561 746c 6573 202d 2030 3320 2d20  And Roll Music.mp3eed6:lengthi4
0001500: 4261 6279 2773 2049 6e20 426c 6163 6b2e  524624e4:pathl37:The Beatles - 1
0001520: 6d70 3365 6564 363a 6c65 6e67 7468 6936  964 - Beatles For Sale42:The Bea
0001540: 3233 3139 3837 6534 3a70 6174 686c 3337  tles - 05 - I'll Follow The Sun.
0001560: 3a54 6865 2042 6561 746c 6573 202d 2031  mp3eed6:lengthi6370952e4:pathl37
0001580: 3936 3420 2d20 4265 6174 6c65 7320 466f  :The Beatles - 1964 - Beatles Fo
00015a0: 7220 5361 6c65 3338 3a54 6865 2042 6561  r Sale36:The Beatles - 06 - Mr.
00015c0: 746c 6573 202d 2030 3620 2d20 4d72 2e20  Moonlight.mp3eed6:lengthi6221563
00015e0: 4d6f 6f6e 6c69 6768 742e 6d70 3365 6564  e4:pathl37:The Beatles - 1964 -
0001600: 363a 6c65 6e67 7468 6936 3232 3135 3633  Beatles For Sale66:The Beatles -
0001620: 2030 3720 2d20 4d65 646c 6579 2061 2e20  07 - Medley a. Kansas City b. H
0001640: 4b61 6e73 6173 2043 6974 7920 622e 2048  ey, Hey, Hey, Hey.mp3eed6:length
0001660: 6579 2c20 4865 792c 2048 6579 2c20 4865  i6700099e4:pathl37:The Beatles -
0001680: 792e 6d70 3365 6564 363a 6c65 6e67 7468  1964 - Beatles For Sale40:The B
00016a0: 6935 3437 3233 3430 6534 3a70 6174 686c  eatles - 08 - Eight Days A Week.
00016c0: 3337 3a54 6865 2042 6561 746c 6573 202d  mp3eed6:lengthi5472340e4:pathl37
00016e0: 2031 3936 3420 2d20 4265 6174 6c65 7320  :The Beatles - 1964 - Beatles Fo
0001700: 466f 7220 5361 6c65 3430 3a54 6865 2042  r Sale36:The Beatles - 09 - Word
0001720: 6561 746c 6573 202d 2030 3820 2d20 4569  s Of Love.mp3eed6:lengthi7266429
0001740: 6768 7420 4461 7973 2041 2057 6565 6b2e  e4:pathl37:The Beatles - 1964 -
0001760: 6d70 3365 6564 363a 6c65 6e67 7468 6935  Beatles For Sale34:The Beatles -
0001780: 3437 3233 3430 6534 3a70 6174 686c 3337  10 - Honey Don't.mp3eed6:length
00017a0: 3a54 6865 2042 6561 746c 6573 202d 2031  i5063791e4:pathl37:The Beatles -
00017c0: 3936 3420 2d20 4265 6174 6c65 7320 466f  1964 - Beatles For Sale41:The B
00017e0: 7220 5361 6c65 3336 3a54 6865 2042 6561  eatles - 11 - Every Little Thing
0001800: 746c 6573 202d 2031 3120 2d20 4576 6572  .mp3eed6:lengthi6330220e4:pathl3
0001820: 7920 4c69 7474 6c65 2054 6869 6e67 2e6d  7:The Beatles - 1964 - Beatles F
0001840: 7033 6565 6436 3a6c 656e 6774 6869 3633  or Sale54:The Beatles - 12 - I D
0001860: 3330 3232 3065 343a 7061 7468 6c33 373a  on't Want To Spoil The Party.mp3
0001880: 5468 6520 4265 6174 6c65 7320 2d20 3139  eed6:lengthi6270647e4:pathl37:Th
00018a0: 3634 202d 2042 6561 746c 6573 2046 6f72  e Beatles - 1964 - Beatles For S
00018c0: 2053 616c 6535 343a 5468 6520 4265 6174  ale40:The Beatles - 13 - What Yo
00018e0: 6c65 7320 2d20 3132 202d 2049 2044 6f6e  u're Doing.mp3eed6:lengthi583702
0001900: 2774 2057 616e 7420 546f 2053 706f 696c  9e4:pathl37:The Beatles - 1964 -
0001920: 2054 6865 2050 6172 7479 2e6d 7033 6565  Beatles For Sale55:The Beatles
0001940: 6436 3a6c 656e 6774 6869 3632 3730 3634  - 14 - Everybody's Trying To Be
0001960: 3765 343a 7061 7468 6c33 373a 5468 6520  My Baby.mp3eed6:lengthi27453e4:p
0001980: 4265 6174 6c65 7320 2d20 3139 3634 202d  athl26:The Beatles - 1965 - Help
00019a0: 2042 6561 746c 6573 2046 6f72 2053 616c  !9:Front.jpgeed6:lengthi5673231e
00019c0: 6535 343a 5468 6520 4265 6174 6c65 7320  4:pathl26:The Beatles - 1965 - H
00019e0: 2d20 3133 202d 2057 6861 7420 596f 7572  elp!28:The Beatles - 01 - Help!.
```

```
0001a00: 6d70 3365 6564 363a 6c65 6e67 7468 6936  mp3eed6:lengthi6
0001a20: 3a54 6865 2042 6561 746c 6573 202d 2031  :The Beatles - 1
0001a40: 3936 3520 2d20 4865 6c70 2133 393a 5468  965 - Help!39:Th
0001a60: 6520 4265 6174 6c65 7320 2d20 3032 202d  e Beatles - 02 -
0001a80: 2054 6865 204e 6967 6874 2042 6566 6f72   The Night Befor
0001aa0: 652e 6d70 3365 6564 363a 6c65 6e67 7468  e.mp3eed6:length
0001ac0: 6935 3238 3837 3337 6534 3a70 6174 686c  i5288737e4:pathl
0001ae0: 3236 3a54 6865 2042 6561 746c 6573 202d  26:The Beatles -
0001b00: 2031 3936 3520 2d20 4865 6c70 2135 363a   1965 - Help!56:
0001b20: 5468 6520 4265 6174 6c65 7320 2d20 3033  The Beatles - 03
0001b40: 202d 2059 6f75 2776 6520 476f 7420 546f   - You've Got To
0001b60: 2048 6964 6520 596f 7572 204c 6f76 6520   Hide Your Love
0001b80: 4177 6179 2e6d 7033 6565 6436 3a6c 656e  Away.mp3eed6:len
0001ba0: 6774 6869 6090 0151 6534 3a70 6174 686c  gthi6090151e4:pathl
0001bc0: 3236 3a54 6865 2042 6561 746c 6573 202d  26:The Beatles -
0001be0: 2031 3936 3520 2d20 4865 6c70 2133 333a   1965 - Help!33:
0001c00: 5468 6520 4265 6174 6c65 7320 2d20 3034  The Beatles - 04
0001c20: 202d 2049 204e 6565 6420 596f 752e 6d70   - I Need You.mp
0001c40: 3365 6564 363a 6c65 6e67 7468 6935 3135  3eed6:lengthi515
0001c60: 3037 3839 6534 3a70 6174 686c 3236 3a54  0789e4:pathl26:T
0001c80: 6865 2042 6561 746c 6573 202d 2031 3936  he Beatles - 196
0001ca0: 3520 2d20 4865 6c70 2133 353a 5468 6520  5 - Help!35:The
0001cc0: 4265 6174 6c65 7320 2d20 3035 202d 2041  Beatles - 05 - A
0001ce0: 6e6f 7468 6572 2047 6972 6c2e 6d70 3365  nother Girl.mp3e
0001d00: 6564 363a 6c65 6e67 7468 6935 3634 8179  ed6:lengthi56481 79
0001d20: 6534 3a70 6174 686c 3236 3a54 6865 2042  e4:pathl26:The B
0001d40: 6561 746c 6573 202d 2031 3936 3520 2d20  eatles - 1965 - 
0001d60: 4865 6c70 2135 333a 5468 6520 4265 6174  Help!53:The Beat
0001d80: 6c65 7320 2d20 3036 202d 2059 6f75 2772  les - 06 - You'r
0001da0: 6520 476f 696e 6720 546f 204c 6f73 6520  e Going To Lose
0001dc0: 5468 6174 2047 6972 6c2e 6d70 3365 6564  That Girl.mp3eed
0001de0: 363a 6c65 6e67 7468 6937 3733 3036 3434  6:lengthi7730644
0001e00: 6534 3a70 6174 686c 3236 3a54 6865 2042  e4:pathl26:The B
0001e20: 6561 746c 6573 202d 2031 3936 3520 2d20  eatles - 1965 - 
0001e40: 4865 6c70 2137 3a54 6865 2042 6561 746c  Help!7:The Beatl
0001e60: 6573 202d 2030 3720 2d20 5469 636b 6574  es - 07 - Ticket
0001e80: 2054 6f20 5269 6465 2e6d 7033 6565 6436   To Ride.mp3eed6
0001ea0: 3a6c 656e 6774 6869 3631 3538 3037 3265  :lengthi6158072e
0001ec0: 3434 3a70 6174 686c 3236 3a54 6865 2042  44:pathl26:The B
0001ee0: 6561 746c 6573 202d 2031 3936 3520 2d20  eatles - 1965 - 
0001f00: 4865 6c70 2133 363a 5468 6520 4265 6174  Help!36:The Beat
0001f20: 6c65 7320 2d20 3038 202d 2041 6374 204e  les - 08 - Act N
0001f40: 6174 7572 616c 6c79 2e6d 7033 6565 6436  aturally.mp3eed6
0001f60: 3a6c 656e 6774 6869 3631 3833 3834 3637  :lengthi6118384 37
0001f80: 6534 3a70 6174 686c 3233 323a 5468 6520  e4:pathl232:The
0001fa0: 4265 6174 6c65 7320 2d20 3031 202d 2044  Beatles - 01 - D
0001fc0: 7269 7665 204d 7920 4361 722e 6d70 3365  rive My Car.mp3e
0001fe0: 6564 363a 6c65 6e67 7468 6935 3132 3437  ed6:lengthi51247
0002000: 3933 6534 3a70 6174 686c 3233 323a 5468  93e4:pathl232:Th
0002020: 6520 4265 6174 6c65 7320 2d20 3032 202d  e Beatles - 02 -
0002040: 204e 6f72 7765 6769 616e 2057 6f6f 6420   Norwegian Wood
0002060: 2854 6869 7320 4269 7264 2048 6173 2046  (This Bird Has F
```

```
0002080: 6174 6c65 7320 Case 3:34-cv-01651-O-JSA  Document 313-8 Filed 09/21/15 Page 7 of 35 PageID #:761de Me.mp
00020a0: 3365 6564 363a 6c65 6e67 7468 6936 3638 3036 3232 6534 3a70 6174 686c 3332 3a54  3eed6:lengthi6680622e4:pathl32:T
00020c0: 6865 2042 6561 746c 6573 202d 2031 3936 3520 2d20 5275 6262 6572 2053 6f75 6c33  he Beatles - 1965 - Rubber Soul3
00020e0: 343a 5468 6520 4265 6174 6c65 7320 2d20 3034 2020 204e 6f77 6865 7265 204d 616e  4:The Beatles - 04 - Nowhere Man
0002100: 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3536 3831 3730 3665 343a 7061 7468 6c33  .mp3eed6:lengthi5681706e4:pathl3
0002120: 323a 5468 6520 4265 6174 6c65 7320 2d20 3139 3635 202d 2052 7562 6265 7220 536f  2:The Beatles - 1965 - Rubber So
0002140: 756c 3431 3a54 6865 2042 6561 746c 6573 202d 2030 3520 2d20 5468 696e 6b20 466f  ul41:The Beatles - 05 - Think Fo
0002160: 7220 596f 7572 7365 6c66 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3635 3534  r Yourself.mp3eed6:lengthi665554
0002180: 3165 343a 7061 7468 6c33 323a 5468 6520 4265 6174 6c65 7320 2d20 3139 3635 202d  1e4:pathl32:The Beatles - 1965 -
00021a0: 2052 7562 6265 7220 536f 756c 3331 3a54 6865 2042 6561 746c 6573 202d 2030 3620   Rubber Soul31:The Beatles - 06
00021c0: 2d20 5468 6520 576f 7264 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3636 3032 39  - The Word.mp3eed6:lengthi660329
00021e0: 3665 343a 7061 7468 6c33 323a 5468 6520 4265 6174 6c65 7320 2d20 3139 3635 202d  6e4:pathl32:The Beatles - 1965 -
0002200: 2052 7562 6265 7220 536f 756c 3331 3a54 6865 2042 6561 746c 6573 202d 2030 3720   Rubber Soul31:The Beatles - 07
0002220: 2d20 4d69 6368 656c 6c65 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3639 3339 7535  - Michelle.mp3eed6:lengthi693975
0002240: 3765 343a 7061 7468 6c33 323a 5468 6520 4265 6174 6c65 7320 2d20 3139 3635 202d  7e4:pathl32:The Beatles - 1965 -
0002260: 2052 7562 6265 7220 536f 756c 3335 3a54 6865 2042 6561 746c 6573 202d 2030 3820   Rubber Soul35:The Beatles - 08
0002280: 2d20 5768 6174 2047 6f65 7320 4f6e 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3632  - What Goes On.mp3eed6:lengthi62
00022a0: 3632 3635 3565 343a 7061 7468 6c33 323a 5468 6520 4265 6174 6c65 7320 2d20 3139  62655e4:pathl32:The Beatles - 19
00022c0: 3635 202d 2052 7562 6265 7220 536f 756c 3237 3a54 6865 2042 6561 746c 6573 202d  65 - Rubber Soul27:The Beatles -
00022e0: 2030 3920 2d20 4769 726c 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3630 3231 3330   09 - Girl.mp3eed6:lengthi602130
0002300: 3465 343a 7061 7468 6c33 323a 5468 6520 4265 6174 6c65 7320 2d20 3139 3635 202d  4e4:pathl32:The Beatles - 1965 -
0002320: 2052 7562 6265 7220 536f 756c 3436 3a54 6865 2042 6561 746c 6573 202d 2031 3020   Rubber Soul46:The Beatles - 10
0002340: 2d20 4927 6d20 4c6f 6f6b 696e 6720 5468 726f 7567 6820 596f 752e 6d70 3365 6564  - I'm Looking Through You.mp3eed
0002360: 363a 6c65 6e67 7468 6936 3032 3735 3630 6534 3a70 6174 686c 3332 3a54 6865 2042  6:lengthi6027560e4:pathl32:The B
0002380: 6561 746c 6573 202d 2031 3936 3520 2d20 5275 6262 6572 2053 6f75 6c33 333a 5468  eatles - 1965 - Rubber Soul33:Th
00023a0: 6520 4265 6174 6c65 7320 2d20 3131 202d 2049 6e20 4d79 204c 6966 652e 6d70 3365  e Beatles - 11 - In My Life.mp3e
00023c0: 6564 363a 6c65 6e67 7468 6935 3538 3636 3037 6534 3a70 6174 686c 3332 3a54 6865  ed6:lengthi5586607e4:pathl32:The
00023e0: 2042 6561 746c 6573 202d 2031 3936 3520 2d20 5275 6262 6572 2053 6f75 6c32 373a   Beatles - 1965 - Rubber Soul27:
0002400: 5468 6520 4265 6174 6c65 7320 2d20 3132 202d 2057 6169 742e 6d70 3365 6564 363a  The Beatles - 12 - Wait.mp3eed6:
0002420: 6c65 6e67 7468 6935 3836 3134 3331 6534 3a70 6174 686c 3332 3a54 6865 2042 6561  lengthi5861431e4:pathl32:The Bea
0002440: 746c 6573 202d 2031 3936 3520 2d20 5275 6262 6572 2053 6f75 6c34 323a 5468 6520  tles - 1965 - Rubber Soul42:The
0002460: 4265 6174 6c65 7320 2d20 3133 202d 2049 6620 4920 4e65 6564 6564 2053 6f6d 656f  Beatles - 13 - If I Needed Someo
0002480: 6e65 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3536 3539 3736 3365 343a 7061 7468  ne.mp3eed6:lengthi5659763e4:path
00024a0: 6c33 323a 5468 6520 4265 6174 6c65 7320 2d20 3139 3635 202d 2052 7562 6265 7220  l32:The Beatles - 1965 - Rubber
00024c0: 536f 756c 3430 3a54 6865 2042 6561 746c 6573 202d 2031 3420 202d 2052 756e 2046  Soul40:The Beatles - 14 - Run Fo
00024e0: 7220 596f 7572 204c 6966 652e 6d70 3365 6564 363a 6c65 6e67 7468 6931 3032 3337  r Your Life.mp3eed6:lengthi10237
0002500: 3565 343a 7061 7468 6c32 393a 5468 6520 4265 6174 6c65 7320 2d20 3139 3636 202d  5e4:pathl29:The Beatles - 1966 -
0002520: 2052 6576 6f6c 7665 7239 3a46 726f 6e74 2e6a 7067 6565 6436 3a6c 656e 6774 6869   Revolver9:Front.jpgeed6:lengthi
0002540: 3634 3636 3030 3265 343a 7061 7468 6c32 393a 5468 6520 4265 6174 6c65 7320 2d20  6466002e4:pathl29:The Beatles -
0002560: 3139 3636 202d 2052 6576 6f6c 7665 7232 393a 5468 6520 4265 6174 6c65 7320 2d20  1966 - Revolver29:The Beatles -
0002580: 3031 202d 2054 6178 6d61 6e2e 6d70 3365 6564 363a 6c65 6e67 7468 6935 3231 3231  01 - Taxman.mp3eed6:lengthi52121
00025a0: 3332 6534 3a70 6174 686c 3239 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3620  32e4:pathl29:The Beatles - 1966
00025c0: 2d20 5265 766f 6c76 6572 3336 3a54 6865 2042 6561 746c 6573 202d 2030 3220 2d20  - Revolver36:The Beatles - 02 -
00025e0: 456c 6561 6e6f 7220 5269 6762 792e 6d70 3365 6564 363a 6c65 6e67 7468 6937 3337  Eleanor Rigby.mp3eed6:lengthi737
0002600: 3139 3430 6534 3a70 6174 686c 3239 3a54 6865 2042 6561 746c 6573 202d 2031 3936  1940e4:pathl29:The Beatles - 196
0002620: 3620 2d20 5265 766f 6c76 6572 3430 3a54 6865 2042 6561 746c 6573 202d 2030 3320  6 - Revolver40:The Beatles - 03
0002640: 2d20 4927 6d20 4f6e 6c79 2053 6c65 6570 696e 672e 6d70 3365 6564 363a 6c65 6e67  - I'm Only Sleeping.mp3eed6:leng
0002660: 7468 6937 3335 3431 3731 6534 3a70 6174 686c 3239 3a54 6865 2042 6561 746c 6573  thi7354171e4:pathl29:The Beatles
0002680: 202d 2031 3936 3620 2d20 5265 766f 6c76 6572 3334 3a54 6865 2042 6561 746c 6573   - 1966 - Revolver34:The Beatles
00026a0: 202d 2030 3420 2d20 4c6f 7665 2059 6f75 2054 6f2e 6d70 3365 6564 363a 6c65 6e67   - 04 - Love You To.mp3eed6:leng
00026c0: 7468 6935 3934 3034 3339 6534 3a70 6174 686c 3239 3a54 6865 2042 6561 746c 6573  thi5940439e4:pathl29:The Beatles
00026e0: 202d 2031 3936 3620 2d20 5265 766f 6c76 6572 3439 3a54 6865 2042 6561 746c 6573   - 1966 - Revolver49:The Beatles
```

```
0002700: 202d 2030 3520 2d20 4269 6c6c 5468 654a   -everywhe
0002710: 203a 6c65 6e67 7469 6831 546c 3a54 ...     re.mp3eed6:lengthi6521392e4:path
0002720: 7265 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3635 3231 3339 3265 343a 7061 7468   l29:The Beatles - 1966 - Revolve
0002740: 6c32 393a 5468 6520 4265 6174 6c65 7320 2d20 3139 3636 202d 2052 6576 6f6c 7665 7265   r39:The Beatles - 06 - Yellow Su
0002760: 7233 393a 5468 6520 4265 6174 6c65 7320 2d20 3036 202d 2059 656c 6c6f 7720 5375   bmarine.mp3eed6:lengthi6390781e4
0002780: 626d 6172 696e 652e 6d70 3365 6564 363a 6c65 6e67 7468 6936 3339 3037 3831 6534   :pathl29:The Beatles - 1966 - Re
00027a0: 3a70 6174 686c 3239 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3620 2d20 5265   volver40:The Beatles - 07 - She
00027c0: 766f 6c76 6572 3430 3a54 6865 2042 6561 746c 6573 202d 2030 3720 2d20 5368 6520   Said She Said.mp3eed6:lengthi529
00027e0: 5361 6964 2053 6865 6420 5361 6964 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3239   5728e4:pathl29:The Beatles - 196
0002800: 3537 3238 6534 3a70 6174 686c 3239 3a54 6865 2042 6561 746c 6573 202d 2031 3936   6 - Revolver40:The Beatles - 08
0002820: 3620 2d20 5265 766f 6c76 6572 3430 3a54 6865 2042 6561 746c 6573 202d 2030 3820   - Good Day Sunshine.mp3eed6:leng
0002840: 2d20 476f 6f64 2044 6179 2053 756e 7368 696e 652e 6d70 3365 6564 363a 6c65 6e67   thi4974949e4:pathl29:The Beatles
0002860: 7468 6934 3937 3439 3439 6534 3a70 6174 686c 3239 3a54 6865 2042 6561 746c 6573   - 1966 - Revolver45:The Beatles
0002880: 202d 2031 3936 3620 2d20 5265 766f 6c76 6572 3435 3a54 6865 2042 6561 746c 6573   - 09 - And Your Bird Can Sing.m
00028a0: 202d 2030 3920 2d20 416e 6420 596f 7572 2042 6972 6420 4361 6e20 5369 6e67 2e6d   p3eed6:lengthi4973893e4:pathl29:
00028c0: 7033 6565 6436 3a6c 656e 6774 6869 3439 3733 3839 3365 343a 7061 7468 6c32 393a   The Beatles - 1966 - Revolver33:
00028e0: 5468 6520 4265 6174 6c65 7320 2d20 3139 3636 202d 2052 6576 6f6c 7665 7233 333a   The Beatles - 10 - For No One.mp
0002900: 5468 6520 4265 6174 6c65 7320 2d20 3130 202d 2046 6f72 204e 6f20 4f6e 652e 6d70   3eed6:lengthi5514108e4:pathl29:T
0002920: 3365 6564 363a 6c65 6e67 7468 6935 3531 3431 3038 6534 3a70 6174 686c 3239 3a54   he Beatles - 1966 - Revolver36:T
0002940: 6865 2042 6561 746c 6573 202d 2031 3936 3620 2d20 5265 766f 6c76 6572 3336 3a54   he Beatles - 11 - Doctor Robert.
0002960: 6865 2042 6561 746c 6573 202d 2031 3120 2d20 446f 6374 6f72 2052 6f62 6572 742e   mp3eed6:lengthi6100301e4:pathl29
0002980: 6d70 3365 6564 363a 6c65 6e67 7468 6936 3130 3033 3031 6534 3a70 6174 686c 3239   :The Beatles - 1966 - Revolver41
00029a0: 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3620 2d20 5265 766f 6c76 6572 3431   :The Beatles - 12 - I Want To Te
00029c0: 3a54 6865 2042 6561 746c 6573 202d 2031 3220 2d20 4920 5761 6e74 2054 6f20 5465   ll You.mp3eed6:lengthi6130612e4:
00029e0: 6c6c 2059 6f75 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3631 3330 3631 3265 343a   pathl29:The Beatles - 1966 - Rev
0002a00: 7061 7468 6c32 393a 5468 6520 4265 6174 6c65 7320 2d20 3139 3636 202d 2052 6576   olver50:The Beatles - 13 - Got T
0002a20: 6f6c 7665 7235 303a 5468 6520 4265 6174 6c65 7320 2d20 3133 202d 2047 6f74 2054   o Get You Into My Life.mp3eed6:l
0002a40: 6f20 4765 7420 596f 7520 496e 746f 204d 7920 4c69 6665 2e6d 7033 6565 6436 3a6c   engthi7201625e4:pathl29:The Beat
0002a60: 656e 6774 6869 3732 3031 3632 3565 343a 7061 7468 6c32 393a 5468 6520 4265 6174   les - 1966 - Revolver43:The Beat
0002a80: 6c65 7320 2d20 3139 3636 202d 2052 6576 6f6c 7665 7234 333a 5468 6520 4265 6174   les - 14 - Tomorrow Never Knows.
0002aa0: 6c65 7320 2d20 3134 202d 2054 6f6d 6f72 726f 7720 4e65 7665 7220 4b6e 6f77 732e   mp3eed6:lengthi223938e4:pathl41:
0002ac0: 6d70 3365 6564 363a 6c65 6e67 7468 6932 3233 3933 3865 343a 7061 7468 6c34 313a   The Beatles - 1967 - Magical Mys
0002ae0: 5468 6520 4265 6174 6c65 7320 2d20 3139 3637 202d 204d 6167 6963 616c 204d 7973   tery Tour9:Front.jpgeed6:lengthi
0002b00: 7465 7279 2054 6f75 7239 3a46 726f 6e74 2e6a 7067 6565 6436 3a6c 656e 6774 6869   7100636e4:pathl41:The Beatles -
0002b20: 3731 3030 3633 3665 343a 7061 7468 6c34 313a 5468 6520 4265 6174 6c65 7320 2d20   1967 - Magical Mystery Tour43:Th
0002b40: 3139 3637 202d 204d 6167 6963 616c 204d 7973 7465 7279 2054 6f75 7234 333a 5468   e Beatles - 01 - Magical Mystery
0002b60: 6520 4265 6174 6c65 7320 2d20 3031 202d 204d 6167 6963 616c 204d 7973 7465 7279   Tour.mp3eed6:lengthi7433959e4:p
0002b80: 2054 6f75 722e 6d70 3365 6564 363a 6c65 6e67 7468 6937 3433 3339 3539 6534 3a70   athl41:The Beatles - 1967 - Magi
0002ba0: 6174 686c 3431 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3720 2d20 4d61 6769   cal Mystery Tour43:The Beatles -
0002bc0: 6361 6c20 4d79 7374 6572 7920 546f 7572 3433 3a54 6865 2042 6561 746c 6573 202d   02 - The Fool On The Hill.mp3ee
0002be0: 2030 3220 2d20 5468 6520 466f 6f6c 204f 6e20 5468 6520 4869 6c6c 2e6d 7033 6565   d6:lengthi5706728e4:pathl41:The
0002c00: 6436 3a6c 656e 6774 6869 3537 3036 3732 3865 343a 7061 7468 6c34 313a 5468 6520   Beatles - 1967 - Magical Mystery
0002c20: 4265 6174 6c65 7320 2d20 3139 3637 202d 204d 6167 6963 616c 204d 7973 7465 7279   Tour29:The Beatles - 03 - Flyin
0002c40: 2054 6f75 7232 393a 5468 6520 4265 6174 6c65 7320 2d20 3033 202d 2046 6c79 696e   g.mp3eed6:lengthi9695110e4:pathl
0002c60: 672e 6d70 3365 6564 363a 6c65 6e67 7468 6939 3639 3531 3130 6534 3a70 6174 686c   41:The Beatles - 1967 - Magical
0002c80: 3431 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3720 2d20 4d61 6769 6361 6c20   Mystery Tour35:The Beatles - 04
0002ca0: 4d79 7374 6572 7920 546f 7572 3335 3a54 6865 2042 6561 746c 6573 202d 2030 3420   - Blue Jay Way.mp3eed6:lengthi62
0002cc0: 2d20 426c 7565 204a 6179 2057 6179 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3632   11431e4:pathl41:The Beatles - 19
0002ce0: 3131 3433 3165 343a 7061 7468 6c34 313a 5468 6520 4265 6174 6c65 7320 2d20 3139   67 - Magical Mystery Tour46:The
0002d00: 3637 202d 204d 6167 6963 616c 204d 7973 7465 7279 2054 6f75 7234 363a 5468 6520   Beatles - 05 - Your Mother Shoul
0002d20: 4265 6174 6c65 7320 2d20 3035 202d 2059 6f75 7220 4d6f 7468 6572 2053 686f 756c   d Know.mp3eed6:lengthi11309480e4
0002d40: 6420 4b6e 6f77 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3131 3330 3934 3830 6534   :pathl41:The Beatles - 1967 - Ma
0002d60: 3a70 6174 686c 3431 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3720 2d20 4d61   :pathl41:The Beatles - 1967 - Ma
```

