# EXHIBIT 14

HIGHLY CONFIDENTIAL

1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF VIRGINIA
3  _____
4  BMG RIGHTS MANAGEMENT      )
5  (US) LLC, and ROUND HILL   )
6  MUSIC LP,                  ) No. Case No.
7          Plaintiffs,        ) 1:14-cv-1611(LOG/
8     V.                      ) JFA)
9  COX ENTERPRISES, INC.,     )
10 COX COMMUNICATIONS,        )
11 INC., COXCOM, LLC,         )
12         Defendants.        )
13 _____)
14
15            HIGHLY CONFIDENTIAL
16
17   VIDEOTAPED DEPOSITION OF ROBERT STEELE 30(B)(6)
18              Los Angeles, California
19              Wednesday, July 29, 2015
20
21 Reported by:
22 LORI M. BARKLEY
23 CSR No. 6426
24 Job No. 2111442-B
25 PAGES:  1 - 52

| | | |
|---|---|---|
| 1 | "TRANSCRIPT DEEMED HIGHLY CONFIDENTIAL" | |
| 2 | | |
| 3 | Los Angeles, California, Wednesday, July 29, 2015 | |
| 4 | 5:09 p.m. | |
| 5 | | 17:09:14 |
| 6 | VIDEO OPERATOR: We are on the record at | 17:09:28 |
| 7 | 5:09 p.m., on July 29th, 2015. This is the video | 17:09:30 |
| 8 | recorded deposition of 30(b)(6) Robert Steele. | 17:09:36 |
| 9 | My name is Julian Shine, here with our court | 17:09:40 |
| 10 | reporter, Lori Barkley. We are here from Veritext | 17:09:42 |
| 11 | Legal Solutions at the request of counsel for | 17:09:50 |
| 12 | defendants. | 17:09:52 |
| 13 | This deposition is being held at 2121 Avenue | 17:09:52 |
| 14 | of the Stars, in Los Angeles, California. Caption of | 17:09:55 |
| 15 | this case is BMG Rights Management, LLC, et al., | 17:09:57 |
| 16 | versus Cox Enterprises, Incorporated, et al., Case | 17:10:01 |
| 17 | Number 1:14-cv-1611 (LO/JFA). | 17:10:04 |
| 18 | Please note that audio and video recording | 17:10:15 |
| 19 | will take place unless all parties agree to go off | 17:10:18 |
| 20 | the record. Microphone are sensitive and may pick up | 17:10:20 |
| 21 | whispers, private conversations and cellular | 17:10:24 |
| 22 | interference. | 17:10:26 |
| 23 | I'm not authorized to administer an oath. | 17:10:27 |
| 24 | I'm not related to any party in this action, nor am I | 17:10:30 |
| 25 | financially interested in the outcome in any way. | 17:10:32 |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | If there are any objections to proceeding, | 17:10:36 |
| 2 | please state them at the time of your appearance, and | 17:10:37 |
| 3 | we'll begin with appearances with the noticing | 17:10:40 |
| 4 | attorney. | 17:10:42 |
| 5 | MR. NERCESSIAN: This is Armen Nercessian of | 17:10:42 |
| 6 | Fenwick & West, representing the defendants. And | 17:10:45 |
| 7 | with me are my colleagues, David Hayes of Fenwick & | 17:10:48 |
| 8 | West, and our summer associate, Eric Dunn, and also | 17:10:54 |
| 9 | accompanying us is William Rosenblatt and Christopher | 17:10:57 |
| 10 | Rucinski. | 17:11:04 |
| 11 | MR. CARACAPPA: John Caracappa from | 17:11:06 |
| 12 | Steptoe & Johnson from Rightscorp. | 17:11:08 |
| 13 | MS. JOHNSON: Stephanie Roberts from | 17:11:10 |
| 14 | Steptoe & Johnson for Rightscorp and Plaintiffs. | 17:11:11 |
| 15 | MR. CARACAPPA: Greg Boswell from Rightscorp | 17:11:17 |
| 16 | is here as well. | 17:11:19 |
| 17 | VIDEO OPERATOR: Thank you. | 17:11:19 |
| 18 | The witness will be sworn in and Counsel may | 17:11:20 |
| 19 | begin the examination. | 17:11:23 |
| 20 | | |
| 21 | ROBERT STEELE, | |
| 22 | having been administered an oath, was examined and | |
| 23 | testified as follows: | |
| 24 | | |
| 25 | | |

