# EXHIBIT 17

|  | *infractions* Table[1] | *infractions* Table Filtered by Asserted Works[2] | Sample Files on Hard Drives[3] | Sample Files on Hard Drives Filtered by Asserted Works[4] |
|---|---|---|---|---|
| Total Number of Records/Files | 14,817,130 | 2,537,227 | 702,201[5] | 116,421[6] |
| Total Number of Files With a Matching *infractionguid* in the *infractions* Table | N/A | N/A | 499,024 | 116,421 |
| Total Number of Files Without a Matching *infractionguid* in the *infractions* Table | N/A | N/A | 203,177 | 0 |
| Total Number of Records/Files Before November 26, 2014[7,8] | 10,621,115 | 2,017,842 | 702,201 | 116,421 |
| Total Number of Records/Files On or After November 26, 2014 | 4,196,015 | 519,385 | 0 | 0 |

---

1 Data from the *infractions* table was produced by Rightscorp in a CSV file, RGHTS00011291_STEPRIGHT00006233. All of the rows in the produced *infractions* table have an *ispemail* value of "abuse@cox net"
2 Filtering by Asserted Works returns all rows from the *infractions* table where the artist and title match the artist and title for a row in the list of works from TK (Index of Rog 1 1st Supp Response (RH and BMG)(Ext)).
3 This refers to the two hard drives that were produced at the deposition of Greg Boswell on July 3, 2015. TK - no Bates numbers, attach photographs instead?
4 Filtering by Asserted Works returns all sample files where the artist and title from the corresponding row in the *infractions* table (based on matching infractionguid values) match the artist and title for a row in the list of works from Schedule B appendend to Round Hill's First Supplemental Response to Defendant CoxCom, LLC's Interrogatory Nos. 1, 2, 8, and 9 and Schedule C appended to BMG's Second Supplemental Response to Defendant CoxCom, LLC's Interrogatory No. 1.
5 The files on the two hard drives have 657,234 unique infractionguid values. One file, "/72.199.44.196/30811/TC-c1576235-0962-4226-b692-cc1543966b54_fd950da3-b6f0-4905-a5f5-6cdd23bbd49e_MGMT - Oracular Spectacular03 The Youth.mp3", exists on both hard drives.
6 Out of these 116,732 files, there are 106,032 unique infractionguid values.
7 November 26, 2014 is the date on which Plaintiffs filed their complaint
8 For the *infractions* table, the date is found in the idate field. For the Sample Files on Hard Drives, the date is found in the putin field of the *TorrentSampleIndex* table (produced in a CSV file, RGHTS00016153). The date range for the *infractions* table is March 7, 2011 (7:46:03 AM) through April 19, 2015 (7:39:06 AM). The date range for the Sample Files on Hard Drives is February 1, 2014 (12:00:27 AM) through August 28, 2014 (11:13:46 PM).