**Pursuant to Court Order (Dkt. No. 297), exhibits to the foregoing will be filed on disc.**

***BMG RIGHTS MANAGEMENT (US) LLC, ET AL.***
***V.***
***COX COMMUNICATIONS, INC., ET AL.,***
**CIVIL ACTION NO. 1:14-CV-1611 (LOG/JFA), IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**