IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMG RIGHTS MANAGEMENT )
(US) LLC, *et al.*, )
)
       Plaintiffs, )
)
v. ) Civil Action No. 1:14cv1611 (LO/JFA)
)
COX COMMUNICATIONS, INC., *et al.*, )
)
       Defendants. )
)

### ORDER

It is hereby ORDERED that the hearing on plaintiffs' motion to seal and motion for evidentiary sanctions (Docket nos. 336, 339) noticed for a hearing on Friday, October 2, 2015 (Docket nos. 338, 342) is continued to **Friday, October 9, 2015 at 10:00 a.m.** Any response or opposition to these motions shall be filed by 5:00 p.m. on Friday, October 2, 2015 and any reply by 5:00 p.m. on Tuesday, October 6, 2015.

Entered this 28th day of September, 2015.

                                              /s/
                                    John F. Anderson
                                    United States Magistrate Judge
                                    John F. Anderson
                                    United States Magistrate Judge

Alexandria, Virginia