# EXHIBIT 5

**Conversation with cbsatljz at mer 30 jun 2010 12:43:04 EDT on G Chaos L2 (aim)**

(12:43:19) **G Chaos L2:** Yesterday...
3459 **(autodelete:now) Auto deleting email from /dmca@payartists.com/
(12:44:22) **G Chaos L2:** that's more than the total of all other dmca recd yesterday
(12:44:28) **G Chaos L2:** funny
(13:11:47) **cbsatljz:** wow
(13:11:52) **cbsatljz:** they really need money
(13:11:57) **cbsatljz:** f them!!
(13:12:42) **G Chaos L2:** artists probably make more in "settlements" than in royalties

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00006352