**Exhibit 63**

**October 13, 2015 Declaration of Michael J. Allan**

MY SUBREDDITS ▾ | FRONT - ALL - RANDOM | GADGETS - SPORTS - GAMING - PICS - WORLDNEWS - VIDEOS - ASKREDDIT - AWW - MUSIC - FUNNY - | MORE »



NOVA | comments | related | want to join? sign in or create an account in seconds | English

### Verizon or Cox for Internet? (self.nova)

16

submitted 1 year ago by bugabob

> The snow storm has me thinking about what's really important in life, like reliable high-speed internet access.
>
> I'm about to move to Burke and I have the choice of Cox or Verizon for internet service. I've always had Verizon phone service and I'm a fan, anyone have any opinions on their internet service?
>
> Also, I'm looking for the best service, not the cheapest. Thanks!

52 comments   share

this post was submitted on 10 Dec 2013

**16** points (84% upvoted)

shortlink: http://redd.it/1sjnm3

☐ remember me    reset password    [login]

**Submit a new link**

**Submit a new text post**

all 52 comments
sorted by: best ▾

### Northern Virginia

[subscribe]  14,964 Members of the Commonwealth
◯ ~67 Members of the Commonwealth

A subreddit for the residents and guests of Northern Virginia.

**Rules!**

- No personal information. (We will remove the comment)
- Don't be a jerk! (Save it for /r/circlejerk)
- No posting about buying or selling guns.
- No posting about drugs, or other illegal/potentially illegal items
- No spam!
- If you want to make a post about stuff you are selling, make it a self post. The community can decide if they approve of it or not via voting.
- **If you are going to report a comment/submission *please* drop the mods a message about the reported comment/submission**

And finally, please abide by Reddiquette

Meetups and Events!
NOVA Redditors Facebook
We're also on IRC #r/nova

---

[–] **blueboybob** DC Southwest Waterfront   35 points 1 year ago

FiOS if at all possible!

permalink

  [–] **D_Robb**  5 points 1 year ago

  I decided to keep Cox after moving to a new apartment...they didn't bother to tell me that my $99 triple play expired on the one year anniversary and also didn't tell me the installation at my 2nd apartment would be $80. I specifically asked what the monthly fee would stay the same and they said it would, though I didn't ask about an installation fee.

  When I received the bill, I dropped them and switched to FiOS which was faster and included a wireless router (Cox did not).

  permalink   parent

[–] **thekiwi99** Springfield   7 points 1 year ago

I'm happy with FIOS; we have 50/25 and I regularly find that I get higher. But be prepared to buy a better router or use your own, the routers they give - or at least the one they gave us - are terrible.

[–] **d0ndieg0** 6 points 1 year ago

No one seemed to mention that Cox is starting to implement data caps on their customers. If you current Cox customers didn't know go ahead and look up the Cox Usage Data Meter when you are logged onto Cox.net. The caps go are based on the internet plans, better speed you pay for the higher the cap. Verizon has said that they do not plan on implementing a cap as they were boasting that FIOS can handle anying their customers could throw at it.

permalink

[–] **commandx** Springfield 6 points 1 year ago

They've had data caps for forever, recently they started notifying people of overages.

We typically go over our 350gb cap by 100 gigabytes. Nothing yet, and we're up to 5 or 6 scary emails.

permalink parent

[–] **Dread_Pirate** 1 point 1 year ago

I now feel guilty for not seeding. This was my excuse.

permalink parent

[–] **push_ecx_0x00** 1 point 1 year ago

Get a seedbox. You won't have to pay through the roof to get good rates (500 Mbit). And you'll have like a 1 TB cap.

permalink parent

[–] **mikachux3** 6 points 1 year ago

Verizon. No question. I had Cox for a long time, and then Comcast elsewhere. My fiance's family always had Verizon, and when we moved into our new place, we were so glad it offered Fios.

Now if only I loved Verizon wireless that much. Awesome service, HORRIBLE customer service. (And they're damn expensive.)

permalink

[–] **kjrice** 3 points 1 year ago

I have had both and Fios is better. Their customer service is a little less helpful and price is a little higher but their internet product is superior in terms of speed.

permalink

[–] **Falldog** 3 points 1 year ago

### Freenode Link!

Other subreddits to check out:

Washington DC
DC Area Motorcycle Riders
Virginia
Nova Board Games
Richmond
West Virginia Eastern Panhandle
Nova Mental Health Meetup

Colleges/University Communities

NVCC
GMU
JMU
UMW
AU
GW

Looking For A Place To Rent In D.C/NoVa?
Try Padmapper
/r/DCforRent
/r/novarent

Looking for a new place to eat?

