**Exhibit 64**

**October 13, 2015 Declaration of Michael J. Allan**

MY SUBREDDITS ▾ | FRONT · ALL · RANDOM | GADGETS · SPORTS · GAMING · PICS · WORLDNEWS · VIDEOS · ASKREDDIT · AWW · MUSIC · FUNNY ▾ | **MORE »**



# Piracy

**comments**   related

want to join? sign in or create an account in seconds | **English**

---

▲
16
▼

### Cox temporarily shutdown my internet connection due to a DMCA notice *(self.Piracy)*

submitted 2 months ago * by **DisRuptive1**

> I had received emails from them in the past but today they shut my connection off (sort of). When I tried going to a website, I was taken to a different one which said to remove an infringing file and then click a link to reactivate my subscription. After clicking the link, I got **this message**, my modem reset and I was able to get back online.

**10 comments**   share

## all 10 comments

sorted by: **best** ▾

▲
▼ [-] **Thatfracture**  5 points 2 months ago

Cox: Your friend in the digital age.

**permalink**

▲
▼ [-] **[deleted]**  5 points 2 months ago

Wondering if Cox's solution to the party claiming DMCA violation is to get you to change your IP by resetting your modem. Is an IP identification also limited to a specific time?

**permalink**

    ▲
    ▼ [-] **Yage2006**  1 point 2 months ago

    They know what IP a customer has at said time. Otherwise there would be false positives constantly.

    **permalink**  **parent**

▲
▼ [-] **NoMoreNicksLeft**  2 points 2 months ago

Yeh... and they use DNS hijacking too, right?

**permalink**

▲
▼ [-] **123throwaway3000**  1 point 2 months ago

What this means is that you are probably on strike 7 if that is the first time they did that. I hit strike 10 yesterday, which meant I HAD to call in to reactivate. Pretty simple old

---

this post was submitted on 03 Mar 2015
**16 points** (90% upvoted)

shortlink: `http://redd.it/2xuya9`

☐ remember me   reset password   [ login ]

**Submit a new link**

**Submit a new text post**

# Piracy

subscribe   35,522 leechers

~76 seeders



## About /r/Piracy:

- This is a sub for all things piracy related.
- Although primarily about file-sharing, articles about ethical issues on "unauthorized" distribution, legal changes and challenges and so on are all welcome.
- Other topics fitting include actual real life or historical piracy, and events relating to the Pirate parties.
- Do not ask for or link to pirated content.

Your comment or post will be deleted.

man rouse and the guy was feeling really sorry for me. What is a wireless password, how do I set that up sort of shit, really my neighbors could be using my internet, etc. No worries though cox is pretty chill-ish.

permalink

[–] **auriem**  1 point 2 months ago

Cancel cox and go with a different ISP that values your privacy... if you have any other choice.

permalink

[–] **Theyta**  10 points 2 months ago

Usually where the big swinging cox resides, there isnt competition on their level.

permalink   parent

[–] **DisRuptive1** [S] 3 points 2 months ago

if you have any other choice.

I live in America so no.

permalink   parent

[–] **MarkRippetoesGlutes**  0 points 2 months ago

No VPN?

permalink   parent

[–] **WhySheHateMe**  1 point 2 months ago

Use a VPN.

permalink

## How to stay Anonymous...

## Similar:

- /r/cyberlaws
- /r/BaconBits
- /r/tpb
- /r/filesharing
- /r/cordcutters/
- /r/torrents
- /r/trackers
- /r/opentrackersdotorg/
- /r/piratebox
- /r/evolutionReddit
- /r/illegaltorrents

a community for 6 years



discuss this ad on reddit

MODERATORS                    message the moderators

VeganZombie  [M] Founder
dbzer0  [M] Ship's Captain
Gene_P00le  [M] Friggin' in the riggin'

about moderation team »

| about | help | apps & tools | <3 |
|---|---|---|---|
| blog | site rules | Alien Blue iOS app | **reddit gold** |
| about | FAQ | reddit AMA app | reddit store |
| values | wiki | mobile beta | redditgifts |
| team | reddiquette | buttons | reddit.tv |
| source code | transparency | | radio reddit |
| advertise | contact us | | |
| jobs | | | |

BMG00012279