UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC<br>Defendants. | Case No. 1:14-cv-1611(LO/JFA) |

## DECLARATION OF DR. STEPHEN M. NOWLIS

I, Stephen M. Nowlis, hereby declare as follows:

1. My name is Stephen M. Nowlis. I am August A. Busch Jr. Distinguished Professor of Marketing in the Olin Business School at Washington University in St. Louis. My CV is attached as **Exhibit 1**.

2. On June 12th, 2015, I submitted an expert report in this matter, the Expert Report of Dr. Stephen M. Nowlis, Ph.D. ("Nowlis Report"), which describes the findings of the research and survey I designed and conducted regarding Cox's internet service. A true and correct copy of the Nowlis Report is attached as **Exhibit 2** to this declaration. The opinions I express in the Nowlis Report are my own and accurately reflect the results of my research and survey. I incorporate the Nowlis Report into this declaration and testify to the truth of the statements therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2015.

_____
Stepthen M. Nowlis

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

                                  /s/ Jeremy D. Engle

                                  Jeremy D. Engle (VSB No. 72919)
                                  jengle@steptoe.com
                                  STEPTOE & JOHNSON, LLP
                                  1330 Connecticut Ave, NW
                                  Washington, DC 20036
                                  Tel.: (202) 429-3000
                                  Fax: (202) 429-3902