# Exhibit 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP<br><br>    Plaintiffs,<br><br>v.<br><br>COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., COXCOM, LLC<br><br>    Defendants.<br><br>. | CASE NO.  1:14-cv-1611(LOG/JFA)<br><br><br>**EXPERT REPORT**<br>**OF DR. STEPHEN M. NOWLIS, PH.D.** |

I, Dr. Stephen M. Nowlis, state as follows:

## QUALIFICATIONS

1. I am the August A. Busch Jr. Distinguished Professor of Marketing in the Olin Business School at Washington University in St. Louis. A copy of my curriculum vitae is attached as Appendix A, which includes a list of the cases where I have testified in the last four years. I hold a Ph.D. in Marketing and a Master's degree in Business Administration (MBA) from the University of California at Berkeley, Haas School of Business, and a Bachelor's degree in Economics from Stanford University. My field of expertise is marketing, consumer behavior, survey methods, and decision making. I have acquired this expertise through my training as a doctoral student, my research and publications, my editorial duties, my work experience, past expert witness consulting work, and classes that I have taught.

2. I teach marketing management to Executive MBA students and consumer behavior to Ph.D. students. In my courses, I cover topics such as buyer behavior, developing marketing plans, advertising, sales promotions, retailing, marketing research, and product development. I also recently taught Brand Management to MBA students. After completing my undergraduate studies and before starting my MBA program, I worked for two years as an Assistant Buyer for a major retail chain. In this capacity, I analyzed customer purchase patterns to determine why some products sold better than others.

3. I have won several awards for my research. One of these awards was the 2001 Early Career Contribution Award from the Society for Consumer Psychology – Sheth Foundation, which is given annually to the most productive young scholar in the field of consumer behavior/marketing. Another of these awards was the 2001 O'Dell Award, given to the *Journal of Marketing Research* (the major journal for marketing research topics) article that has had the greatest impact on the marketing field in the previous five years. This paper looked at the influence of new product features on consumer brand choice. I also was found to be one of the top 20 most productive marketing professors in

the world in terms of my publications in the top-tier marketing and consumer behavior journals.

4. I currently serve as an Associate Editor at the *Journal of Marketing Research*. As an Associate Editor, I review many papers and help determine whether they are acceptable for publication. The criteria used to assess these papers include how much of a contribution a paper makes, whether its theoretical framework is sound, and whether the data were collected using a proper methodology. I also serve on the editorial review boards of the *Journal of Consumer Research*, *Journal of Marketing*, *Journal of Consumer Psychology*, and *Marketing Letters*. In this capacity, I act as a regular reviewer of papers submitted to these journals, to determine whether the papers are fit for publication.

5. As I continue to receive and review additional information, I reserve the right to supplement, revise, or further explain the opinions contained in this report. I am being compensated for my work on this matter at the rate of $650 an hour. My compensation is not contingent upon the conclusions I reach nor on the outcome of this matter.

## BACKGROUND AND PURPOSE OF THE SURVEY

6. I was asked by counsel for the plaintiffs in the lawsuit entitled BMG Rights Management (US) LLC and Round Hill Music LP v. Cox Enterprises, Inc. et al. to analyze whether consumers are drawn to Cox's Internet service because of their ability to download or upload free digital music through sites such as ThePirateBay. To analyze this issue, I designed a survey to determine the proportion of Cox Internet subscribers who download or upload free digital music through sites such as ThePirateBay for which this capability is a reason for subscribing to Cox Internet service.

3

## SUMMARY OF OPINIONS

7. My research finds that a sizeable segment of Cox Internet subscribers who download or upload free digital music through sites such as ThePirateBay say that the ability to do this is a reason for them subscribing to Cox Internet service. In particular, 59.6% (net, after controlling for possible survey noise[1]) of Cox Internet subscribers who download or upload free digital music indicate that the ability to do this is a reason why they subscribe to Cox Internet service.[2] As a result, I can conclude that the ability to download or upload free music service through sites such as ThePirateBay draws consumers to Cox's Internet service.

