UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al*., | ) | |
| *Plaintiffs*, | ) | |
| *v*. | ) | No. 1:14cv1611 (LO / JFA) |
| COX ENTERPRISES, INC. *et al*., | ) | |
| *Defendants*. | ) | |

**DEFENDANTS' CONSENT MOTION TO USE COMPUTERS IN THE COURTROOM**

Pursuant to the Local Civil Rule 83.3(A)(1), Defendants make this consent motion on behalf of both sides, seeking leave for the parties' counsel to bring electronic equipment (*viz.*, laptop computers, cords, and accessories) into the Courthouse for the purpose of presenting evidence and information during the upcoming summary judgment hearing in this matter on Friday, October 30, 2015 at 2:00 p.m.

1. The parties respectfully submit that the electronic presentations will aid the Court's understanding of their arguments and contentions during the upcoming hearing.

2. The parties will not need to, and will not, connect to the Internet while they have the computer equipment in the Courthouse. The parties understand that they will not be permitted to bring cell phones into the Courthouse.

3. Should it be necessary, the parties also request leave to schedule a time to meet with the Court's Technology Administrator in Courtroom 700 prior to the hearing on October 30 for an orientation session to test the electronic equipment on the Court's electronic presentation system, to ensure operability of their computers with the Court's system, and to ensure the

operators' understanding of the Court's system. The parties will coordinate with the Court's Technology Administrator to arrange a specific date and time for that orientation session, and seek leave to bring in electronic equipment for that orientation session.

4. A proposed order is submitted herewith.

***The parties do not seek a hearing on this motion.***

Dated: October 21, 2015

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
craig.reilly@ccreillylaw.com
*Counsel for Defendants*

*Of Counsel for Defendants*

Andrew P. Bridges (*pro hac vice*)
David L. Hayes (*pro hac vice*)
Jedediah Wakefield (*pro hac vice)*
Guinevere L. Jobson (*pro hac vice*)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350
Email: abridges@fenwick.com
gjobson@fenwick.com

Brian D. Buckley (*pro hac vice)*
Fenwick & West LLP
1191 2nd Avenue, 10th Floor
Seattle, WA 98101
Tel: (206) 389-4510
Fax: (206) 389-4511
Email: bbuckley@fenwick.com

Armen N. Nercessian (*pro hac vice*)
Ronnie Solomon (*pro hac vice*)
Ciara Mittan (*pro hac vice*)
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200
Email: anercessian@fenwick.com
rsolomon@fenwick.com
cmittan@fenwick.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2015, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
craig.reilly@ccreillylaw.com
*Counsel for Defendants*