UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> COX ENTERPRISES, INC. *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | No. 1:14cv1611 (LO / JFA) |

## ORDER

This matter came before the Court on Defendants' consent motion on behalf of both sides, seeking leave to bring electronic equipment (*viz.*, laptop computers, cords, and accessories) into Courthouse pursuant to the Local Civil Rule 83.3(A)(1) for the purpose of presenting evidence and information during the upcoming hearing in this matter on Friday, October 30, 2015 at 2:00 p.m. There being no opposition thereto, and it otherwise appearing proper to do so, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that, upon showing a copy of this *Order* to the Court Security Officers, counsel for each party may each bring up to two (2) laptop computers, cords, and accessories into the Courthouse on October 30, 2015, for the purpose of in-Court electronic presentations, but that the parties shall not connect to the Internet while in the Courthouse, and the parties shall not be permitted to bring cell phones into the Courthouse; and it is further

**ORDERED** that the parties may schedule a time to meet with the Court's Technology Administrator in Courtroom 700 prior to the hearing on October 30 for an orientation session to

test the electronic equipment on the Court's electronic presentation system, to ensure operability of their computers with the Court's system, and to ensure the operators' understanding of the Court's system. The parties should coordinate with the Court's Technology Administrator to arrange, if and as needed, a specific date and time for that orientation session, and, upon showing a copy of this *Order*, may bring the electronic equipment listed above into the Courthouse for that orientation session.

ENTERED this 22 day of October 2015.

Alexandria, Virginia

/s/ Liam O'Grady
United States District Judge