UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT )<br>(US) LLC, and ROUND HILL )<br>MUSIC LP )<br>)<br>      Plaintiffs, )<br>)<br>      v. )<br>)<br>COX COMMUNICATIONS, INC., )<br>COXCOM, LLC )<br>)<br>      Defendants. )<br>_____ ) | Case No. 1:14-cv-1611(LO/JFA) |

**BMG RIGHTS MANAGEMENT (US) LLC AND ROUND HILL MUSIC LP'S
MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND LIMIT THE
TRIAL TESTIMONY OF COX'S EXPERT WILLIAM ROSENBLATT**

Pursuant to this Court's scheduling order of August 20, 2015 (Dkt. 234), Federal Rule of Evidence 104, and the standard for expert testimony articulated by the Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), BMG Rights Management (US) LLC and Round Hill Music LP ("Plaintiffs") hereby move to exclude certain portions of William Rosenblatt's expert reports and opinion, and to correspondingly limit the scope of his testimony for trial. As explained below, Mr. Rosenblatt offers opinions on virtually every issue in this case. This Court's gatekeeper function should be exercised with respect to four areas of his opinion: (1) the DMCA; (2) whether Cox reasonably implemented a repeat infringer policy; (3) the policies of other ISPs; and (4) comparisons of the Rightscorp source code to MarkMonitor's infringement identification software.

For the reasons set forth in the accompanying Memorandum in Support, the Court should grant the Motion.

October 23, 2015

Respectfully submitted,

/s/ *Jeremy D. Engle*
Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.:  (202) 429-3000
Fax:  (202) 429-3902

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
1700 K Street, NW
Washington, DC 20006
Tel:  (202) 540-7157
Fax:  (202) 540-7201

*Of Counsel*
Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Roger E. Warin (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Michael O. Crain
Crain Law Group, LLC
The Bottleworks
297 Prince Avenue, Suite 24
Athens, Georgia  30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

William J. Dinkin
Bill.dinkin@gmail.com

                                        /s/ *Jeremy D. Engle*
                                        Jeremy D. Engle (VSB No. 72919)
                                        jengle@steptoe.com
                                        STEPTOE & JOHNSON, LLP
                                        1330 Connecticut Ave, NW
                                        Washington, DC 20036
                                        Tel.:  (202) 429-3000
                                        Fax:  (202) 429-3902