# Exhibit 11

# October 23, 2015 Declaration of Jeremy Engle

# William R. Rosenblatt

1790 Broadway, 6th Floor
New York, NY 10019
+1 212 956 1045
Email: billr@giantstepsmts.com
Web: http://www.giantstepsmts.com/

Seasoned, experienced strategist in digital media technology and markets with deep knowledge of content industries including publishing, music, and video, as well as online education.  Skilled in market strategy, technology architecture, digital transformation, and intellectual property issues.

## Experience

### GiantSteps Media Technology Strategies
***President,*** June 2000 – Present.
- Management consultancy focused on the content industries.  Clients include content providers and technology vendors, ranging from startups to Fortune 500 diversified media and IT companies.
- Expert witness in copyright, patent, and antitrust litigations.
- Consultant on copyright technology issues to public policy bodies in the U.S. & Europe.
- Chair of conferences on copyright issues in the digital age including Digital Rights Strategies (2004-2007) and Copyright and Technology (2009-present).

### Morningside Ventures Inc./Fathom
***VP & Chief Technology Officer,*** August 1999 – June 2000.
- CTO of Morningside Ventures, Columbia University's internet business incubator.
- Led technical implementation of Fathom.com, a Morningside Ventures spinoff.  Fathom.com was a destination website for online courses, authenticated knowledge, and e-commerce affiliated with Columbia, London School of Economics, and other educational and cultural institutions.  Responsibilities included technology architecture, project management, selection of and negotiation with technology partners, web hosting, e-commerce, and internal IT management.  Managed internal staff and various vendor relationships.

### McGraw-Hill
***VP, Technology and New Media,*** March-August 1999.
- CIO for McGraw-Hill's vertical market trade publishing division.  Responsible for front and back office IT, including online media, desktop publishing, back-office systems.  Managed department of 30 people.
- Defined technology strategy for vertical market web portals; chief architect of AviationNow.com, an aviation industry information portal associated with *Aviation Week* magazine.
- Architected intranet front end to legacy mainframe customer service system for all McGraw-Hill magazines including *Business Week*.
- Internal consultant on cross-divisional content management architecture.

### Sun Microsystems
***Market Development Manager, Media & Publishing***, 1997-1999.
- Set market strategy for Sun in publishing industry, focusing on content management, web technologies for publishers, newspaper systems, and digital rights management.  Drove strategy through sales force.
- Recruited and managed alliances with software vendors and other partners.  Drove over $20 Million revenue through partner investments.
- Consultant to media industry customers.  Example projects: content management and online delivery for educational publisher; online rights management for scientific publisher.
- Author of whitepapers and articles; maintainer of Sun's media industry web site.

***Enterprise IT Architect,*** 1996-1997.
- Technology consultant to Sun's major media industry customers.  Example projects: enterprise content management architecture for trade periodical publisher; next-generation editorial system

- strategy for consumer magazine division of diversified media company; digital asset management strategy for major film studio.
- Did business development work for Sun MediaCenter streaming media server product line.
- Developed Sun's Digital Media Management solutions strategy & reference architecture.
- Conceived and launched Sun Digital Media Solutions Center in New York City.

## Times Mirror Co.
***Director, Publishing Systems***, 1994-1996.
- Corporate technology management position reporting to CIO with responsibility for digital content technologies across Times Mirror's newspaper, book, and professional information businesses.
- Technology leader of Times Mirror Digital Library, a family of digital content management projects across several Times Mirror divisions involving distributed editorial libraries for newspapers; mass-customized textbook publishing; editorial process reengineering; intellectual property management and control. Managed project budgets totaling over $16 Million.
- Technology consultant to Times Mirror operating units and Corporate Strategic Development. Projects included MDConsult.com, a web service for physicians; online aircraft maintenance documentation, custom publishing of professional training materials; evaluation of companies for potential investment or acquisition.
- Company representative on publishing industry committee to address intellectual property issues in the digital age. Participated in the design of the Digital Object Identifier (DOI), a standard for online intellectual property identification in academic, STM, and other publishing market segments. DOI is currently the basis for the EIDR identifier system for film and TV content.

