UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC <br><br>　　　　Defendants. | Case No. 1:14-cv-1611(LOG/JFA) |

## DECLARATION OF MICHAEL J. ALLAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT, OPINION, AND TRIAL TESTIMONY OF COX'S EXPERT JOSEPH KARAGANIS

I, Michael J. Allan, declare as follows:

1. I am a partner at Steptoe & Johnson LLP, counsel to Plaintiffs BMG Rights Management (US) LLC and Round Hill Music LP ("Plaintiffs") in the above-referenced matter. I make this Declaration in support of *Plaintiffs' Motion to Exclude the Expert Report, Opinion, and Trial Testimony of Cox's Expert Joseph Karaganis*.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of the August 14, 2015 deposition transcript of Joseph Karaganis.

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of the Rebuttal Report of Joseph Karaganis submitted in the above-captioned matter, dated July 10, 2015.

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of the Expert Report of Dr. William H. Lehr submitted in the above-captioned matter, dated June 19, 2015.

5. Attached to this Declaration as Exhibit 4 is a true and correct copy of the Declaration of Stephen M. Nowlis submitted in the above-captioned matter, dated October 13, 2015.

6. Attached to this Declaration as Exhibit 5 is a true and correct copy of the Expert Report of Dr. Stephen M. Nowlis submitted in the above-captioned matter, dated June 12, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2015
Washington, D.C.

Michael J. Allan
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

William J. Dinkin
Bill.dinkin@gmail.com

/s/ Jeremy D. Engle

Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902