# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:14-cv-1611 (LOG/JFA) |
| v. | ) ) |
| COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC, | ) ) ) ) |
| Defendants. | ) ) ) |

## COX'S MOTION TO EXCLUDE THE TESTIMONY OF PUTATIVE EXPERT STEPHEN M. NOWLIS, Ph.D.

Pursuant to Federal Rules of Evidence 702, 402, and 403, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") respectfully move this Court to enter an order precluding the testimony of Plaintiffs' putative expert, Stephen M. Nowlis, Ph.D.  Cox states the specific grounds for the motion in the accompanying Memorandum in Support of Cox's Motion to Exclude the Testimony of Putative Expert Stephen M. Nowlis, Ph.D.  A Proposed Order is filed herewith.

Respectfully submitted,

Dated:  October 23, 2015

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, VA  22314
Tel:  (703) 549-5354
Fax:  (703) 549-5355
Email:  craig.reilly.@ccreillylaw.com

*Counsel for Defendants*

*Of Counsel for Defendants*

Andrew P. Bridges (*pro hac vice*)
David L. Hayes (*pro hac vice*)
Jedediah Wakefield (*pro hac vice*)
Guinevere L. Jobson (*pro hac vice*)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:  (415) 875-2300
Fax:  (415) 281-1350
Email:    abridges@fenwick.com
            dhayes@fenwick.com
            jwakefield@fenwick.com
            gjobson@fenwick.com

Brian D. Buckley (*pro hac vice*)
Fenwick & West LLP
1191 2nd Avenue, 10th Floor
Seattle, WA  98101
Tel:  (206) 389-4510
Fax:  (206) 389-4511
Email:    bbuckley@fenwick.com

Armen N. Nercessian (*pro hac vice*)
Ronnie Solomon (*pro hac vice*)
Ciara Mittan (*pro hac vice*)
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500
Fax:  (650) 938-5200
Email:    anercessian@fenwick.com
            rsolomon@fenwick.com
            cmittan@fenwick.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2015, the foregoing was filed and served electronically

by the Court's CM/ECF system upon all registered users.

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, VA  22314
Tel:  703-549-5354
Fax:  (703) 549-5355
Email:  craig.reilly.@ccreillylaw.com

*Counsel for Defendants*