```
0002d80: 6769 6361 6c20 4d79 7374 6572 7920 546f  gical Mystery To
0002d90: 7572 3636 3a54 6865 2042 6561 746c 6573  ur66:The Beatles
0002da0: 202d 2030 3620 2d20 4920 416d 2054 6865   - 06 - I Am The
0002db0: 2057 616c 7275 732e 6d70 3365 6564 363a   Walrus.mp3eed6:
0002dc0: 6c65 6e67 7468 6938 3338 3537 3339 6534  lengthi8385739e4
0002dd0: 3a70 6174 6c34 313a 5468 6520 4265 6174  :pathl41:The Beat
0002de0: 6c65 7320 2d20 3139 3637 202d 204d 6167  les - 1967 - Mag
0002df0: 6963 616c 204d 7973 7465 7279 2054 6f75  ical Mystery Tou
0002e00: 7236 3a54 6865 2042 6561 746c 6573 202d  r36:The Beatles -
0002e10: 2030 3720 2d20 4865 6c6c 6f20 4766 206f   07 - Hello Go o
0002e20: 6462 7965 2e6d 7033 6565 6436 3a6c 656e  dbye.mp3eed6:len
0002e30: 6774 6869 3130 3234 3738 3734 6534 3a70  gthi10247874e4:p
0002e40: 6174 6c34 313a 5468 6520 4265 6174 6c65  athl41:The Beatle
0002e50: 7320 2d20 3139 3637 202d 204d 6167 6963  s - 1967 - Magic
0002e60: 616c 204d 7973 7465 7279 2054 6f75 7238  al Mystery Tour8
0002e70: 3a54 6865 2042 6561 746c 6573 202d 2030  :The Beatles - 0
0002e80: 3820 2d20 5374 7261 7762 6572 7279 2046  8 - Strawberry F
0002e90: 6965 6c64 7320 466f 7265 7665 7220 2e6d  ields Forever .m
0002ea0: 7033 6565 6436 3a6c 656e 6774 6869 3733  p3eed6:lengthi73
0002eb0: 3631 3432 3665 3465 3a70 6174 6c34 313a  61426e4e:pathl41:
0002ec0: 5468 6520 4265 6174 6c65 7320 2d20 3139  The Beatles - 19
0002ed0: 3637 202d 204d 6167 6963 616c 204d 7973  67 - Magical Mys
0002ee0: 7465 7279 2054 6f75 7233 333a 5468 6520  tery Tour33:The
0002ef0: 4265 6174 6c65 7320 2d20 3039 202d 2050  Beatles - 09 - P
0002f00: 656e 6e79 204c 616e 652e 6d70 3365 6564  enny Lane.mp3eed
0002f10: 363a 6c65 6e67 7468 6937 3537 3831 3538  6:lengthi7578158
0002f20: 6534 3a70 6174 6c34 313a 5468 6520 4265  e4:pathl41:The Be
0002f30: 6174 6c65 7320 2d20 3139 3637 202d 204d  atles - 1967 - M
0002f40: 6167 6963 616c 204d 7973 7465 7279 2054  agical Mystery T
0002f50: 6f75 7234 353a 5468 6520 4265 6174 6c65  our45:The Beatle
0002f60: 7320 2d20 3130 202d 2042 6162 7920 596f  s - 10 - Baby Yo
0002f70: 7527 7265 2041 2052 6963 6820 4d61 6e2e  u're A Rich Man.
0002f80: 6d70 3365 6564 363a 6c65 6e67 7468 6939  mp3eed6:lengthi9
0002f90: 3336 3338 3836 6534 3a70 6174 6c34 313a  363886e4:pathl41:
0002fa0: 5468 6520 4265 6174 6c65 7320 2d20 3139  The Beatles - 19
0002fb0: 3637 202d 204d 6167 6963 616c 204d 7973  67 - Magical Mys
0002fc0: 7465 7279 2054 6f75 7234 333a 5468 6520  tery Tour43:The
0002fd0: 4265 6174 6c65 7320 2d20 3131 202d 2041  Beatles - 11 - A
0002fe0: 6c6c 2059 6f75 204e 6565 6420 4973 204c  ll You Need Is L
0002ff0: 6f76 652e 6d70 3365 6564 363a 6c65 6e67  ove.mp3eed6:leng
0003000: 7468 6938 3233 3238 6534 3a70 6174 6c35  thi82328e4:pathl5
0003010: 383a 5468 6520 4265 6174 6c65 7320 2d20  8:The Beatles -
0003020: 3139 3637 202d 2053 6774 2e20 5065 7070  1967 - Sgt. Pepp
0003030: 6572 2773 204c 6f6e 656c 7920 4865 6172  er's Lonely Hear
0003040: 7473 2043 6c75 6220 4261 6e64 393a 4672  ts Club Band9:Fr
0003050: 6f6e 742e 6a70 6564 363a 6c65 6e67 7468  ont.jpged6:length
0003060: 6934 3938 3331 3538 6534 3a70 6174 6c35  i4983158e4:pathl5
0003070: 383a 5468 6520 4265 6174 6c65 7320 2d20  8:The Beatles -
0003080: 3139 3637 202d 2053 6774 2e20 5065 7070  1967 - Sgt. Pepp
0003090: 6572 2773 204c 6f6e 656c 7920 4865 6172  er's Lonely Hear
00030a0: 7473 2043 6c75 6220 4261 6e64 3630 3a54  ts Club Band60:T
00030b0: 6865 2042 6561 746c 6573 202d 2030 31202d  he Beatles - 01 -
00030c0: 2053 6774 2e20 5065 7070 6572 2773 204c   Sgt. Pepper's L
00030d0: 6f6e 656c 7920 4865 6172 7473 2043 6c75  onely Hearts Clu
00030e0: 6220 4261 6e64 2e6d 7033 6565 6436 3a6c  b Band.mp3eed6:l
00030f0: 656e 6774 6869 3634 3535 3838 6534 3a70  engthi6455588e4:p
0003100: 6174 6c35 383a 5468 6520 4265 6174 6c65  athl58:The Beatle
0003110: 7320 2d20 3139 3637 202d 2053 6774 2e20  s - 1967 - Sgt.
0003120: 5065 7070 6572 2773 204c 6f6e 656c 7920  Pepper's Lonely
0003130: 4865 6172 7473 2043 6c75 6220 4261 6e64  Hearts Club Band
0003140: 3537 3a54 6865 2042 6561 746c 6573 202d  57:The Beatles -
0003150: 2030 3220 2d20 5769 7468 2041 204c 6974   02 - With A Lit
0003160: 746c 6520 4865 6c70 2046 726f 6d20 4d79  tle Help From My
0003170: 2046 7269 656e 6473 2e6d 7033 6565 6436   Friends.mp3eed6
0003180: 3a6c 656e 6774 6869 3834 3232 3935 3465  :lengthi8422954e
0003190: 343a 7061 7468 6c35 383a 5468 6520 4265  4:pathl58:The Be
00031a0: 6174 6c65 7320 2d20 3139 3637 202d 2053  atles - 1967 - S
00031b0: 6774 2e20 5065 7070 6572 2773 204c 6f6e  gt. Pepper's Lon
00031c0: 656c 7920 4865 6172 7473 2043 6c75 6220  ely Hearts Club
00031d0: 4261 6e64 353a 5468 6520 4265 6174 6c65  Band5:The Beatle
00031e0: 7320 2d20 3033 202d 204c 7563 7920 496e  s - 03 - Lucy In
00031f0: 2054 6865 2053 6b79 2057 6974 6820 4469   The Sky With Di
0003200: 616d 6f6e 6473 2e6d 7033 6565 6436 3a6c  amonds.mp3eed6:l
0003210: 656e 6774 6869 3638 3030 3231 3365 343a  engthi6800213e4:
0003220: 7061 7468 6c35 383a 5468 6520 4265 6174  pathl58:The Beat
0003230: 6c65 7320 2d20 3139 3637 202d 2053 6774  les - 1967 - Sgt
0003240: 2e20 5065 7070 6572 2773 204c 6f6e 656c  . Pepper's Lonel
0003250: 7920 4865 6172 7473 2043 6c75 6220 4261  y Hearts Club Ba
0003260: 6e64 3337 3a54 6865 2042 6561 746c 6573  nd37:The Beatles
0003270: 202d 2031 3936 3720 2d20 5367 742e 2050   - 1967 - Sgt. P
0003280: 6570 7065 7227 7320 4c6f 6e65 6c79 2048  epper's Lonely H
0003290: 6561 7274 7320 436c 7562 2042 616e 6434  earts Club Band4
00032a0: 202d 2047 6574 7469 6e67 2042 6574 7465   - Getting Bette
00032b0: 722e 6d70 3365 6564 363a 6c65 6e67 7468  r.mp3eed6:length
00032c0: 6936 3335 3039 3036 6534 3a70 6174 6c35  i6350906e4:pathl5
00032d0: 383a 5468 6520 4265 6174 6c65 7320 2d20  8:The Beatles -
00032e0: 3139 3637 202d 2053 6774 2e20 5065 7070  1967 - Sgt. Pepp
00032f0: 6572 2773 204c 6f6e 656c 7920 4865 6172  er's Lonely Hear
0003300: 7473 2043 6c75 6220 4261 6e64 353a 5468  ts Club Band5:Th
0003310: 6520 4265 6174 6c65 7320 2d20 3035 202d  e Beatles - 05 -
0003320: 2046 6978 696e 6720 4120 486f 6c65 2e6d   Fixing A Hole.m
0003330: 7033 6565 6436 3a6c 656e 6774 6869 3836  p3eed6:lengthi86
0003340: 3837 3330 3265 343a 7061 7468 6c35 383a  87302e4:pathl58:
0003350: 5468 6520 4265 6174 6c65 7320 2d20 3139  The Beatles - 19
0003360: 3637 202d 2053 6774 2e20 5065 7070 6572  67 - Sgt. Pepper
0003370: 2773 204c 6f6e 656c 7920 4865 6172 7473  's Lonely Hearts
0003380: 2043 6c75 6220 4261 6e64 3431 3a54 6865   Club Band41:The
0003390: 2042 6561 746c 6573 202d 2030 3620 2d20   Beatles - 06 -
00033a0: 2053 6865 2773 204c 6561 7669 6e67 2048   She's Leaving H
00033b0: 6f6d 652e 6d70 3365 6564 363a 6c65 6e67  ome.mp3eed6:leng
00033c0: 7468 6936 3336 3937 3335 6534 3a70 6174  thi6369735e4:pat
00033d0: 6c35 383a 5468 6520 4265 6174 6c65 7320  hl58:The Beatles
00033e0: 2d20 3139 3637 202d 2053 6774 2e20 5065  - 1967 - Sgt. Pe
00033f0: 7070 6572 2773 204c 6f6e 656c 7920 4865  pper's Lonely He
0003400: 6172 7473 2043 6c75 6220 4261 6e64 353a  arts Club Band5:
```

```
0003400: 2d20 3037 202d 2030 ...                              - 07 - Being For The Benefit Of
0003420: 4d72 2e20 4b69 7465 212e 6d70 3365 6564 363a 6c65 6e67 7468 6931 3232 3838 3032   Mr. Kite!.mp3eed6:lengthi1228802
0003440: 3565 343a 7061 7468 6c35 383a 5468 6520 4265 6174 6c65 7320 2d20 3139 3637 202d   5e4:pathl58:The Beatles - 1967 -
0003460: 2053 6774 2e20 5065 7070 6572 2773 204c 6f6e 656c 7920 4865 6172 7473 2043 6c75    Sgt. Pepper's Lonely Hearts Clu
0003480: 6220 4261 6e64 3435 3a54 6865 2042 6561 746c 6573 202d 2030 3820 2d20 5769 7468   b Band45:The Beatles - 08 - With
00034a0: 696e 2059 6f75 2057 6974 686f 7574 2059 6f75 2e6d 7033 6565 6436 3a6c 656e 6774   in You Without You.mp3eed6:lengt
00034c0: 6869 3633 3933 3735 3265 343a 7061 7468 6c35 383a 5468 6520 4265 6174 6c65 7320   hi6393752e4:pathl58:The Beatles
00034e0: 2d20 3139 3637 202d 2053 6774 2e20 5065 7070 6572 2773 204c 6f6e 656c 7920 4865   - 1967 - Sgt. Pepper's Lonely He
0003500: 6172 7473 2043 6c75 6220 4261 6e64 3432 3a54 6865 2042 6561 746c 6573 202d 2030   arts Club Band42:The Beatles - 0
0003520: 3920 2d20 5768 656e 2049 276d 2053 6978 7479 2d46 6f75 722e 6d70 3365 6564 363a   9 - When I'm Sixty-Four.mp3eed6:
0003540: 6c65 6e67 7468 6936 3936 3536 3932 3838 6534 3a70 6174 686c 3538 3a54 6865 2042   lengthi6569288e4:pathl58:The Bea
0003560: 746c 6573 202d 2031 3936 3720 2d20 5367 742e 2050 6570 7065 7227 7320 4c6f 6e65   tles - 1967 - Sgt. Pepper's Lone
0003580: 6c79 2048 6561 7274 7320 436c 7562 2042 616e 6433 343a 5468 6520 4265 6174 6c65   ly Hearts Club Band34:The Beatle
00035a0: 7320 2d20 3130 202d 204c 6f76 656c 7920 5269 7461 2e6d 7033 6565 6436 3a6c 656e   s - 10 - Lovely Rita.mp3eed6:len
00035c0: 6774 6869 3635 3337 3935 3565 343a 7061 7468 6c35 383a 5468 6520 4265 6174 6c65   gthi6537955e4:pathl58:The Beatle
00035e0: 7320 2d20 3139 3637 202d 2053 6774 2e20 5065 7070 6572 2773 204c 6f6e 656c 7920   s - 1967 - Sgt. Pepper's Lonely
0003600: 4865 6172 7473 2043 6c75 6220 4261 6e64 3438 3a54 6865 2042 6561 746c 6573 202d   Hearts Club Band48:The Beatles -
0003620: 2031 3120 2d20 476f 6f64 204d 6f72 6e69 6e67 2047 6f6f 6420 4d6f 726e 696e 6720    11 - Good Morning Good Morning
0003640: 6d70 3365 6564 363a 6c65 6e67 7468 6933 3234 3133 3234 6534 3a70 6174 686c 3538   mp3eed6:lengthi3241324e4:pathl58
0003660: 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3720 2d20 5367 742e 2050 6570 7065   :The Beatles - 1967 - Sgt. Peppe
0003680: 7227 7320 4c6f 6e65 6c79 2048 6561 7274 7320 436c 7562 2042 616e 6437 303a 5468   r's Lonely Hearts Club Band70:Th
00036a0: 6520 4265 6174 6c65 7320 2d20 3132 202d 2053 6774 2e20 5065 7070 6572 2773 204c   e Beatles - 12 - Sgt. Pepper's L
00036c0: 6f6e 656c 7920 4865 6172 7473 2043 6c75 6220 4261 6e64 2028 5265 7072 6973 6529   onely Hearts Club Band (Reprise)
00036e0: 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3133 3434 3135 3838 6534 3a70 6174 686c   .mp3eed6:lengthi13441588e4:pathl
0003700: 3538 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3720 2d20 5367 742e 2050 6570   58:The Beatles - 1967 - Sgt. Pep
0003720: 7065 7227 7320 4c6f 6e65 6c79 2048 6561 7274 7320 436c 7562 2042 616e 6434 303a   per's Lonely Hearts Club Band40:
0003740: 5468 6520 4265 6174 6c65 7320 2d20 3133 202d 2041 2044 6179 2049 6e20 5468 6520   The Beatles - 13 - A Day In The
0003760: 4c69 6665 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3635 3438 3230 3265 343a 7061   Life.mp3eed6:lengthi6548202e4:pa
0003780: 7468 6c35 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3638 202d 2054 6865 2042   thl50:The Beatles - 1968 - The B
00037a0: 6561 746c 6573 2028 5468 6520 5768 6974 6520 416c 6275 6d29 3a44 6973 6320 31     eatles (The White Album):Disc 1
00037c0: 3433 3a54 6865 2042 6561 746c 6573 202d 2030 3120 2d20 4261 636b 2049 6e20 5468   43:The Beatles - 01 - Back In Th
00037e0: 6520 552e 532e 532e 522e 6d70 3365 6564 363a 6c65 6e67 7468 6934 3933 3331     e U.S.S.R..mp3eed6:lengthi948331
0003800: 3465 343a 7061 7468 6c35 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3638 202d   4e4:pathl50:The Beatles - 1968 -
0003820: 2054 6865 2042 6561 746c 6573 2028 5468 6520 5768 6974 6520 416c 6275 6d29 3a      The Beatles (The White Album):
0003840: 4469 7363 2031 3336 3a54 6865 2042 6561 746c 6573 202d 2030 3220 2d20 4465 6172   Disc 136:The Beatles - 02 - Dear
0003860: 2050 7275 6465 6e63 652e 6d70 3365 6564 363a 6c65 6e67 7468 6935 3533 3938 3637    Prudence.mp3eed6:lengthi5539867
0003880: 6534 3a70 6174 686c 3530 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3820 2d20   e4:pathl50:The Beatles - 1968 -
00038a0: 5468 6520 4265 6174 6c65 7320 2854 6865 2057 6869 7465 2041 6c62 756d 2936 3a44   The Beatles (The White Album)6:D
00038c0: 6973 6320 3133 343a 5468 6520 4265 6174 6c65 7320 2d20 3033 202d 2047 6c61 7373   isc 134:The Beatles - 03 - Glass
00038e0: 204f 6e69 6f6e 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3735 3737 3432 3565 343a    Onion.mp3eed6:lengthi7577425e4:
0003900: 7061 7468 6c35 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3638 202d 2054 6865   pathl50:The Beatles - 1968 - The
0003920: 2042 6561 746c 6573 2028 5468 6520 5768 6974 6520 416c 6275 6d29 3a44 6973 6320    Beatles (The White Album):Disc
0003940: 3133 3431 3a54 6865 2042 6561 746c 6573 202d 2030 3420 2d20 4f62 2d4c 612d 4469   141:The Beatles - 04 - Ob-La-Di
0003960: 2c20 4f62 2d4c 612d 4461 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3234 3737 3237   , Ob-La-Da.mp3eed6:lengthi247727
0003980: 3465 343a 7061 7468 6c35 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3638 202d   4e4:pathl50:The Beatles - 1968 -
00039a0: 2054 6865 2042 6561 746c 6573 2028 5468 6520 5768 6974 6520 416c 6275 6d29 3a      The Beatles (The White Album):
00039c0: 4469 7363 2031 3337 3a54 6865 2042 6561 746c 6573 202d 2030 3520 2d20 5769 6c64   Disc 137:The Beatles - 05 - Wild
00039e0: 2048 6f6e 6579 2050 6965 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3734 3531 3031    Honey Pie.mp3eed6:lengthi745101
0003a00: 3165 343a 7061 7468 6c35 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3638 202d   1e4:pathl50:The Beatles - 1968 -
0003a20: 2054 6865 2042 6561 746c 6573 2028 5468 6520 5768 6974 6520 416c 6275 6d29 3a      The Beatles (The White Album):
0003a40: 4469 7363 2031 3630 3a54 6865 2042 6561 746c 6573 202d 2030 3620 2d20 5468 6520   Disc 160:The Beatles - 06 - The
0003a60: 436f 6e74 696e 7569 6e67 2053 746f 7279 204f 6620 4275 6e67 616c 6f77 2042 696c   Continuing Story Of Bungalow Bil
```

```
0003a80: 6c2e 6d70 3365 6436 3a6c 656e 6774 6869  l.mp3eed6:lengthi
0003a90: 3631 3463 6531 6631 7468 3a31 3530 3a74  614ce1f1th:150:path
0003aa0: 6c35 303a 5468 6520 4265 6174 6c65 7320  l50:The Beatles
0003ab0: 2d20 3139 3638 2020 2054 6865 2042 6561  - 1968 - The Bea
0003ac0: 746c 6573 2028 5468 6520 5768 6974 6520  tles (The White
0003ad0: 416c 6275 6d29 363a 4469 7363 2031 3531  Album)6:Disc 151
0003ae0: 3a54 6865 2042 6561 746c 6573 202d 2030  :The Beatles - 0
0003af0: 3720 2d20 5768 696c 6520 4d79 2047 7569  7 - While My Gui
0003b00: 7461 7220 4765 6e74 6c79 2057 6565 7073  tar Gently Weeps
0003b10: 2e6d 7033 6565 6436 3a6c 656e 6774 6869  .mp3eed6:lengthi
0003b20: 3635 3638 3035 3865 343a 7061 7468 6c35  6568058e4:pathl5
0003b30: 303a 5468 6520 4265 6174 6c65 7320 2d20  0:The Beatles -
0003b40: 3139 3638 202d 2054 6865 2042 6561 746c  1968 - The Beatl
0003b50: 6573 2028 5468 6520 5768 6974 6520 416c  es (The White Al
0003b60: 6275 6d29 363a 4469 7363 2031 3436 3a54  bum)6:Disc 146:T
0003b70: 6865 2042 6561 746c 6573 202d 2030 3820  he Beatles - 08
0003b80: 2d20 4861 7070 696e 6573 7320 4973 2041  - Happiness Is A
0003b90: 2057 6172 6d20 4775 6e2e 6d70 3365 6564   Warm Gun.mp3eed
0003ba0: 363a 6c65 6e67 7468 6935 3937 3234 3537  6:lengthi5972457
0003bb0: 6534 3a70 6174 686c 3530 3a54 6865 2042  e4:pathl50:The B
0003bc0: 6561 746c 6573 202d 2031 3936 3820 2d20  eatles - 1968 -
0003bd0: 5468 6520 4265 6174 6c65 7320 2854 6865  The Beatles (The
0003be0: 2057 6869 7465 2041 6c62 756d 2936 3a44   White Album)6:D
0003bf0: 6973 6320 3133 373a 5468 6520 4265 6174  isc 137:The Beat
0003c00: 6c65 7320 2d20 3039 202d 204d 6172 7468  les - 09 - Marth
0003c10: 6120 4d79 2044 6561 722e 6d70 3365 6564  a My Dear.mp3eed
0003c20: 363a 6c65 6e67 7468 6934 3935 3437 3236  6:lengthi4954726
0003c30: 6534 3a70 6174 686c 3530 3a54 6865 2042  e4:pathl50:The B
0003c40: 6561 746c 6573 202d 2031 3936 3820 2d20  eatles - 1968 -
0003c50: 5468 6520 4265 6174 6c65 7320 2854 6865  The Beatles (The
0003c60: 2057 6869 7465 2041 6c62 756d 2936 3a44   White Album)6:D
0003c70: 6973 6320 3133 353a 5468 6520 4265 6174  isc 135:The Beat
0003c80: 6c65 7320 2d20 3130 202d 2049 276d 2053  les - 10 - I'm S
0003c90: 6f20 5469 7265 642e 6d70 3365 6564 363a  o Tired.mp3eed6:
0003ca0: 6c65 6e67 7468 6935 3535 3535 3339 6534  lengthi5555539e4
0003cb0: 3a70 6174 686c 3530 3a54 6865 2042 6561  :pathl50:The Bea
0003cc0: 746c 6573 202d 2031 3936 3820 2d20 5468  tles - 1968 - Th
0003cd0: 6520 4265 6174 6c65 7320 2854 6865 2057  e Beatles (The W
0003ce0: 6869 7465 2041 6c62 756d 2936 3a44 6973  hite Album)6:Dis
0003cf0: 6320 3133 323a 5468 6520 4265 6174 6c65  c 132:The Beatle
0003d00: 7320 2d20 3131 202d 2042 6c61 636b 6269  s - 11 - Blackbi
0003d10: 7264 2e6d 7033 6565 6436 3a6c 656e 6774  rd.mp3eed6:lengt
0003d20: 6869 3439 3938 3630 3765 343a 7061 7468  hi4998607e4:path
0003d30: 6c35 303a 5468 6520 4265 6174 6c65 7320  l50:The Beatles
0003d40: 2d20 3139 3638 202d 2054 6865 2042 6561  - 1968 - The Bea
0003d50: 746c 6573 2028 5468 6520 5768 6974 6520  tles (The White
0003d60: 416c 6275 6d29 363a 4469 7363 2031 3330  Album)6:Disc 130
0003d70: 3a54 6865 2042 6561 746c 6573 202d 2031  :The Beatles - 1
0003d80: 3220 2d20 5069 6767 6965 732e 6d70 3365  2 - Piggies.mp3e
0003d90: 6564 363a 6c65 6e67 7468 6938 3837 3330  ed6:lengthi88730
0003da0: 3934 6534 3a70 6174 686c 3530 3a54 6865  94e4:pathl50:The
0003db0: 2042 6561 746c 6573 202d 2031 3936 3820   Beatles - 1968
0003dc0: 2d20 5468 6520 4265 6174 6c65 7320 2854  - The Beatles (T
0003dd0: 6865 2057 6869 7465 2041 6c62 756d 2936  he White Album)6
0003de0: 3a44 6973 6320 3133 363a 5468 6520 4265  :Disc 136:The Be
0003df0: 6174 6c65 7320 2d20 3133 202d 2052 6f63  atles - 13 - Roc
0003e00: 6b79 2052 6163 636f 6f6e 2e6d 7033 6565  ky Raccoon.mp3ee
0003e10: 6436 3a6c 656e 6774 6869 3839 3036 3533  d6:lengthi890653
0003e20: 3465 343a 7061 7468 6c35 303a 5468 6520  4e4:pathl50:The
0003e30: 4265 6174 6c65 7320 2d20 3139 3638 202d  Beatles - 1968 -
0003e40: 2054 6865 2042 6561 746c 6573 2028 5468   The Beatles (Th
0003e50: 6520 5768 6974 6520 416c 6275 6d29 363a  e White Album)6:
0003e60: 4469 7363 2031 3339 3a54 6865 2042 6561  Disc 139:The Bea
0003e70: 746c 6573 202d 2031 3420 2d20 446f 6e27  tles - 14 - Don'
0003e80: 7420 5061 7373 204d 6520 4279 2e6d 7033  t Pass Me By.mp3
0003e90: 6565 6436 3a6c 656e 6774 6869 3430 3832  eed6:lengthi4082
0003ea0: 3235 3465 343a 7061 7468 6c35 303a 5468  254e4:pathl50:Th
0003eb0: 6520 4265 6174 6c65 7320 2d20 3139 3638  e Beatles - 1968
0003ec0: 202d 2054 6865 2042 6561 746c 6573 2028   - The Beatles (
0003ed0: 5468 6520 5768 6974 6520 416c 6275 6d29  The White Album)
0003ee0: 363a 6169 7363 2031 3533 3a54 6865 2042  6:Disc 153:The B
0003ef0: 6561 746c 6573 202d 2031 3520 2d20 5768  eatles - 15 - Wh
0003f00: 7920 446f 6e27 7420 5765 2044 6f20 4974  y Don't We Do It
0003f10: 2049 6e20 5468 6520 526f 6164 2e6d 7033   In The Road.mp3
0003f20: 6565 6436 3a6c 656e 6774 6869 3432 3635  eed6:lengthi4265
0003f30: 3038 3765 343a 7061 7468 6c35 303a 5468  087e4:pathl50:Th
0003f40: 6520 4265 6174 6c65 7320 2d20 3139 3638  e Beatles - 1968
0003f50: 202d 2054 6865 2042 6561 746c 6573 2028   - The Beatles (
0003f60: 5468 6520 5768 6974 6520 416c 6275 6d29  The White Album)
0003f70: 363a 4469 7363 2031 3239 3a54 6865 2042  6:Disc 129:The B
0003f80: 6561 746c 6573 202d 2031 3620 2d20 4920  eatles - 16 - I
0003f90: 5769 6c6c 2e6d 7033 6565 6436 3a6c 656e  Will.mp3eed6:len
0003fa0: 6774 6869 3639 3932 3237 3065 343a 7061  gthi6992270e4:pa
0003fb0: 7468 6c35 303a 5468 6520 4265 6174 6c65  thl50:The Beatle
0003fc0: 7320 2d20 3139 3638 202d 2054 6865 2042  s - 1968 - The B
0003fd0: 6561 746c 6573 2028 5468 6520 5768 6974  eatles (The Whit
0003fe0: 6520 416c 6275 6d29 363a 4469 7363 202d  e Album)6:Disc -
0004000: 2031 3720 2d20 4a75 6c69 612e 6d70 3365   17 - Julia.mp3e
0004010: 6564 363a 6c65 6e67 7468 6936 3533 3737  ed6:lengthi65377
0004020: 3431 6534 3a70 6174 686c 3530 3a54 6865  41e4:pathl50:The
0004030: 2042 6561 746c 6573 202d 2031 3936 3820   Beatles - 1968
0004040: 2d20 5468 6520 4265 6174 6c65 7320 2854  - The Beatles (T
0004050: 6865 2057 6869 7465 2041 6c62 756d 2936  he White Album)6
0004060: 3a44 6973 6320 3233 313a 5468 6520 4265  :Disc 231:The Be
0004070: 6174 6c65 7320 2d20 3031 202d 2042 6972  atles - 01 - Bir
0004080: 7468 6461 792e 6d70 3365 6564 363a 6c65  thday.mp3eed6:le
0004090: 6e67 7468 6939 3637 3033 3436 3534 3a70  ngthi9670346e4:p
00040a0: 6174 686c 3530 3a54 6865 2042 6561 746c  athl50:The Beatl
00040b0: 6573 202d 2031 3936 3820 2d20 5468 6520  es - 1968 - The
00040c0: 4265 6174 6c65 7320 2854 6865 2057 6869  Beatles (The Whi
00040d0: 7465 2041 6c62 756d 2936 3a44 6973 6320  te Album)6:Disc
00040e0: 3233 323a 5468 6520 4265 6174 6c65 7320  232:The Beatles
```