| | | |
|---|---|---|
| 1 | Q.   What role do you have? | 18:23:06 |
| 2 | A.   I explain business objectives to Greg in a | 18:23:19 |
| 3 | way that they -- that he can put them into -- into | 18:23:24 |
| 4 | software. | 18:23:30 |
| 5 | Q.   Do you know what a version control system | 18:23:33 |
| 6 | is? | 18:23:36 |
| 7 | A.   Yes. | 18:23:37 |
| 8 | Q.   Have you ever used a version control system? | 18:23:39 |
| 9 | MR. CARACAPPA:  Object as outside the scope. | 18:23:43 |
| 10 | Asked and answered. | 18:23:51 |
| 11 | And I'm not going to let you ask the same | 18:23:52 |
| 12 | questions of the witnesses, so I'll give you a little | 18:23:54 |
| 13 | leeway, but I think that Mr. Boswell testified a fair | 18:23:58 |
| 14 | amount about version control systems. | 18:24:01 |
| 15 | MR. NERCESSIAN:  And this is the business | 18:24:04 |
| 16 | rules behind the software development. | 18:24:05 |
| 17 | MR. CARACAPPA:  I think that the testimony | 18:24:11 |
| 18 | is duplicative of what Mr. Boswell's already | 18:24:13 |
| 19 | testified to.  This question I think you're asking | 18:24:18 |
| 20 | for Robert's personal experience, which is fine, but | 18:24:20 |
| 21 | again, we spent probably 45 minutes on this with | 18:24:26 |
| 22 | Greg. | 18:24:33 |
| 23 | So the question is:  Have you ever used a | 18:24:35 |
| 24 | version control system? | 18:24:37 |
| 25 | THE WITNESS:  I've worked for companies that | 18:24:38 |