Looking for work in the DC Metro Area?
/r/DCJobs
/r/novajobs

created by [deleted]                a community for 5 years



discuss this ad on reddit

MODERATORS                    message the moderators
ibrahimsafah AB the most chillin-est H-town
ezgc
CoolJBAD that one guy with the meetups S. Arlington
SwtSthrnBelle FFX
pet_the_puppy

FiOS puts some downright incompetent people on the line sometimes.

about moderation team »

permalink  parent

[–] **Dread_Pirate**  1 point 1 year ago

The counter-argument for this though, is that I rarely have to deal with FIOS customer service. Cox has messed up my bill twice now, bitched about download limits they never told me about, and basically told me it's not there fault I don't get the bandwidth I pay for. The only reason they're my ISP is lack of options.

permalink  parent

[–] **metalworkllc**  3 points 1 year ago

I've only had Verizon since moving here but I noticed that Cox will rent you a modem with dual band (2.4 GHz and 5 Ghz) Wifi if that's important to you. The wifi router that Verizon gave us is only single band.

I pay for the 50/25 service and speedtest.net shows 58/38.

permalink

[–] **dbf8**  1 point 1 year ago*

Both routers they give you are pretty terrible. Just hook up your own.

permalink  parent

[–] [deleted] 1 year ago

[deleted]

[–] **Dread_Pirate**  2 points 1 year ago

Having had fios in my last two places and now finding it unavailable I can say it will be a priority in the next apartment I look for.

permalink

[–] **WhySheHateMe**  9 points 1 year ago

FiOS!!!! Never choose anything else if you can get FiOS!

permalink

[–] **hoyasaxa1980** Annandale  1 point 1 year ago

As someone whose apartment complex is about to get wired for FiOS, can I ask why you prefer it so much over cable?

permalink  parent

[–] **WhySheHateMe**  2 points 1 year ago*

Because compared to Comcast and Cox, FiOS is the best. Its no bullshit, I call them and order cable...tell them I want to install it myself, no problem (unless my home isn't setup for it yet.). I tell that to Comcast and Cox and they try to talk me to death.

The speeds are great, I think the cost of their packages are worth it for the quality of what you get. Its been hassle free for me in my experience. Of course, people will tell you the same thing about Comcast or Cox...so, its really up to you.

permalink  parent

BMG00013179

[−] **Kadin2048** Annandale  6 points 1 year ago

I have Cox and like it; they're 10,000x better than Comcast (not that it's saying much; two tin cans and a string would be better than Comcast).

They don't advertise this, but if you get just internet access through them, you'll end up getting a certain subset of basic cable channels regardless due to the way that Internet works. Some are even in HD. Kinda nice. Also, all the annoying taxes/fees that drive up the cost of cable are attached to TV service, not to Internet, so your $49.95/mo internet plan really is $49.95/mo.

I just got a note from them telling me that I'm going to have to get a DOCSIS 3.0 modem in order to get the latest round of speed upgrades, but that seems pretty reasonable. (And I'm sure they'd rent me one but I prefer to buy my own equipment rather than pay monthly for it forever.)

All in all, pretty happy with them. FIOS might be faster but I'm not even on the top-tier cable Internet plan, so it doesn't seem to have much of a benefit for me

Edit: And yeah, as others have said, Cox seems to have a ... surprisingly lax attitude to downloading/Bittorrent. FIOS doesn't. Most of my friends who have FIOS have a wall where they tack up nasty letters from Verizon; I've never gotten one in 5+ years as a Cox customer.

permalink

[−] **joejoe2213** Fairfax - 22033 (Franklin Farm CDP)  3 points 1 year ago

I pay for 15/5 (down/up) package from Fios and regularly get in the 20s/high single digits. They are constantly trying to get me (via pop ups on bill pay online and on TV screen) to pay more for 50/25. Streaming various media - Netflix, MLB.tv, NHL Gamercenter - over Roku has been fine.

permalink

[−] **inever**  3 points 1 year ago

The regular Fios package is fine for speed. The main problem with Verizon is that they let their peering connections go to shit for sites like Youtube, Amazon Prime, and Netflix because they are leveraging their position to try to get the content providers to pay them more. But I doubt that it's going to be any better for Cox or Comcas so I will begrudgingly accept Verizon until someone else comes around (which probably won't be until 2016+). Afaik getting a faster speed won't help with the peering problems.

permalink  parent

[−] **joejoe2213** Fairfax - 22033 (Franklin Farm CDP)  2 points 1 year ago

Since you seem to know what you're talking about (no sarcasm), if I'm doing fine with 15/5 - as mentioned, no issues with Roku streaming - what would I have to gain by going to 50/25?

permalink  parent

[−] **inever**  3 points 1 year ago*

Probably nothing other than faster speedtest rates. Verizon wants to push the 50/25 because they know it isn't going to cost them much. This is also why you can generally get discounts on premium channels or other additions. If it doesn't cost Verizon much to provide the service, they would rather you have it at a discount.