## SURVEY METHODOLOGY

8. My survey was designed and conducted in accordance with generally accepted principles of survey research, as set forth in the Federal Judicial Center's Manual for Complex Litigation "Reference Guide on Survey Research," including the following:
    a. The survey population was properly chosen and defined;
    b. The sample chosen was representative of that population;
    c. The questions asked were clear and not leading;
    d. The data were analyzed in accordance with accepted statistical principles;
    e. The data gathered were accurately reported;
    f. The process was conducted to ensure objectivity;
    g. The survey was conducted by qualified people following proper interview procedures.

---

[1] In total, 70.4% of respondents indicated that downloading or uploading free digital music is a reason why they subscribe to Cox Internet service, minus a 10.8% response to one of the Control questions, yielding a net result of 59.6%. See the Survey Results section for more details.

[2] My survey also finds that 16.1% of Cox Internet service subscribers download or upload free digital music through sites such as ThePirateBay (in response to survey question S8). This figure is very similar to an NPD Group report that 19% of U.S. Internet subscribers downloaded free music from P2P services in 2008, and a RIAA report which said this figure was 20% in 2003 (see "Casting the Net" by Susan Butler in *Billboard*, June 14, 2008, p. 10-11). In addition, Cox has a section on its website titled "Peer-to-Peer Networks Information" (last updated on April 7, 2015) where it notes that "There are different types and uses for P2P networks….Among the most common uses of some P2P networks is the sharing of music, movies, software programs, and other copyrighted materials."

4

9. Applied Marketing Science, Inc. (AMS), a market research company that has extensive experience conducting consumer surveys, and with whom I have worked in the past, worked under my direction to implement the survey that I developed. To ensure objectivity in survey responses, it is standard practice to conduct the survey in a "double-blind" manner (i.e., withhold information about the purpose and sponsor of the survey from both the interviewer and the respondent).[3] The survey I designed satisfied these conditions. Specifically, the survey was administered via a programmed Internet questionnaire, eliminating the need for a human interviewer. The questionnaire did not provide any information about the actual purpose of the survey or the survey sponsor. In addition, the screening questions were not identified as such and the screening questions included categories of goods and services unrelated to the survey purpose in order to disguise the "correct" answer for sample selection.

10. It is standard survey practice to instruct respondents not to guess. Accordingly, the instructions at the beginning of my survey state, "If you don't know an answer to a question or if you are unsure, please indicate this by choosing the Don't know/Unsure option. It is very important that you do not guess." In addition, the survey included an explicit "Don't know/Unsure" response option. This response option reduces the likelihood that respondents will attempt to guess the answer to a question if they are unsure or do not have an opinion.[4]

11. When designing closed-ended questions, it is good practice to randomize or rotate the order of the response options to control for possible order effects. The survey that I conducted randomized the order of response options to the closed-ended questions for this reason. I deviated from this practice where appropriate in order to preserve the logical flow of the questions. Specifically, I did not randomize the response options for questions where the answer choices have a predetermined order (e.g., age). In addition, the "Don't know/Unsure" and "None of the above" answer choices were anchored as the last answer choice.

---

[3] Diamond, Shari S., "Reference Guide on Survey Research," in Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, pp. 410-411.
[4] Diamond, p. 390.

5

## SURVEY UNIVERSE AND SAMPLE SELECTION

12. In order to reach a representative sample of the appropriate population, I developed an Internet survey that included U.S. adults, aged 18 and older, who subscribe to Cox Internet service at their current residence. Respondents had to reside in one of 13 states in which Cox offers Internet service;[5] they must be a primary decision maker, or share equally, in the decision to select an Internet service at their current residence; and they must download or upload free digital music through the Internet at their current residence. In addition, respondents and their household members could not work for a company that provides cable or Internet services, nor for any market research firm or advertising agency.

13. Internet surveys are a very common form of market research. In addition, there is evidence that data collected using Internet surveys does not differ in quality from that collected using other means, such as through phone or mall-intercept surveys.[6] My survey was conducted by contracting with a panel company that has pre-recruited potential respondents who have indicated their willingness to participate in consumer surveys. For the present matter, I selected Research Now, a well-established market research service firm that maintains a panel of potential respondents.