## Moody's Investors Service
***Manager, Information Resources***, 1992-94.
- Responsibilities included emerging technologies R&D and software quality assurance.
- Architect of Moody's first-ever service for digital publication of credit reports and ratings data. The service was launched in the pre-Internet era and was based on Lotus Notes, Adobe Acrobat, and relational database technologies.
- Led global rollout of Lotus Notes platform.
- Introduced technologies to company: groupware, expert systems, automated software testing.

## The Rustin Group
***Senior Software Developer,*** 1991-92.
- Developed sales tracking system for international barter company.
- Managed benchmark of production system for financial information publishing division of (then) Citicorp on Unix-based multiprocessor computers.
- Software product initiatives in software development tools and computer music composition.
- Established and managed the company's college recruiting program.

## Intermetrics, Inc.
***Software Engineer***, Electronic Systems Group, 1985-86.
- Manager of UNIX data center, system administrator, and software tool developer (C, Lisp).
- Developed software for Free Software Foundation's GNU Emacs editor project.

## Motorola Information Systems Group
***Software Engineer***, Computer Services Group, 1984-85.
- System administrator and software tool developer for network of UNIX servers.
- Served as company-wide authority on UNIX; gave tutorials on UNIX-related topics.

***Associate Engineer***, Modulation Products, 1983-84.
- Project team member for 2600 series of high-speed modems. Implemented network control interface; designed and implemented remote datascope feature.

## Freelance Writer & Editor
1991-present.
- Editor, *Copyright and Technology* (copyrightandtechnology.com).
- Managing Editor, *DRM Watch* (www.drmwatch.com); see above.

- Co-author of multi-client market studies on digital editions of periodicals and Enterprise Rights Management, 2008.
- Author, *Digital Rights and Digital Television*, chapter in *Television Goes Digital* (Springer, 2009).
- Lead author, *Digital Rights Management: Business and Technology* (John Wiley & Sons, 2001).
- Author of white papers on digital media technologies and digital content business models, including a definitive white paper on major Hollywood studios' content protection requirements.
- Editor of Harris Kern, *Discipline: Six Steps to Unleashing Your Hidden Potential* (FirstBooks, 2001)
- Author and editor of books on UNIX and Java related topics (O'Reilly & Associates).
- Contributing Editor of IDG's *Advanced Systems*, *SunWorld*, and *Unix Insider*.
- Author of articles in *Forbes*, *GigaOm, Publishing Trends, Salon, The Seybold Report, Journal of Digital Asset Management, Slate, eContent, Serials Review, Journal of Electronic Publishing, Online Information Review, Communications of the ACM,* and other periodicals.

## Education
- B.S.E. (*cum laude*) in Electrical Engineering and Computer Science, Princeton University, 1983.
- M.S. in Computer and Information Science, University of Massachusetts, 1990.
- Coursework for Ph.D. in Computer Science, University of Massachusetts; dissertation topic: *Specification Level Interoperability in Software Development Environments.*
- Continuing education in business and finance: NYU, Harvard, University of Southern California.
- Language skills: proficient in German, basic knowledge of French.

## Affiliations
- Advisory Trustee and former President, Princeton Broadcasting Service, Inc., corporation overseeing WPRB-FM, Princeton, NJ.