```
0004100: 2e6d 7033 6565 6436 3a6c 656e 6774 6869  .mp3eed6:lengthi
0004120: 303a 5468 6520 4265 6174 6c65 7320 2d20  0:The Beatles - 1968 - The Beatl
0004140: 6573 2028 5468 6520 5768 6974 6520 416c  es (The White Album)6:Disc 242:T
0004160: 6865 2042 6561 746c 6573 202d 2030 3320  he Beatles - 03 - Mother Nature'
0004180: 7320 536f 6e2e 6d70 3365 6564 363a 6c65  s Son.mp3eed6:lengthi5811586e4:p
00041a0: 6174 686c 3530 3a54 6865 2042 6561 746c  athl50:The Beatles - 1968 - The
00041c0: 4265 6174 6c65 7320 2854 6865 2057 6869  Beatles (The White Album)6:Disc
00041e0: 3238 303a 5468 6520 4265 6174 6c65 7320  280:The Beatles - 04 - Everybody
0004200: 2773 2047 6f74 2053 6f6d 6574 6869 6e67  's Got Something To Hide Except
0004220: 4d65 2061 6e64 204d 7920 4d6f 6e6b 6579  Me and My Monkey.mp3eed6:lengthi
0004240: 3738 3338 3634 3165 343a 7061 7468 6c35  7838641e4:pathl50:The Beatles -
0004260: 3139 3638 202d 2054 6865 2042 6561 746c  1968 - The Beatles (The White Al
0004280: 6275 6d29 363a 4469 7363 2032 3333 3a54  bum)6:Disc 233:The Beatles - 05
00042a0: 2d20 5365 7879 2053 6164 6965 2e6d 7033  - Sexy Sadie.mp3eed6:lengthi1081
00042c0: 3334 3730 6534 3a70 6174 686c 3530 3a54  3470e4:pathl50:The Beatles - 196
00042e0: 3820 2d20 5468 6520 4265 6174 6c65 7320  8 - The Beatles (The White Album
0004300: 2936 3a44 6973 6320 3233 373a 5468 6520  )6:Disc 237:The Beatles - 06 - H
0004320: 656c 7465 7220 536b 656c 7465 722e 6d70  elter Skelter.mp3eed6:lengthi739
0004340: 3837 3435 6534 3a70 6174 686c 3530 3a54  8745e4:pathl50:The Beatles - 196
0004360: 3820 2d20 5468 6520 4265 6174 6c65 7320  8 - The Beatles (The White Album
0004380: 2936 3a44 6973 6320 3233 393a 5468 6520  )6:Disc 239:The Beatles - 07 - L
00043a0: 6f6e 672c 204c 6f6e 672c 204c 6f6e 672e  ong, Long, Long.mp3eed6:lengthi1
00043c0: 3032 3532 3335 3865 343a 7061 7468 6c35  0252358e4:pathl50:The Beatles -
00043e0: 3139 3638 202d 2054 6865 2042 6561 746c  1968 - The Beatles (The White Al
0004400: 6275 6d29 363a 4469 7363 2032 3335 3a54  bum)6:Disc 235:The Beatles - 08
0004420: 2d20 5265 766f 6c75 7469 6f6e 2031 2e6d  - Revolution 1.mp3eed6:lengthi64
0004440: 3736 3039 3365 343a 7061 7468 6c35 3039  76093e4:pathl50:The Beatles - 19
0004460: 3638 202d 2054 6865 2042 6561 746c 6573  68 - The Beatles (The White Albu
0004480: 6d29 363a 4469 7363 2032 3332 3a54 6865  m)6:Disc 232:The Beatles - 09 -
00044a0: 486f 6e65 7920 5069 652e 6d70 3365 6564  Honey Pie.mp3eed6:lengthi7020490
00044c0: 6534 3a70 6174 686c 3530 3a54 6865 2042  e4:pathl50:The Beatles - 1968 -
00044e0: 5468 6520 4265 6174 6c65 7320 2854 6865  The Beatles (The White Album)6:D
0004500: 6973 6320 3233 363a 5468 6520 4265 6174  isc 236:The Beatles - 10 - Savoy
0004520: 2054 7275 6666 6c65 2e6d 7033 6565 6436   Truffle.mp3eed6:lengthi7662056e
0004540: 343a 7061 7468 6c35 303a 5468 6520 4265  4:pathl50:The Beatles - 1968 - T
0004560: 6865 2042 6561 746c 6573 2028 5468 6520  he Beatles (The White Album)6:Di
0004580: 7363 2032 3335 3a54 6865 2042 6561 746c  sc 235:The Beatles - 11 - Cry Ba
00045a0: 6279 2043 7279 2e6d 7033 6565 6436 3a6c  by Cry.mp3eed6:lengthi19748391e4
00045c0: 3a70 6174 686c 3530 3a54 6865 2042 6561  :pathl50:The Beatles - 1968 - Th
00045e0: 6520 4265 6174 6c65 7320 2854 6865 2057  e Beatles (The White Album)6:Dis
0004600: 6320 3233 353a 5468 6520 4265 6174 6c65  c 235:The Beatles - 12 - Revolut
0004620: 696f 6e20 392e 6d70 3365 6564 363a 6c65  ion 9.mp3eed6:lengthi7695556e4:p
0004640: 6174 686c 3530 3a54 6865 2042 6561 746c  athl50:The Beatles - 1968 - The
0004660: 4265 6174 6c65 7320 2854 6865 2057 6869  Beatles (The White Album)6:Disc
0004680: 3233 333a 5468 6520 4265 6174 6c65 7320  233:The Beatles - 13 - Good Nigh
00046a0: 742e 6d70 3365 6564 363a 6c65 6e67 7468  t.mp3eed6:lengthi20481e4:pathl50
00046c0: 3a54 6865 2042 6561 746c 6573 202d 2031  :The Beatles - 1968 - The Beatle
00046e0: 7320 2854 6865 2057 6869 7465 2041 6c62  s (The White Album)9:Front.jpgee
0004700: 6436 3a6c 656e 6774 6869 6930 3630 3765  d6:lengthi60607e4:pathl31:The Be
0004720: 6174 6c65 7320 2d20 3139 3639 202d 2041  atles - 1969 - Abbey Road9:Front
0004740: 2e6a 7067 6565 6436 3a6c 656e 6774 6869  .jpgeed6:lengthi10489941e4:pathl
0004760: 3331 3a54 6865 2042 6561 746c 6573 202d  31:The Beatles - 1969 - Abbey Ro
```

```
0004780: 6164 3336 3a54 6865 2042 6561 746c 6573 202d 2030 3120 2d20 436f 6d65 2054 6f67  ad36:The Beatles - 01 - Come Tog
00047a0: 6574 6865 722e 6d70 3365 6564 363a 6c65 6e67 7468 6937 3338 3334 3536 6534 3a70  ether.mp3eed6:lengthi7383456e4:p
00047c0: 6174 686c 3331 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3920 2d20 4162 6265  athl31:The Beatles - 1969 - Abbe
00047e0: 7920 526f 6164 3332 3a54 6865 2042 6561 746c 6573 202d 2030 3220 2d20 536f 6d65  y Road32:The Beatles - 02 - Some
0004800: 7468 696e 672e 6d70 3365 6564 363a 6c65 6e67 7468 6938 3335 3431 3830 6534 3a70  thing.mp3eed6:lengthi8354180e4:p
0004820: 6174 686c 3331 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3920 2d20 4162 6265  athl31:The Beatles - 1969 - Abbe
0004840: 7920 526f 6164 3436 3a54 6865 2042 6561 746c 6573 202d 2030 3320 2d20 4d61 7877  y Road46:The Beatles - 03 - Maxw
0004860: 656c 6c27 7320 5369 6c76 6572 2048 616d 6d65 722e 6d70 3365 6564 363a 6c65 6e67  ell's Silver Hammer.mp3eed6:leng
0004880: 7468 6938 3333 3131 3830 6534 3a70 6174 686c 3331 3a54 6865 2042 6561 746c 6573  thi8331180e4:pathl31:The Beatles
00048a0: 202d 2031 3936 3920 2d20 4162 6265 7920 526f 6164 3334 3a54 6865 2042 6561 746c   - 1969 - Abbey Road34:The Beatl
00048c0: 6573 202d 2030 3420 2d20 4f68 2120 4461 726c 696e 672e 6d70 3365 6564 363a 6c65  es - 04 - Oh! Darling.mp3eed6:le
00048e0: 6e67 7468 6936 3931 3131 3639 6534 3a70 6174 686c 3331 3a54 6865 2042 6561 746c  ngthi6911169e4:pathl31:The Beatl
0004900: 6573 202d 2031 3936 3920 2d20 4162 6265 7920 526f 6164 3339 3a54 6865 2042 6561  es - 1969 - Abbey Road39:The Bea
0004920: 746c 6573 202d 2030 3520 2d20 4f63 746f 7075 7327 7320 4761 7264 656e 2e6d 7033  tles - 05 - Octopus's Garden.mp3
0004940: 6565 6436 3a6c 656e 6774 6869 3138 3734 3938 3734 6534 3a70 6174 686c 3331 3a54  eed6:lengthi18749874e4:pathl31:T
0004960: 6865 2042 6561 746c 6573 202d 2031 3936 3920 2d20 4162 6265 7920 526f 6164 3530  he Beatles - 1969 - Abbey Road50
0004980: 3a54 6865 2042 6561 746c 6573 202d 2030 3620 2d20 4920 5761 6e74 2059 6f75 2028  :The Beatles - 06 - I Want You (
00049a0: 5368 6527 7320 536f 2048 6561 7679 292e 6d70 3365 6564 363a 6c65 6e67 7468 6937  She's So Heavy).mp3eed6:lengthi7
00049c0: 3438 3639 3039 6534 3a70 6174 686c 3331 3a54 6865 2042 6561 746c 6573 202d 2031  486909e4:pathl31:The Beatles - 1
00049e0: 3936 3920 2d20 4162 6265 7920 526f 6164 3431 3a54 6865 2042 6561 746c 6573 202d  969 - Abbey Road41:The Beatles -
0004a00: 2030 3720 2d20 4865 7265 2043 6f6d 6573 2054 6865 2053 756e 2e6d 7033 6565 6436   07 - Here Comes The Sun.mp3eed6
0004a20: 3a6c 656e 6774 6869 3636 3835 3436 3265 343a 7061 7468 6c33 313a 5468 6520 4265  :lengthi6685462e4:pathl31:The Be
0004a40: 6174 6c65 7320 2d20 3139 3639 202d 2041 6262 6579 2052 6f61 6433 303a 5468 6520  atles - 1969 - Abbey Road30:The 
0004a60: 4265 6174 6c65 7320 2d20 3038 202d 2042 6563 6175 7365 2e6d 7033 6565 6436 3a6c  Beatles - 08 - Because.mp3eed6:l
0004a80: 656e 6774 6869 3937 3539 3537 3365 343a 7061 7468 6c33 313a 5468 6520 4265 6174  engthi9759573e4:pathl31:The Beat
0004aa0: 6c65 7320 2d20 3139 3639 202d 2041 6262 6579 2052 6f61 6435 313a 5468 6520 4265  les - 1969 - Abbey Road51:The Be
0004ac0: 6174 6c65 7320 2d20 3039 202d 2059 6f75 204e 6576 6572 2047 6976 6520 4d65 2059  atles - 09 - You Never Give Me Y
0004ae0: 6f75 7220 4d6f 6e65 792e 6d70 3365 6564 363a 6c65 6e67 7468 6935 3931 3533 3734  our Money.mp3eed6:lengthi5915374
0004b00: 6534 3a70 6174 686c 3331 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3920 2d20  e4:pathl31:The Beatles - 1969 - 
0004b20: 4162 6265 7920 526f 6164 3331 3a54 6865 2042 6561 746c 6573 202d 2031 3020 2d20  Abbey Road31:The Beatles - 10 - 
0004b40: 5375 6e20 4b69 6e67 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3237 3135 3930 3465  Sun King.mp3eed6:lengthi2715904e
0004b60: 343a 7061 7468 6c33 313a 5468 6520 4265 6174 6c65 7320 2d20 3139 3639 202d 2041  4:pathl31:The Beatles - 1969 - A
0004b80: 6262 6579 2052 6f61 6433 393a 5468 6520 4265 6174 6c65 7320 2d20 3131 202d 204d  bbey Road39:The Beatles - 11 - M
0004ba0: 6561 6e20 4d72 2e20 4d75 7374 6172 642e 6d70 3365 6564 363a 6c65 6e67 7468 6932  ean Mr. Mustard.mp3eed6:lengthi2
0004bc0: 3937 3239 3436 6534 3a70 6174 686c 3331 3a54 6865 2042 6561 746c 6573 202d 2031  972946e4:pathl31:The Beatles - 1
0004be0: 3936 3920 2d20 4162 6265 7920 526f 6164 3336 3a54 6865 2042 6561 746c 6573 202d  969 - Abbey Road36:The Beatles -
0004c00: 2031 3220 2d20 506f 6c79 7468 656e 6520 5061 6d2e 6d70 3365 6564 363a 6c65 6e67   12 - Polythene Pam.mp3eed6:leng
0004c20: 7468 6934 3737 3333 3331 6534 3a70 6174 686c 3331 3a54 6865 2042 6561 746c 6573  thi4773331e4:pathl31:The Beatles
0004c40: 202d 2031 3936 3920 2d20 4162 6265 7920 526f 6164 3632 3a54 6865 2042 6561 746c   - 1969 - Abbey Road62:The Beatl
0004c60: 6573 202d 2031 3320 2d20 5368 6520 4361 6d65 2049 6e20 5468 726f 7567 6820 5468  es - 13 - She Came In Through Th
0004c80: 6520 4261 7468 726f 6f6d 2057 696e 646f 772e 6d70 3365 6564 363a 6c65 6e67 7468  e Bathroom Window.mp3eed6:length
0004ca0: 6933 3732 3633 3230 6534 3a70 6174 686c 3331 3a54 6865 2042 6561 746c 6573 202d  i3726320e4:pathl31:The Beatles -
0004cc0: 2031 3936 3920 2d20 4162 6265 7920 526f 6164 3338 3a54 6865 2042 6561 746c 6573   1969 - Abbey Road38:The Beatles
0004ce0: 202d 2031 3420 2d20 476f 6c64 656e 2053 6c75 6d62 6572 732e 6d70 3365 6564 363a   - 14 - Golden Slumbers.mp3eed6:
0004d00: 6c65 6e67 7468 6933 3933 3834 3336 6534 3a70 6174 686c 3331 3a54 6865 2042 6561  lengthi3938436e4:pathl31:The Bea
0004d20: 746c 6573 202d 2031 3936 3920 2d20 4162 6265 7920 526f 6164 3430 3a54 6865 2042  tles - 1969 - Abbey Road40:The B
0004d40: 6561 746c 6573 202d 2031 3520 2d20 4361 7272 7920 5468 6174 2057 6569 6768 742e  eatles - 15 - Carry That Weight.
0004d60: 6d70 3365 6564 363a 6c65 6e67 7468 6935 3635 3732 3833 6534 3a70 6174 686c 3331  mp3eed6:lengthi5657283e4:pathl31
0004d80: 3a54 6865 2042 6561 746c 6573 202d 2031 3936 3920 2d20 4162 6265 7920 526f 6164  :The Beatles - 1969 - Abbey Road
0004da0: 3330 3a54 6865 2042 6561 746c 6573 202d 2031 3620 2d20 5468 6520 456e 642e 6d70  30:The Beatles - 16 - The End.mp
0004dc0: 3365 6564 363a 6c65 6e67 7468 6939 3934 3935 3265 343a 7061 7468 6c33 313a 5468  3eed6:lengthi994952e4:pathl31:Th
0004de0: 6520 4265 6174 6c65 7320 2d20 3139 3639 202d 2041 6262 6579 2052 6f61 6433 343a  e Beatles - 1969 - Abbey Road34:
```

```
0004e00: 5468 6520 4265 6174 6c65 7320 2d20 3139   The Beatles - 1969 - ...esty.m
0004e20: 7033 6565 6436 3a6c 656e 6774 6869 3831   p3eed6:lengthi81961e4:pathl37:Th
0004e40: 6520 4265 6174 6c65 7320 2d20 3139 3639   e Beatles - 1969 - Yellow Submar
0004e60: 696e 6539 3a46 726f 6e74 2e6a 7067 6565   ine9:Front.jpgeed6:lengthi659920
0004e80: 3665 343a 7061 7468 6c33 373a 5468 6520   6e4:pathl37:The Beatles - 1969 -
0004ea0: 2059 656c 6c6f 7720 5375 626d 6172 696e    Yellow Submarine39:The Beatles
0004ec0: 2d20 3031 202d 2059 656c 6c6f 7720 5375   - 01 - Yellow Submarine.mp3eed6:
0004ee0: 6c65 6e67 7468 6938 3339 3935 3639 6534   lengthi8399569e4:pathl37:The Bea
0004f00: 746c 6573 202d 2031 3936 3920 2d20 5965   tles - 1969 - Yellow Submarine43
0004f20: 3a54 6865 2042 6561 746c 6573 202d 2030   :The Beatles - 02 - Only A North
0004f40: 3220 2d20 4f6e 6c79 2041 204e 6f72 7468   ern Song.mp3eed6:lengthi5433100e
0004f60: 343a 7061 7468 6c33 373a 5468 6520 4265   4:pathl37:The Beatles - 1969 - Y
0004f80: 656c 6c6f 7720 5375 626d 6172 696e 6539   ellow Submarine39:The Beatles -
0004fa0: 3033 202d 2041 6c6c 2054 6f67 6574 6865   03 - All Together Now.mp3eed6:le
0004fc0: 6e67 7468 6937 3835 3039 3839 6534 3a70   ngthi7850989e4:pathl37:The Beatl
0004fe0: 6573 202d 2031 3936 3920 2d20 5965 6c6c   es - 1969 - Yellow Submarine34:T
0005000: 6865 2042 6561 746c 6573 202d 2030 3420   he Beatles - 04 - Hey Bulldog.mp
0005020: 2d20 4865 7920 4275 6c6c 646f 672e 6d70   3eed6:lengthi15617722e4:pathl37:
0005040: 3365 6564 363a 6c65 6e67 7468 6931 3536   The Beatles - 1969 - Yellow Subm
0005060: 3137 3732 3265 34 3a70 6174 686c 3337 3a   arine40:The Beatles - 05 - It's
0005080: 5468 6520 4265 6174 6c65 7320 2d20 3139   All Too Much.mp3eed6:lengthi9402
00050a0: 3637 3165 343a 7061 7468 6c33 373a 5468   671e4:pathl37:The Beatles - 1969
00050c0: 202d 2059 656c 6c6f 7720 5375 626d 6172    - Yellow Submarine43:The Beatle
00050e0: 696e 6533 3a54 6865 2042 6561 746c 6573   s - 06 - All You Need Is Love.mp
0005100: 202d 2030 3620 2d20 416c 6c20 596f 7520   3eed6:lengthi5843739e4:pathl37:T
0005120: 6865 2042 6561 746c 6573 202d 2031 3936   he Beatles - 1969 - Yellow Subma
0005140: 3920 2d20 5965 6c6c 6f77 2053 7562 6d61   rine33:The Beatles - 07 - Pepper
0005160: 7269 6e65 332e 6d70 3365 6564 363a 6c65   land.mp3eed6:lengthi7296148e4:pa
0005180: 6e67 7468 6937 3239 3631 3438 6534 3a70   thl37:The Beatles - 1969 - Yello
00051a0: 6174 686c 3337 3a54 6865 2042 6561 746c   w Submarine34:The Beatles - 08 -
00051c0: 6573 202d 2031 3936 3920 2d20 5965 6c6c    Sea Of Time.mp3eed6:lengthi5713
00051e0: 6f77 2053 7562 6d61 7269 6e65 3534 3a54   129e4:pathl37:The Beatles - 1969
0005200: 6865 2042 6561 746c 6573 202d 2030 3820    - Yellow Submarine35:The Beatle
0005220: 2d20 5365 6120 4f66 2054 696d 652e 6d70   s - 09 - Sea Of Holes.mp3eed6:le
0005240: 3365 6564 363a 6c65 6e67 7468 6935 3731   ngthi8881263e4:pathl37:The Beatl
0005260: 3331 3239 6534 3a70 6174 686c 3337 3a54   es - 1969 - Yellow Submarine38:T
0005280: 6865 2042 6561 746c 6573 202d 2031 3020   he Beatles - 10 - Sea Of Monster
00052a0: 2d20 5365 6120 4f66 2048 6f6c 6573 2e6d   s.mp3eed6:lengthi5772697e4:pathl
00052c0: 7033 6565 6436 3a6c 656e 6774 6869 3537   37:The Beatles - 1969 - Yellow S
00052e0: 3731 3232 3639 3765 343a 7061 7468 6c33   ubmarine43:The Beatles - 11 - Ma
0005300: 373a 5468 6520 4265 6174 6c65 7320 2d20   rch Of The Meanies.mp3eed6:lengt
0005320: 3139 3639 202d 2059 656c 6c6f 7720 5375   hi5488486e4:pathl37:The Beatles
0005340: 626d 6172 696e 6535 333a 5468 6520 4265   - 1969 - Yellow Submarine44:The
0005360: 6174 6c65 7320 2d20 3132 202d 2050 6570   Beatles - 12 - Pepperland Laid W
0005380: 7065 726c 616e 6420 4c61 6964 2057 6173   aste.mp3eed6:lengthi5320266e4:pa
00053a0: 7465 2e6d 7033 6565 6436 3a6c 656e 6774   thl37:The Beatles - 1969 - Yello
00053c0: 6869 3533 3230 3236 3665 343a 7061 7468   w Submarine53:The Beatles - 13 -
00053e0: 6c33 373a 5468 6520 4265 6174 6c65 7320    Yellow Submarine In Pepperland.
0005400: 2d20 3139 3639 202d 2059 656c 6c6f 7720   mp3eed6:lengthi58842e4:pathl30:T
0005420: 5375 626d 6172 696e 6520 496e 2050 6570   he Beatles - 1970 - Let It Be9:F
0005440: 7065 726c 616e 642e 6d70 3365 6564 363a   ront.jpgeed6:lengthi8728563e4:pa
0005460: 6c65 6e67 7468 6935 3838 3432 6534 3a70   thl30:The Beatles - 1970 - Let I
```

```
0005480: 7420 4265 3332 3a54 6865 2042 6561 746c 6573 202d 2030 3120 2d20 5477 6f20 4f66  t Be32:The Beatles - 01 - Two Of
0005490: 2055 732e 6d70 3365 6564 363a 6c65 6e67 7468 6939 3435 3337 3233 6534 3a70 6174   Us.mp3eed6:lengthi9453723e4:pat
00054a0: 686c 3330 3a54 6865 2042 6561 746c 6573 202d 2031 3937 3020 2d20 4c65 7420 4974  hl30:The Beatles - 1970 - Let It
00054c0: 2042 6533 333a 5468 6520 4265 6174 6c65 7320 2d20 3032 202d 2044 6967 2041 2050   Be33:The Beatles - 02 - Dig A P
00054e0: 6f6e 792e 6d70 3365 6564 363a 6c65 6e67 7468 6939 3230 3530 3437 6534 3a70 6174  ony.mp3eed6:lengthi9205047e4:pat
0005500: 686c 3330 3a54 6865 2042 6561 746c 6573 202d 2031 3937 3020 2d20 4c65 7420 4974  hl30:The Beatles - 1970 - Let It
0005520: 2042 6534 323a 5468 6520 4265 6174 6c65 7320 2d20 3033 202d 2041 6372 6f73 7320   Be42:The Beatles - 03 - Across 
0005540: 5468 6520 556e 6976 6572 7365 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3538 3931  The Universe.mp3eed6:lengthi5891
0005560: 3636 3565 343a 7061 7468 6c33 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3730  665e4:pathl30:The Beatles - 1970
0005580: 202d 204c 6574 2049 7420 4265 3332 3a54 6865 2042 6561 746c 6573 202d 2030 3420   - Let It Be32:The Beatles - 04 
00055a0: 2d20 4920 4d65 204d 696e 652e 6d70 3365 6564 363a 6c65 6e67 7468 6932 3036 3231  - I Me Mine.mp3eed6:lengthi20621
00055c0: 3131 6534 3a70 6174 686c 3330 3a54 6865 2042 6561 746c 6573 202d 2031 3937 3020  11e4:pathl30:The Beatles - 1970 
00055e0: 2d20 4c65 7420 4974 2042 6532 393a 5468 6520 4265 6174 6c65 7320 2d20 3035 202d  - Let It Be29:The Beatles - 05 -
0005600: 2044 6967 2049 742e 6d70 3365 6564 363a 6c65 6e67 7468 6939 3739 3433 3539 6534   Dig It.mp3eed6:lengthi9794359e4
0005620: 3a70 6174 686c 3330 3a54 6865 2042 6561 746c 6573 202d 2031 3937 3020 2d20 4c65  :pathl30:The Beatles - 1970 - Le
0005640: 7420 4974 2042 6533 323a 5468 6520 4265 6174 6c65 7320 2d20 3036 202d 204c 6574  t It Be32:The Beatles - 06 - Let
0005660: 2049 7420 4265 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3136 3835 3935 3265 343a   It Be.mp3eed6:lengthi1685952e4:
0005680: 7061 7468 6c33 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3730 202d 204c 6574  pathl30:The Beatles - 1970 - Let
00056a0: 2049 7420 4265 3333 3a54 6865 2042 6561 746c 6573 202d 2030 3720 2d20 4d61 6767   It Be33:The Beatles - 07 - Magg
00056c0: 6965 204d 6165 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3837 3830 3831 3765 343a  ie Mae.mp3eed6:lengthi8780817e4:
00056e0: 7061 7468 6c33 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3730 202d 204c 6574  pathl30:The Beatles - 1970 - Let
0005700: 2049 7420 4265 3431 3a54 6865 2042 6561 746c 6573 202d 2030 3820 2d20 4927 7665   It Be41:The Beatles - 08 - I've
0005720: 2047 6f74 2041 2046 6565 6c69 6e67 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3730   Got A Feeling.mp3eed6:lengthi70
0005740: 3831 3830 3865 343a 7061 7468 6c33 303a 5468 6520 4265 6174 6c65 7320 2d20 3139  81808e4:pathl30:The Beatles - 19
0005760: 3730 202d 204c 6574 2049 7420 4265 3336 3a54 6865 2042 6561 746c 6573 202d 2030  70 - Let It Be36:The Beatles - 0
0005780: 3920 2d20 4f6e 6520 4166 7465 7220 3930 392e 6d70 3365 6564 363a 6c65 6e67 7468  9 - One After 909.mp3eed6:length
00057a0: 6938 3737 3636 3435 6534 3a70 6174 686c 3330 3a54 6865 2042 6561 746c 6573 202d  i8776645e4:pathl30:The Beatles -
00057c0: 2031 3937 3020 2d20 4c65 7420 4974 2042 6534 383a 5468 6520 4265 6174 6c65 7320   1970 - Let It Be48:The Beatles
00057e0: 2d20 3130 202d 2054 6865 204c 6f6e 6720 416e 6420 5769 6e64 696e 6720 526f 6164  - 10 - The Long And Winding Road
0005800: 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3631 3731 3730 3265 343a 7061 7468 6c33  .mp3eed6:lengthi6171702e4:pathl3
0005820: 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3730 202d 204c 6574 2049 7420 4265  0:The Beatles - 1970 - Let It Be
0005840: 3335 3a54 6865 2042 6561 746c 6573 202d 2031 3120 2d20 466f 7220 596f 7520 426c  35:The Beatles - 11 - For You Bl
0005860: 7565 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3735 3436 3738 3365 343a 7061 7468  ue.mp3eed6:lengthi7546783e4:path
0005880: 6c33 303a 5468 6520 4265 6174 6c65 7320 2d20 3139 3730 202d 204c 6574 2049 7420  l30:The Beatles - 1970 - Let It 
00058a0: 4265 3331 3a54 6865 2042 6561 746c 6573 202d 2031 3220 2d20 4765 7420 4261 636b  Be31:The Beatles - 12 - Get Back
00058c0: 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3135 3532 3665 343a 7061 7468 6c34 353a  .mp3eed6:lengthi15526e4:pathl45:
00058e0: 5468 6520 4265 6174 6c65 7320 2d20 3139 3838 202d 2050 6173 7420 4d61 7374 6572  The Beatles - 1988 - Past Master
0005900: 732c 2056 6f6c 756d 6520 4f6e 6539 3a46 726f 6e74 2e6a 7067 6565 6436 3a6c 656e  s, Volume One9:Front.jpgeed6:len
0005920: 6774 6869 3537 3735 3232 3265 343a 7061 7468 6c34 353a 5468 6520 4265 6174 6c65  gthi5775222e4:pathl45:The Beatle
0005940: 7320 2d20 3139 3838 202d 2050 6173 7420 4d61 7374 6572 732c 2056 6f6c 756d 6520  s - 1988 - Past Masters, Volume 
0005960: 4f6e 6533 333a 5468 6520 4265 6174 6c65 7320 2d20 3031 202d 204c 6f76 6520 4d65  One33:The Beatles - 01 - Love Me
0005980: 2044 6f2e 6d70 3365 6564 363a 6c65 6e67 7468 6934 3732 3330 3134 6534 3a70 6174   Do.mp3eed6:lengthi4723014e4:pat
00059a0: 686c 3435 3a54 6865 2042 6561 746c 6573 202d 2031 3938 3820 2d20 5061 7374 204d  hl45:The Beatles - 1988 - Past M
00059c0: 6173 7465 7273 2c20 566f 6c75 6d65 204f 6e65 3337 3a54 6865 2042 6561 746c 6573  asters, Volume One37:The Beatles
00059e0: 202d 2030 3220 2d20 4672 6f6d 204d 6520 546f 2059 6f75 2e6d 7033 6565 6436 3a6c   - 02 - From Me To You.mp3eed6:l
0005a00: 656e 6774 6869 3439 3934 3638 3765 343a 7061 7468 6c34 353a 5468 6520 4265 6174  engthi4994687e4:pathl45:The Beat
0005a20: 6c65 7320 2d20 3139 3838 202d 2050 6173 7420 4d61 7374 6572 732c 2056 6f6c 756d  les - 1988 - Past Masters, Volum
0005a40: 6520 4f6e 6533 373a 5468 6520 4265 6174 6c65 7320 2d20 3033 202d 2054 6861 6e6b  e One37:The Beatles - 03 - Thank
0005a60: 2059 6f75 2047 6972 6c2e 6d70 3365 6564 363a 6c65 6e67 7468 6935 3636 3635 3536   You Girl.mp3eed6:lengthi5666556
0005a80: 6534 3a70 6174 686c 3435 3a54 6865 2042 6561 746c 6573 202d 2031 3938 3820 2d20  e4:pathl45:The Beatles - 1988 - 
0005aa0: 5061 7374 204d 6173 7465 7273 2c20 566f 6c75 6d65 204f 6e65 3336 3a54 6865 2042  Past Masters, Volume One36:The B
0005ac0: 6561 746c 6573 202d 2030 3420 2d20 5368 6520 4c6f 7665 7320 596f 752e 6d70 3365  eatles - 04 - She Loves You.mp3e
```