| | | |
|---|---|---|
| 1 | used version control systems.  As I sit here, I don't | 18:24:40 |
| 2 | have any direct recollection of me logging in and | 18:24:44 |
| 3 | personally using the systems. | 18:24:47 |
| 4 | BY MR. NERCESSIAN: | 18:24:48 |
| 5 |     Q.  What version control systems do you have | 18:24:49 |
| 6 | experience with? | 18:24:51 |
| 7 |     A.  The last time would have been 15 years ago, | 18:24:56 |
| 8 | and I don't recall the name of the tool. | 18:24:58 |
| 9 |     Q.  Did you consider using a version control | 18:25:01 |
| 10 | system in connection with software development at | 18:25:05 |
| 11 | Rightscorp? | 18:25:09 |
| 12 |     A.  No. | 18:25:12 |
| 13 |     Q.  Why not? | 18:25:14 |
| 14 |     A.  We're a small company with one developer. | 18:25:17 |
| 15 |     MR. NERCESSIAN:  Lori, I'd like to use what | 18:25:47 |
| 16 | we have previously marked as Boswell 25. | 18:25:48 |
| 17 |     Q.  Mr. Steele, do you recognize the exhibit | 18:27:06 |
| 18 | before you? | 18:27:08 |
| 19 |     A.  No.  This is the first time I've seen this. | 18:27:08 |
| 20 | ==Q.  I refer your attention to paragraph 35 of== | ==18:27:11== |
| 21 | ==the report.  You can just read it to yourself.== | ==18:27:34== |
| 22 | ==A.  I've read it.== | ==18:28:27== |
| 23 | ==Q.  Okay.  So paragraph 35 contains two== | ==18:28:28== |
| 24 | ==statements of representations made to Barbara== | ==18:28:34== |
| 25 | ==Frederiksen-Cross by you.  The first is that== | ==18:28:37== |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Sampleit 2 or Sampleit 3 uses a ratio that affects | 18:28:49 |
| 2 | the number of files downloaded. | 18:28:55 |
| 3 |     Do you recall making that representation to | 18:29:02 |
| 4 | Miss Frederiksen-Cross at any point? | 18:29:04 |
| 5 |     MR. CARACAPPA: Objection to the extent it | 18:29:05 |
| 6 | mischaracterizes the document, lacks foundation. | 18:29:07 |
| 7 |     But you can answer the question, if you | 18:29:10 |
| 8 | recall. | 18:29:13 |
| 9 |     THE WITNESS: This is the first time I've | 18:29:18 |
| 10 | seen the report. I've read 35 and I've read 52. I'm | 18:29:19 |
| 11 | familiar with how -- | 18:29:25 |
| 12 |     MR. CARACAPPA: Just to be clear, 35 I think | 18:29:26 |
| 13 | refers to paragraph 52 of the Rucinski report, right? | 18:29:32 |
| 14 |     MR. NERCESSIAN: That's correct. | 18:29:35 |
| 15 |     MR. CARACAPPA: Not paragraph 52 of the | 18:29:36 |
| 16 | Barbara report. | 18:29:39 |
| 17 |     THE WITNESS: Right. So having never seen | 18:29:42 |
| 18 | this report, so I'm familiar with how Sampleit 2 | 18:29:43 |
| 19 | works, I'm familiar with how Sampleit 3 works, but | 18:29:46 |
| 20 | having never read this report, I'm not -- as I sit | 18:29:51 |
| 21 | here, I'm not sure what she's referring to by the | 18:29:55 |
| 22 | term "sampling ratio." | 18:29:57 |
| 23 |     If I conferred with Greg, I could be more | 18:29:59 |
| 24 | certain, but -- but it's not clear to me what she | 18:30:02 |
| 25 | means by "sampling ratio information." | 18:30:11 |

```
 1   BY MR. NERCESSIAN:                                        18:30:12
 2       Q.   Okay.  Does Sampleit 3 collect two songs per     18:30:13
 3   peer, per Sampleit run?                                   18:30:25
 4       A.   I'm not certain.                                 18:30:40
 5       Q.   Do you remember making a representation that     18:30:41
 6   Sampleit 3 collects two songs per peer per Sampleit       18:30:44
 7   run to Barbara Frederiksen-Cross?                         18:30:48
 8            MR. CARACAPPA:  Objection.  Form, outside        18:30:56
 9   the scope.                                                18:30:57
10            You can answer it to the extent you remember     18:30:58
11   it.                                                       18:30:59
12            THE WITNESS:  I don't -- I do not remember,      18:31:00
13   but that -- but I'm not conflicting what she said.        18:31:01
14   It could have been two years ago, the conversation.       18:31:05
15   BY MR. NERCESSIAN:                                        18:31:18
16       Q.   I just want to refer your attention to --        18:31:18
17   actually, strike that.  I'm good with this exhibit.       18:31:38
18            Does the Sampleit 3 code collect two songs       18:31:42
19   today?                                                    18:31:52
20       A.   I'm not certain.                                 18:31:55
21            MR. NERCESSIAN:  Can we take five?               18:32:04
22            MR. CARACAPPA:  Yep.                             18:32:05
23            MR. NERCESSIAN:  That's good.                    18:32:06
24            VIDEO OPERATOR:  We are off the record at        18:32:08
25   6:32 p.m.                                                 18:32:09
```

HIGHLY CONFIDENTIAL

```
 1   STATE OF CALIFORNIA        ) ss.
 2   COUNTY OF LOS ANGELES      )
 3
 4        I, Lori M. Barkley, CSR No. 6426, do hereby
 5   certify:
 6        That the foregoing deposition testimony
 7   taken before me at the time and place therein set
 8   forth and at which time the witness was administered
 9   the oath;
10        That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me, and
13   were thereafter transcribed under my direction and
14   supervision, and that the foregoing pages contain a
15   full, true and accurate record of all proceedings and
16   testimony to the best of my skill and ability.
17        I further certify that I am neither counsel
18   for any party to said action, nor am I related to any
19   party to said action, nor am I in any way interested
20   in the outcome thereof.
21        IN WITNESS WHEREOF, I have subscribed my
22   name this 30th day of July, 2015.
23              [signature]
24        _____
25              LORI M. BARKLEY, CSR No. 642615
```

Page 52