The primary reason to want a faster speed is if you have multiple data intensive activities ocuring at the same time (e.g. several people streaming HD). Netflix lists recommended HD download speeds as 5 Mb/s https://support.netflix.com/en/node/306.

The other reason you'd want a faster speed is if you did a substantial amount of data

> transfer at uncapped speeds. Most websites will normally put caps on download speeds, but for a few sites it may be limited on your end. Regardless, that really only matters if you are transferring GBs worth of data and your time is a priority. One nice thing about Fios is that there is no data cap that I'm aware of (breaking the ToS is a different matter). When I had Comcast I did have a datacap of 250 GB, I never came close to going over that.
>
> I don't have a Roku, but the 15/5 speed seems to fine for most people.
>
> permalink  parent

>> [–] **joejoe2213**  Fairfax - 22033 (Franklin Farm CDP)  1 point 1 year ago
>>
>> Awesome, thank you. Yeah, correct about no data cap for Verizon. I had the same cap you mention for Comcast and never came close (despite streaming 3 hours MLB games several nights a week). I think Comcast may have done away with the cap though.
>>
>> permalink  parent

[–] **crzfirensfw**  3 points 1 year ago

If you want to obtain things in less than a legal fashion, COX does not care, Verizon does.

permalink

> [–] **WhySheHateMe**  1 point 1 year ago
>
> Then people need to learn how to NOT use public trackers for torrents. Verizon doesn't care what you do, so long as they aren't being contacted about your activity.
>
> permalink  parent

[–] [deleted]  3 points 1 year ago

I only use COX for internet...they aren't a part of the six strikes so I pirate as much as I want and never get a letter or anything...its awesome.

permalink

[–] **youni89**  3 points 1 year ago

Verizon FIOS

permalink

[–] **EntroperZero**  3 points 1 year ago

I love my FiOS.

This was my experience with Cox. Run away.

permalink

[–] **llammacheese**  7 points 1 year ago

I've had both and really don't notice much difference. Both Cox and Verizon are pretty reliable (though I think that I've had fewer issues with Verizon in the long run, meaning like one issue ever, as compared to maybe two issues ever with Cox?)

As long as you don't get Comcast, you should be okay with your provider.

permalink

> [–] **LeGrandMuzzy**  5 points 1 year ago
>
> I agree, the important thing is fuck Comcast.
>
> permalink  parent

[–] **funmamareddit**  6 points 1 year ago

They are both equally bad, expensive and horrible at customer service, so flip a coin.

permalink

> [–] **coinflipbot**  4 points 1 year ago
>
> I flipped a coin for you, /u/funmamareddit The result was: heads!
>
> Statistics | Don't want me replying on your comments again? Respond to this comment with: 'coinflipbot leave me alone'
>
> permalink  parent

> [–] **ChrisHernandez**  -4 points 1 year ago
>
> I have had GREAT customer service with FiOS. Meaning my computer or router settings were bad and had remote trouble shooting that very phone call and have had next day mailing of a busted router.
>
> Unless you are the typical anti corporate shill, then by all means keep shilling.
>
> permalink  parent

>> [–] **Garthim**  7 points 1 year ago
>>
>> I think you need to look up "shill"...
>>
>> permalink  parent

>>> [–] **ChrisHernandez**  -1 points 1 year ago*
>>>
>>> Looking up brb....
>>>
>>> Back... A word used by conspiracy theorists when they are losing an argument.
>>>
>>> permalink  parent

>>> [–] **WhySheHateMe**  1 point 1 year ago
>>>
>>> > Meaning my computer or router settings were bad and had remote trouble shooting that very phone call and have had next day mailing of a busted router.
>>>
>>> English?
>>>
>>> permalink  parent

>>>> [–] **ChrisHernandez**  1 point 1 year ago
>>>>
>>>> I had great same day service with Verizon
>>>>
>>>> permalink  parent

>> [–] **funmamareddit**  1 point 1 year ago
>>
>> No, I'm a huge fan of Verizon's cell phone service, we've just had bad experiences with both cable services.
>>
>> permalink  parent

[–] **xust-** 22312  2 points 1 year ago

I'm in the Fairfax Alexandria, and i'd just like to say that Cox isn't bad. I'm sure verizon isn't either. Customer service will likely be questionable in either case, and service will be great in both cases. The choice to make are the speed tiers and pricing. If you plan on going with TV, go FiOS all the way.

permalink

[–] **Qlanger** 2 points 1 year ago

I have had both and they are not different IMO. For us its about price and cox just raised its rates and FIOS came down.