14. As part of Research Now's panel recruitment process, panel members complete a questionnaire that includes basic demographic information and profiling information (age, gender, etc.). Under the oversight of AMS, Research Now used that profiling information to identify members of their consumer panel who indicated they subscribe to Cox Internet service within the 13 states mentioned above. Research Now targeted those panelists for invitation to the survey. Survey invitations included a link to the actual survey which was hosted on a website maintained by AMS. This link contained an embedded identification number that assured that only invited respondents could answer the survey and that each respondent could only complete the survey once. Respondents

---

[5] According to Cox Media (http://www.coxmedia.com/markets.aspx), the list of states in which Cox offers Internet service includes Arizona, Arkansas, California, Connecticut, Florida, Georgia, Kansas, Louisiana, Nebraska, Nevada, Oklahoma, Rhode Island and Virginia.
[6] Poret, H. (2010). A comparative empirical analysis of online versus mall and phone methodologies for trademark surveys, *The Trademark Reporter, 100,* 756-804.

15. who qualified and completed the survey were awarded $2.50 in e-Rewards (Research Now) currency.

15. To ensure that the survey operated properly, AMS, at my direction, extensively tested the survey links, screening questions, and skip logic. Data collection was conducted from May 15 – 20, 2015. A total of 318 respondents completed the online survey. Of these, four respondents were removed for taking too long to complete the survey[7], leaving 314 respondents in the final sample.

## SURVEY INSTRUMENT

16. The survey began with a series of quality control and screening questions to determine whether a respondent was a member of the target population and qualified to participate in the survey (See Appendix B for the full questionnaire). The first screening question asked respondents to enter a code shown on the screen into a CAPTCHA box to ensure that the respondent was an actual person as opposed to a computer program (access question A1). Respondents then recorded the type of electronic device they were using to complete the survey (A2). To ensure that all respondents could properly view the survey questions, the survey instructed respondents who indicated that they were taking the survey on a mobile device (e.g., smartphone, other mobile or electronic device) to log back into the survey using a desktop, laptop, or tablet computer. Respondents were then asked to select from a drop-down list the state in which they currently reside (screening question S1). Next, respondents provided their gender and age (S2 and S3, respectively). Respondents younger than 18 were not permitted to continue. Gender and age information was used to validate the survey by making sure that the person taking the survey was the same person who originally registered with the panel provider. Respondents who entered gender or age information that did not match the gender and age information on file with the panel provider were terminated due to a failure to validate.

17. Screening question S4 asked survey respondents whether they or anyone in their household work for certain types of companies. Respondents who indicated that either

---

[7] Respondents were removed if they took more than 30 minutes to complete the survey.

they or someone in their household work for a market research firm or advertising agency, or a company that provides cable or Internet services, were terminated given that they may have special knowledge or insight about the subject. The list of companies in this screening question served to mask the activity of interest to protect against respondents answering in a particular way in order to qualify for the survey.

18. Next, screening question S5 identified respondents who receive Internet service at their current residence. Specifically, question S5 asked respondents, "Which, if any, of the following services do you receive at your current residence?" Respondents were instructed to select a Yes, No, or Don't know/Unsure response for Internet service, as well as three other distractor services: television service, home telephone service, and magazine subscription service. Respondents who indicated "Yes," they receive Internet service at their current residence, were allowed to continue with the survey.

19. Screening question S6 then asked respondents, "Which company provides your Internet service at your current residence?" Respondents were presented with a list of common Internet service providers and asked to select one response (or Don't know/Unsure). Respondents who selected "Cox" were allowed to continue with the survey.

20. Next, screening question S7 identified appropriate decision makers in the decision to select an Internet service at their current residence. Question S7 asked, "Which of the following statements best describes your role in the decision to select an Internet service in your current residence?" Respondents were instructed to select one response. Those respondents who selected "You are the primary decision maker in a decision to select it" or "You share equally in a decision to select it" were allowed to continue with the survey. All other respondents, who selected "You have little or no involvement in a decision to select it" or "Don't know/Unsure," were terminated from the survey.