## Interests
- Cooking
- Cycling
- Collecting Sherlock Holmes pastiche fiction
- Rock music history

## Publications since June 2005

- Integrating Content Management with Digital Rights Management: Imperatives and Opportunities for Digital Content Lifecycles, co-author Gail Dykstra. Journal of Digital Asset Management, Vol. 1, No. 4, July 2005, pp. 256-270.
- Rights management and the revolution in e-publishing. INDICARE Monitor, Vol. 2, No. 9, November 25, 2005.
- The French legislation on DRM interoperability: right problem, wrong solution. INDICARE Monitor, March 30, 2006.
- The progress of DRM in the United States, Part 1: The legal background. INDICARE Monitor, May 5, 2006.
- The progress of DRM in the United States, Part 2: New DRM technologies and content markets. INDICARE Monitor, May 5, 2006.
- A Short Policy Analysis of Copyright Law and DRM in the United States. Technikfolgenabschätzung: Theorie und Praxis, Vol. 15, No. 2, August 2006, pp. 19-26.
- DRM, law and technology: an American perspective. In Papers from the First European Workshop on Technological & Security Issues in Digital Rights Management (EuDiRights '06).
- BusinessWeek Unifies Its Newsroom After All. The Seybold Report, Vol. 7, No. 13, July 12, 2007
- Content Identification Technologies: Business Benefits for Content Owners. GiantSteps White Paper, April 2008.
- Digital Magazine and Newspaper Editions - Growth, Trends, and Best Practices. Co-author Steve Paxhia, Gilbane Group Research Report, May 2008.
- Digital Editions Redux. The Seybold Report, Vol. 8, No. 12, June 19, 2008, p. 7+.
- Enterprise Rights Management - Implementation Imperatives & Business Readiness, coauthors Bill Trippe and David Guenette, Gilbane Group Research Report, August 2008.
- Rights management and its role in social media markets. Journal of Digital Asset Management, Vol. 4, No. 2, April 2008, pp. 112-122.
- Google's Settlement with the Publishing Industry: Opportunities and Strategies for Publishers. GiantSteps White Paper, January 2009.

- E-Publishing's Ticking Time Bomb: DRM. The Seybold Report, Vol. 9, No. 2, January 20, 2009.
- DRM: E-Publishing's Ticking Time Bomb. Publishing Trends, Vol. XVI, No. II, February 2009.
- Digital Rights and Digital Television. GiantSteps White Paper, March 2009.
- The New Content Monetization Opportunities for Publishers: Best Practices, Strategy and Architecture. GiantSteps White Paper, April 2010.
- The New Technologies for Pay TV Content Security. GiantSteps White Paper, August 2011.
- Content Security Requirements for Multi-Screen Video Services. GiantSteps White Paper, December 2011.
- Will There Ever Be a Universal, MP3-Like Standard for E-Books? PaidContent.org, December 22, 2011.
- The right to resell: a ticking time bomb over digital goods. PaidContent.org, December 15, 2012.
- Apple's Bold Move to Reprice Digital Music. Forbes.com, November 17, 2014.
- Going Hi-Fi To Compete With Spotify (And Google And Apple). Forbes.com, November 30, 2014.
- Yahoo's Flickr Angers Professional Photographers with Photo Printing Service. Forbes.com, December 10, 2014.
- High-Res Audio for the Masses: Innovations in Sound Encoding Technology. December 15, 2014.
- High-Res Audio Makes Slow Progress as Sony and Neil Young Show Off New Products at CES 2015. Forbes.com, January 8, 2015.
- Despite New Internet Video Services from Time Warner and Viacom, Cord-Cutting Fails to Live Up to the Hype. Forbes.com, Febuary 5, 2015.
- Podcasts Ready for the Bigtime, Except for One Thing: Revenue. Forbes.com, February 20, 2015.
- Net Neutrality, the Mob and the Man. Forbes.com, Feburay 26, 2015.
- TiVo Buys Aereo Assets at Auction. Is a Legal Aereo Coming? Forbes.com, March 1, 2015.

- New Music Industry Revenue Figures Show an Illusion of Stability. Forbes.com, March 21, 2015.
- Strategies for Secure OTT Video in a Multiscreen World. GiantSteps White Paper, March 2015.
- Subscription Services for E-Books: Like Netflix, Like Spotify, or Not at All? Forbes.com, April 24, 2015.
- Apple Will Expand the On-Demand Music Market, Without Freemium. Forbes.com, May 14, 2015.
- TiVo Moves Towards Legal Aereo Offering. Forbes.com, May 20, 2015.
- Is Apple Losing Its Music Mojo? Forbes.com, June 1, 2015.