```
0005b00: 6564 363a 6c65 6e67 7468 6934 3435 5165    Base 14-cv-01611-LO-JFA Document 813-86 Fild 09/21/15 Page 16 of 85 PageID# 8770 45:The
0005b20: 2042 6561 746c 6573 202d 2031 3938 3820    Beatles - 1988 - Past Masters,
0005b40: 566f 6c75 6d65 204f 6e65 3335 3a54 6865    Volume One35:The Beatles - 05 -
0005b60: 4927 6c6c 2047 6574 2059 6f75 2e6d 7033    I'll Get You.mp3eed6:lengthi5887
0005b80: 3034 3065 343a 7061 7468 6c34 353a 5468    040e4:pathl45:The Beatles - 1988
0005ba0: 202d 2050 6173 7420 4d61 7374 6572 732c     - Past Masters, Volume One47:Th
0005bc0: 6520 4265 6174 6c65 7320 2d20 3036 202d    e Beatles - 06 - I Want To Hold
0005be0: 596f 7572 2048 616e 642e 6d70 3365 6564    Your Hand.mp3eed6:lengthi5475335
0005c00: 6534 3a70 6174 686c 3435 3a54 6865 2042    e4:pathl45:The Beatles - 1988 -
0005c20: 5061 7374 204d 6173 7465 7273 2c20 566f    Past Masters, Volume One31:The B
0005c40: 6c75 6d65 2020 4f6e 6531 3331 3a54 6865    eatles - 07 - This Boy.mp3eed6:l
0005c60: 656e 6774 6869 3538 3837 3034 3065 343a    engthi5887040e4:pathl45:The Beat
0005c80: 6c65 7320 2d20 3139 3838 202d 2050 6173    les - 1988 - Past Masters, Volum
0005ca0: 6520 4f6e 6534 373a 5468 6520 4265 6174    e One47:The Beatles - 08 - Komm,
0005cc0: 2047 6962 204d 6972 2044 6569 6e65 2048     Gib Mir Deine Hand.mp3eed6:leng
0005ce0: 7468 6935 3630 3639 3938 6534 3a70 6174    thi5606998e4:pathl45:The Beatles
0005d00: 202d 2031 3938 3820 2d20 5061 7374 204d     - 1988 - Past Masters, Volume O
0005d20: 6173 3337 3a54 6865 2042 6561 746c 6573    ne37:The Beatles - 09 - Sie Lieb
0005d40: 7420 4469 6368 2e6d 7033 6565 6436 3a6c    t Dich.mp3eed6:lengthi4945579e4:
0005d60: 7061 7468 6c34 353a 5468 6520 4265 6174    pathl45:The Beatles - 1988 - Pas
0005d80: 7420 4d61 7374 6572 732c 2056 6f6c 756d    t Masters, Volume One38:The Beat
0005da0: 6c65 7320 2d20 3130 202d 204c 6f6e 6720    les - 10 - Long Tall Sally.mp3ee
0005dc0: 6436 3a6c 656e 6774 6869 3531 3830 3638    d6:lengthi5180682e4:pathl45:The
0005de0: 4265 6174 6c65 7320 2d20 3139 3838 202d    Beatles - 1988 - Past Masters, V
0005e00: 6f6c 756d 6520 4f6e 6533 393a 5468 6520    olume One39:The Beatles - 11 - I
0005e20: 2043 616c 6c20 596f 7572 204e 616d 652e     Call Your Name.mp3eed6:lengthi
0005e40: 3037 3139 3431 6534 3a70 6174 686c 3435    071941e4:pathl45:The Beatles - 1
0005e60: 3938 3820 2d20 5061 7374 204d 6173 7465    988 - Past Masters, Volume One32
0005e80: 3a54 6865 2042 6561 746c 6573 202d 2031    :The Beatles - 12 - Slow Down.mp
0005ea0: 3365 6564 363a 6c65 6e67 7468 6934 3737    3eed6:lengthi4777344e4:pathl45:T
0005ec0: 6865 2042 6561 746c 6573 202d 2031 3938    he Beatles - 1988 - Past Masters
0005ee0: 2c20 566f 6c75 6d65 204f 6e65 3331 3a54    , Volume One31:The Beatles - 13
0005f00: 2d20 4d61 7463 6862 6f78 2e6d 7033 6565    - Matchbox.mp3eed6:lengthi561222
0005f20: 3065 343a 7061 7468 6c34 353a 5468 6520    0e4:pathl45:The Beatles - 1988 -
0005f40: 2050 6173 7420 4d61 7374 6572 732c 2056     Past Masters, Volume One34:The
0005f60: 4265 6174 6c65 7320 2d20 3134 202d 2049    Beatles - 14 - I Feel Fine.mp3ee
0005f80: 6436 3a6c 656e 6774 6869 3733 3336    d6:lengthi7356157e4:pathl45:The
0005fa0: 4265 6174 6c65 7320 2d20 3139 3838 202d    Beatles - 1988 - Past Masters, V
0005fc0: 6f6c 756d 6520 4f6e 6533 363a 5468 6520    olume One36:The Beatles - 15 - S
0005fe0: 6865 2773 2041 2057 6f6d 616e 2e6d 7033    he's A Woman.mp3eed6:lengthi5639
0006000: 3338 3465 343a 7061 7468 6c34 353a 5468    384e4:pathl45:The Beatles - 1988
0006020: 202d 2050 6173 7420 4d61 7374 6572 732c     - Past Masters, Volume One30:Th
0006040: 6520 4265 6174 6c65 7320 2d20 3136 202d    e Beatles - 16 - Bad Boy.mp3eed6
0006060: 3a6c 656e 6774 6869 3635 3236 3530    :lengthi6526504e4:pathl45:The Be
0006080: 6174 6c65 7320 2d20 3139 3838 202d 2050    atles - 1988 - Past Masters, Vol
00060a0: 756d 6520 4f6e 6533 323a 5468 6520 4265    ume One32:The Beatles - 17 - Yes
00060c0: 2049 7420 4973 2e6d 7033 6565 6436 3a6c     It Is.mp3eed6:lengthi6094960e4:
00060e0: 7061 7468 6c34 353a 5468 6520 4265 6174    pathl45:The Beatles - 1988 - Pas
0006100: 7420 4d61 7374 6572 732c 2056 6f6c 756d    t Masters, Volume One31:The Beat
0006120: 6c65 7320 2d20 3138 202d 2049 276d 2044    les - 18 - I'm Down.mp3eed6:leng
0006140: 7468 6931 3535 3236 6534 3a70 6174 686c    thi15526e4:pathl45:The Beatles -
0006160: 2031 3938 3820 2d20 5061 7374 204d 6173     1988 - Past Masters, Volume Two
```

```
0006180: 393a 4672 6f6e 7420 6461 6c65 6011 6360 6e05  393a.Front.dale`.c`n.
00061a0: 3a70 6174 686c 3435 3a54 6865 2042 6561 746c  :pathl45:The.Beatl
00061c0: 6573 2031 3938 3820 2d20 5061 7374 204d 6173  es.1988.-.Past.Mas
00061e0: 7465 7273 2c20 566f 6c75 6d65 2054 776f 3334  ters,.Volume.Two34
0006200: 3a54 6865 2042 6561 746c 6573 2031 3938 3820  :The.Beatles.1988.
0006220: 2d20 5061 7374 204d 6173 7465 7273 2c20 566f  -.Past.Masters,.Vo
0006240: 6c75 6d65 2054 776f 3334 3a54 6865 2042 6561  lume.Two34:The.Bea
```

```
0006180: 393a 4672 6f6e 74...  ...  ...x31f03e4
00061a0: 3a70 6174 686c 3435 3a54 6865 2042 6561 746c  :pathl45:The.Beatles.-.1988.-.Pa
00061c0: 7374 204d 6173 7465 7273 2c20 566f 6c75 6d65  st.Masters,.Volume.Two34:The.Bea
00061e0: 746c 6573 202d 2030 3120 2d20 4461 7920 5472  tles.-.01.-.Day.Tripper.mp3eed6:
0006200: 6c65 6e67 7468 6935 3434 3339 3938 6534 3a70  lengthi5443998e4:pathl45:The.Bea
0006220: 746c 6573 2031 3938 3820 2d20 5061 7374 204d  tles.-.1988.-.Past.Masters,.Volu
0006240: 6d65 2054 776f 3431 3a54 6865 2042 6561 746c  me.Two41:The.Beatles.-.02.-.We.C
0006260: 616e 2057 6f72 6b20 4974 204f 7574 2e6d 7033  an.Work.It.Out.mp3eed6:lengthi55
0006280: 3734 3630 3865 3a70 6174 686c 3435 3a54 6865  74608e4:pathl45:The.Beatles.-.19
00062a0: 2038 3820 2d20 5061 7374 204d 6173 7465 7273  88.-.Past.Masters,.Volume.Two39:
00062c0: 5468 6520 4265 6174 6c65 7320 2d20 3033 202d  The.Beatles.-.03.-.Paperback.Wri
00062e0: 7465 722e 6d70 3365 6564 363a 6c65 6e67 7468  ter.mp3eed6:lengthi7301812e4:pat
0006300: 686c 3435 3a54 6865 2042 6561 746c 6573 2031  hl45:The.Beatles.-.1988.-.Past.M
0006320: 3938 3820 2d20 5061 7374 204d 6173 7465 7273  asters,.Volume.Two27:The.Beatles
0006340: 202d 2030 3420 2d20 5261 696e 2e6d 7033 6565  -.04.-.Rain.mp3eed6:lengthi5525
0006360: 3439 3465 343a 7061 7468 6c34 353a 5468 6520  494e4:pathl45:The.Beatles.-.1988
0006380: 2d20 5061 7374 204d 6173 7465 7273 2c20 566f  -.Past.Masters,.Volume.Two35:Th
00063a0: 6520 4265 6174 6c65 7320 2d20 3035 202d 204c  e.Beatles.-.05.-.Lady.Madonna.mp
00063c0: 3365 6564 363a 6c65 6e67 7468 6936 3238 3732  3eed6:lengthi6287227e4:pathl45:T
00063e0: 3237 6534 3a70 6174 686c 3435 3a54 6865 2042  he.Beatles.-.1988.-.Past.Masters
0006400: 2c20 566f 6c75 6d65 2054 776f 3338 3a54 6865  ,.Volume.Two38:The.Beatles.-.06
0006420: 202d 2054 6865 2049 6e6e 6572 204c 6967 6874  -.The.Inner.Light.mp3eed6:length
0006440: 6931 3731 3531 3032 3465 343a 7061 7468 6c34  i17151024e4:pathl45:The.Beatles
0006460: 353a 5468 6520 4265 6174 6c65 7320 2d20 5477  -.1988.-.Past.Masters,.Volume.Tw
0006480: 6f33 313a 5468 6520 4265 6174 6c65 7320 2d20  o31:The.Beatles.-.07.-.Hey.Jude.
00064a0: 6d70 3365 6564 363a 6c65 6e67 7468 6938 3230  mp3eed6:lengthi8205655e4:pathl45
00064c0: 353a 5468 6520 4265 6174 6c65 7320 2d20 5061  :The.Beatles.-.1988.-.Past.Maste
00064e0: 7273 2c20 566f 6c75 6d65 2054 776f 3333 3a54  rs,.Volume.Two33:The.Beatles.-.0
0006500: 3820 2d20 5265 766f 6c75 7469 6f6e 2e6d 7033  8.-.Revolution.mp3eed6:lengthi78
0006520: 3030 3235 3365 343a 7061 7468 6c34 353a 5468  00253e4:pathl45:The.Beatles.-.19
0006540: 3838 202d 2050 6173 7420 4d61 7374 6572 732c  88.-.Past.Masters,.Volume.Two52:
0006560: 5468 6520 4265 6174 6c65 7320 2d20 3039 202d  The.Beatles.-.09.-.Get.Back.(Wit
0006580: 6820 4269 6c6c 7920 5072 6573 746f 6e29 2e6d  h.Billy.Preston).mp3eed6:lengthi
00065a0: 3836 3136 3332 3965 343a 7061 7468 6c34 353a  8616329e4:pathl45:The.Beatles.-
00065c0: 3139 3838 202d 2050 6173 7420 4d61 7374 6572  1988.-.Past.Masters,.Volume.Two6
00065e0: 313a 5468 6520 4265 6174 6c65 7320 2d20 3130  1:The.Beatles.-.10.-.Don't.Let.M
0006600: 6520 446f 776e 2028 5769 7468 2042 696c 6c79  e.Down.(With.Billy.Preston).mp3e
0006620: 6564 363a 6c65 6e67 7468 6937 3231 3932 3839  ed6:lengthi7219289e4:pathl45:The
0006640: 2042 6561 746c 6573 2031 3938 3820 2d20 5061  .Beatles.-.1988.-.Past.Masters,.
0006660: 566f 6c75 6d65 2054 776f 3530 3a54 6865 2042  Volume.Two50:The.Beatles.-.11.-
0006680: 5468 6520 4261 6c6c 6164 204f 6620 4a6f 686e  The.Ballad.Of.John.And.Yoko.mp3e
00066a0: 6564 363a 6c65 6e67 7468 6937 3935 3830 3139  ed6:lengthi7958019e4:pathl45:The
00066c0: 2042 6561 746c 6573 2031 3938 3820 2d20 5061  .Beatles.-.1988.-.Past.Masters,.
00066e0: 566f 6c75 6d65 2054 776f 3337 3a54 6865 2042  Volume.Two37:The.Beatles.-.12.-
0006700: 4f6c 6420 4272 6f77 6e20 5368 6f65 2e6d 7033  Old.Brown.Shoe.mp3eed6:lengthi91
0006720: 3934 3133 3865 343a 7061 7468 6c34 353a 5468  94138e4:pathl45:The.Beatles.-.19
0006740: 3838 202d 2050 6173 7420 4d61 7374 6572 732c  88.-.Past.Masters,.Volume.Two42:
0006760: 5468 6520 4265 6174 6c65 7320 2d20 3133 202d  The.Beatles.-.13.-.Across.The.Un
0006780: 6976 6572 7365 2e6d 7033 6565 6436 3a6c 656e  iverse.mp3eed6:lengthi9256822e4:
00067a0: 7061 7468 6c34 353a 5468 6520 4265 6174 6c65  pathl45:The.Beatles.-.1988.-.Pas
00067c0: 7420 4d61 7374 6572 732c 2056 6f6c 756d 6520  t.Masters,.Volume.Two32:The.Beat
00067e0: 6c65 7320 2d20 3134 202d 204c 6574 2049 7420  les.-.14.-.Let.It.Be.mp3eed6:len
```

```
0006800: 6774 6869 3130 ...                        | Beatl
0006820: 6573 202d 2031 3938 3820 2d20 5061 7374   es - 1988 - Past Masters, Volume
0006840: 2054 776f 3630 3a54 6865 2042 6561 746c   Two60:The Beatles - 15 - You Kn
0006860: 6f77 204d 7920 4e61 6d65 2028 4c6f 6f6b   ow My Name (Look Up The Number).
0006880: 6d70 3365 6564 363a 6c65 6e67 7468 6932   mp3eed6:lengthi286946e4:pathl37:
00068a0: 5468 6520 4265 6174 6c65 7320 2d20 3139   The Beatles - 1989 - In the Begi
00068c0: 6e6e 696e 6738 3a42 6163 6b2e 6a70 6765   nning8:Back.jpgeed6:lengthi23433
00068e0: 3965 343a 7061 7468 6c33 373a 5468 6520   9e4:pathl37:The Beatles - 1989 -
0006900: 2049 6e20 7468 6520 4265 6769 6e6e 696e    In the Beginning9:Front.jpgeed6
0006920: 3a6c 656e 6774 6869 3639 3938 3739 3865   :lengthi6998798e4:pathl37:The Be
0006940: 6174 6c65 7320 2d20 3139 3839 202d 2049   atles - 1989 - In the Beginning2
0006960: 383a 5468 6520 4265 6174 6c65 7320 2d20   8:The Beatles - 01 - Money.mp3ee
0006980: 6436 3a6c 656e 6774 6869 3732 3334 3031   d6:lengthi7234012e4:pathl37:The
00069a0: 4265 6174 6c65 7320 2d20 3139 3839 202d   Beatles - 1989 - In the Beginnin
00069c0: 6734 313a 5468 6520 4265 6174 6c65 7320   g41:The Beatles - 02 - Till Ther
00069e0: 6520 5761 7320 596f 752e 6d70 3365 6564   e Was You.mp3eed6:lengthi6329700
0006a00: 6534 3a70 6174 686c 3337 3a54 6865 2042   e4:pathl37:The Beatles - 1989 -
0006a20: 496e 2074 6865 2042 6567 696e 6e69 6e67   In the Beginning49:The Beatles -
0006a40: 2030 3320 2d20 546f 204b 6e6f 7720 4865    03 - To Know Her Is To Love Her
0006a60: 2e6d 7033 6565 6436 3a6c 656e 6774 6869   .mp3eed6:lengthi5982179e4:pathl3
0006a80: 373a 5468 6520 4265 6174 6c65 7320 2d20   7:The Beatles - 1989 - In the Be
0006aa0: 6769 6e6e 696e 6734 383a 5468 6520 4265   ginning48:The Beatles - 04 - Tak
0006ac0: 6520 476f 6f64 2043 6172 6520 4f66 204d   e Good Care Of My Baby.mp3eed6:l
0006ae0: 656e 6774 6869 3439 3135 3631 3565 343a   engthi4915615e4:pathl37:The Beat
0006b00: 6c65 7320 2d20 3139 3839 202d 2049 6e20   les - 1989 - In the Beginning44:
0006b20: 5468 6520 4265 6174 6c65 7320 2d20 3035   The Beatles - 05 - September In
0006b40: 5468 6520 5261 696e 2e6d 7033 6565 6436   The Rain.mp3eed6:lengthi5401366e
0006b60: 343a 7061 7468 6c33 373a 5468 6520 4265   4:pathl37:The Beatles - 1989 - I
0006b80: 6e20 7468 6520 4265 6769 6e6e 696e 6733   n the Beginning35:The Beatles -
0006ba0: 3036 202d 2053 7572 6520 546f 2046 616c   06 - Sure To Fall.mp3eed6:length
0006bc0: 6937 3437 3330 3433 6534 3a70 6174 686c   i7473043e4:pathl37:The Beatles -
0006be0: 2031 3938 3920 2d20 496e 2074 6865 2042    1989 - In the Beginning32:The B
0006c00: 6561 746c 6573 202d 2030 3720 2d20 5365   eatles - 07 - Searchin'.mp3eed6:
0006c20: 6c65 6e67 7468 6935 3737 3238 3831 6534   lengthi5772881e4:pathl37:The Bea
0006c40: 746c 6573 202d 2031 3938 3920 2d20 496e   tles - 1989 - In the Beginning30
0006c60: 3a54 6865 2042 6561 746c 6573 202d 2030   :The Beatles - 08 - Memphis.mp3e
0006c80: 6564 363a 6c65 6e67 7468 6934 3433 3137   ed6:lengthi4431768e4:pathl37:The
0006ca0: 2042 6561 746c 6573 202d 2031 3938 3920    Beatles - 1989 - In the Beginni
0006cc0: 6e67 3337 3a54 6865 2042 6561 746c 6573   ng37:The Beatles - 09 - Sheik Of
0006ce0: 2041 7261 6279 2e6d 7033 6565 6436 3a6c    Araby.mp3eed6:lengthi6578327e4:
0006d00: 7061 7468 6c33 373a 5468 6520 4265 6174   pathl37:The Beatles - 1989 - In
0006d20: 7468 6520 4265 6769 6e6e 696e 6733 353a   the Beginning35:The Beatles - 10
0006d40: 202d 2042 6573 616d 6520 4d75 6368 6f2e    - Besame Mucho.mp3eed6:lengthi6
0006d60: 3130 3739 3330 6534 3a70 6174 686c 3337   107930e4:pathl37:The Beatles - 1
0006d80: 3938 3920 2d20 496e 2074 6865 2042 6567   989 - In the Beginning38:The Bea
0006da0: 746c 6573 202d 2031 3120 2d20 5468 7265   tles - 11 - Three Cool Cats.mp3e
0006dc0: 6564 363a 6c65 6e67 7468 6935 3139 3031   ed6:lengthi5190178e4:pathl37:The
0006de0: 2042 6561 746c 6573 202d 2031 3938 3920    Beatles - 1989 - In the Beginni
0006e00: 6e67 3436 3a54 6865 2042 6561 746c 6573   ng46:The Beatles - 12 - Crying,
0006e20: 5761 6974 696e 672c 2048 6f70 696e 6732   Waiting, Hoping.mp3eed6:lengthi2
0006e40: 3532 3833 3365 343a 7061 7468 6c33 363a   52833e4:pathl36:The Beatles - 19
0006e60: 3934 202d 204c 6976 6520 4174 2054 6865   94 - Live At The BBC6:Covers8:Ba
```

```
0006e80: 636b 2e6a 7067 6565 6436 3a6c 656e 6774 6869 3238 3934 3030 6534 3a70 6174 686c  ck.jpgeed6:lengthi289400e4:pathl
0006ea0: 3336 3a54 6865 2042 6561 746c 6573 202d 2031 3939 3420 2d20 4c69 7665 2041 7420  36:The Beatles - 1994 - Live At 
0006ec0: 5468 6520 4242 4336 3a43 6f76 6572 7338 3a43 4420 312e 6a70 6765 6564 363a 6c65  The BBC6:Covers8:CD 1.jpgeed6:le
0006ee0: 6e67 7468 6932 3437 3137 3265 343a 7061 7468 6c33 363a 5468 6520 4265 6174 6c65  ngthi247172e4:pathl36:The Beatle
0006f00: 7320 2d20 3139 3934 202d 204c 6976 6520 4174 2054 6865 2042 4243 363a 436f 7665  s - 1994 - Live At The BBC6:Cove
0006f20: 7273 383a 4344 2032 2e6a 7067 6565 6436 3a6c 656e 6774 6869 3930 3336 3665 343a  rs8:CD 2.jpgeed6:lengthi90366e4:
0006f40: 7061 7468 6c33 363a 5468 6520 4265 6174 6c65 7320 2d20 3139 3934 202d 204c 6976  pathl36:The Beatles - 1994 - Liv
0006f60: 6520 4174 2054 6865 2042 4243 363a 436f 7665 7273 393a 4672 6f6e 742e 6a70 6765  e At The BBC6:Covers9:Front.jpge
0006f80: 6564 363a 6c65 6e67 7468 6932 3530 3933 3665 343a 7061 7468 6c33 363a 5468 6520  ed6:lengthi250936e4:pathl36:The 
0006fa0: 4265 6174 6c65 7320 2d20 3139 3934 202d 204c 6976 6520 4174 2054 6865 2042 4243  Beatles - 1994 - Live At The BBC
0006fc0: 363a 436f 7665 7273 3130 3a49 6e73 6964 652e 6a70 6765 6564 363a 6c65 6e67 7468  6:Covers10:Inside.jpgeed6:length
0006fe0: 6936 3435 3633 3965 343a 7061 7468 6c33 363a 5468 6520 4265 6174 6c65 7320 2d20  i645639e4:pathl36:The Beatles - 
0007000: 3139 3934 202d 204c 6976 6520 4174 2054 6865 2042 4243 363a 4469 7363 2031 3438  1994 - Live At The BBC6:Disc 148
0007020: 3a54 6865 2042 6561 746c 6573 202d 2030 3120 2d20 4265 6174 6c65 2047 7265 6574  :The Beatles - 01 - Beatle Greet
0007040: 696e 6773 2028 5370 6565 6368 292e 6d70 3365 6564 363a 6c65 6e67 7468 6931 3138  ings (Speech).mp3eed6:lengthi118
0007060: 3739 3330 6534 3a70 6174 686c 3336 3a54 6865 2042 6561 746c 6573 202d 2031 3939  7930e4:pathl36:The Beatles - 199
0007080: 3420 2d20 4c69 7665 2041 7420 5468 6520 4242 4336 3a44 6973 6320 3133 373a 5468  4 - Live At The BBC6:Disc 137:Th
00070a0: 6520 4265 6174 6c65 7320 2d20 3032 202d 2046 726f 6d20 5573 2054 6f20 596f 752e  e Beatles - 02 - From Us To You.
00070c0: 6d70 3365 6564 363a 6c65 6e67 7468 6932 3235 3036 3031 6534 3a70 6174 686c 3336  mp3eed6:lengthi2250601e4:pathl36
00070e0: 3a54 6865 2042 6561 746c 6573 202d 2031 3939 3420 2d20 4c69 7665 2041 7420 5468  :The Beatles - 1994 - Live At Th
0007100: 6520 4242 4336 3a44 6973 6320 3134 373a 5468 6520 4265 6174 6c65 7320 2d20 3033  e BBC6:Disc 147:The Beatles - 03
0007120: 202d 2052 6964 696e 6720 4f6e 2041 2042 7573 2028 5370 6565 6368 292e 6d70 3365   - Riding On A Bus (Speech).mp3e
0007140: 6564 363a 6c65 6e67 7468 6936 3832 3230 3138 6534 3a70 6174 686c 3336 3a54 6865  ed6:lengthi6822018e4:pathl36:The
0007160: 2042 6561 746c 6573 202d 2031 3939 3420 2d20 4c69 7665 2041 7420 5468 6520 4242   Beatles - 1994 - Live At The BB
0007180: 4336 3a44 6973 6320 3133 363a 5468 6520 4265 6174 6c65 7320 2d20 3034 202d 2049  C6:Disc 136:The Beatles - 04 - I
00071a0: 2047 6f74 2041 2057 6f6d 616e 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3531 3236   Got A Woman.mp3eed6:lengthi5126
00071c0: 3136 3065 343a 7061 7468 6c33 363a 5468 6520 4265 6174 6c65 7320 2d20 3139 3934  160e4:pathl36:The Beatles - 1994
00071e0: 202d 204c 6976 6520 4174 2054 6865 2042 4243 363a 4469 7363 2031 3437 3a54 6865   - Live At The BBC6:Disc 147:The
0007200: 2042 6561 746c 6573 202d 2030 3520 2d20 546f 6f20 4d75 6368 204d 6f6e 6b65 7920   Beatles - 05 - Too Much Monkey 
0007220: 4275 7369 6e65 7373 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3630 3933 3733 3865  Business.mp3eed6:lengthi6093738e
0007240: 343a 7061 7468 6c33 363a 5468 6520 4265 6174 6c65 7320 2d20 3139 3934 202d 204c  4:pathl36:The Beatles - 1994 - L
0007260: 6976 6520 4174 2054 6865 2042 4243 363a 4469 7363 2031 3530 3a54 6865 2042 6561  ive At The BBC6:Disc 150:The Bea
0007280: 746c 6573 202d 2030 3620 2d20 4b65 6570 2059 6f75 7220 4861 6e64 7320 4f66 6620  tles - 06 - Keep Your Hands Off 
00072a0: 4d79 2042 6162 792e 6d70 3365 6564 363a 6c65 6e67 7468 6934 3830 3634 3134 6534  My Baby.mp3eed6:lengthi4806414e4
00072c0: 3a70 6174 686c 3336 3a54 6865 2042 6561 746c 6573 202d 2031 3939 3420 2d20 4c69  :pathl36:The Beatles - 1994 - Li
00072e0: 7665 2041 7420 5468 6520 4242 4336 3a44 6973 6320 3134 303a 5468 6520 4265 6174  ve At The BBC6:Disc 140:The Beat
0007300: 6c65 7320 2d20 3037 202d 2049 276c 6c20 4265 204f 6e20 4d79 2057 6179 2e6d 7033  les - 07 - I'll Be On My Way.mp3
0007320: 6565 6436 3a6c 656e 6774 6869 3437 3635 3635 3765 343a 7061 7468 6c33 363a 5468  eed6:lengthi4765657e4:pathl36:Th
0007340: 6520 4265 6174 6c65 7320 2d20 3139 3934 202d 204c 6976 6520 4174 2054 6865 2042  e Beatles - 1994 - Live At The B
0007360: 4243 363a 4469 7363 2031 3334 3a54 6865 2042 6561 746c 6573 202d 2030 3820 2d20  BC6:Disc 134:The Beatles - 08 - 
0007380: 596f 756e 6720 426c 6f6f 642e 6d70 3365 6564 363a 6c65 6e67 7468 6935 3439 3038  Young Blood.mp3eed6:lengthi54908
00073a0: 3331 6534 3a70 6174 686c 3336 3a54 6865 2042 6561 746c 6573 202d 2031 3939 3420  31e4:pathl36:The Beatles - 1994 
00073c0: 2d20 4c69 7665 2041 7420 5468 6520 4242 4336 3a44 6973 6320 3134 393a 5468 6520  - Live At The BBC6:Disc 149:The 
00073e0: 4265 6174 6c65 7320 2d20 3039 202d 2041 2053 686f 7420 4f66 2052 6879 7468 6d20  Beatles - 09 - A Shot Of Rhythm 
0007400: 416e 6420 426c 7565 732e 6d70 3365 6564 363a 6c65 6e67 7468 6935 3139 3531 3330  And Blues.mp3eed6:lengthi5195130
0007420: 6534 3a70 6174 686c 3336 3a54 6865 2042 6561 746c 6573 202d 2031 3939 3420 2d20  e4:pathl36:The Beatles - 1994 - 
0007440: 4c69 7665 2041 7420 5468 6520 4242 4336 3a44 6973 6320 3135 343a 5468 6520 4265  Live At The BBC6:Disc 154:The Be
0007460: 6174 6c65 7320 2d20 3130 202d 2053 7572 6520 546f 2046 616c 6c20 2849 6e20 4c6f  atles - 10 - Sure To Fall (In Lo
0007480: 7665 2057 6974 6820 596f 7529 2e6d 7033 6565 6436 3a6c 656e 6774 6869 3439 3231  ve With You).mp3eed6:lengthi4921
00074a0: 3335 3065 343a 7061 7468 6c33 363a 5468 6520 4265 6174 6c65 7320 2d20 3139 3934  350e4:pathl36:The Beatles - 1994
00074c0: 202d 204c 6976 6520 4174 2054 6865 2042 4243 363a 4469 7363 2031 3337 3a54 6865   - Live At The BBC6:Disc 137:The
00074e0: 2042 6561 746c 6573 202d 2031 3120 2d20 536f 6d65 204f 7468 6572 2047 7579 2e6d   Beatles - 11 - Some Other Guy.m
```