So we have had Fios, then cox, and now back to Fios. Only negative is Fios never could get their bill right and my wife had to call every month. So watch the bill very closely.

permalink

[–] **budcub** 2 points 1 year ago

When I moved to NOVA (Alexandria) I had Cox and they seemed great. Then I moved to Falls Church (Tysons area) and they were not so great. Slow downs, internet failures, mostly on Sunday nights I noticed. They were going through some big internal upgrade, so that might have been it.

Then I switched to FIOS and it was wonderful. The TV picture was beautiful (even on Standard Def) and the internet was very fast, up and down. It was a bit pricey compared to Cox, and I had a port go bad on my Verizon supplied WiFi router, but other than that, it was great.

When I moved to my condo, FIOS was not available so I got Cox, thinking I'd save a little money. The price I was paying was the same as for FIOS, and the service was crappy. It took 3 visits by a technician to get my TV service working. I had a TIVO, and they had trouble getting it to work with the Cox cable system. My internet is ok. Uploads are very slow, but I don't do that very often. Haven't had any problems with Netflix or Youtube that I've noticed.

As soon as I can, I'm switching back to FIOS, as soon as they get it installed in my building.

permalink

[–] **dewdude** Manassas 2 points 1 year ago

A pure fiber-optic network is going to be a million times more reliable than any kind of hybrid coaxial/fiber network.

Fios is going to have faster speeds; less lag; and much better quality of service. Rather than a few thousand people fighting for the same finite amount of QAM bandwidth; you're only having to share a fiber line with a max of 32 people..most of the time only 8 or so.

The TV service is much better. The 867mhz of QAM RF bandwidth is purely dedicated for TV; unlike cable networks that have to split that between internet, on-demand and TV. Your pictures are full resolution and less compressed than cable. On-demand is delivered over an IP network rather than an over-compressed QAM.

The battery backup lasts about 8 hours; sometimes 12 depending on how much you actually use the phone. The VOIP doesn't run over the public internet; so the only time it goes down is a catastrophic network failure.

permalink

> [–] **telmnstr** 2 points 1 year ago
>
> You know your stuff. The problem is Verizon itself is a shitty company, and on the backend of both providers is shared bandwidth.
>
>> If Cox could remove the analog channels off of the network then there would be lots more room for more digital content, but lots of customers would complain about having a cable box.
>>
>> permalink   parent

[–] **allgood2386** 2 points 1 year ago

It depends, if verizon has FIOS 100% go for FIOS, if it's Verizon dsl(everyone is forgetting this it seems) then go cox.

permalink

[–] [deleted] 1 point 1 year ago

Asking people whether they like Cable vs. FIOS is almost as bad as asking them to debate religion.

Either way you go, the power goes out you're screwed. (I have a 1500VA battery on my comcast router and AirPort *JUST* so I can stay up a little while longer, gave me about 2+ hours on Monday while Dominion was down, power came back before the battery died)

permalink

[–] Mviridis 1 point 1 year ago

I've had both and feel that FiOS is the better product...

permalink

[–] bugabob [S] 1 point 1 year ago

Awesome, thanks for all the input. Looks like Verizon FiOS is the pretty clear consensus. Enjoy your snow day everyone!

permalink

    [–] allgood2386 5 points 1 year ago

    you need to make sure it's actually fios. Verizon sells dsl as well and they do their best to hide it from customers who don't ask.

    permalink   parent

[–] geargirl  Old Town / Alexandria  1 point 1 year ago

Have had both. FiOS wins, hands down.

permalink

[–] telmnstr 0 points 1 year ago

Verizon is a bunch of ass holes, Cox forever.

permalink

[–] ChrisHernandez -4 points 1 year ago*

Well I have worked for Verizon FiOS and Comcast in the nova area. I have owned both as well. I can't speak on cox but they do use the exact same lines as Comcast and vice versa.

As for phone service I am pretty sure they all use VoIP which means you will have a battery back up for your phone that lasts about 8 hours.

For cable and internet service I would go with Verizon FiOS, if HD is important and you want your HBO s and such to have multiple HD versions. Internet speeds are available in all tiers with all companies.

Fags down voting me smh...nova get it together

permalink

[–] LuckyLondo 0 points 1 year ago

Cox Sucks! FiOS all the way!

permalink