21. Screening question S8 then showed respondents a list of eleven different internet activities and asked them to identify which of these activities they engage in at their current residence. This list included activities which prior research has found are done on the Internet (e.g., use a search engine to find information, send or read email, etc.).[8] This list also included three items related to music: (1) Download or upload free digital music through sites such as ThePirateBay, KissAssTorrents, Torrentz, etc., (2) Purchase digital

---

[8] http://www.infoplease.com/ipa/A0921862.html

8

music through sites such as iTunes, Google Play, Amazon.com, etc., and (3) Listen to online radio or streaming music through sites such as Pandora, iHeartRadio, Spotify, etc. These three items were included as a means to distinguish between different types of music use, so that I could identify those respondents who specifically mentioned that they download or upload free digital music as a particular activity and distinct from other types of music usage.

22. Finally, this list included two Control questions in order to capture possible survey noise, in this case a tendency to say "Yes" to any question. One of these Control questions had been identified in prior research as a relatively uncommon Internet activity (Create an avatar or online representation of yourself).[9] A second Control question was included which was an activity that was assumed to also be uncommon (Calculate radioactive decay rates through sites such as Rad Pro Calculator, GraphPad, CRPK, etc.). I explain below how I analyze the results from these two Control questions.

23. Respondents were instructed to select "Yes," "No" or "Don't know/Unsure" as to whether they personally do each these eleven Internet activity in their current residence. Those respondents who selected "Yes" for "Download or upload free digital music – through sites such as ThePirateBay, KickAssTorrents, Torrentz, etc." continued with the survey.

24. Next, the survey asked two quality control questions, S9 and S10. To ensure that respondents were paying attention to the survey, screener question S9 instructed respondents to select the number "4" from a list of four numbers (1, 2, 3, 4, randomly ordered). Respondents who selected anything other than the number "4" for S9 were terminated from the survey. Screener question S10 confirmed respondents' understanding of and consent to the following instructions:

- Please take the survey in one session without interruption.
- While taking the survey, please do not consult any other websites or other electronic or written materials.
- Please answer all questions on your own without consulting any other person.

---

[9] http://www.infoplease.com/ipa/A0921862.html

9

- If you normally wear glasses or contact lenses when viewing a computer screen, please wear them for the survey.

25. Respondents who selected "I understand and agree to the above instructions" qualified and proceeded to the main survey, while respondents who selected "I do not understand or do not agree to the above instructions" were terminated from the survey.

26. Respondents were then informed, "Next we will ask you some questions about your Internet usage at your current residence." They were reminded, "If you don't know the answer to a question, or if you are unsure, then indicate this by choosing the Don't know/Unsure option. It is very important that you do not guess."

27. The respondents were then asked the main survey question Q1:

    "Earlier you stated that Cox is the Internet service provider at your current residence. Below are activities you may or may not have mentioned that you do through Cox Internet service. Which, if any, of the following are reasons why you subscribe to Cox Internet service?"

28. Respondents were then presented with each of the Internet activities they indicated "Yes" to in screener question S8. Respondents were instructed to select "Yes," "No" or "Don't know/Unsure" as to whether each of these Internet activities is a reason why they subscribe to Cox Internet service (Q1). In addition, all respondents were shown the two Control questions that I mentioned earlier: "Create an avatar …" and "Calculate radioactive decay rates…," regardless of their response to those corresponding questions in screener question S8.

29. Thus, all qualified survey respondents were asked in Q1 about "Download or upload free digital music…," "Create an avatar…," "Calculate radioactive decay rates….," and the other activities from S8 that they indicated they engaged in. So, for example, respondent ID 756 indicated in S8 that he engages in the following six Internet activities: "Download or upload free digital music …," "Send/read email …," "Shop online …," "Social networking …," "Watch online videos or movies …" and "Use a search engine to find information…." Therefore, he was asked in Q1 about these six activities, as well as the two Control questions, for a total of eight activities.

30. The two Control questions were included because of the possibility that respondents would say that downloading or uploading free digital music was a reason for subscribing

10

to Cox Internet service (Q1) due to possible survey noise, in this case the tendency to answer "Yes" to any question, rather than a true response. After answering main survey question Q1, respondents had completed the survey and therefore were forwarded to the thank-you page.