```
0007500: 7033 6565 6436 3a6c 656e 6774 6869 3830  p3eed6:lengthi80
0007510: 3533 3337 6534 3a70 6174 6c33 363a 2054  533337e4:pathl36: T
0007520: 5468 6520 4265 6174 6c65 7320 2d20 3139  he Beatles - 19
0007530: 2042 4243 363a 4469 7363 2031 3337 3a54  94 - Live At The
0007540: 2042 4243 363a 4469 7363 2031 3337 3a54  BBC6:Disc 137:The Beatles - 12
0007550: 6865 2042 6561 746c 6573 202d 2031 3220   - Thank You Girl.mp3eed6:lengthi
0007560: 2d20 5468 616e 6b20 596f 7520 4769 726c  1199434e4:pathl36:The Beatles -
0007570: 2e6d 7033 6565 6436 3a6c 656e 6774 6869
0007580: 3131 3939 3433 3465 343a 7061 7468 6c33  1994 - Live At The BBC6:Disc 148
0007590: 363a 5468 6520 4265 6174 6c65 7320 2d20  :The Beatles - 13 - Sha La La La
00075a0: 3139 3934 202d 204c 6976 6520 4174 2054  La! (Speech).mp3eed6:lengthi664
00075b0: 6865 2042 4243 363a 4469 7363 2031 3438  8565e4:pathl36:The Beatles - 199
00075c0: 3a54 6865 2042 6561 746c 6573 202d 2031  4 - Live At The BBC6:Disc 136:Th
00075d0: 3320 2d20 5368 6120 4c61 204c 6120 4c61  e Beatles - 14 - Baby It's You.m
00075e0: 204c 6121 2028 5370 6565 6368 292e 6d70  p3eed6:lengthi7050861e4:pathl36:
00075f0: 3365 6564 363a 6c65 6e67 7468 6936 3634  The Beatles - 1994 - Live At The
0007600: 3835 3635 6534 3a70 6174 686c 3336 3a54  BBC6:Disc 146:The Beatles - 15
0007610: 6865 2042 6561 746c 6573 202d 2031 3939  - That's All Right (Mama).mp3eed
0007620: 3420 2d20 4c69 7665 2041 7420 5468 6520  6:lengthi6281798e4:pathl36:The B
0007630: 4242 4336 3a44 6973 6320 3133 3633 613a  eatles - 1994 - Live At The BBC6
0007640: 6520 4265 6174 6c65 7320 2d20 3134 202d  :Disc 128:The Beatles - 16 - Car
0007650: 2042 6162 7920 4974 2773 2059 6f75 2e6d  ol.mp3eed6:lengthi4884780e4:path
0007660: 7033 6565 6436 3a6c 656e 6774 6869 3730  l36:The Beatles - 1994 - Live At
0007670: 3530 3836 3165 343a 7061 7468 6c33 363a  The BBC6:Disc 138:The Beatles -
0007680: 5468 6520 4265 6174 6c65 7320 2d20 3135  17 - Soldier Of Love.mp3eed6:le
0007690: 202d 2054 6861 7427 7320 416c 6c20 5269  ngthi1130469e4:pathl36:The Beatl
00076a0: 2042 4243 363a 4469 7363 2031 3436 3a54  es - 1994 - Live At The BBC6:Dis
00076b0: 2d20 5468 6174 2773 2041 6c6c 2052 6967  c 146:The Beatles - 18 - A Littl
00076c0: 2d20 5468 6174 2773 2041 6c6c 2052 6967  e Rhyme (Speech).mp3eed6:lengthi
00076d0: 363a 6c65 6e67 7468 6936 3233 3831 3739  6464660e4:pathl36:The Beatles -
00076e0: 6573 202d 2031 3939 3420 2d20 4c69 7665  1994 - Live At The BBC6:Disc 133
00076f0: 6530 3a54 6865 2042 6561 746c 6573 202d  :The Beatles - 19 - Clarabella.m
0007700: 6561 746c 6573 202d 2031 3939 3420 2d20  p3eed6:lengthi4950636e4:pathl36:
0007710: 4c69 7665 2041 7420 5468 6520 4243 3a44  The Beatles - 1994 - Live At The
0007720: 3a44 6973 6320 3132 383a 5468 6520 4265  BBC6:Disc 166:The Beatles - 20
0007730: 6174 6c65 7320 2d20 3136 202d 2043 6172  - I'm Gonna Sit Right Down And C
0007740: 6f6c 2e6d 7033 6565 6436 3a6c 656e 6774  ry (Over You).mp3eed6:lengthi527
0007750: 6869 3438 3834 3738 3065 343a 7061 7468  1400e4:pathl36:The Beatles - 199
0007760: 6c33 363a 5468 6520 4265 6174 6c65 7320  4 - Live At The BBC6:Disc 146:Th
0007770: 2d20 3139 3934 202d 204c 6976 6520 4174  e Beatles - 21 - Crying, Waiting
0007780: 2054 6865 2042 4243 363a 4469 7363 2031  , Hoping.mp3eed6:lengthi1782481e
0007790: 3338 203a 5468 6520 4265 6174 6c65 7320  4:pathl36:The Beatles - 1994 - L
00077a0: 2d20 3137 202d 2053 6f6c 6469 6572 204f  ive At The BBC6:Disc 142:The Bea
00077b0: 6620 4c6f 7665 2e6d 7033 6565 6436 3a6c  tles - 22 - Dear Wack! (Speech).
00077c0: 6e67 7468 6931 3133 3034 3639 6534 3a70  mp3eed6:lengthi6394669e4:pathl36
00077d0: 6174 6c36 3a54 6865 2042 6561 746c 6573  :The Beatles - 1994 - Live At Th
00077e0: 202d 2031 3939 3420 2d20 4c69 7665 2041  e BBC6:Disc 150:The Beatles - 23
00077f0: 7420 5468 6520 4243 363a 4469 7363 2031  - You Really Got A Hold On Me.m
0007800: 3333 3a54 6865 2042 6561 746c 6573 202d  p3eed6:lengthi6860693e4:pathl36:
0007810: 2031 3920 2d20 436c 6172 6162 656c 6c61  The Beatles - 1994 - Live At The
0007820: 2e6d 7033 6565 6436 3a6c 656e 6774 6869  BBC6:Disc 149:The Beatles - 24
0007830: 3439 3530 3633 3665 343a 7061 7468 6c33  - To Know Her Is To Love Her.mp3
0007840: 363a 5468 6520 4265 6174 6c65 7320 2d20  eed6:lengthi4793874e4:pathl36:Th
0007850: 3139 3934 202d 204c 6976 6520 4174 2054  e Beatles - 1994 - Live At The B
0007860: 6865 2042 4243 363a 4469 7363 2031 3333  BC6:Disc 139:The Beatles - 25 -
```

```
0007b80: 4120 5461 7374 6520 4265 6520 596f 7572   A Taste Be Be Your
0007ba0: 3436 3131 3031 3665 343a 7061 7468 6c33   4611016e4:pathl3
0007bc0: 3139 3934 202d 204c 6976 6520 4174 2054   1994 - Live At T
0007be0: 3a54 6865 2042 6561 746c 6573 202d 2032   :The Beatles - 2
0007c00: 6c6c 792e 6d70 3365 6564 363a 6c65 6e67   lly.mp3eed6:leng
0007c20: 686c 3336 3a54 6865 2042 6561 746c 6573   hl36:The Beatles
0007c40: 7420 5468 6520 4242 4336 3a44 6973 6320   t The BBC6:Disc
0007c60: 2d20 3237 202d 2049 2053 6177 2048 6572   - 27 - I Saw Her
0007c80: 6d70 3365 6564 363a 6c65 6e67 7468 6934   mp3eed6:lengthi4
0007ca0: 3a54 6865 2042 6561 746c 6573 202d 2031   :The Beatles - 1
0007cc0: 6520 4174 2054 6865 2042 4243 3633 3a44   e At The BBC6:D
0007ce0: 202d 2054 6865 2048 6f6e 6579 6d6f 6f6e   - The Honeymoon
0007d00: 6e67 7468 6936 3936 6332 6534 3a70 6174   ngthi696362e4:pat
0007d20: 6573 202d 2031 3939 3420 2d20 4c69 7665   es - 1994 - Live
0007d40: 6320 3133 373a 5468 6520 4265 6174 6c65   c 137:The Beatle
0007d60: 4220 476f 6f64 652e 6d70 3365 6564 363a   B Goode.mp3eed6:
0007d80: 3a70 6174 686c 3336 3a54 6865 2042 6561   :pathl36:The Bea
0007da0: 7665 2041 7420 5468 6520 4242 4336 3a44   ve At The BBC6:D
0007dc0: 6c65 7320 2d20 3330 202d 204d 656d 7068   les - 30 - Memph
0007de0: 3365 6564 363a 6c65 6e67 7468 6934 3435   3eed6:lengthi445
0007e00: 6865 2042 6561 746c 6573 202d 2031 3939   he Beatles - 199
0007e20: 4242 4336 3a44 6973 6320 3133 303a 5468   BBC6:Disc 130:Th
0007e40: 204c 7563 696c 6c65 2e6d 7033 6565 6436   Lucille.mp3eed6
0007e60: 343a 7061 7468 6c33 363a 5468 6520 4265   4:pathl36:The Be
0007e80: 6976 6520 4174 2054 6865 2042 4243 3633   ive At The BBC6:
0007ea0: 746c 6573 202d 2033 3220 2d20 4361 6e27   tles - 32 - Can'
0007ec0: 3365 6564 363a 6c65 6e67 7468 6935 3431   3eed6:lengthi541
0007ee0: 6865 2042 6561 746c 6573 202d 2031 3939   he Beatles - 199
0007f00: 4242 4336 3a44 6973 6320 3134 393a 5468   BBC6:Disc 149:Th
0007f20: 2046 726f 6d20 466c 7566 6620 546f 2059   From Fluff To Y
0007f40: 6564 363a 6c65 6e67 7468 6935 3431 3435   ed6:lengthi54145
0007f60: 6c65 7320 2d20 3139 3934 202d 204c 6976   les - 1994 - Liv
0007f80: 4336 3a44 6973 6320 3134 313a 5468 6520   C6:Disc 141:The
0007fa0: 696c 6c20 5468 6572 6520 576f 6173 2059   ill There Was Y
0007fc0: 6932 3637 3438 3331 6534 3a70 6174 686c   i2674831e4:pathl
0007fe0: 2031 3939 3420 2d20 4c69 7665 2041 7420   1994 - Live At
0008000: 383a 5468 6520 4265 6174 6c65 7320 2d20   8:The Beatles -
0008020: 4e69 6768 7420 2853 7065 6563 6829 2e6d   Night (Speech).m
0008040: 3634 3839 3765 3470 3a74 6865 2042 6561   64897e4:pathl36:
0008060: 3934 202d 204c 6976 6520 4174 2054 6865   94 - Live At The
0008080: 6865 2042 6561 746c 6573 202d 2030 3220   he Beatles - 02
00080a0: 6967 6874 2e6d 7033 6565 6436 3a6c 656e   ight.mp3eed6:len
00080c0: 686c 3336 3a54 6865 2042 6561 746c 6573   hl36:The Beatles
00080e0: 7420 5468 6520 4242 4336 3a44 6973 6320   t The BBC6:Disc
0008100: 2d20 3033 202d 2048 6176 6520 4120 4261   - 03 - Have A Ba
0008120: 7033 6565 6436 3a6c 656e 6774 6869 3532   p3eed6:lengthi52
0008140: 5468 6520 4265 6174 6c65 7320 2d20 3139   The Beatles - 19
0008160: 2042 4243 3633 3a44 6973 6320 3234 323a   BBC6:Disc 242:
0008180: 202d 2049 2057 616e 6e61 2042 6520 596f   - I Wanna Be Yo
00081a0: 6e67 7468 6939 3030 3538 3265 343a 7061   ngthi900582e4:pa
00081c0: 7320 2d20 3139 3934 202d 204c 6976 6520   s - 1994 - Live
00081e0: 3233 3620 3a54 6865 2042 6561 746c 6573   236:The Beatles
```

```
0008200: 756d 6f75 722e 6d70 3365 6564 363a 6c65  umou r.mp3 eed6 :le
0008220: 6174 686c 3336 3a54 6865 2042 6561 746c  athl 36:T he B eatl
0008240: 2041 7420 5468 6520 4242 4336 3a44 6973   At  The  BBC6 :Dis
0008260: 7320 2d20 3036 202d 2052 6f6c 6c20 4f76  s -  06 - Roll Ov
0008280: 6565 6436 3a6c 656e 6774 6869 3530 3535  eed6 :len gthi 5055
00082a0: 6520 4265 6174 6c65 7320 2d20 3139 3934  e Be atle s -  1994
00082c0: 4243 363a 4469 7363 2032 3336 3a54 6865  BC6: Disc  236 :The
00082e0: 416c 6c20 4d79 204c 6f76 696e 672e 6d70  All  My L ovin g.mp
0008300: 3033 3933 3420 2d20 4c69 7665 2041 7420  0393 4 -  Live  At
0008320: 3420 2d20 4c69 7665 2041 7420 5468 6520  4 -  Live  At  The
0008340: 6520 4265 6174 6c65 7320 2d20 3130 202d  e Be atle s -  10 -
0008360: 546f 6461 792e 6d70 3365 6564 363a 6c65  Toda y.mp 3eed 6:le
0008380: 6174 686c 3336 3a54 6865 2042 6561 746c  athl 36:T he B eatl
00083a0: 2041 7420 5468 6520 4242 4336 3a44 6973   At  The  BBC6 :Dis
00083c0: 7320 2d20 3039 202d 2053 6865 2773 2041  s -  09 - She' s A
00083e0: 656e 6774 6869 3537 3235 3932 3765 343a  engt hi57 2592 7e4:
0008400: 6c65 7320 2d20 3139 3934 202d 204c 6976  les  - 1 994  - Liv
0008420: 7363 2032 3433 3a54 6865 2042 6561 746c  sc 2 43:T he B eatl
0008440: 4c69 7474 6c65 2053 6978 7465 656e 2e6d  Litt le S ixte en.m
0008460: 3737 3031 6534 3a70 6174 686c 3336 3a54  7701 e4:p athl 36:T
0008480: 3420 2d20 4c69 7665 2041 7420 5468 6520  4 -  Live  At  The
00084a0: 6520 4265 6174 6c65 7320 2d20 3131 202d  e Be atle s -  11 -
00084c0: 6d70 3365 6564 363a 6c65 6e67 7468 6936  mp3e ed6: leng thi6
00084e0: 3a54 6865 2042 6561 746c 6573 202d 2031  :The  Bea tles  - 1
0008500: 6520 4242 433a 4469 7363 2032 3438 3a54  e BB C:Di sc 2 48:T
0008520: 202d 204c 6f6e 6573 6f6d 6520 5465 6172   - L ones ome  Tear
0008540: 6565 6436 3a6c 656e 6774 6869 3732 3631  eed6 :len gthi 7261
0008560: 6520 4265 6174 6c65 7320 2d20 3139 3934  e Be atle s -  1994
0008580: 4243 363a 4469 7363 2032 3338 3a54 6865  BC6: Disc  238 :The
00085a0: 4e6f 7468 696e 6e27 2053 6861 6b69 6e27  Noth inn' Shak in'
00085c0: 3435 3432 3838 3865 3461 3a70 6174 686c  4542 888e 4a:p athl
00085e0: 3939 3420 2d20 4c69 7665 2041 7420 5468  994  - Li ve A t Th
0008600: 5468 6520 4265 6174 6c65 7320 2d20 3134  The  Beat les  - 14
0008620: 7079 2053 6861 6b65 2e6d 7033 6565 6436  py S hake .mp3 eed6
0008640: 343a 7061 7468 6c33 363a 5468 6520 4265  4:pa thl3 6:Th e Be
0008660: 6976 6520 4174 2054 6865 2042 4243 363a  ive  At T he B BC6:
0008680: 746c 6573 202d 2031 3520 2d20 476c 6164  tles  - 1 5 - Glad
00086a0: 363a 6c65 6e67 7468 6936 3736 3435 3539  6:le ngth i676 4559
00086c0: 6561 746c 6573 202d 2031 3939 3420 2d20  eatl es -  199 4 -
00086e0: 3a44 6973 6320 3234 363a 5468 6520 4265  :Dis c 24 6:Th e Be
0008700: 7573 7420 446f 6e27 7420 556e 6465 7273  ust  Don' t Un ders
0008720: 6774 6869 3436 3338 3139 3865 343a 7061  gthi 4638 198e 4:pa
0008740: 7320 2d20 3139 3934 202d 204c 6976 6520  s -  1994  - L ive
0008760: 3235 323a 5468 6520 4265 6174 6c65 7320  252: The  Beat les
0008780: 6f6d 6520 284e 6f20 4f6e 6520 4c6f 7665  ome  (No  One  Love
00087a0: 6e67 7468 6935 3431 3033 3539 6534 3a70  ngth i541 0359 e4:p
00087c0: 6573 202d 2031 3939 3420 2d20 4c69 7665  es -  199 4 -  Live
00087e0: 6320 3233 343a 5468 6520 4265 6174 6c65  c 23 4:Th e Be atle
0008800: 4669 6e65 2e6d 7033 6565 6436 3a6c 656e  Fine .mp3 eed6 :len
0008820: 7468 6c33 363a 5468 6520 4265 6174 6c65  thl3 6:Th e Be atle
0008840: 4174 2054 6865 2042 4243 363a 4469 7363  At T he B BC6: Disc
0008860: 202d 2031 3920 2d20 4927 6d20 4120 4c6f   - 1 9 - I'm  A Lo
```

```
00088880: 7468 6935 3733 3265 3165 343a 7061 7468  thi5732e1e4:path
00088890: 6c33 363a 5468 6520 4265 6174 6c65 7320  l36:The Beatles
000888a0: 202d 2031 3939 3420 2d20 4c69 7665 2041   - 1994 - Live A
000888b0: 7420 5468 6520 4242 4336 3a44 6973 6320  t The BBC6:Disc
000888c0: 3235 353a 5468 6520 4265 6174 6c65 7320  255:The Beatles
000888d0: 2d20 3230 202d 2045 7665 7279 626f 6479  - 20 - Everybody
000888e0: 2773 2054 7279 696e 6720 546f 2042 6520  's Trying To Be
000888f0: 4d79 2042 6162 792e 6d70 3365 6564 363a  My Baby.mp3eed6:
00088900: 6c65 6e67 7468 6934 3932 3937 3134 6534  lengthi4929714e4
00088910: 3a70 6174 686c 3336 3a54 6865 2042 6561  :pathl36:The Bea
00088920: 746c 6573 202d 2031 3939 3420 2d20 4c69  tles - 1994 - Li
00088930: 7665 2041 7420 5468 6520 4242 4336 3a44  ve At The BBC6:D
00088940: 6973 6320 3234 323a 5468 6520 4265 6174  isc 242:The Beat
00088950: 6c65 7320 2d20 3231 202d 2052 6f63 6b20  les - 21 - Rock
00088960: 416e 6420 526f 6c6c 204d 7573 6963 2e6d  And Roll Music.m
00088970: 7033 6565 6436 3a6c 656e 6774 6869 3731  p3eed6:lengthi71
00088980: 3438 3032 3865 343a 7061 7468 6c33 3139  48028e4:pathl319
00088990: 3934 202d 204c 6976 6520 4174 2054 6865  94 - Live At The
000889a0: 2042 4243 363a 4469 7363 2032 3337 3a54   BBC6:Disc 237:T
000889b0: 6865 2042 6561 746c 6573 202d 2032 3220  he Beatles - 22
000889c0: 2d20 5469 636b 6574 2054 6f20 5269 6465  - Ticket To Ride
000889d0: 2e6d 7033 6565 6436 3a6c 656e 6774 6869  .mp3eed6:lengthi
000889e0: 3635 3833 3738 3565 343a 7061 7468 6c33  6583785e4:pathl3
00088a00: 363a 5468 6520 4265 6174 6c65 7320 2d20  6:The Beatles - 1
00088a10: 3939 3420 2d20 4c69 7665 2041 7420 5468  994 - Live At Th
00088a20: 6520 4242 4336 3a44 6973 6320 3233 393a  e BBC6:Disc 239:
00088a30: 5468 6520 4265 6174 6c65 7320 2d20 3220  The Beatles - 2
00088a40: 3320 2d20 4469 7a7a 7920 4d69 7373 204c  3 - Dizzy Miss L
00088a50: 697a 7a79 2e6d 7033 6565 6436 3a6c 656e  izzy.mp3eed6:len
00088a60: 6774 6869 3633 3932 3539 3165 343a 7061  gthi6392591e4:pa
00088a70: 7468 6c33 363a 5468 6520 4265 6174 6c65  thl36:The Beatle
00088a80: 7320 2d20 3139 3934 202d 204c 6976 6520  s - 1994 - Live
00088a90: 4174 2054 6865 2042 4243 363a 4469 7363  At The BBC6:Disc
00088aa0: 2032 3630 3a54 6865 2042 6561 746c 6573   260:The Beatles
00088ab0: 202d 2032 3420 2d20 4d65 646c 6579 204b   - 24 - Medley K
00088ac0: 616e 7361 7320 4369 7479 4865 7921 2048  ansas CityHey! H
00088ad0: 6579 2120 4865 7921 2048 6579 212e 6d70  ey! Hey! Hey!.mp
00088ae0: 3365 6564 363a 6c65 6e67 7468 6931 3139  3eed6:lengthi119
00088af0: 3934 3430 6534 3a70 6174 686c 3336 3a54  9440e4:pathl36:T
00088b00: 6865 2042 6561 746c 6573 202d 2031 3939  he Beatles - 199
00088b10: 3420 2d20 4c69 7665 2041 7420 5468 6520  4 - Live At The
00088b20: 4242 4336 3a44 6973 6320 3235 333a 5468  BBC6:Disc 253:Th
00088b30: 6520 4265 6174 6c65 7320 2d20 3235 202d  e Beatles - 25 -
00088b40: 2053 6574 2046 6972 6520 546f 2054 6861   Set Fire To Tha
00088b50: 7420 4c6f 7421 2028 5370 6565 6368 292e  t Lot! (Speech).
00088b60: 6d70 3365 6564 363a 6c65 6e67 7468 6934  mp3eed6:lengthi4
00088b70: 3737 3530 3538 6534 3a70 6174 686c 3336  775058e4:pathl36
00088b80: 3a54 6865 2042 6561 746c 6573 202d 2031  :The Beatles - 1
00088b90: 3939 3420 2d20 4c69 7665 2041 7420 5468  994 - Live At Th
00088ba0: 6520 4242 4336 3a44 6973 6320 3233 313a  e BBC6:Disc 231:
00088bb0: 5468 6520 4265 6174 6c65 7320 2d20 3236  The Beatles - 26
00088bc0: 202d 204d 6174 6368 626f 782e 6d70 3365   - Matchbox.mp3e
00088bd0: 6564 363a 6c65 6e67 7468 6935 3235 3135  ed6:lengthi52515
00088be0: 3534 6534 3a70 6174 686c 3336 3a54 6865  54e4:pathl36:The
00088bf0: 2042 6561 746c 6573 202d 2031 3939 3420   Beatles - 1994
00088c00: 2d20 4c69 7665 2041 7420 5468 6520 4242  - Live At The BB
00088c10: 4336 3a44 6973 6320 3235 333a 5468 6520  C6:Disc 253:The
00088c20: 4265 6174 6c65 7320 2d20 3237 202d 2049  Beatles - 27 - I
00088c30: 2046 6f72 676f 7420 546f 2052 656d 656d   Forgot To Remem
00088c40: 6265 7220 546f 2046 6f72 6765 742e 6d70  ber To Forget.mp
00088c50: 3365 6564 363a 6c65 6e67 7468 6931 3136  3eed6:lengthi116
00088c60: 3730 3530 6534 3a70 6174 686c 3336 3a54  7050e4:pathl36:T
00088c70: 6865 2042 6561 746c 6573 202d 2031 3939  he Beatles - 199
00088c80: 3420 2d20 4c69 7665 2041 7420 5468 6520  4 - Live At The
00088c90: 4242 4336 3a44 6973 6320 3235 343a 5468  BBC6:Disc 254:Th
00088ca0: 6520 4265 6174 6c65 7320 2d20 3238 202d  e Beatles - 28 -
00088cb0: 204c 6f76 6520 5468 6573 6520 476f 6f6e   Love These Goon
00088cc0: 2053 686f 7773 2120 2873 7065 6563 6829   Shows! (speech)
00088cd0: 2e6d 7033 6565 6436 3a6c 656e 6774 6869  .mp3eed6:lengthi
00088ce0: 3437 3134 3436 3765 343a 7061 7468 6c33  4714467e4:pathl3
00088cf0: 363a 5468 6520 4265 6174 6c65 7320 2d20  6:The Beatles -
00088d00: 3139 3934 202d 204c 6976 6520 4174 2054  1994 - Live At T
00088d10: 6865 2042 4243 363a 4469 7363 2032 3434  he BBC6:Disc 244
00088d20: 3a54 6865 2042 6561 746c 6573 202d 2032  :The Beatles - 2
00088d30: 3920 2d20 4920 476f 7420 546f 2046 696e  9 - I Got To Fin
00088d40: 6420 4d79 2042 6162 792e 6d70 3365 6564  d My Baby.mp3eed
00088d50: 363a 6c65 6e67 7468 6939 3533 5438 3137  6:lengthi9534817
00088d60: 6534 3a70 6174 686c 3336 3a54 6865 2042  e4:pathl36:The B
00088d70: 6561 746c 6573 202d 2031 3939 3420 2d20  eatles - 1994 -
00088d80: 4c69 7665 2041 7420 5468 6520 4242 4336  Live At The BBC6
00088d90: 3a44 6973 6320 3233 353a 5468 6520 4265  :Disc 235:The Be
00088da0: 6174 6c65 7320 2d20 3330 202d 204f 6f68  atles - 30 - Ooh
00088db0: 2120 4d79 2053 6f75 6c2e 6d70 3365 6564  ! My Soul.mp3eed
00088dc0: 363a 6c65 6e67 7468 6931 3531 3339 3436  6:lengthi1513946
00088dd0: 6534 3a70 6174 686c 3336 3a54 6865 2042  e4:pathl36:The B
00088de0: 6561 746c 6573 202d 2031 3939 3420 2d20  eatles - 1994 -
00088df0: 4c69 7665 2041 7420 5468 6520 4242 4336  Live At The BBC6
00088e00: 3a44 6973 6320 3234 343a 5468 6520 4265  :Disc 244:The Be
00088e10: 6174 6c65 7320 2d20 3331 202d 204f 6f68  atles - 31 - Ooh
00088e20: 2120 4d79 2041 726d 7320 2853 7065 6563  ! My Arms (Speec
00088e30: 6829 2e6d 7033 6565 6436 3a6c 656e 6774  h).mp3eed6:lengt
00088e40: 6869 4997 631e 4a70 6174 686c 3336 3a54  hi4997631e4:pathl36:T
00088e50: 6865 2042 6561 746c 6573 202d 2031 3939  he Beatles - 199
00088e60: 3420 2d20 4c69 7665 2041 7420 5468 6520  4 - Live At The BBC6:Disc 2
00088e70: 5468 6520 4265 6174 6c65 7320 2d20 3332  40:The Beatles - 32 - Don't Ever
00088e80: 3230 3433 3638 3631 Change.mp3eed6:lengthi6343451e4
00088ea0: 2043 68616e 6765   :pathl36:The Beatles - 1994 - Li
00088ec0: 3a70 6174 6833 36   ve At The BBC6:Disc 232:The Beat
```