### SURVEY RESULTS

31. Table 1 below shows the responses to survey question Q1. The results reveal that 70.4% of the respondents indicated that downloading or uploading free digital music through sites such as ThePirateBay is a reason why they subscribe to Cox Internet service. I next looked at the responses to the two Control questions. I found that 10.8% of respondents said that creating an avatar or online representation (Control question 1) is a reason for why they subscribe to Cox Internet service, and 3.2% of respondents said that calculating radioactive decay rates (Control question 2) is a reason for why they subscribe to Cox Internet service.

32. For this survey, the statistic of interest is the proportion of Cox Internet subscribers who download or upload free digital music through sites such as ThePirateBay for whom the ability to do this is a reason for subscribing to Cox Internet service. To control for possible survey noise, as mentioned earlier, I included two Control questions. The higher of these two values (10.8%) provides a conservative estimate of possible survey noise. By subtracting this higher control value (10.8%) from the statistic of interest (70.4%), I obtain a net result of the proportion of Cox Internet subscribers who download or upload free digital music through sites such as ThePirateBay for whom the ability to do this is a reason for subscribing to Cox Internet service. This net result is 59.6% (70.4% - 10.8%). This result leads me to conclude that the ability to download or upload free music service through sites such as ThePirateBay draws consumers to Cox's Internet service.

**Table 1: Reasons for Subscribing to Cox Internet Service**

| Q1. Earlier you stated that Cox is the Internet service provider at your current residence. Below are activities you may or may not have mentioned that you do through Cox Internet service.<br><br>Which, if any, of the following are reasons why you subscribe to Cox Internet service? | % of Total Completes (n=314) | | | |
|---|---|---|---|---|
| | Yes | No | Don't know/ Unsure | Total[10] |
| **Download or upload free digital music** – through sites such as ThePirateBay, KickAssTorrents, Torrentz, etc. | 70.4% | 27.4% | 2.2% | 100.0% |
| **Purchase digital music** – through sites such as iTunes, Google Play, Amazon.com, etc. | 64.0% | 11.5% | 1.0% | 76.4% |
| **Listen to online radio or streaming music** – through sites such as Pandora, iHeartRadio, Spotify, etc. | 70.1% | 14.0% | 1.0% | 85.0% |
| **Send/read email** – through your Internet service provider or via Gmail, Hotmail, Yahoo! Mail, etc. | 90.1% | 8.3% | 1.3% | 99.7% |
| **Shop online** – through sites such as Walmart.com, Target.com, Amazon.com, eBay, etc. | 86.9% | 10.8% | 1.3% | 99.0% |
| **Play online games** – such as League of Legends, World of Warcraft, Minecraft, etc. | 38.9% | 5.7% | 0.3% | 44.9% |
| **Social networking** – such as Facebook, Twitter, LinkedIn, etc. | 77.7% | 12.1% | 1.3% | 91.1% |
| **Watch online videos or movies** – such as YouTube, Netflix, Vimeo, etc. | 82.8% | 9.9% | 1.3% | 93.9% |
| **Use a search engine to find information** – through Google, Bing, Yahoo! Search, etc. | 90.8% | 7.6% | 1.3% | 99.7% |

---

[10] Each row does not add to 100% for activities other than "Download or upload free digital music…," "Create an avatar…," or "Calculate radioactive decay rates…." because the other activities ("Purchase digital music…," "Listen to online radio…," etc.) were only asked of those who indicated in screener question S8 that they engage in those particular activities.

12

| | | | | |
|---|---|---|---|---|
| **Create an avatar or online representation of yourself** – through sites such as DoppelMe, Avatar.Pho.to, Digibody, etc. | 10.8% | 86.9% | 2.2% | 100.0% |
| **Calculate radioactive decay rates** – through sites such as Rad Pro Calculator, GraphPad, CRPK, etc. | 3.2% | 94.6% | 2.2% | 100.0% |

Signed under penalty of perjury,

Dated: June 12, 2015

Stephen M. Nowlis, Ph.D.

Appendices

   A. Curriculum Vitae of Stephen M. Nowlis
   B. Questionnaire
   C. Survey Screen Shots

13