```
0008f00: 6c65 7320 2d20 3335 2032 3039 2d4c 6f56  les - 35 209-LoV
0008f20: 6774 6869 3533 3532 3839 3065 343a 7061  gthi5352890e4:pa
0008f40: 7468 6c33 3639 3934 202d 204c 6976 6520  thl369 94 - Live
0008f60: 2032 3334 3a54 6865 2042 6561 746c 6573  234:The Beatles
0008f80: 6e27 742e 6d70 3365 6564 363a 6c65 6e67  n't.mp3eed6:leng
0008fa0: 686c 3336 3a54 6865 2042 6561 746c 6573  hl36:The Beatles
0008fc0: 7420 5468 6520 4242 4336 3a44 6973 6320  t The BBC6:Disc
0008fe0: 2d20 3335 202d 204c 6f76 6520 4d65 2044  - 35 - Love Me D
0009000: 3a54 6865 2042 6561 746c 6573 2043 6f6d  :The Beatles Com
0009020: 7920 4020 3332 3020 6b62 7073 3132 3a70  y @ 320 kbps12:p
0009040: 3135 3265 363a 7069 6563 6573 3138 3234  152e6:pieces1824
0009060: 0ced d8c2 5003 5534 2e71 b5a4 d32f 7e15  ....P.U4.q..../~.
0009080: d5e1 a958 9102 f4aa 0029 df19 ef79 85c7  ...X.....).y..*Z
00090a0: 713e f570 e1e2 0462 3c60 f8fc 2a49 e334  q>.p..b<`.*I.4.\
00090c0: a327 940a 21e6 f35b c25a f288 adf3 2f8b  .'..!..[.Z...../
00090e0: d3e2 3fdb 216f 6dc1 c40b cb17 3e9c 1194  ..?.!om.....>.
0009100: df23 df8d 572b 3558 4e08 739d 6df8 c6b2  .#..W+5XN.s..E.D
0009120: b290 cb8e 12da 4b04 f077 ccca 9b4c 5115  ....K..w...L...(N
0009140: 6f55 6510 6842 97f4 acde 490a d4e2 f008  oUe.hB....I....
0009160: 8a83 fa2d 6030 f740 8a82 ca41 9e85 5bb8  ...-`0.@...A..[`
0009180: ebd1 bbc5 f36d 5d72 8251 9281 2f51 df09  ....m]r.Q../Q..
00091a0: 3b29 aab6 b3d3 3911 2e82 0eb0 6fa1 ab75  ;)....9....o.
00091c0: 7fdf 5554 3bef be0a 4cd8 13e3 86e9 a06f  ...UT;..L...o
00091e0: 414d 9726 248c 4207 4d46 3754 fece 152a  AM.&$.B.MF7T...*
0009200: 3370 4e9f feb1 72ff a1b9 31fc dc8f aa9e  3pN...r...1.....
0009220: f127 7cdd af44 b631 e386 1a35 212a 14f9  .'|..D.1...5!*
0009240: 8601 1414 6d59 f081 d7cc 2e08 9299 256e  ....mY........%n
0009260: fb84 eedc d386 13bc 0c3f ea8c 2ad8 9aaa  .........?..*
0009280: e062 3ac3 1d9c 3b33 2e83 9682 b665 e30c  .b...;3....e
00092a0: 58f7 d8a0 b0e4 8092 38f8 e40a 3e70 e73e  X.......8...>p.>
00092c0: b8eb c7e5 889c 9429 e396 baa7 9a5f 6eac  ....)....._n
00092e0: 84db ee46 0b27 2ba3 43d1 2a06 9baf 1189  ...F.'+.C.*
0009300: 6c1c d5e3 9cc2 05c9 3666 1493 7b7d ed03  l....6f..{}
0009320: 6505 f67b 9025 e3d8 f667 eb49 c6ee 1f45  e.{.%..g.I...E
0009340: 7e6f b613 c216 1ea9 7ab1 391b 3178 d8b7  ~o......z.9.1x
0009360: cae2 d5c6 b711 e97d 508f 6111 b66d f699  .......}P.a..m
0009380: e8a5 4b80 2fee 1073 d004 2083 5474 5b39  ..K./..s.. T[
00093a0: f35f cd90 b99f 5689 0395 57da 06c2 010f  ._...V..W...
00093c0: cd45 1bb6 2883 b162 064c 3054 6f5a e388  .E..(..b.L0ToZ
00093e0: 3c2c 9f62 b944 a2c7 1c0b a384 1d06 dd0c  <,.b.D.........
0009400: 0822 81c6 98f6 a27c 9b70 1674 9952 e659  ."....|.p.t.R.Y
0009420: 27d6 41bd 6da4 b771 256c 993a e218 0d58  '.A.m..q%l.:..X.
0009440: 4471 87ec 203d 8a47 4b57 e54d 0277 ea61  Dq.. =.GKW.M.w.a
0009460: fd35 d91f 7702 8842 b039 eed6 fc47 b9c5  .5..w..B.9...G..
0009480: 4a2b 057f 8f64 5323 1ba5 700c 4641 ce17  J+...dS#..p.FA..
00094a0: 1ea9 f967 f7af f4ff f255 7c88 83f9 fec2  ...g.....U|....s.
00094c0: 6c4a 7284 eca2 b1ab a908 df6e b4e5 1c07  lJr........n....
00094e0: 18c4 21e6 13bf 0b00 8198 e1d5 069c 413b  ..!........A;B7
0009500: 570b 3856 e902 db40 9b2e 3e22 0cfc 9c1e  W.8V...@..>"
0009520: 1c14 12dd 6791 89f9 f7f6 8ea9 f32f f987  ...d.g....../
0009540: f730 d6b7 6103 bd59 0139 7a0b dbbc dc9b  .0..a..Y.9z....
0009560: d636 b29b 9555 75e3 c21e a48e 1542 711b  .6..Uu.....Bq.
```

```
0009580: e62d a3a6 c4dd cde5 dc3c 536c 30b3 d485  .-.......<Sl0......B..i.6%-
0009590: e832 d87c bea3 8991 5853 cde5 dc3c 536c  .2.|....XS...<Sl0......B..i.6%-
00095a0: e832 d87c bea3 8991 5853 cde5 dc3c 536c  .2.|....XS...<Sl0......B..i.6%-
00095c0: c453 1fab 5989 c10c 3de2 3a6b 74c5 eacc  .S..Y...=.:kt...k..jg.=...ye.3..
00095e0: 3636 b18d 7b80 652e 90aa 4f4d 7fd1b 5257  66..{.e...OM}.RW.F......A...<^.*
0009600: edc8 589d 0a20 7c2b 08a4 0b04 4412 c294  ..X.. |+....D...!.P.......e....
0009620: 7767 9cbe d546 4165 4297 8059 1884 b797  wg...FAeB..Y......4...!.._-..2.
0009640: 5b19 c3e0 f037 a170 97c5 f7ad 2a61 d633  [....7.p....*a.3..!.L.vs.......l.
0009660: 171d 6d1b 7c34 9ab2 632b a7b9 71c5 b8b0  ..m.|4..c+..q.....A.M.:.k.d....0
0009680: 8413 63cf fca2 1fdc ac7d 328e a0d9 20ed  ..c......}2... .....*..:8.z64..L.
00096a0: 7752 bd12 37b7 ef12 007c 0b8c b3d8 5fb6  wR..7....|...._.........&.GI.
00096c0: 89ea e9c5 6cc7 7424 a004 aeac 6443 7336  ....l.t$....dCs6`7pQ.Q2C.....^.d
00096e0: 0bde fbc1 ee51 a79a a3e3 38b2 251d ba57  .....Q....8.%..W...1..K.......B
0009700: de38 b5ce ea2f a913 8b3f 4d29 9d77 8287  .8.../...?M).w..........U.....O
0009720: 2fe8 bb82 584e d0d8 2b1e bede 39ab 4282  /...XN..+...9.B..K.-=..lg03...Z.
0009740: b2ef f09b 6ef3 bd3a 579c 559b dcb0 1ae2  ...n..:W.U...........#.Y.;e[...
0009760: bdfb 25bd 0f3a 775d b81f 1cbe 6912 4efc  ..%..:w]....i.N......E,..W..+..m
0009780: 58de f444 da1f 3c0c 5324 f83c 32c8 7df4  X..D..<.S$.<2.}.....o......1../..
00097a0: 82b8 22fb 385b db19 ad4c 3e03 f69a be48  .".8[...L>....H.Ry..t$]^.L.[.M.
00097c0: 80f5 f3a2 33de 730e bc8e a9c7 55f1 d57f  ...3.s.....U......|-a.!..:!.-O
00097e0: 5d61 2f24 a21b 2a98 46c1 a57a b51f f778  ]a/$..*.F..z...x......N.........
0009800: fad0 3e36 6f7f d66f 3285 8e7b ed7f 9b02  .>6o..o2..{......c.......Q....
0009820: 0317 33be fd7f 2760 3f0a 75c2 181c ceb9  .3...`?.u........xR.......yx..
0009840: 1fb4 fdd4 659b 7074 b114 913e 0ce6 14fd  ....e.pt...>.....Q.....e.{.p(.[5
0009860: 7f85 1e20 6112 9672 c843 d2b0 cfc3 cc9b  ... a..r.C.......0}X.]?t.V.u....
0009880: e7a9 8ce3 9e19 8f1c 4551 939a 10d2 9f22  ........E.....".o@c.9....nYT..
00098a0: 03f8 73ed 8318 a476 8f8f 9b9e 670d 5ed4  ..s....v...g.^.4...}...nS.E._..
00098c0: 39fc 5adf b481 fa79 b732 fb8d 1055 c6ba  9.Z...y.2...U..K...z...1....
00098e0: 44af 416c 7144 2876 93c9 ca67 5b90 4155  D.AlqD(v...g[.AU.^YEU.d.....w.u
0009900: 4af9 e36a 4303 8ecc b716 e693 64e6 5d8f  J..jC......d.].84...$...4.......
0009920: 5fdf 32f9 1568 95a6 494b 617e 0440 b3d8  _.2..h..IKa~.@...L..}.)?y..5;..
0009940: 2f02 9bca 9963 ac15 7027 6f8c 1673 9548  /....c.p'o..s.HM...96Y...'q.f.Q
0009960: b3c7 f639 8016 ae38 07a3 16ec a38a 4ad8  ...9..8.......J....t.>k...c
0009980: 7ac5 5a75 1ecc 7ccf 5b22 1d1a c411 667f  z.Zu..|.["...f.d...I..:<..C.R..
00099a0: ce0e 91f1 4b09 7470 733c 31a6 0fc2 b15b  ....K.tps<1...[.@...X.r....3.X.
00099c0: 95a8 6219 eb5f 748f 95f8 d6e4 b765 864e  ..b.._t......e.N.....=..0..Oh.Q.
00099e0: d3db 6f9a e421 95e2 90b2 39c9 e646 0cff  ..o..!...9..F.....50....I:..)$
0009a00: aab8 9ae9 0bd2 e3e9 627f 496b f064 0b12  .........b.Ik.d..........1..
0009a20: a45c 15c4 6146 c409 4e44 0a8d 40a5 f959  .\..aF..ND..@..Y.u......~....0+.
0009a40: bde6 342d bebc 49fb 028f 7790 1ee3 b7e9  .4-..I...w.......D.........z....
0009a60: e092 f048 da33 e2cc 142b dcba c566 512c  ..H.3...+...fQ*..;.E.XMT.h..).BV
0009a80: a93b 1dc9 f6d1 4d6a 9cf9 8656 4695 64f9  .;...Mj...VF.d..h....9$..=.....
0009aa0: f5d8 050f d036 d963 d907 a825 6eb8 0eba  .....6.c..%n.....j...p.p......?..
0009ac0: c4b6 b6af 5432 87d5 2708 2bcb a1d0 a007  ...T2...'.+...../...Y...x.;9..d3
0009ae0: 6338 3198 1300 046c 92f7 a9ab 5e5e 9725  c81....l....^^.%/.<..l...{hvvq..
0009b00: 1f77 fed7 6b54 5b08 3d35 8afa 085d c25b  .w..kT[.=5...].[.WU.......%.ih.
0009b20: 5106 9d50 a947 978e 3ddf ba6b 3520 93cc  Q..P.G..=..k5 ..\.....]...1..\..
0009b40: 59d6 3c24 6cd8 636e 62c1 cd22 831e 063c  Y.<$l.cnb.."...<.M...T..ik.....
0009b60: e26b 5a55 6703 5467 beab 4c6d a7aa 5bed  .kZUg.Tg..Lm..[..Ew3r..T..:.....
0009b80: 1362 e36a a4f6 4279 29e3 862c c5f6 2031  .b.j..By)....., 1m;...25:..$c7v.s
0009ba0: 400d 8d74 3f3a 2e14 9384 78dc efb5 52a3  @..t?:....x...R..n..!.......m$X
0009bc0: 0b7a 41e4 cfbe 5d85 944e 904f 448f c0bc  .zA...]..N.OD..........Q.w..A...
0009be0: 9b76 98c3 aba7 2725 56a8 1661 d913 2f17  .v....'%V..a../....].!N...._@..y
```

```
0009c00: 4285 905b 4599 9de8 5285 2c3e a761 9af3  .B..[.Y..R.,>.a..
0009c20: 984b 2a6f 211b 229d 082f 58b5 aa8b 46ca  .K*o!."../X..F..3.f.ck8p.....{
0009c40: b56f 1cb0 d430 6cb4 3f4a 5a52 45f2 a9a9  .o...0l.?JZRE...s.G...v...|.<...
0009c60: 8716 873c dbd3 4348 c31c 6872 ed94 3b13  ...<..CH..hr..;.fS.......|......
0009c80: f9fa 9d50 3665 142e f38e e742 b122 879a  ...P6e.....B."......l.[!T.F.Z5.
0009ca0: 9e86 8da7 6302 eaa9 394a 6793 c540 2919  ...c...9Jg..@)......x.........
0009cc0: ff35 cf71 4db2 acb0 11ee b993 161f 2a51  .5.qM.........*Q%.+8...8...8..
0009ce0: 1009 4016 1ecf 5dfc 2d0a 7ff5 5dd1 83f0  ..@...]..-...].....D....2..U.&M.Q
0009d00: b76e 6337 b4c7 29b4 1691 c12a 6ff9 2c93  .nc7..)....*o.......z....w.....^..T
0009d20: 45ae e302 cd71 d472 1e95 6944 e613 8515  E....q..r..iD.........F0...{..
0009d40: b2f4 1fd4 0266 423a 1d8a 6759 1702 6a6e  .....fB:..gY..jn...m..U..(.....k
0009d60: 88cf 456c 58b8 4351 dece 511e 104d 7c3e  ..ElX.CQ..Q..M|>w...ym=.=T-.Fq.y
0009d80: 7d30 6093 5b29 9bca 66cd f52c 8bca f22c  }0`.[)..f.,.,,,,H...|....y..c..
0009da0: adc2 fc97 f718 71df 3e09 7422 a1c3 9230  ......q.>.t"...0!D...N...;.7#uLF
0009dc0: 397b 6643 9307 dd1d 4970 c4a5 d7d9 92fd  9{fC...Ip.......k.]cX..B.....C
0009de0: 1275 4648 5a4a 153a 6d65 1d2a b53a 8f42  .uFHZJ.:me.*.:.B[+.....w.^.c..D
0009e00: 3671 fbd6 7af3 c0fd ef01 63e4 8a62 14ce  6q..z.....c..b....o...A....6^.d.
0009e20: 8f2b 9199 7548 9be2 d9ad 7544 984a d579  .+..uH....uD.J.yS..F.;....=....
0009e40: a4e9 7821 b575 4a98 f8c0 d8ea 6edd f4a3  ..x!.uJ......n.........NCp...iPf!
0009e60: af6f 2916 dcf1 0b96 1a1d 3a02 b4ca 57c2  .o).........|....W..E..$...}.=.....
0009e80: 7cf4 84d2 7389 5d49 7d58 af1a a791 f4f2  |...s.]I}X......H.B.?........_...
0009ea0: 337d abaa a10d c520 aaae 9d66 8e96 1bea  3}......f.....GL..Jn.&.....
0009ec0: d9f0 249c 11bf e6d2 202e e538 abb0 a178  ..$......8...x1:...A9.?...E.
0009ee0: 8349 1064 1fa7 445d 3077 d32f e27e e0e4  .I.d..D]0w./.~....n.[...:h..F...
0009f00: 4398 3c57 0aaf 28c4 9d13 61a2 f3fe 4c4c  C.<W..(...a...LL..=.d....u..)&)...
0009f20: 8ca0 2b94 9170 7514 390f 2edc fa7b 89a5  ..+..pu.9.....{..x....lsc.....o.H
0009f40: a52d f044 01b3 7f46 823e 968d ea07 4936  .-.D...F.>.....I6Z.X...&.R....R{
0009f60: 58af 6a93 1260 d1f9 7eed ac1a 1e32 ed61  X.j..`..~....2.ah......c.$q".g...
0009f80: 5b77 4e68 4469 8b5b 2637 5457 4c82 8e4a  [wNhDi.[&7TWL..J.s....r.Ac.p....w
0009fa0: ae1f 8841 4247 6f46 a0b7 121e a210 7a09  ...ABGoF......z.;.D}...vx?Y...:.
0009fc0: f973 4fe8 ff10 2e13 b734 a90f 1c2c 38cc  .sO......4....8,....8~.Km.....5..
0009fe0: 9d6e 4658 29a1 b634 9ad4 b680 9e5b a89d  .nFX)..4......[.....^../....
000a000: b915 a0d8 fe68 5a0e 3b13 1bcc 53aa 27a0  .....hZ.;...S.'..O.C..3..h.7H...
000a020: 5fcd 0c34 b1ec 11bc 318f 4b9b 7c50 fad2  _..4....1.K.|P.....AN..$..+...g}
000a040: 9654 020a f039 a0f2 625f f156 6f8c 4eb1  .T...9..b_.Vo.N..\..r<.4.$M.....
000a060: eda3 70f0 bfa6 2753 4a69 4f47 4099 9601  ..p...'SJiOG@...........1Ve...
000a080: 6d88 c487 cddc 3ba9 05f1 4460 379d 1e97  m......;....D`7...JEP.m......6.
000a0a0: f801 0fb3 2e3e f90b eb0f 0dc6 00f3 7d69  .....>.......}i.........b.N.)<k
000a0c0: 4518 3ecf a6cd 97e2 2333 8ca3 4e56 9e56  E.>.....#3..NV.V..f.Y0h......\o.
000a0e0: a9f7 41f4 36c9 9d8d 848d 5f8a b1b4 6e30  ..A.6.......n0.EC"'...?j.g....N.
000a100: 3bd4 8d6c 611d 7bf4 652d 78fd 008d 4710  ;..la.{.e-x...G......9%.d..[.aR|
000a120: 92d0 d924 af18 13f5 77ea 9645 8990 1649  ...$...w..E..I.OC..d|)...2..L
000a140: 5f0d 28ed 0c16 470a a86b 6004 4392 e704  _.(...G..k`.C..h..hTy*8..P:.Ls/
000a160: 2cc1 1749 a000 69a1 5f9d 99af ac84 bccd  ,..I..i........(y.....6......].
000a180: 45af b0b3 480a 4ac4 0845 d5bc 862e d6be  E...H.J..E......y.eg.4.A.X.....)
000a1a0: 0e6b deff e154 435d c475 3a33 bf96 1a8d  .k...TC].u:3.........RU.c.:..q
000a1c0: e68e 025e 0a7e f6c2 3b8a 9a71 bf34 89af  ...^.~..;..q.4..C..{b..l.~.Z7)..
000a1e0: 6e9a df8c bbca a877 a2fb 7514 9ac2 6405  n.....w..u..d...Ckb.......o..CA
000a200: eb69 ce86 cbb8 dca0 b1e0 168a 40f8 d76f  .i.........@..o....a.`1..57....
000a220: fd23 50b3 8792 2e26 86b4 990c 8a20 b16d  .#P...&......moh..3..NOU..'?..
000a240: bab7 19a6 8388 7688 4677 b1f6 385a a9a3  ......v.Fw..8Z...!..B...pX.-4...
000a260: f970 9750 7630 d621 f73f caf5 1e74 5da6  .p.Pv0.!.?...t]...!....>...|K.. b
```

```
000a280: e199 87bd 9ee9 c94e 41e6 dabf a6f2 9e51  .......NA........Q
000a290: 6068 d59f 9bf4 5c76 f4e9 f08e 717d dc7f  `h....\v....q}..Y.!.
000a2a0: 4bf6 0e28 1939 6504 ac14 7a20 f7c8 be25  K..(.9e...z ...%s...aM.ga...m>.
000a2b0: 9250 b6e7 312b 2657 d9c6 75d5 3aa0 2fe1  .P..1+&W..u..:./.F.=..]}J.m0H.5..
000a2c0: 52b2 7802 9a2f dd2b 1ba5 b4ae 6ee7 d552  R.x../.+...n..R......4l.>.QZ!.
000a2d0: 3aa6 c8bf ec8a d9ef fa86 0991 ab83 2af9  :...........*.-.-.d.AGb...M..
000a2e0: 2165 93c7 6bf9 9863 8cc1 e005 05b6 6ada  !e..k..c......j.-&..,Y...3......
000a2f0: 77b4 e433 09cd 4af2 84e1 448f 0da8 13e7  w..3..J...D..........n....1...b.
000a300: c2ad 68b8 34b8 68db d315 5a55 25ad 106e  ..h.4.h...ZU%..n5.~..B..o.PS..ub
000a310: 7a28 ff69 aac8 4b0b 83ba 9948 13e4 e2ef  z(.i..K....H....~..`......"|..<0
000a320: d707 0ded a4db a7c6 fbfa 5ae5 be6c ecb4  ..........Z..l..SV&....*......c
000a330: 2049 5bcc f9a1 affc e1b4 f2e6 13ce 1172  I[...........r.4.(....4...f.?
000a340: c172 f1db 9cf5 7efa 22d0 ca7e efc8 f633  .r....~.".,~...3U..@.1.v.. 9t..
000a350: eeae 78bc c1b4 68a2 71d9 fc78 f416 0336  ..x...h.q..x...6a.{.0ug......T.
000a360: 8293 27f4 2125 5cba a61d e2e7 be03 c842  ..'.!%\......Bet.7od.>.k..]/..
000a370: 7419 cbf4 45f3 fe94 24cb a06f 705f 422c  t...E...$..op_B,]~2T.^r'..Z..LO.
000a380: ad1f 478a 5dd8 62c9 c8fe 5dd9 f147 7b4a  ..G.].b...]..G{J{..l.h..a.....+
000a390: 620d 6abf 0595 82e6 32dd 75a2 6371 7257  b.j....2.u.cqrW..-.1.(....<....
000a3a0: fc07 8b3f 1f22 fe59 f616 0ead 1703 5c50  c?.".Y.....\P....W.......gM.e
000a3b0: 1e9f 5e7f 3169 b68f 270c 198d a845 a908  ..^.1i..'....E..".H...`..yh.5.S
000a3c0: f805 642b 8866 a365 4231 b176 fc25 0b79  ..d+.f.eB1.v.%.y...b..B..#,.=ot
000a3d0: b951 c5d3 1cad 7168 fab a 10e8 94cc 9e71  .Q....qh.......q..".....h..T..o.
000a3e0: cffe a54d 6ded b2ca 21be 07e1 bcec ac8e  ...Mm...!..........?..|Aw-.@w.~
000a3f0: 21bd fcdf 4eb1 29bf 6d20 179d e1f5 8208  !...N.).m ........dh]2.,.d....P.
000a400: b124 f24e 78bf a704 ddee ba1c f0e3 2646  .$.Nx..........&F..]V`.....).'...
000a410: a458 995a 1320 6022 cac9 f860 863c 9d31  .X.Z. `"...`.<.1A.B..dz./....f..
000a420: e7e4 8b60 6f1d 56a8 eefd c707 11fe 16da  ..`o.V...........;5..J..Y.v.
000a430: 3471 05f8 a1f0 027c d38b a5f4 74da 1e00  4q....|....t....B....m...GF\..
000a440: 37fc f970 fe0a 91ed eda0 97c2 e1f1 a7b3  7..p.............s.....Y.$..qX..
000a450: 3ac7 9558 a117 a480 d132 356d 9559 365f  :..X....25m.Y6_d....g.+,..p.._.
000a460: b2e9 4a9e 692b 0346 a56e 6b32 a02a 3489  ..J.i+.F.nk2.*4...|........Ud..
000a470: 2846 425b d692 cf2e d279 b1c9 3cab e5ea  (FB[.....y..<...0dW...';.pZW..*$
000a480: 2e1d a10b a768 b76a 7f8b 35f2 b85b f789  .....h.j..5..[....d\...r...M...
000a490: e872 ffd4 95a7 422c 18bb 1330 4a92 e314  .r....B,...0J..../.Ui.p...x...!.
000a4a0: 216e feaf 1932 ae8e decf 9dbe 4134 093f  !n...2......A4.?.g.....L.ja.Z.'.
000a4b0: bf66 6923 b5bc 55af 7d19 d67b d2d3 c195  .fi#..U.}..{....E..J.......E.N.
000a4c0: a4d1 d8dc 1a68 489a b950 ac1d 0b56 3634  .....hH..P...V64..q\:8*&J...L..
000a4d0: bce5 5fbf d203 0233 8d4b 7f9d 0c88 37a8  .._.....3.K....7.9Y.Iay.S...n.%w.
000a4e0: 4483 408f e895 d6ab df38 24e5 8e50 60d9  D.@.....8$..P`..n..=E.......f.
000a4f0: 9deb 2789 2b0d 4134 e6ea d7fc fa11 ea8c  ..'.+.A4......D.kD..z..m.}.".
000a500: c896 90f2 f6a6 698d 9df5 6ded 2cab 67df  ....i...m.,.g..r.h..1k.E<}.N..
000a510: 1fdd 65e7 f16a 9c9e 553a 953c fd38 bdf3  ..e..j..U:.<.8..HyZ..V._..F..R.
000a520: f2b3 8f2b 8a5d 1279 e2d7 0908 95c0 b18b  ...+.].y......d{^w.........&..
000a530: f927 eba5 b361 9465 49e4 43b9 6eaf e094  .'...a.eI.C.n.......7~xX_Y.A....5
000a540: 3eb6 efd9 367b 28f7 7a2c 9a7a 89be b82d  >...6{(.z,.z....Cz..b.N.g.Z...d
000a550: 7c93 6333 86a0 3c54 d36e f2fa 7198 812b  |.c3..<T.n..q..+8..'...S.F).....
000a560: 9600 9401 d32a e44d ae91 09f8 1189 3c8e  .....*.M....<...l..n....i.&.q
000a570: e6f0 7e3d 9a1f 5586 1a0f c819 4c1d 93d4  ..~=..U....L..9.k\...A....0.Wh
000a580: 2707 1826 9305 1cb3 b49a e29f acff 2c8d  '..&.........!.a........o`W.
000a590: 8489 4de9 f69c 9b34 d29a 7ad7 58df becd  .M....4..z.X....6.1.../v.3. j..
000a5a0: 11d7 c216 71fa dae2 588f 0f4d 7265 4dc2  ...q...X..MreM..9.Z.....c.^.0/x
000a5b0: 9c18 e59a 13b1 a4d4 0fc9 0970 6a0f 7e29  ...........pj.~)..8`.AP....j.3..
000a5c0: 3d77 20b3 3cf1 6526 f3be ecd4 257e b804  =w .<.e&...%~..:...w.L..[JZY.n.
```

```
000a900: b3b4 857c be25 aadc d11a 83b8 d33e b09e  .....|.%.........>..
000a920: a834 146c fa18 8c9d ecac 3c4c e321 c007  .4.l......<L.!...(.
000a940: deaf 8b35 44e4 efae 86dc 506d ad9a 8a24  ...5D.....Pm...$..:
000a960: be78 e06f 7f65 ddec c545 f63e a5eb fdc9  .x.o.e..E.>....uiv.
000a980: e2a6 8bb7 e616 cc94 98ad c3c7 463a 540e  ...........F:T..<.
000a9a0: a2c2 21b8 ec92 b1e3 0c06 b4c6 896f 9a61  ..!........a.o..0.
000a9c0: fc17 9300 effe 31ce 88a7 f47c 790f 352d  ......1....|y.5-.J
000a9e0: 1e50 f259 3dfb da64 b810 27ae b61d a336  .P.Y=..d..'....6
000aa00: 98e3 cd16 bb9a 27cc 0fc4 ee75 f0be 9fe8  ......'....u....7.
000aa20: bd06 514d c0e5 aafa 166a bd7c d0c3 de9b  ..QM.....j.|....a.
000aa40: 40ce a8c9 84b7 54ef edeb a521 62e3 e35b  @....T.....!b..[<.
000aa60: 95fd fcdd 0890 2d5b e811 ba99 6634 162e  ......-[....f4..K.
000aa80: 1a82 6a7c bf7b 832c a652 f0c5 88e8 b6cd  ..j|.{.,.R......C}
000aaa0: 9396 a3ba 1ca3 4372 1a06 1d5d effe 52df  ......Cr...].R...OkD
000aac0: a6ac 684f ed6f 287b b178 8b4f 628f 8e66  ..hO.o({.x.Ob..f~..
000aae0: 620a e645 99bc 7f8d a4ce 0c4e 2ac3 441f  b..E.......N*.D...h
000ab00: 6ff3 d3b0 7e49 c28c a085 1ab5 e93d 0b34  o..~I.......=.4
000ab20: eac5 74c0 7668 e1d2 2217 4e68 e3ba c3a5  ..t.vh.."..Nh....j~..
000ab40: 3c49 6ed7 7f4c 7fce 8206 e656 db12 1834  <In..L....V...4u...
000ab60: be6e 3f27 3ff0 0f89 0b8f 93b4 1163 812f  .n?'?........c./3f
000ab80: 391f e4fb 4f0d 382c 58f0 8419 6882 be59  9...0.8,X...h..Y.h
000aba0: cabd fa5b 755d e825 7ca2 eb4d 06e1 4b34  ...[u].%|..M..K4
000abc0: a6ff ce9f 0853 827f 7774 59e1 88a4 4ce3  .....S..wtY...L.XuMh
000abe0: 3f73 d2ba d36f 5226 0c71 f427 748d 7133  ?s...oR&.q.'t.q3..i
000ac00: af50 9dbe 3e39 b7ce 8ce7 e2f3 7f97 5cd6  .P..>9.......\...W..
000ac20: d535 2f9d 7cd7 6166 1e5f 4ad9 909d 5017  .5/.|.af._J...P.d.3%
000ac40: 2824 5c90 2e65 f698 d6e0 1bff daab 0b84  ($\..e.........K...Z
000ac60: 7955 6a28 2566 4cfa 906b 4a91 5141 34a6  yUj(%fL..kJ.QA4.D.Yf8
000ac80: 5ff3 ed82 9aa6 03a9 5cda 9024 f78e d7bd  _......\..$.....|.N8o
000aca0: 1d80 4d3a 019b 0b53 3ebf b149 3484 3f09  ..M:..S>..I4.?
000acc0: 5ea2 c870 0a12 fe89 573f f8bc 5cc3 740e  ^..p....W?..\.t.
000ace0: 8ef7 44e5 5b8b e462 af1d 3728 68e8 fae3  ..D.[..b..7(h....(.
000ad00: 190c b1be 11cd d790 c48f 733b c1ef 69ed  ..........s;..i..E"
000ad20: deed 58d8 2393 d323 7cae db70 ff53 6509  .X.#..#|..p.Se..i5
000ad40: 6ddd bf89 8d3e 29e3 f46f b8e0 f146 5e15  m...>)...o...F^..%
000ad60: cfa0 6b33 0ea9 c64d 6328 895f f44d f6db  .k3...Mc(._.M......t
000ad80: 69f5 d342 3002 c479 1feb c2ca 7500 288d  i..B0..y...u.(...L...$
000ada0: a505 4da8 fc77 684b 41d7 91b5 81d7 5834  .M..whKA....X4....F.
000adc0: 2b3f 7b13 717e 62bd 62a0 710b af17 62d9  +?{.q~b.b.q...b...9md
000ade0: c73f 059d da05 d7f6 d529 41d6 2da6 84d3  .?.....).A..-...x$.
000ae00: 7acd dfd3 edc8 aa21 f56e 8fcd f01d 0e47  z......!.n.....G...~
000ae20: 8510 8d9a 179b fb84 35c6 6b1c 7f45 8d0d  .....5.k..E..pr...lY
000ae40: 79f1 a6f2 950a cadc eae0 40f9 af77 9057  y........@..w.W.....u
000ae60: 93bd 8f13 f349 02e4 9d57 34c0 4a13 36f9  ....I..W4.J.6......8
000ae80: f45f 33a1 0105 f41a 3224 4d20 ff84 5c8c  ._3....2$M ..\...3#*
000aea0: 4ebd 8e74 fb46 db54 e6ae 0270 c2bb a558  N..t.F.T...p...X..[
000aec0: cd6d 5644 b9c4 b311 9c1b 1ff0 3f76 840f  .mVD.......?v....#
000aee0: bd36 60b9 e59b d7ca ccaf 4cf7 fb29 ff12  .6`.......L..).
000af00: d0b2 e6ff f930 c688 95f1 06c7 5ca4 74f9  .....0......\.t...['
000af20: 6bba 387a 3ef3 6d27 97f3 8e1b 974b cd1e  k.8z>.m'.....K..F..w
000af40: 47be 9c64 bf09 5e2b 3d05 a6d9 2eba c7af  G..d..^+=.......K.vI
000af60: 9125 29d2 7230 fba6 ab2e 4f35 4155 3d48  .%).r0....O5AU=H;
```

```
000af80: a74b 2fe2 876c f317 13cc 40c3 9b08 f953  .K/..l....@...S....
000afa0: 84c0 e02f e724 b454 f317 13cc 40c3 9b08  .../.$.T....@....S...:.x.*6....
000afc0: 97cd c863 6832 cf64 20d4 08ad e819 3207  ...ch2.d .....2....oZCl....k`..
000afe0: 43b2 471e 4cc9 d514 584f a850 9c38 8883  C.G.L...XO.P.8......).'.r..Y....
000b000: 2c9e 9a98 67c2 65fa 87f3 f4f4 f5f6 4263  ,...g.e.......BcV9...........~.
000b020: a656 2e99 72e3 856f 3488 16b9 914b 50d7  .V..r..o4....KP...lk*...l.. *.lK
000b040: c720 b491 7a5a 2514 a9d3 6020 bc2e 90e4  .zZ%...`. ...~..u...!.<...\B
000b060: 80ad c86c 095b c078 8dfb bb2d ddbc c101  ..l.[.x...-.......v*...G...5
000b080: 9b13 e0a5 35d7 b51e 0eb3 d340 7de8 0100  ....5.....@}..q....Ak.........
000b0a0: 24cb e8d6 b622 c19b abaa 6afd 949d b917  $...."....j......QCV..".......u.
000b0c0: f214 c5eb b1fc 91b1 00a0 1c12 da99 24b1  ..............$.g3...f....V2...n
000b0e0: 3a03 e6ad ea43 cd13 8f25 2597 ffd7 0d2f  :....C...%%..../.e....-B....Z...
000b100: 3f2b 87e2 fcbb deef 33c5 88f3 5370 943d  ?+.....3...Sp.=.^t4z... $Iq..]y
000b120: c6a3 3dab 0b43 38b0 dd58 edad 4390 da3e  ..=..C8..X..C..>.....L.B......
000b140: 1dcc 5a92 037f 9706 70f8 e247 90bf 6200  ..Z.....p..G..b.......X..k.l...E
000b160: 2b3b 30d4 d3a2 0367 1899 efd9 2985 88e8  +;0....g....)...Pl.=.<SP=f..it.
000b180: c10b 99a8 5797 f474 f2d5 a483 55b2 ffa7  ....W..t....U.......Vc...&}S.;
000b1a0: 19e9 cd49 98d7 f78a 2f50 9c6e 65eb dc05  ...I.../P.ne.......HF.j..X..H.
000b1c0: f9c4 8dd3 7f0c 0af2 9cf7 90c9 4c04 b484  ...........L....(...._.`.1..v..K
000b1e0: 257a e2f6 7bae e120 3196 724e ef88 6c70  %z..{.. 1.rN..lp.#..S..>R...?&A.
000b200: cddf 3f52 2cf9 fae2 d8b7 dd82 2fde 150b  ..?R,......../...>Y......9........
000b220: 248a cf0f d75f 2c6b 2adb da26 866d 7ef1  $...._,k*..&.m~.A.?....r.H.....?
000b240: f6c4 7675 b5cb 2b6f 32b2 4cae cbd0 77d5  ..vu..+o2.L...w.3...7...M~.....
000b260: 5aa7 29b0 9846 70ba f5c5 8243 af9c 874d  Z.).Fp....C...M.2.v_>-si.......
000b280: eb17 e2e2 3254 1263 6b4c bd6e db4b 6c8c  ...2T.ckL.n.Kl...........r.....
000b2a0: 4511 1575 a64d 1504 4e92 e5d1 a621 4db7  E..u.M..N....!M.;.0.....v.}....w
000b2c0: 35b9 aa15 9768 c025 8a93 9acb 26a9 b182  5....h.%....&...[K.JT...j....G..
000b2e0: c43f f97b acdf adc2 f4ef aa20 9047 f3b5  .?.{.......G...(..3#..b9....4.
000b300: 8cc9 f212 6f40 43bd 528c 4832 f771 0752  ....o@C.R.H2.q.RM.T.....!z.ao.1L
000b320: b9a3 fa69 026c c053 988c 3ac3 6b15 8e63  ...i.l.S..:.k..c..+.'.h.d..7..i.
000b340: 8333 dbe0 f869 103a c580 2a68 2cec 5605  .3...i.:..*h,.V.~........w....
000b360: 9b30 c952 8096 2531 cd52 0e66 a7d8 4524  .0.R..%l.R.f..E$.J..N{.x...pGmc.
000b380: 3a26 8ed9 85cf 8291 7801 443b d6f0 6c63  :&......x.D;..lc]...n..<0..93..
000b3a0: cac5 fb9c 3a07 8146 5afd 8434 490c ffe3  ...:..FZ..4I....m.......00....
000b3c0: ee0c 145c 57c4 be39 0184 2e06 6ad8 a131  ...\W..9...j..1.`..*f..Q..(....
000b3e0: 8a1c 2bff dbb5 08e9 4a72 2099 a6d6 0aa3  ..+.....Jr .......":~.......S]
000b400: 57ff 1d31 48c8 9986 1e92 74e2 776e fe41  W..1H.....t.wn.A.....^...B..(2(
000b420: 4a62 d04f 0c93 c9fb 8b8e b8d7 4802 5847  Jb.O.......H.XG....%.*..."FtH..
000b440: d8ac d0ae 84f1 5012 36e4 cbfd b950 124d  ......P.6....P.MV...I.^LT......9
000b460: 6bc0 9c2f 81fa 336a 58e9 30de 666d d8a4  k../..3jX.0.fm...."0....!...ht..
000b480: b0bf 2b3f 94d0 acf1 523f 53f7 9e2c 9f32  ..+?....R?S...,2V{8.B.3RFk9|.]2.
000b4a0: 7b28 782e 8587 b429 605b 8548 a3ac 0459  {(x....)`[.H...Y.k)Y...|..}9..E.
000b4c0: 9864 3e99 dab9 7361 a763 cd11 b1b6 dea7  .d>...sa.c.......D..-.h.......
000b4e0: 6d3e fea5 981c d7b9 33db 960b 9fd8 8381  m>......3.......H...W2..k...bE{.
000b500: 4656 edb3 a5ac dfa9 1f7e 5deb cd46 b4c5  FV.......~].F.....E.........*J.
000b520: 44c4 0462 6c0b 93d4 fce0 e61d 0008 50de  D..bl........P.B#R....F7....#..r
000b540: 217a 5b8e ed5c 4988 c837 df66 832f 7260  !z[..\I..7.f./r`.*A... ....*..b
000b560: ec84 c044 06fb b687 7db6 45d4 03d9 e10a  ...D....}.E..........Y..rE...
000b580: c973 52a1 7c8b e94f 6b99 81e0 0f36 c2eb  .sR.|..Ok....6.......b..vWs&..(4
000b5a0: 3030 2e30 fd22 39fc 20d4 3599 a466 9d3d  00.0."9. .5..f.=......q.C..*~n.
000b5c0: 377d da34 d584 ab1c 98e3 9609 5b97 013c  7}.4........[..<Pb..@..hwC|k..mN
000b5e0: 5845 b8d6 dbb3 e98f df91 3b9e 6514 bcd2  XE........;.e...z.8.../.......U
```

```
000b600: 12cd 65cb 78de Ga5e 1d1d-9vc01611-t9-JFA5 Dbcument 3d3-829Fileb09/21/156 Page 30 of 35 Pagelb# 8784.....o
000b620: 7bed 165a 4790 568e 7a33 8c89 774c ff1c 9e89 d39b 5dbd d4a5 50dc b814 de9d 12da  {..ZG.V.z3..wL......]..P.......
000b640: 3ae8 e6ba 8135 d0ec 0ea7 8ff2 1113 f948 9173 576a 8278 da29 6711 8212 b09f db2a  :....5.........H.sWj.x.)g......*
000b660: e5d3 8320 b921 042d 2094 48ef 2c6a 7e66 37a3 e963 b8bb 1849 039e fd0e 5006 a200  ... .!.- .H.,j~f7...c...I.P...
000b680: 770e fb25 f21a 5977 e2e9 70c3 652a a7da c05e 5e61 5eb2 5afe aa7c 16e9 3d06 e9e6  w..%..Yw..p.e*...^^a^.Z..|..=...
000b6a0: c022 417d 6035 67f2 0dec cbc3 f4af f2ac 2dc1 df88 f6b5 70e9 a8a4 dc75 c78f 7461  ."A}'5g.........-.....p....u..ta
000b6c0: bd32 72d9 100b e225 dfab 5e74 5f8d 50db 91c3 d846 6882 31e8 e98c bb2c 1644 7bc8  .2r....%..^t_.P....Fh.1.....,D{.
000b6e0: 961a f5d2 a962 8b75 68d3 d41b c738 7c39 8466 b854 141f d44e 6541 de5e 57d6 0e5d  .....b.uh....8|9.f.T..NeA.^W..]
000b700: 1681 baa1 436a 0343 eae0 8767 7dce a2b6 3d96 36bc 606f e809 f4a1 f395 bc78 de26  ....Cj.C...g}...=.6.`o......x.&
000b720: 9633 2e8a 5dcd 12e5 072d f914 727c 1a3e a010 8a8e 5491 9031 82c4 8c43 e169 e585  .3..]....-.r|.>....T..1...C.i..
000b740: 4ff6 5943 53f7 e275 4946 a3ef a55a c33f 911a 4cf6 018a d95c 48a4 0df9 8c04 d9ee  O.YCS..uIF...Z.?..L....\H.......
000b760: 69fa b55c 4d32 0468 8cc8 f5be 5df7 96c5 a22c 967c c377 f7f0 ecbf e984 6662 ab42  i..\M2.h.....].....,.|.w......fb.B
000b780: b646 9828 1b19 90eb fd63 b827 323f 0127 889b 1ab5 e767 1b78 cf7d 5f74 f5a4 8233  .F.(....c.'2?.'.....g.x.}_t...3
000b7a0: 8684 7de5 b147 2a2c 9a90 2e4e 02c4 1592 32fe c4a7 6d87 2a8a 7cea b6c5 dfe1 829d  ..}..G*....N...2...m.*.|.......
000b7c0: ab8e f9b1 2b06 b795 5525 62dd fcfc b277 3f84 bf56 f47a 9102 0304 f6fb b782 1117  ....+...U%b....w?..V.z.........
000b7e0: f5b9 379a 3b32 65fe 0adb 242c 43f0 6133 efd7 9143 8c3c de38 328a a62a 972a 3d93  ..7.;2e...$,C.a3...C.<.82..*.*=.
000b800: ca37 10f6 4781 4435 0ad7 71e4 1176 1c3b b607 c297 2826 c023 adf2 a4fe 36fe 8ec4  .7..G.D5..q..v.;...(&.#....6...
000b820: cfe7 7250 c43d 2431 a737 acc7 6312 e13f 1156 0b10 bf11 b5b6 0577 6b86 7d97 33d8  ..rP.=$1.7..c..?.V......wk.}.3.
000b840: fa8a 61a6 87b5 3ca5 7683 5958 8093 4f5d 9f45 4d2d 22af f84a 4b20 c3d2 561d 0f0d  ..a...<.v.YX..0].EM-"..JK .V...
000b860: a9e3 c1c4 24dc 7d5e 6ede 695e ce03 8cdd 0cbb 155e 9a89 bb37 5550 26cf caad 67c6  ....$.}^n.i^.......^...7UP&...g.
000b880: 2f08 938b a4a4 a0a0 1df6 d18e 7b03 dbea d0e6 ad77 877f e178 fd27 21f3 e5bc 8a07  /.........{......w...x.'!....
000b8a0: fbe7 c793 cbcb c6c0 9dc6 3799 f012 b85b 6e53 7a45 5499 5126 3127 2ec5 e822 3fd9  ..........7....[nSzET.Q&1'...."?.
000b8c0: a51d e871 1edd 24d9 5ddd c03f 64b6 a949 9a8e fd53 a948 f986 fa94 6d72 15c5 3a56  ...q..$.]..?d..I...S.H......U.mp
000b8e0: 6a6b 302d c7f9 7108 3548 1aad 5144 84b8 f9f6 cf50 a8cb 321f 4cdf 12aa dfd8 0640  jk0-..q.5H..QD.....P..2.L......@
000b900: cc01 2aa1 ed6c fef1 82a8 dd76 fcb6 1c7f ed61 c5db a133 5ea5 188d 707c b2bf 0d98  ..*..l......v.....a...3^...p|...
000b920: 5629 6746 4d93 a1b9 8d78 9417 df25 5a26 4c8c 848e f942 888c 9628 228d 50ae dbc0  V)gFM....x...%Z&L...B...(".P...
000b940: 26d2 f7fb 8cdc bf0a 7efb 7206 109f c3b0 51c1 853a 7fbe 76fe 5792 ee95 a018 9500  &.......~.r.....Q..:..v.W......
000b960: 3b04 2231 d118 8276 fc8b dcd5 541a 0bd7 1e37 8512 9898 b591 758e 37ef 928b 7eb9  ;."1...v....T....7......u.7...~.
000b980: e691 71a5 fd39 78f9 ca85 7834 84fc ebfe 03df e49f e402 45aa 4931 edbe 5ef8 8d75  ..q..9x...x4...........E.I1..^..u
000b9a0: 52ce 7c81 97a0 36b6 1b1f e026 33a9 2cf8 2674 a5f2 5382 326e 4eec aee8 c1b2 236b  R.|...6...&3..&t..S.2nN....#k
000b9c0: c249 fe84 4c8b 4526 cfe8 3645 b14a d026 a117 12d2 4d82 abff 1c0d 278f b20f 1855  .I..L.E&..6E.J.&...M......'....U
000b9e0: 1f30 139e f8c9 2493 40fd 9258 7aac 2166 60ef b501 cd9a d953 d90d e788 40bf 5ab5  .0....$.@..Xz.!f'......S...@.Z.
000ba00: a3e4 8001 e8b6 676f 58b3 2bd2 724c 6e03 6efd 4b61 1498 2358 aad2 54bd 4ede 208d  ......goX.+.rLn.n.Ka..#X..T.N. .
000ba20: 5b8a 9301 3164 9f77 b8a8 f8c3 e458 b02b 2e75 4de2 d221 bf8a 94a4 1e57 7f36 b4d5  [...1d.w....X.+.uM..!.....W.6..
000ba40: bb18 131b 7548 5091 1cba 517d f630 dae3 f2e2 4031 646d 4d06 eba4 87bf 1657 d069  ....uHP...Q}.0....@1dmM......W.i
000ba60: 8bc2 4dca 3953 31a1 1070 c658 f714 8996 faaf 7e41 6257 62f6 caf5 deca 54d8 c927  ..M.9S1..p.X......~AbWb....T..'
000ba80: 8e7e 8f9e 8827 0add 4b0d 6592 6802 e5ca 4598 8d1f daf5 53c8 0735 4f55 414c c82e  .~...'..K.e.h...E.....S..50UAL..
000baa0: 8ffb fe28 ae8d 6cd8 095c d66a 5e3e d9b5 6356 4f78 cdf7 1765 d92b 7413 c4e3 b4ab  ...(..l..\.j^>..cV0x...e.+t....
000bac0: 09ae 2ba4 333f 5c0c b8ee 1ceb 9fbe ab2e a48a 2d79 50bf ca50 2f0e a805 ab63 547c  ...+.3?\.........-y...P/....cT|
000bae0: 8a6a 6663 5b04 64b9 bdb4 ab4a d4d1 4410 c8da 82e0 2200 98e6 8af0 cf4a a538 5435  .jfc[.d....J..D....".....J.8T5
000bb00: 4a04 1cc1 2aa5 e8b5 317c e637 3487 95ae 3090 5e0e 6b01 1575 5c3d fc66 6862 3c8c  J...*...1|.74...0.^.k..u\=.fhb<.
000bb20: d9a1 f611 5ece 8bf7 15c3 2ca8 94a0 3638 3d11 74b1 f0cc f8db 4353 7cd0 a22d 7e54  .....^.....,..68=.t....CS|..~T
000bb40: 595a ed84 00fb a4a5 5b65 1dca 9a7f 6d0c cf29 fc37 f376 96f3 5938 39ca 8b1c a482  YZ.....[e....m..).7.v..Y89.....
000bb60: 7d6e 20e9 e624 836e 12dc ab7c 5845 c761 72a4 7fd2 7c8c 4878 39c8 23ce f6f3 1e08  }n ..$.n...|XE.ar...|.Hx9.#....
000bb80: 3356 153b 1a20 e3b0 dc86 c1f3 a35f 8690 e4f8 4c7d f9a6 7f14 ac7a 7c61 22e1 405c  3V.;..... ....._...L}.....z|a".@\
000bba0: c2c0 ff1b 165a 0911 3593 c525 eb30 8392 2fe3 e2e9 ceba 1a72 a420 c657 3b3f 29e6  .....Z..5..%.0../.....r. .W;?).
000bbc0: bcf7 88c8 b6a2 c246 97b4 1682 caae a564 7df6 49d1 ebd9 7adf 5f20 f112 3cb7 531c  .......F.......d}.I...z._ ..<.S.
000bbe0: ddcb 8af2 908f d944 195d 4667 573a 66f6 83a2 1f60 33d9 3ca8 d1d1 5565 96a4 5740  .......D.]FgW.f....`3.<...Ue..W@
000bc00: 8f9c ad6f 58bb 6ba6 d2d0 d740 e291 bb10 4545 312b 9dfc 0d66 30a5 4d8c 93b4 7384  ...oX.k...@....EE1+...f0.M...s.
000bc20: ea65 d917 8beb 81c8 7264 215a 2126 542a f485 78a1 6509 6fb6 7996 9469 8929 c4d6  .e......rd!Z!&T*..x.e.o.y..i.)..
000bc40: 078d 8a90 87d5 8017 3048 1f59 784b 2ee7 18d9 2b97 b072 2be0 37df 8c00 a5da bda8  ........0H.YxK....+..r+.7.......
000bc60: 93ed 13d3 1aa4 ff25 39ae 8d29 a3b3 b7fd 0522 3845 c2c2 7c2f 7009 e3d1 d3fb acd3  .......%9..)...."8E..|/p........
```

```
000bc80: 1702 4065 312e 5b45 2e5d ....                                        ...c.]5E.
000bca0: b751 2e04 3ceb 88b4 a432 66bf 5c83 5cf1 57fb b694 72b6 74d1 ec00 1c91 47e6 1e89  .Q..<....2f.\.\.W...r.t....G...
000bcc0: f115 8021 56ac 4fa5 adc1 b1c1 bf04 7416 02d8 3610 259f 9f0b 401c d9d3 584b 504c  ...!V.O.......t...6.%...@...XKPL
000bce0: 43d8 05d9 5b07 2e9b cdbd 1647 5a82 3d38 98e7 82b9 6666 7d08 9910 2f15 f0d8 f6e6  C...[......GZ.=8....ff}.../....
000bd00: 23f9 d8f3 ac0d 0280 5ce8 3d50 3187 b259 f8de bfbf d915 35a2 4f4b 649c b26c 4f2a  #.......\.=P1..Y.....5.0Kd..lO*
000bd20: 1934 6c88 8909 e071 a2d3 a318 7867 b773 a650 aadc 3005 dfb0 155c c5da ec46 8f41  .4..l....q....xg.s.P..0....\...F.A
000bd40: 176f 7486 7db8 0f42 8e7c 97b6 d27a 03ce 4117 8463 0f4f a81c 624c 767b 08dc 7e88  .ot.}..B.|...z..A..c.O..bLv{..~.
000bd60: 8953 165d bea2 f720 104a 0009 8b71 5962 9486 0f7d 7ca7 ce65 a1d0 de0d a3f7 5762  .S.]....J...qYb....|..e......Wb
000bd80: b25f eb00 c208 19ae c608 06d9 47d2 ebe3 b39d 73a9 855c ea8b ab02 5f98 0c4d e836  ._........G......s..\...._..M.6
000bda0: 1cd1 5280 d9a2 6958 c209 8cee 8abf fc3d d0d9 b468 311f 2b75 2012 cd20 24e5 ee69  ..R...iX.......=...h1.+u .. $..i
000bdc0: 29a3 5c29 a683 a1df 3a0b 53db f11e dfaf 82e6 ca51 a903 cbb2 2d68 330a eacf 984e  ).\)....:.S.......Q....-h3....N
000bde0: 56f4 b833 6c96 d588 5a6b 3674 f9f7 7b90 6b45 b7fe cb44 5a86 3555 d8fb b332 fcb9  V..3l...Zk6t..{.kE...DZ.5U...2..
000be00: 37c8 e50c af12 e7c1 7e89 dd36 072f baa4 f5e9 0b42 7836 3372 87d1 32dd 2051 967b  7.......~..6../....Bx63r..2. Q.{
000be20: 85c4 8634 b5fe 0c6f 15d6 6f58 e1b9 0eb5 5e7d c9f5 5bac 20d4 6a21 842c 7f52 6acf  ...4...o..oX...^}..[. .j!..,Rj.
000be40: e061 23d0 2cf9 09ae c684 b036 ac20 24c0 e6e5 5f52 db51 0c76 7757 3c2d f825 64bf  .a#......6. $.._R.Q.vwW<-.%d.
000be60: e846 dfcf 11e1 2ae0 b8b0 c774 c7f1 0d52 d675 7c61 1e96 20d2 17b3 780c 85cf ce72  .F....*....t..R.u|a....x....r
000be80: 2f52 6f59 0388 af60 3e70 0bd9 104c 5079 6bd2 1f5d 377e ce67 0e92 895d 7e11 c3f7  /RoY...`>p...LPyk..]7~.g...]~...
000bea0: 6e8f 29b9 938f 651d c2b7 6212 0f83 8475 fb7e 4bc7 10c7 ba6c 66be 2d78 8b17 764d  n.)...e...b....u.~K....lf.-x..vM
000bec0: fa07 c106 421f 701c 35b9 9044 853e d6dc d4cc 9120 e672 80d4 88b5 69db 6e16 c304  ....B.p.5..D.>......r....i.n...
000bee0: 886c 3402 3689 e783 a603 7c41 1346 056d aed3 34cc 28fc 9846 31f9 a28e e052 1751  .l4.6.....|A.F.m.4..(.F1..R....
000bf00: a49c 9198 53b2 ac82 b3e8 0228 80a9 eacc 08ce 31d6 e8d2 3dc3 2f5f 7a46 a572 3853  ..S......(......1..=./_zF.r8S
000bf20: 1f4b 5f18 bd53 ef5a 08ef d0c3 e8cf 4b61 2c7d 452f 1ae3 ce7c 22a6 f12c cf96 8420  .K_..S.Z......Ka,}E/...|"...,...
000bf40: cb39 26f3 ee94 db6c 04de 5a92 903a 9ed9 2d72 c891 d34d 3ecd 409d fd11 b64e 984d  .9&....l..Z..:..r...M>.@....N.M
000bf60: 44f8 fbca 9855 56b4 aaab 005d c9ad 6b89 14c2 1c11 7aed b126 d2b7 204b 938f 80cf  D....UV....]..k......z..&.. K....
000bf80: a7b7 553e 1a9a 7f3d 14f3 2ab6 154d 0182 22a6 c2e8 db45 1340 7602 72b6 9500 5a05  ..U>...=..*..M.."....E.@v.r...Z.
000bfa0: 4e23 4a76 a89a 8941 150c 0960 61ad 7404 8705 cc3d 640d faae 46d1 c545 7913 c7a1  N#Jv...A...`a.t...=d...F..Ey...
000bfc0: 9942 c6c5 12bc a008 3b13 4188 0bbe 1c1b dc3b b888 2369 1348 299d bdc9 11bd c7e7  .B......;..A......;..#i.H)......
000bfe0: 6e09 1bb0 8835 04c8 1cd0 5e5a 7fae 6f7c 8c9b cb0f 00e4 6ecc 4972 da8f 4001 244b  n...5....^Z..o|....n..Ir..@.$K
000c000: 2434 6db8 513a e1d9 a49a 827c 7f9f c4d2 7cf3 25a7 bd71 b93a 7647 e183 0f36 2cc6  $4m.Q:.....|....|.%..q.:vG...6,.
000c020: 6015 af44 4ec2 6f48 85d0 be78 66a8 21da 88ef 9a60 2cba 68e0 3ff7 5019 cb60 f752  `..DN.oH..xf.!...`,.h.?.P...R
000c040: 4063 4b60 0755 8d3e 91c1 8693 58ce 03b3 cda7 9356 3ec8 abd7 9e5e b33f c74c 35cf  @cKh.U.>...X......V>....^.?.L5.
000c060: 1d71 7509 ff2e 4aca d417 0cc3 d2de f0f2 59b3 7005 24fa 2bdf d3c0 2389 2b9e 608a  .qu...J........Y.p.$.+...#.+.`.
000c080: 07d9 62de 4a7b 956b 2e55 99c6 0afe a2e5 5a00 ca90 eaf0 204b 428b dcc6 8296 7c1e  ..b.J{.k.U......Z..... KB.....|.
000c0a0: 2ed3 1ade f9e5 c450 86f9 03fc 5c6e 0143 9da9 22a9 1cbe 91c8 24b1 9c50 3ef2 c641  .......P...\n.C..".....$..P>..A
000c0c0: d5c0 60f4 140d 3893 d1fa 6a46 5fec 2c19 8a28 0358 c3e7 f053 2370 b44a 6931 e609  ..`...8...jF_.,..(.X...S#p.Ji1..
000c0e0: 803d e058 db37 6bac 8059 0c7e 2207 1abc 737d c3bd 8b52 fb0d bf27 cb55 edf8 e6cc  .=.X.7k..Y.~"...s}...R...'.U....
000c100: 244a 232b 00fc 1fc7 a284 438e 640e 786c 7fb5 8a39 3a43 26ae 796d 2367 bdb8       $J#+......C.d.xl...t.9:C&.ym#g..
000c120: 9f1c e49d 913a eaf6 8338 9937 2590 c0ce ea7b 10a6 112b ea46 5b6f d31d 6c21 3d83  ....:...8.7%....{..+.F[o..l!=.
000c140: f59e 5ceb 0729 33d8 5b4a 1cf9 942e bd59 7e5b 26b9 cd36 9ccc 4db6 df23 f641 d250  ....)3.[J....Y~[&..6..M..#.A.P
000c160: b759 2b19 33b2 b7eb 8c00 7451 9dea 4fd3 a436 025e 1b09 8b0a df15 d459 6507 f788  .Y+.3....tQ..O..6.^......Ye...
000c180: 4a6c a5eb bc3e 04c4 d7ad 27bf ed30 4ded c3f5 b018 b13c dcc9 8127 4317 6773 3a6e  Jl...>....'..0M......<...'C.gs:n
000c1a0: 486c f9cf 40a9 3ba4 c0ab 6851 51ef e781 aee3 29ec 69f4 2237 6038 ba31 843d 5acc  Hl..@.;...hQQ.......i."7`8.1.=Z.
000c1c0: 068c 01e3 f00d 30bc 74b6 672a 88ee a9f2 eb9c 370f f5f9 48c2 0165 0bdf 1261 444a  .....0.t.g*......7...H..e..aDJ
000c1e0: 2206 a75b 882d b446 2cd6 5966 c4f2 41f5 6257 9617 3f84 ad9d 21ba 1ffd 0e93 2048  "..[.-.F,.Yf..A.bW..?..!..... H
000c200: e923 bf91 7617 f5e6 3414 de72 dfaa b3f7 afdc 754b 5a4e bd14 7ad8 f9a5 d70f 8f41  .#..v...4.....r....uKZN..z......A
000c220: a3af 31f5 acd2 7034 48c9 4611 7f3b fdba 8bbd 3a5a a331 b22c 8ba0 49a7 284a 903f  ..1...p4H.F..;....:Z.1.,..I.(J.?
000c240: 772a 94d0 7f2b 1ef3 8954 f50e 2492 be89 926b ec4d 8c03 02af aa15 d8f0 4645 1405  w*...+...T..$....k.M........FE..
000c260: cb86 e74f e54a 70b6 8669 f8b1 558e 086c e1de fcf6 6841 0837 b4bb 34ae 8363 769c  ...O.Jp..i..U..l....hA.7..4..cv.
000c280: 7093 fd33 796c 49f5 022d f3cf e3cc 5f4d 2353 6022 64cc cf78 e233 f54c 6dc6 d212  p..3ylI..-....M#S`"d..x.3.Lm...
000c2a0: 61b7 2f7c 18da bab4 d2a3 8ebc 9359 8d7b 678c 7ef9 0b83 06da 6253 4df4 043f 491a  a./|.......Y.{g-.....bSM..?I.
000c2c0: 21da c21d 960c dbf5 8514 fa6f 98ab 1b32 745b 88dd 2896 b188 ca60 d99c 32ea e823  !.........o...2t[..(....`..2..#
000c2e0: 43ef f688 cca5 73a6 42cc fd19 4753 8d50 8602 7307 7cb5 f991 37c2 55f2 c826 fc4f  C....s.B...GS.P..s.|...7.U..&.O
```

```
000c300: ec3c 3557 656e 6a2b 1d0b d2e3 1aae b2d3  .<5Wenj+........
000c320: 69a9 38ef 756f 93d5 d3e8 2ae0 0873 7349  i.8.uo....*..ssI
000c340: 2fca 2a55 7068 a6c6 00db d65f 3612 a114  /.*Uph....6...._6
000c360: 1341 a9c5 7d01 6678 2301 3699 2f47 74ee  .A..}.fx#.6./Gt.M
000c380: c920 298e 3f6a 88fa 973a bd3c eba9 5687  . ).?j...:.<..V..
000c3a0: ba58 6a26 a071 bcd3 ff86 fdda 68b4 69e1  .Xj&.q....h.i....
000c3c0: 3a21 18b3 6703 0a32 e907 80b1 3ec8 c28c  :!..g..2.....>...
000c3e0: 69b3 7e31 d75d 0c16 aaaf dc39 8042 d34a  i.~1.].....9.B.J
000c400: d6d6 436d a1a2 1015 7cf7 5c29 aa89 4a48  ..Cm....|.\)..JH
000c420: c7c5 0468 7cd8 1dda 039a 7d81 3186 ebf1  ...h|.....}.1....
000c440: e5f3 820f e5f8 bc53 5940 6948 5608 0042  .......SY@iHV..B.
000c460: ff25 82c6 9c0a 242e 0819 6263 f1b6 66c8  .%....$...bc..f..
000c480: 8b14 ea63 272d adb2 5560 836f 1905 9e73  ...c'-..U`.o...s.
000c4a0: 2d99 50aa 399b 637d e916 dcd5 e06d a414  -.P.9.c}.....m..
000c4c0: e649 d148 3ad3 44d1 ac92 1cd6 0850 8d1b  .I.H:.D......P...
000c4e0: 1c7a 33ee a8ac 90cc 4134 319a 1d90 4e5c  .z3....A41...N\
000c500: c83f 4a23 ab96 6506 62de 0394 a6aa df5d  .?J#..e.b......]
000c520: 9c48 1a70 e4ef bc5a 3e55 664d 5215 426a  .H.p...Z>UfMR.BjS
000c540: 7dc0 fb83 1e8a 086d bcc0 58d5 4ea2 8570  }......m..X.N..p.
000c560: 893f e9ac 2572 a666 2e8d a6ce 2c8b 4b82  .?..%r.f....,.K..
000c580: 55a9 3112 3230 ceff c89b ec7e c472 e74b  U.1.20.....~.r.K.
000c5a0: 7336 fd2a ac3e f485 d144 04b2 6ae6 f80a  s6.*.>...D..j...
000c5c0: ece7 cbea 57e6 9dc2 d036 bb90 e4b5 da51  ....W....6.....Q
000c5e0: bb97 154b 2480 945f 10e4 a4cb 4660 fc1b  ...K$.._...F`..
000c600: 6f8f 44c1 9c0b e47a 7e24 264a 0f1d c2ec  o.D....z~$&J....
000c620: 27f1 9a62 49a5 7e71 78ac 7445 6fb2 275c  '..bI.~qx.tEo.'\
000c640: 0b01 ec7f aadf ccdd d47c 3f96 dc32 49d5  .........|?..2I..
000c660: 76b1 52ce 5359 706c 22cd 3df8 dee8 b3b1  v.R.SYpl".=.....
000c680: 7b96 0f20 648c da86 f553 887b e3e5 2277  {.. d....S.{."w.
000c6a0: bc0b fa7f 7b8a 5a2a f933 6252 fc93 4aae  ...{.Z*.3bR..J...
000c6c0: 1d4f a7cc e875 1108 7157 b329 93d9 42f1  .O..u..qW.)..B...
000c6e0: 31d5 2b81 6a91 ef83 670a 02fc 4573 26ad  1.+.j..g..Es&...
000c700: 5aa9 9582 1562 1788 0d7e 9c18 0e0e 0af5  Z...b...~....(.2|
000c720: 5bf4 c1d9 1de2 9b4a ba6d 5903 39bf f88c  [......J.mY.9....
000c740: eb78 3a91 9aa2 8843 341d dfa7 6a57 ffb3  .x.....C4...jW...
000c760: 442f 564f 845a 9679 5e85 f3e5 926a 9cb6  D/VO.Z.y^....j...
000c780: 04dc dd35 46d6 5d4e dc89 1a74 423b 097b  ...5F.]N...tB;.{.
000c7a0: d4cc 6230 8f30 0a00 7981 1602 ba54 4984  ..b0.0..y..TI.a..
000c7c0: a020 6035 9298 84b1 f33a a822 48a5 bb57  . `5.....".H..W.3.
000c7e0: 402d eeeb 2746 de22 57d0 d5fc daf1 03c1  @-..'F."W......T-
000c800: 6c22 d4c5 5e14 094c 50e6 075e a799 c92a  l"..^..LP..^...*I
000c820: 007e 617b 631a ad84 d327 5284 d77e 5931  .~a{c.../R..~Y1.>
000c840: 82ee be21 48e5 2174 59f7 f8cd 0c6c fcf2  ...!H.!tY....l
000c860: a4fb 35a9 0fba 6b72 21b3 d6dd c9df 7839  ..5...kr!....x9.b>
000c880: e03a 2f86 093c f9e4 caca 5f33 c035 b448  .:/..<..._3.5.Hl
000c8a0: a6a9 ddba a800 0d44 37e4 0f90 96c8 f2bb  .......D7....4..K
000c8c0: 5f4d 51a9 0782 657f 466e 7d15 7a0a fe4d  _MQ...e.Fn}.z..M
000c8e0: 1058 d3e3 82f7 161b 2d8e 7cc8 54f3 975e  .X.......|.T..^"
000c900: bfb8 3863 7e05 dee8 4d73 b871 55c3 25a8  ..8c~...Ms.qU.%.
000c920: 6b96 e8f4 e54f 6f55 841f ddc1 dad9 e655  k....OoU...Ue...
000c940: aada cbd8 68c6 8b6e 364b df46 d0c3 0447  ....h..n6K.F...G.
000c960: c61a dff3 7d2e 6d0b ea63 389e 0fd4 7288  ....}.m..c8...r..
```

```
000c980: 8ae3 d3eb 2229 ea11 fa01 b03c 5fa4 0ea9  ...."").....<_...
000c990: 5c93 60f3 4c6b 9534 f772 960b 2163 fbe7  \.`.Lk.4.r..!c....
000c9a0: a796 9735 6d9f 0d9f b8f9 1d6d 4844 de71  ...5m......mHD.q
000c9b0: 68b3 5367 aee3 360d f0f1 b9d4 22b7 8093  h.Sg..6....."....
000c9c0: 0c5c fc74 1156 b098 9aef 09c4 de75 edba  .\.t.V......u..
000c9d0: 990c db34 1d1a 1b61 6e71 b362 bb10 4dd1  ...4...anq.b..M..
000c9e0: 9842 7f76 03a0 ac6b b89c e5fb f147 00d7  .B.v...k.....G..
000c9f0: ccb8 2158 bcd1 21a3 03d2 cc18 06b7 9d45  ..!X..!......E..
000ca00: 109a 3c16 3f4c 44c7 b6cb f2dc 5058 f24e  ..<.?LD....PX.N
000ca10: 5a09 0d9f 44c8 2f6a fe6a f1dd 8c9d 4882  Z...D./j....H....
000ca20: fofb 8e26 f156 4b9f b4c1 666c 239a e1d1  ...&.VK...fl#...
000ca30: a8ad 5da6 6ced 8f5a 668e fa75 fd25 5953  ..].L.Zf..u.%YS..
000ca40: bfe9 1ba2 3b74 0bdf 7fc3 0ae6 e7f9 e4a0  ....;t........
000ca50: 19e7 95ba 559b 0d52 c00e 739d 5ee5 8baf  ....U..R..s.^....
000ca60: 011c 1529 b952 fad3 d3fa 6af9 6612 1042  ...).R...j.f..B
000ca70: 81a4 4ca0 1bb6 451a 51c4 7ee3 3088 75e3  ..L..E.Q.~.0.u.{
000ca80: 7ba3 70c6 8745 f681 b338 c3f6 7de5 c5f0  .p...E...8..}...
000ca90: 2e82 07eb 7041 dd59 6227 1980 d7df d32b  ...pA.Yb'....+..
000caa0: c52e 977b 3677 bf39 d56c ffd4 5189 424e  ...{6w.9.l..Q.BN
000cab0: eaf0 e074 28bb b511 edfe 1d3b 5c35 ddef  ...t+.....;\5....
000cac0: 9edc 9f7b b112 15d0 5db8 8322 e4e1 f840  ...{....]..."...@
000cad0: 2f66 1306 bce7 e160 ad56 9860 510a daa9  /f.....`.V.`Q....
000cae0: f63b 9453 3cbd 5abe d4d1 f580 1d57 3dc2  .;.S<.Z......W=.
000caf0: 43ae 4fa1 2df4 3a01 2ee6 6b9b 4078 9157  C.O.-:...k.@x.W.../
000cb00: d903 2ff9 9f0f 5379 6c4f 72e4 3821 a23c  ../SylOr.8!.<
000cb10: 3032 75a4 c9f8 7c7e b0e0 5ded 42ca 12f9  02u...|~..].B....
000cb20: b177 f697 591d 0a43 3ec4 2ff0 0e64 ac91  .w..Y..C>././.d..
000cb30: feb6 01cf 4acf 2c50 f0ea 3501 a0fa 2589  ....J.,P..5......
000cb40: 5715 70a6 3bd4 1c54 8d6c 5d82 50e6  W.p.;..T.l].P.
000cb50: 2585 26d2 02d6 941e 2027 65c0 bbee 5587  %.&.... 'e..U.
000cb60: 9539 a28a 36e0 3c0b f0f0 d183 1167 0080  .9..6.<......g..
000cb70: 6342 883b 4d6a cbe4 7d41 142f bfa1 4047  cB.;Mj..}A./.@G
000cb80: 79bf 3fbd a988 d299 2dd5 640b a072 8f22  y.?.....d..r."
000cb90: 8985 b845 7f37 1201 14c3 6973 18cb 49da  ...E.7...is..I.R.f
000cba0: 52f4 66e0 82e2 3122 98c2 95cb f794 9dc6  ...1".........
000cbb0: cd59 40e6 68e0 9d3b ce6d c8cc e031 ab2a  .Y@.h..;.m...1.*
000cbc0: 14e0 2f43 b771 3ec6 c102 f6ba fac1 5b33  ./C.q>.......[3
000cbd0: a0de c389 57a7 e36b 47bc 5162 d4d9 5f5e  ...W.kG.Qb.._^&
000cbe0: 26eb 0d07 d614 9108 2a6c 7742 26c4 9232  ...*lwB&..2
000cbf0: 3b01 bba9 ba44 907b a08f c49b 7cb3 adaa  ;....D.{....|...
000cc00: 3a1b 0e38 4708 a70a 2063 62c4 34f8 6575  :..8G... cb.4.eu
000cc10: d617 2f72 6bc3 f1a8 abd2 a9a2 7708 e364  ../rk......w..di
000cc20: 6901 bc64 dc82 457b 5df4 2e43 f0c2 5560  i..d..E{].C..U`
000cc30: 1465 a7d3 f847 07bc 033a f345 6ca8 8913  .e..G...:.El....
000cc40: a5a6 048f 2a9d e008 1735 c6fc 91c3 a458  *...5....X
000cc50: a2c1 90c8 a853 0e03 ed5d 336d fa37 c1b0  ...S..]3m.7.G....y@
000cc60: b647 f8ce c8da 7940 a1c9 9083 e642 ac14  .G....y@.....B..
000cc70: 7833 e717 c944 0724 6285 bd10 411d a646  x3..D.$b...A.F.W.:
000cc80: 0d57 be3a b946 98d3 e8e3 5656 c532 28e7  .F....VV.2(.
000cc90: 85ed 6b75 e5b4 eae5 f248 8863 5e4d 3139  ..ku....H.c^M19
000cca0: ac06 c5f8 c603 64f9 abc0 9a01 da34 18c6  .......d....4..
000ccb0: 4e69 c3dc 7d40 6d0c 5886 ef4a e85e c8d4  Ni..}@m.X..J.^
000ccc0: 808f e1c5 67a7 4c7b 7490 cfa5 ec62 10d9  ..g.L{t...b..
000ccd0: 1b53 fc1a 9932 a5be 2c70 262a f438 645c  .S...2,p&*.8d\V.p
000cce0: 5681 7084 1c0d c4b6 78c0 3e3d 23c6 fd15  V.p.....x.>=#..
000ccf0: 4ffd 6cf3 cac1 6004 e859 7fdb 4a48 68fa  O.l...`..Y..JHh
000cd00: ae15 93d4 c78f 5308 c4bd 1319 7f54 e42e  .....S.....T..
000cd10: 4b6e 7c15 c3c2 492a 7748 d4d1 0dbd c400  Kn|...I*wH........
000cd20: d007 b5f4 cba4 c845 4862 2d05 f742 41d6  .....EHb-..BA.
000cd30: 5660 af93 836c feed 7e57 2acb 4ee0 fe6d  V`...l..~W*.N..m.J
000cd40: 954a 9679 98d9 a45b 96b5 2d0f 79ef d4fb  .J.y....[...-.y..
000cd50: b137 114d f7c9 f38a 4b02 deac 68a0 16bb  .7.M...K..h....2
000cd60: f632 e50a e715 75ac aa4c aed8 a4fb b9d3  .2...u..L......
000cd70: 63bc c403 addd 1984 4479 716c e1d8 c61b  c......Dyql.......
000cd80: ebc3 805b 2555 2d56 7d61 7d85 57a2 f9fc  ...[%U-V}a}.W...
000cd90: 1cd8 3433 4065 c5a6 6e99 d5a1 8718 dfaf  ..43@e..n........
000cda0: ab19 17fa 2a38 6f7b 824b 0aed 7a2c 6a26  ....*8o{.K..z,j&
000cdb0: d684 99ce 7e9e 81cf 96e4 415a 2645 18f8  ....~....AZ&E....'j
000cdc0: 8d91 4f7e f0cf 276a ac9b 75e3 4feb 0c5b  ....~...AZ&E...O~..'j..u.O..Z
000cdd0: fe77 3b70 d8e1 e29f 269d 817f 6a1a aab0  .w;p....&...j....
000cde0: e597 0d25 db61 3a09 a4ad 9773 7ae8 03b6  ...%.a:....sz...
000cdf0: 7b34 3561 1758 fa9d 10d5 b64c 7274 1334  {45a.X....Lrt.4
000ce00: dc42 3857 4484 f031 4011 bf8e 439e a277  .B8WD..1@...C..w
000ce10: ffd2 6e6e b1fc c43a a48d cd81 7516 93f7  ..nn.......:....xEq.V^
000ce20: bb84 7845 71d1 565e 8bb8 f418 9f2a 860e  .xE...V^.....*..
000ce30: 2a1b b663 7300 a723 1a34 26a3 8066 3a23  *..cs..#.4&..f:#.....Q
000ce40: c1cc 0bef 0651 ebfc ef05 aa44 d2c4 f4ce  .....Q....D...
000ce50: 517f c8ea 25d7 a022 c39c 1cb2 b069 d623  Q....%...."...i.#mB..O.....C.X
000ce60: 6d42 9603 4f9a beac 088f dd43 f3a0 8058  mB..O.....C..X
000ce70: 3f74 dde4 e7da 6dd0 c269 9b52 0ac4 d004  ?t....m..i.R....P...=....X?
000ce80: 509a 091d 3ddf 8a10 db58 3f94 f045 4afc  ...=....X?..EJ.
000ce90: d735 2248 c511 9aea c8c3 f8e6 642f f209  .5"H......d/..B..;..3\06.%
000cea0: 42a5 9649 11b7 c7c8 a341 79aa 7d2f fc89  B..I.....Ay.}/....`g....
000ceb0: a7bb 6067 851a daaf  ..........w......}.Ay.}/....`g...
000cec0: 02aa bf8f 7f0a e4e0 77b1 d014 d5d9 c87d  ...}.....w......}.Ay.}/
000ced0: a341 79aa 7d2f fc89 a7bb 6067 851a daaf  .A.y.}/....`g....
000cee0: 5a11 17cc e4f6 9924 e3d8 dc9b 8154 688d  Z....$.....Th....\>N"cb
000cef0: 8d81 9532 8b79 9f4f d26b b83a 5b8e 6294  ...2.y.O.k.:[.b.
000cf00: 21b3 7a78 f051 1403 953c 6dd0 7298 ebbb  !.zx.Q...<m.r........y7....
000cf10: 1ede 04c3 f209 e391 dc79 37ea e3bb 1dc7  .........y7....
000cf20: 5edc 5353 45f6 8948 7f6a 6caf c70b 1786  ^.SSE..H.jl.....Gq..A($.J.a...q
000cf30: 0547 71ed df41 2824 974a ce61 84e2 ac71  .Gq..A($.J.a...q
000cf40: 8928 39a1 d0ac 496c 90b7 8ed0 c29e 1d91  .(9...Il.......!.3.D-.Z.E.d.9.o
000cf50: 219a 33ca 442d c45a 9545 0c64 b339 086f  .3..D-.Z.E.d.9.o
000cf60: e05b f194 2cca b9c4 1ef1 5bb0 734c 7973  .[......[.sLys.o"n.l..9..&.I9
000cf70: bc6f 226e fd6c a6c2 9639 adf4 261c 4939  .9..&.I9
000cf80: 4546 ffaf eba6 a24a 4980 c017 2ddc c7cd  EF....JI...-....$.J.a....9
000cf90: 0f13 4c7d 1061 84f6 34b8 ce1e 13c2 fd39  .O.....F..T.V..9..up.)(Z..l.t..
000cfa0: a74f 1ab8 80e1 af46 172e a054 e156 b1b9  .O.....F..T.V..9..up.)(Z..l.t..
000cfb0: 39dc e375 70b9 2928 5a9f 186c b174 01ab  .....up.)(Z..l.t..
000cfc0: e42b 7e54 9ca3 6c05 0584 8b22 9bb0 45d2  .+~T..l...."..E..@8....$c.7.N...
000cfd0: d140 38b6 bdfe 9b24 63d6 37a3 4ec1 cb05  .@8....$c.7.N...
000cfe0: 1615 e3f7 91e4 eb06 5d6f 5683 eebe ed5b  ........]oV...[.xr.O."...;4x.SJ
000cff0: b078 72ad 4fe7 2297 91f2 3b34 78b1 534a  .xr.O."...;4x.SJ
```

```
000d000: e7f8 7617 8ec8 ffd4 6e4e 4379 4c2d 96c8  ..v...nNCyL-..
000d020: c57d f8e1 249e bb4d d93b e7af 453b 57c7  .}..$..M.;..E;W......Z..f.L....
000d040: 0cc1 f391 c773 2e2b b575 c082 a701 3f14  .....s.+.u....?....[.[!BN....$..
000d060: 4e6d 266f 5500 bced 7079 0fd3 47dd 542e  Nm&oU...py..G.T....C.F.=.....
000d080: 396a 0240 fced 7426 4caa 8aa9 26d0 2185  9j.@..t&L...&.!....7T.)...eA.9qe
000d0a0: 6e65 e409 7e73 123d 5013 b114 886f 3018  ne..~s.=P....o0..IR..Q.1..?fM{.1
000d0c0: 2ac6 9558 9b1f 8915 1525 aa32 f2b1 325a  *..X.....%.2..2Z.....4..._.r..D
000d0e0: bf50 c354 bb3b bbdd 2bf9 d694 f726 9452  .P.T.;..+....&.R.....|.V.*......
000d100: 3f0a 21b7 c912 6728 8322 71d9 9f16 05d3  ?.!...g.("q......<...W/.1....SL..
000d120: edc7 5811 631c 99fa 5cf9 dd26 ae9e 1e76  ..X.c...\..&..v...M.`5\vzC...i.
000d140: d787 22cb 9f13 8200 ded3 2782 026c 6995  ..".....'..li..w......K...s]..
000d160: d0ca fe5b 1836 d6d4 d7c9 4008 65a6 6e07  ...[.6....@.e.n..i......bF..B}K..
000d180: 1495 f26b 2b54 c675 5986 ec02 67d1 9b01  ...k+T.uY..g......[.........o..
000d1a0: b619 fb2a 5324 553f b07a ccdf 838e 01e2  ...*S$U?.z.......}.t..`..D.0..U.
000d1c0: c459 633b 1885 4412 014d 98b0 7a88 b4c4  .Yc;..D..M..z...t..7...0..@,'.._
000d1e0: 4d3a d2d2 e23d 2075 f00b b144 ccca eef3  M:...= u....D........0.q..C.~.
000d200: 84c4 3779 720c 1f69 476e 713a f9d2 25ab  ..7yr..iGnq:..%..G....Yj.IA#.Q.A
000d220: c255 424b 956a 9349 27b2 a070 3c3f be5b  .UBK.j.I'..p<?.[..Jew>.....#.
000d240: 0ee2 0c65 93a1 68e0 b3ac 8dbc c28d e18f  ...e..h.......=3..t..6.}-...:.
000d260: bb33 478f a893 6d80 3b4b bec0 053a 90db  .3G...m.;K....:.f.Q..."`k...9...
000d280: 8637 4d3c f616 ea6b 8f93 3fb3 30c6 8518  .7M<...k..?.0...`gj.W.=.>...~..
000d2a0: 981c f67a 3dee d55f 295d 3c9e d1ca 2d3b  ...z=..._)]<...-;^...Y...d..*....
000d2c0: 883c 2f22 e526 fe44 6f3c 36f4 57f8 e406  .</".&.Do<6._.@o9..L...jPS..x.K.
000d2e0: 1421 ffc2 f48b ad06 9314 8a2f a895 ac45  .!......./...E{......>.U......\.
000d300: 117d edbd d52f 3d39 9d1b 78e5 e0fb 67a5  .}.../=9..x...g.a.gs..:P.VI**...
000d320: 4bf0 79eb 4a6e 3992 973f 4add 8d91 76b2  K.y.Jn9..?J....v...I.} .&......
000d340: 7d14 e223 28fb fe2c e0e0 b02d 0257 a442  }..#(....-..W.B....|Z2....l....
000d360: 3f29 b1af 252d da7a 4719 6f04 6689 8344  ?)..%-.zG.o.f..D.......a.o....
000d380: c1f0 c6b0 6c7f 71fb 0cf7 2264 f25b 27be  ....l.q..."d.['....?..{..qKu.9|.
000d3a0: bf4f 2527 81f2 be4e 0152 abda 176b 1879  .0%'...N.R...k.yr..$.......X.{..
000d3c0: e71c 97b9 6bf2 0535 8f35 2f26 cc9a d709  ....k..5.5/&....^.h......k..M.:
000d3e0: b688 78d9 1c6e dcc8 ba94 aad8 0f2d 7fff  ....x..n....&.q..s..khA9.+M.
000d400: 7f93 413f a5c3 4786 edeb 51bb f3c5 a4b8  ..A?..G...Q.....3..U=A..0.o*.".
000d420: 4771 fbe6 dbe8 bbc2 0088 7621 b97e efdc  Gq........v!.~...f&B..`[..O.Z...
000d440: b1d2 8640 1cfc 6952 2fee 9d0b 0040 1b08  ...@..iR/....@..A.........4.#*...
000d460: 7039 e8c8 c91a 3ec4 6e33 f68f 5ac6 655f  p9....>.n3..Z.e_a..&..h.H..Fq.?l
000d480: e530 f713 2ad0 b6fc 39f5 69bc cef4 57ef  .0..*...9.i...W...H...7|......<
000d4a0: 8aaf d449 488e ac58 2ba6 8f71 d63c 802e  ...IH..X+..q.<..=?.Lk.....{W.U..
000d4c0: baaa abe9 1766 e098 d870 e29a cdb3 87a8  .....f...p.......R...u.>M.S....
000d4e0: b6d6 ff37 4ae5 bc58 c840 f7bc ddf5 5e93  ...7J..X.@....^.qJ.dD(B..#.....a
000d500: b62b adad 2daf 9ba0 d3b0 0faf 0098 fa3f  .+..-........?B..........
000d520: bdcf 7492 4d42 a74b 70d6 5798 65cf 7bbb  ..t.MB.Kp.W.e.{....3.n.%7FP.Zw..2
000d540: b586 6daf 3a30 e40a cacd 0819 242d d89a  ..m.:0......$-....M.dy...+.r..
000d560: c611 1adf 01ab eb02 71b4 81e4 6b52 b4c7  ......q...kR......K.....y....
000d580: 2d9e b458 68ea 9b0e 049c 4b13 a9ab b755  -..Xh....K....U`m.......{VD...
000d5a0: 4b9d 8d00 b7df d904 c087 bceb e65e 0589  K............^......4....D...>
000d5c0: 1fa6 909a f404 c3cc efb9 1520 0232 f91b  ........ .2..Z......^.&&..>/mY
000d5e0: 71a0 bd60 4cf7 ba00 470c c3a7 8e77 5651  q..`L..G....w..wVQ'!>|e.......R
000d600: 4d9b 29cb 363b b614 8cfb f7ef f0d4 9091  M.).6;..........p...v7.".......
000d620: f692 aed8 94a3 5d43 3c81 6867 cfad f3c1  ......]C<.hg.......?..k..A..P..>.
000d640: 88aa 682b 68bd 7631 6ebb 45a3 6b5e d7cb  ..h+h.v1n.E.k^...0....^.$...t.2..
000d660: 34b0 d527 e7b6 a283 faf0 cdfa c1a0 5481  4..'.........T...b..#.j...&.".B
```

```
000d680: eb0a 0552 3c5d c2be d044 cac6 ceac a24a  ...R<]...D.....J
000d6a0: c78f 7319 2fc7 3040 d46e 6f06 2b93 e017  ..s./.0@.no.+...
000d6a0: c78f 7319 2fc7 3040 d46e 6f06 2b93 e017 d759 de65 02df ceaa 9de1 a8ba eca9 2d47  ..s./.0@.no.+....Y.e.........-G
000d6c0: a6d6 fdef 3799 c0b7 b169 3b92 9b79 8e64 0cd2 8914 b984 0271 aa60 c782 3516 f385  ....7....i;..y.d.......q.`..5...
000d6e0: b7eb f1c9 155c 407d 5a21 84e4 a2f4 1fc3 2c00 52d1 4c73 8718 b069 3e5e 206c 9533  .....\@}Z!......,.R.Ls...i>^ l.3
000d700: 0859 a542 46f9 b0aa adf0 4bb2 0ab4 7d47 3650 e6e3 74a3 c187 b420 0f99 7cce ff08  .Y.BF.....K...}G6P..t.... ..|...
000d720: 668a 9677 6e88 cda2 9279 b75e 3e08 08e9 9fac 38f4 4865 a847 7c55 ea13 14f6 c6bf  f..wn....y.^>.....8.He.G|U......
000d740: b28d 8e7b 10bc 3578 e77f f341 4ae8 ac4c ad65 d22f a00a 5131 3516 bd1d 3470 870b  ...{..5x...AJ..L.e./..Q15...4p..
000d760: 7616 8ae7 bbd5 3092 7fdc 1fd1 a573 02b4 fb68 56d7 9c87 4986 906e 9bf7 0751 7ec1  v.....0......s...hV...I..n...Q~.
000d780: 7ce8 fc7e 48dd a114 467b f7ab 5d07 af0b 923d 6565                                |..~H...F{..]....=ee
```