# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

BMG RIGHTS MANAGEMENT
(US) LLC, and ROUND HILL
MUSIC LP

      Plaintiffs,

v.

COX ENTERPRISES, INC.,
COX COMMUNICATIONS, INC.,
COXCOM, LLC

      Defendants.

        .

CASE NO.  1:14-cv-1611(LOG/JFA)

**EXPERT REPORT**
**OF DR. STEPHEN M. NOWLIS, PH.D.**

1

I, Dr. Stephen M. Nowlis, state as follows:

## QUALIFICATIONS

1.  I am the August A. Busch Jr. Distinguished Professor of Marketing in the Olin Business School at Washington University in St. Louis. A copy of my curriculum vitae is attached as Appendix A, which includes a list of the cases where I have testified in the last four years.  I hold a Ph.D. in Marketing and a Master's degree in Business Administration (MBA) from the University of California at Berkeley, Haas School of Business, and a Bachelor's degree in Economics from Stanford University.  My field of expertise is marketing, consumer behavior, survey methods, and decision making.  I have acquired this expertise through my training as a doctoral student, my research and publications, my editorial duties, my work experience, past expert witness consulting work, and classes that I have taught.

2.  I teach marketing management to Executive MBA students and consumer behavior to Ph.D. students.  In my courses, I cover topics such as buyer behavior, developing marketing plans, advertising, sales promotions, retailing, marketing research, and product development.  I also recently taught Brand Management to MBA students.  After completing my undergraduate studies and before starting my MBA program, I worked for two years as an Assistant Buyer for a major retail chain.  In this capacity, I analyzed customer purchase patterns to determine why some products sold better than others.

3.  I have won several awards for my research. One of these awards was the 2001 Early Career Contribution Award from the Society for Consumer Psychology – Sheth Foundation, which is given annually to the most productive young scholar in the field of consumer behavior/marketing. Another of these awards was the 2001 O'Dell Award, given to the *Journal of Marketing Research* (the major journal for marketing research topics) article that has had the greatest impact on the marketing field in the previous five years.  This paper looked at the influence of new product features on consumer brand choice.  I also was found to be one of the top 20 most productive marketing professors in

the world in terms of my publications in the top-tier marketing and consumer behavior journals.

4.     I currently serve as an Associate Editor at the *Journal of Marketing Research*. As an Associate Editor, I review many papers and help determine whether they are acceptable for publication. The criteria used to assess these papers include how much of a contribution a paper makes, whether its theoretical framework is sound, and whether the data were collected using a proper methodology. I also serve on the editorial review boards of the *Journal of Consumer Research*, *Journal of Marketing*, *Journal of Consumer Psychology*, and *Marketing Letters*. In this capacity, I act as a regular reviewer of papers submitted to these journals, to determine whether the papers are fit for publication.

5.     As I continue to receive and review additional information, I reserve the right to supplement, revise, or further explain the opinions contained in this report. I am being compensated for my work on this matter at the rate of $650 an hour. My compensation is not contingent upon the conclusions I reach nor on the outcome of this matter.

## BACKGROUND AND PURPOSE OF THE SURVEY

6.     I was asked by counsel for the plaintiffs in the lawsuit entitled BMG Rights Management (US) LLC and Round Hill Music LP v. Cox Enterprises, Inc. et al. to analyze whether consumers are drawn to Cox's Internet service because of their ability to download or upload free digital music through sites such as ThePirateBay. To analyze this issue, I designed a survey to determine the proportion of Cox Internet subscribers who download or upload free digital music through sites such as ThePirateBay for which this capability is a reason for subscribing to Cox Internet service.

3

## SUMMARY OF OPINIONS

7.    My research finds that a sizeable segment of Cox Internet subscribers who download or upload free digital music through sites such as ThePirateBay say that the ability to do this is a reason for them subscribing to Cox Internet service.  In particular, 59.6% (net, after controlling for possible survey noise[1]) of Cox Internet subscribers who download or upload free digital music indicate that the ability to do this is a reason why they subscribe to Cox Internet service. [2]  As a result, I can conclude that the ability to download or upload free music service through sites such as ThePirateBay draws consumers to Cox's Internet service.

## SURVEY METHODOLOGY

8.    My survey was designed and conducted in accordance with generally accepted principles of survey research, as set forth in the Federal Judicial Center's Manual for Complex Litigation "Reference Guide on Survey Research," including the following:

  a. The survey population was properly chosen and defined;

  b. The sample chosen was representative of that population;

  c. The questions asked were clear and not leading;

  d. The data were analyzed in accordance with accepted statistical principles;

  e. The data gathered were accurately reported;

  f. The process was conducted to ensure objectivity;

  g. The survey was conducted by qualified people following proper interview procedures.

---

[1] In total, 70.4% of respondents indicated that downloading or uploading free digital music is a reason why they subscribe to Cox Internet service, minus a 10.8% response to one of the Control questions, yielding a net result of 59.6%. See the Survey Results section for more details.

[2] My survey also finds that 16.1% of Cox Internet service subscribers download or upload free digital music through sites such as ThePirateBay (in response to survey question S8).  This figure is very similar to an NPD Group report that 19% of U.S. Internet subscribers downloaded free music from P2P services in 2008, and a RIAA report which said this figure was 20% in 2003 (see "Casting the Net" by Susan Butler in *Billboard*, June 14, 2008, p. 10-11).  In addition, Cox has a section on its website titled "Peer-to-Peer Networks Information" (last updated on April 7, 2015) where it notes that "There are different types and uses for P2P networks….Among the most common uses of some P2P networks is the sharing of music, movies, software programs, and other copyrighted materials."

4

9.      Applied Marketing Science, Inc. (AMS), a market research company that has extensive experience conducting consumer surveys, and with whom I have worked in the past, worked under my direction to implement the survey that I developed.  To ensure objectivity in survey responses, it is standard practice to conduct the survey in a "double-blind" manner (i.e., withhold information about the purpose and sponsor of the survey from both the interviewer and the respondent).[3]  The survey I designed satisfied these conditions.  Specifically, the survey was administered via a programmed Internet questionnaire, eliminating the need for a human interviewer.  The questionnaire did not provide any information about the actual purpose of the survey or the survey sponsor.  In addition, the screening questions were not identified as such and the screening questions included categories of goods and services unrelated to the survey purpose in order to disguise the "correct" answer for sample selection.

10.     It is standard survey practice to instruct respondents not to guess. Accordingly, the instructions at the beginning of my survey state, "If you don't know an answer to a question or if you are unsure, please indicate this by choosing the Don't know/Unsure option.  It is very important that you do not guess."  In addition, the survey included an explicit "Don't know/Unsure" response option.  This response option reduces the likelihood that respondents will attempt to guess the answer to a question if they are unsure or do not have an opinion.[4]

11.     When designing closed-ended questions, it is good practice to randomize or rotate the order of the response options to control for possible order effects.  The survey that I conducted randomized the order of response options to the closed-ended questions for this reason.  I deviated from this practice where appropriate in order to preserve the logical flow of the questions.  Specifically, I did not randomize the response options for questions where the answer choices have a predetermined order (e.g., age).  In addition, the "Don't know/Unsure" and "None of the above" answer choices were anchored as the last answer choice.

---

[3] Diamond, Shari S., "Reference Guide on Survey Research," in Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, pp. 410-411.
[4] Diamond, p. 390.

## SURVEY UNIVERSE AND SAMPLE SELECTION

12.     In order to reach a representative sample of the appropriate population, I developed an Internet survey that included U.S. adults, aged 18 and older, who subscribe to Cox Internet service at their current residence.  Respondents had to reside in one of 13 states in which Cox offers Internet service;[5] they must be a primary decision maker, or share equally, in the decision to select an Internet service at their current residence; and they must download or upload free digital music through the Internet at their current residence.  In addition, respondents and their household members could not work for a company that provides cable or Internet services, nor for any market research firm or advertising agency.

13.     Internet surveys are a very common form of market research.  In addition, there is evidence that data collected using Internet surveys does not differ in quality from that collected using other means, such as through phone or mall-intercept surveys.[6]  My survey was conducted by contracting with a panel company that has pre-recruited potential respondents who have indicated their willingness to participate in consumer surveys.  For the present matter, I selected Research Now, a well-established market research service firm that maintains a panel of potential respondents.

14.     As part of Research Now's panel recruitment process, panel members complete a questionnaire that includes basic demographic information and profiling information (age, gender, etc.). Under the oversight of AMS, Research Now used that profiling information to identify members of their consumer panel who indicated they subscribe to Cox Internet service within the 13 states mentioned above.  Research Now targeted those panelists for invitation to the survey.  Survey invitations included a link to the actual survey which was hosted on a website maintained by AMS.  This link contained an embedded identification number that assured that only invited respondents could answer the survey and that each respondent could only complete the survey once.  Respondents

---

[5] According to Cox Media (http://www.coxmedia.com/markets.aspx), the list of states in which Cox offers Internet service includes Arizona, Arkansas, California, Connecticut, Florida, Georgia, Kansas, Louisiana, Nebraska, Nevada, Oklahoma, Rhode Island and Virginia.

[6] Poret, H. (2010). A comparative empirical analysis of online versus mall and phone methodologies for trademark surveys, *The Trademark Reporter, 100,* 756-804.

who qualified and completed the survey were awarded $2.50 in e-Rewards (Research Now) currency.

15.    To ensure that the survey operated properly, AMS, at my direction, extensively tested the survey links, screening questions, and skip logic. Data collection was conducted from May 15 – 20, 2015. A total of 318 respondents completed the online survey. Of these, four respondents were removed for taking too long to complete the survey[7], leaving 314 respondents in the final sample.

## **SURVEY INSTRUMENT**

16.    The survey began with a series of quality control and screening questions to determine whether a respondent was a member of the target population and qualified to participate in the survey (See Appendix B for the full questionnaire).  The first screening question asked respondents to enter a code shown on the screen into a CAPTCHA box to ensure that the respondent was an actual person as opposed to a computer program (access question A1).  Respondents then recorded the type of electronic device they were using to complete the survey (A2).  To ensure that all respondents could properly view the survey questions, the survey instructed respondents who indicated that they were taking the survey on a mobile device (e.g., smartphone, other mobile or electronic device) to log back into the survey using a desktop, laptop, or tablet computer.  Respondents were then asked to select from a drop-down list the state in which they currently reside (screening question S1).  Next, respondents provided their gender and age (S2 and S3, respectively). Respondents younger than 18 were not permitted to continue.  Gender and age information was used to validate the survey by making sure that the person taking the survey was the same person who originally registered with the panel provider. Respondents who entered gender or age information that did not match the gender and age information on file with the panel provider were terminated due to a failure to validate.

17.    Screening question S4 asked survey respondents whether they or anyone in their household work for certain types of companies. Respondents who indicated that either

---

[7] Respondents were removed if they took more than 30 minutes to complete the survey.

they or someone in their household work for a market research firm or advertising agency, or a company that provides cable or Internet services, were terminated given that they may have special knowledge or insight about the subject.  The list of companies in this screening question served to mask the activity of interest to protect against respondents answering in a particular way in order to qualify for the survey.

18.   Next, screening question S5 identified respondents who receive Internet service at their current residence.  Specifically, question S5 asked respondents, "Which, if any, of the following services do you receive at your current residence?"  Respondents were instructed to select a Yes, No, or Don't know/Unsure response for Internet service, as well as three other distractor services:  television service, home telephone service, and magazine subscription service.  Respondents who indicated "Yes," they receive Internet service at their current residence, were allowed to continue with the survey.

19.   Screening question S6 then asked respondents, "Which company provides your Internet service at your current residence?"  Respondents were presented with a list of common Internet service providers and asked to select one response (or Don't know/Unsure).  Respondents who selected "Cox" were allowed to continue with the survey.

20.   Next, screening question S7 identified appropriate decision makers in the decision to select an Internet service at their current residence.  Question S7 asked, "Which of the following statements best describes your role in the decision to select an Internet service in your current residence?"  Respondents were instructed to select one response.  Those respondents who selected "You are the primary decision maker in a decision to select it" or "You share equally in a decision to select it" were allowed to continue with the survey.  All other respondents, who selected "You have little or no involvement in a decision to select it" or "Don't know/Unsure," were terminated from the survey.

21.   Screening question S8 then showed respondents a list of eleven different internet activities and asked them to identify which of these activities they engage in at their current residence.  This list included activities which prior research has found are done on the Internet (e.g., use a search engine to find information, send or read email, etc.).[8]  This list also included three items related to music:  (1) Download or upload free digital music through sites such as ThePirateBay, KissAssTorrents, Torrentz, etc., (2) Purchase digital

---

[8] http://www.infoplease.com/ipa/A0921862.html

music through sites such as iTunes, Google Play, Amazon.com, etc., and (3) Listen to online radio or streaming music through sites such as Pandora, iHeartRadio, Spotify, etc. These three items were included as a means to distinguish between different types of music use, so that I could identify those respondents who specifically mentioned that they download or upload free digital music as a particular activity and distinct from other types of music usage.

22.    Finally, this list included two Control questions in order to capture possible survey noise, in this case a tendency to say "Yes" to any question.  One of these Control questions had been identified in prior research as a relatively uncommon Internet activity (Create an avatar or online representation of yourself).[9]  A second Control question was included which was an activity that was assumed to also be uncommon (Calculate radioactive decay rates through sites such as Rad Pro Calculator, GraphPad, CRPK, etc.).  I explain below how I analyze the results from these two Control questions.

23.    Respondents were instructed to select "Yes," "No" or "Don't know/Unsure" as to whether they personally do each these eleven Internet activity in their current residence. Those respondents who selected "Yes" for "Download or upload free digital music – through sites such as ThePirateBay, KickAssTorrents, Torrentz, etc." continued with the survey.

24.    Next, the survey asked two quality control questions, S9 and S10. To ensure that respondents were paying attention to the survey, screener question S9 instructed respondents to select the number "4" from a list of four numbers (1, 2, 3, 4, randomly ordered). Respondents who selected anything other than the number "4" for S9 were terminated from the survey. Screener question S10 confirmed respondents' understanding of and consent to the following instructions:

- Please take the survey in one session without interruption.
- While taking the survey, please do not consult any other websites or other electronic or written materials.
- Please answer all questions on your own without consulting any other person.

---

[9] http://www.infoplease.com/ipa/A0921862.html

- If you normally wear glasses or contact lenses when viewing a computer screen, please wear them for the survey.

25.  Respondents who selected "I understand and agree to the above instructions" qualified and proceeded to the main survey, while respondents who selected "I do not understand or do not agree to the above instructions" were terminated from the survey.

26.  Respondents were then informed, "Next we will ask you some questions about your Internet usage at your current residence." They were reminded, "If you don't know the answer to a question, or if you are unsure, then indicate this by choosing the Don't know/Unsure option. It is very important that you do not guess."

27.  The respondents were then asked the main survey question Q1:

"Earlier you stated that Cox is the Internet service provider at your current residence. Below are activities you may or may not have mentioned that you do through Cox Internet service. Which, if any, of the following are reasons why you subscribe to Cox Internet service?"

28.  Respondents were then presented with each of the Internet activities they indicated "Yes" to in screener question S8. Respondents were instructed to select "Yes," "No" or "Don't know/Unsure" as to whether each of these Internet activities is a reason why they subscribe to Cox Internet service (Q1). In addition, all respondents were shown the two Control questions that I mentioned earlier: "Create an avatar …" and "Calculate radioactive decay rates…," regardless of their response to those corresponding questions in screener question S8.

29.  Thus, all qualified survey respondents were asked in Q1 about "Download or upload free digital music…," "Create an avatar…," "Calculate radioactive decay rates….," and the other activities from S8 that they indicated they engaged in. So, for example, respondent ID 756 indicated in S8 that he engages in the following six Internet activities: "Download or upload free digital music …," "Send/read email …," "Shop online …," "Social networking …," "Watch online videos or movies …" and "Use a search engine to find information…." Therefore, he was asked in Q1 about these six activities, as well as the two Control questions, for a total of eight activities.

30.  The two Control questions were included because of the possibility that respondents would say that downloading or uploading free digital music was a reason for subscribing

to Cox Internet service (Q1) due to possible survey noise, in this case the tendency to answer "Yes" to any question, rather than a true response.  After answering main survey question Q1, respondents had completed the survey and therefore were forwarded to the thank-you page.

## SURVEY RESULTS

31.     Table 1 below shows the responses to survey question Q1.  The results reveal that 70.4% of the respondents indicated that downloading or uploading free digital music through sites such as ThePirateBay is a reason why they subscribe to Cox Internet service.  I next looked at the responses to the two Control questions.  I found that 10.8% of respondents said that creating an avatar or online representation (Control question 1) is a reason for why they subscribe to Cox Internet service, and 3.2% of respondents said that calculating radioactive decay rates (Control question 2) is a reason for why they subscribe to Cox Internet service.

32.     For this survey, the statistic of interest is the proportion of Cox Internet subscribers who download or upload free digital music through sites such as ThePirateBay for whom the ability to do this is a reason for subscribing to Cox Internet service.  To control for possible survey noise, as mentioned earlier, I included two Control questions.  The higher of these two values (10.8%) provides a conservative estimate of possible survey noise.  By subtracting this higher control value (10.8%) from the statistic of interest (70.4%), I obtain a net result of the proportion of Cox Internet subscribers who download or upload free digital music through sites such as ThePirateBay for whom the ability to do this is a reason for subscribing to Cox Internet service.  This net result is 59.6% (70.4% - 10.8%).  This result leads me to conclude that the ability to download or upload free music service through sites such as ThePirateBay draws consumers to Cox's Internet service.

**Table 1:  Reasons for Subscribing to Cox Internet Service**

| Q1. Earlier you stated that Cox is the Internet service provider at your current residence. Below are activities you may or may not have mentioned that you do through Cox Internet service.<br><br>Which, if any, of the following are reasons why you subscribe to Cox Internet service? | % of Total Completes (n=314) | | | |
| --- | --- | --- | --- | --- |
| | **Yes** | **No** | **Don't know/ Unsure** | **Total[10]** |
| **Download or upload free digital music** – through sites such as ThePirateBay, KickAssTorrents, Torrentz, etc. | 70.4% | 27.4% | 2.2% | 100.0% |
| **Purchase digital music** – through sites such as iTunes, Google Play, Amazon.com, etc. | 64.0% | 11.5% | 1.0% | 76.4% |
| **Listen to online radio or streaming music** – through sites such as Pandora, iHeartRadio, Spotify, etc. | 70.1% | 14.0% | 1.0% | 85.0% |
| **Send/read email** – through your Internet service provider or via Gmail, Hotmail, Yahoo! Mail, etc. | 90.1% | 8.3% | 1.3% | 99.7% |
| **Shop online** – through sites such as Walmart.com, Target.com, Amazon.com, eBay, etc. | 86.9% | 10.8% | 1.3% | 99.0% |
| **Play online games** – such as League of Legends, World of Warcraft, Minecraft, etc. | 38.9% | 5.7% | 0.3% | 44.9% |
| **Social networking** – such as Facebook, Twitter, LinkedIn, etc. | 77.7% | 12.1% | 1.3% | 91.1% |
| **Watch online videos or movies** – such as YouTube, Netflix, Vimeo, etc. | 82.8% | 9.9% | 1.3% | 93.9% |
| **Use a search engine to find information** – through Google, Bing, Yahoo! Search, etc. | 90.8% | 7.6% | 1.3% | 99.7% |

[10] Each row does not add to 100% for activities other than "Download or upload free digital music…," "Create an avatar…," or "Calculate radioactive decay rates…." because the other activities ("Purchase digital music…," "Listen to online radio…," etc.) were only asked of those who indicated in screener question S8 that they engage in those particular activities.

| | | | | |
|---|---|---|---|---|
| **Create an avatar or online representation of yourself** – through sites such as DoppelMe, Avatar.Pho.to, Digibody, etc. | 10.8% | 86.9% | 2.2% | 100.0% |
| **Calculate radioactive decay rates** – through sites such as Rad Pro Calculator, GraphPad, CRPK, etc. | 3.2% | 94.6% | 2.2% | 100.0% |

Signed under penalty of perjury,


Dated:  June 12, 2015

_____

Stephen M. Nowlis, Ph.D.



Appendices

    A.  Curriculum Vitae of Stephen M. Nowlis
    B.  Questionnaire
    C.  Survey Screen Shots

13

Appendix A – Curriculum Vitae of Stephen M. Nowlis

**Stephen M. Nowlis**

Olin Business School, Washington University
One Brookings Dr., Campus Box 1133
St. Louis, MO  63130
Phone:  314-935-5113
email:  nowlis@wustl.edu

---

**Education**

Ph.D.    Business Administration (Marketing concentration), Haas School of Business, University of California at Berkeley, 1994

Thesis:  Competitive Brand Strategies of High-Tier and Low-Tier Brands:  A Consumer Choice Perspective

M.B.A.   Haas School of Business, University of California at Berkeley, 1990

B.A.     Economics, with Distinction, Stanford University, 1986

**Academic employment**

Department Chair, Marketing Department, Olin Business School, Washington University, St. Louis, MO, 2014 –

August A. Busch, Jr. Distinguished Professor of Marketing, Olin Business School, Washington University, St. Louis, MO, 2010 -

AT&T Distinguished Research Professor of Marketing, WP Carey School of Business, Arizona State University, Tempe, AZ, 2003-2009

Associate Professor, WP Carey School of Business, Arizona State University, Tempe, AZ, 2000-2003

Assistant Professor, WP Carey School of Business, Arizona State University, Tempe, AZ, 1996-2000

Assistant Professor, Washington State University, Pullman, WA, 1994-1996

**Professional service**

Guest Editor, *Journal of Consumer Research*, *Journal of Marketing Research*

Associate Editor, *Journal of Marketing Research*, 2009-

Associate Editor, *Journal of Marketing*, 2011-2014

Associate Editor, *Journal of Consumer Psychology*, 2008-2011

Associate Editor, *Journal of Consumer Research*, 2002-2008

Editorial Review Board, *Journal of Marketing*, 2005-2010, 2014-

Editorial Review Board, *Journal of Consumer Research*, 2000-2001, 2008-

Editorial Review Board, *Marketing Letters*, 2001-
Editorial Review Board, *Journal of Marketing Research*, 2001-2008
Editorial Review Board, *Journal of Consumer Psychology*, 2012-

Ad-Hoc Reviewer, *Marketing Science, Management Science, Journal of Retailing, Current Anthropology, Nonprofit & Voluntary Sector Quarterly, Industrial and Corporate Change,* Reviewer for Association for Consumer Research conferences, American Marketing Association conferences, AMA John A. Howard Doctoral Dissertation Competition, Society for Consumer Psychology conferences.  Program Committee, Association for Consumer Research conference, 2001 and 2003.  Representative of the Society for Consumer Psychology at the main meeting of the American Psychological Association, 2001.  Advisory Board for the MSI-JCP Research Competition on Product Assortment and Variety-Seeking in Consumer Choice, 2004.

## Honors and Awards

A January 2009 study in the *Journal of Marketing* (by Seggie and Griffith) found that I am the 18th most productive marketing professor in the world in terms of my publications in top-tier marketing journals.

My doctoral student, Maura Scott, won Honorable Mention (2nd place) for the 2009 Ferber Award (best paper based on a dissertation), for our paper:  Scott, Maura L., Stephen M. Nowlis, Naomi Mandel, and Andrea C. Morales (2008), "The Effects of Reduced Food Size and Package Size on the Consumption Behavior of Restrained and Unrestrained Eaters," *Journal of Consumer Research*, 35 (October), 391-405.

Winner of the 2008 Emerald Management Reviews Citation of Excellence Award for "A Bite to Whet the Reward Appetite: The Influence of Sampling on Reward-Seeking Behaviors." This award means that this article was selected as one of the top 50 business and management articles from 15,000 published in 2008, and the only article from *Journal of Marketing Research* to receive this award.

Co-Chair of AMA doctoral consortium, 2007

Co-Chair of ACR doctoral symposium, 2006

Ferber Award Judge, 2005

Finalist for Paul Green Award, 2005

Outstanding Reviewer Award, *Journal of Consumer Research*, 2002.

Winner of the 2001 William F. O'Dell Award.  Given for the article appearing in the *Journal of Marketing Research* in 1996 that has made the most significant long-term contribution to the marketing discipline in the five year period 1996-2001.

Finalist (top 4) for the 2002 William F. O'Dell Award.  Given for the article appearing in the *Journal of Marketing Research* in 1997 that has made the most significant long-term contribution to the marketing discipline in the five year period 1997-2002.

Winner of the 2001 Early Career Contribution Award from the Society for Consumer Psychology – Sheth Foundation, Division 23, American Psychological Association.  Given annually to the most productive researcher in the field of consumer behavior/marketing who has been a faculty member for less than ten years.

Winner of Best Theoretical Paper award (Stephen M. Nowlis and Deborah B. McCabe), "Online vs. Off-line Consumer Decision Making: The Effect of the Ability to Physically Inspect Merchandise," at 2nd INFORMS "Marketing Science and the Internet:  Understanding Consumer Behavior on the Internet," conference, sponsored by Andersen Consulting and the Marshall School of Business, April 29 - 30, 2000.  Prize paid $2500.

Voted Outstanding Graduate Student Instructor, Haas School of Business, University of California at Berkeley, 1992-1993

Winner of Delbert Duncan Award for Best Marketing MBA student, 1988-1990

## Publications

Scott, Maura and Stephen M. Nowlis (2013), "The Effect of Goal Specificity on Consumer Goal Reengagement," *Journal of Consumer Research*, 40 (3), 444-459.

Castro, Iana A., Andrea C. Morales, and Stephen M. Nowlis (2013), "The Influence of Disorganized Shelf Displays and Limited Product Quantity on Consumer Purchase," *Journal of Marketing*, 77 (4), 118-133.

Nowlis, Stephen M., Ravi Dhar, and Itamar Simonson (2010), "The Effect of Decision Order on Purchase Quantity Decisions," *Journal of Marketing Research*, 47 (August), 725-737.

Griskevicius, Vladas, Michelle Shiota, and Stephen M. Nowlis (2010), "The Many Shades of Rose-Colored Glasses:  An Evolutionary Approach to the Influence of Different Positive Emotions," *Journal of Consumer Research*, 37 (2), 238-250.

Frederick, Shane, Nathan Novemsky, Jing Wang, Ravi Dhar, and Stephen M. Nowlis (2009), "Opportunity Cost Neglect," *Journal of Consumer Research*, 36 (4), 553-561.

Scott, Maura L., Stephen M. Nowlis, Naomi Mandel, and Andrea C. Morales (2008), "The Effects of Reduced Food Size and Package Size on the Consumption Behavior of Restrained and Unrestrained Eaters," *Journal of Consumer Research*, 35 (October), 391-405.  This paper won Honorable Mention for the 2009 Ferber Award.

Wadhwa, Monica, Baba Shiv, and Stephen M. Nowlis (2008), "A Bite to Whet the Reward Appetite: The Influence of Sampling on Reward-Seeking Behaviors," *Journal of Marketing Research,* 45 (August), 403-413.  This paper won the 2008 Emerald Citation of Excellence Award.

Mandel, Naomi and Stephen M. Nowlis (2008), "The Effect of Making a Prediction about the Outcome of a Consumption Experience on the Enjoyment of that Experience," *Journal of Consumer Research*, 35 (June), 9-20.

Kahn, Barbara E., Mary Frances Luce, and Stephen M. Nowlis (2006), "Debiasing Insights from Process Tests," *Journal of Consumer Research,* 33 (June), 131-138.

Nowlis, Stephen M. and Baba Shiv (2005), "The Influence of Consumer Distractions on the Effectiveness of Food Sampling Programs," *Journal of Marketing Research*, 42 (May), 157-168.

Shiv, Baba, Alexander Fedorikhin, and Stephen M. Nowlis (2005), "Interplay of the Heart and Mind in Decision Making," in *Inside Consumption:  Frontiers of Research on Consumer Motives, Goals, and Desire*, ed. Ratti Ratneshwar and David Mick.

Nowlis, Stephen, Naomi Mandel, and Deborah Brown McCabe (2004), "The Effect of a Delay Between Choice and Consumption on Consumption Enjoyment," *Journal of Consumer Research*, 31 (December), 502-510.

Shiv, Baba and Stephen M. Nowlis (2004), "The Effect of Distractions while Tasting a Food Sample:  The Interplay of Informational and Affective Components in Subsequent Choice," *Journal of Consumer Research*, 31 (December), 599-608.

Dhar, Ravi and Stephen M. Nowlis (2004), "To Buy or Not to Buy: Response Mode Effects on Consumer Choice," *Journal of Marketing Research*, 41 (November), 423-432.

Nowlis, Stephen M. and Deborah B. McCabe (2004), "The Effect of Examining Actual Products or Product Descriptions on Consumer Preference," *Journal of Consumer Psychology*, 13 (4), 431-439.

Nowlis, Stephen M., Barbara E. Kahn, and Ravi Dhar (2002), "Coping with Ambivalence: The Effect of Removing a Neutral Option on Consumer Attitude and Preference Judgments," *Journal of Consumer Research*, 29 (December), 319-334.

Lemon, Katherine and Stephen M. Nowlis (2002), "Developing Synergies Between Promotions and Brands in Different Price-Quality Tiers," 39 (May) *Journal of Marketing Research,* 171-185.

Itamar Simonson, Ziv Carmon, Ravi Dhar, Aimee Drolet, Stephen M. Nowlis (2001), "Consumer Research:  In Search of Identity," *Annual Review of Psychology*, 52, 249-275.

Simonson, Itamar and Stephen M. Nowlis (2000), "The Role of Explanations and Need for Uniqueness in Consumer Decision Making:  Unconventional Choices Based on  Reasons," *Journal of Consumer Research*, 27 (June), 49-68.

Dhar, Ravi, Stephen M. Nowlis, and Steven J. Sherman (2000), "Trying Hard or Hardly Trying: Context Effects in Choice," *Journal of Consumer Psychology*, 9 (4), 189-200.

Nowlis, Stephen M. and Itamar Simonson (2000), "Sales Promotions and the Choice Context as Competing Influences on Consumer Decision Making," *Journal of Consumer Psychology*, 9 (1), 1-16.

Dhar, Ravi, Stephen M. Nowlis, and Steven J. Sherman (1999), "Comparison Effects On Preference Construction," *Journal of Consumer Research,* 26 (December), 293-306.

Ravi Dhar and Stephen M. Nowlis (1999), "The Effect of Time Pressure on Consumer Choice Deferral," *Journal of Consumer Research*, 25 (March), 369-384.

Nowlis, Stephen M. and Itamar Simonson (1997), "Attribute-Task Compatibility as a Determinant of Consumer Preference Reversals," *Journal of Marketing Research*, 34 (May), 205-218.  This paper was a finalist for the 2002 O'Dell Award.  A Brief of this paper is written by John T. Landry in *Harvard Business Review* (1996), 74 (November/December), 13. This article was reprinted in *The Construction of Preference* (2006), eds. Sarah Lichtenstein and Paul Slovic, Cambridge University Press:  New York, NY, p. 192-219.

Nowlis, Stephen M. and Itamar Simonson (1996), "The Effect of New Product  Features on Brand Choice," *Journal of Marketing Research*, 33 (February), 36-46.  This paper won the 2001 O'Dell Award.

Nowlis, Stephen M. (1995), "The Effect of Time Pressure on the Choice Between Brands that Differ in Quality, Price, and Product Features," *Marketing Letters*, 6(4), 287-295.

Simonson, Itamar, Stephen M. Nowlis, and Katherine Lemon (1993), "The Effect of Local Consideration Sets on Global Choice Between Lower Price and Higher Quality," *Marketing Science*, 12 (4), 357-377

Simonson, Itamar, Stephen M. Nowlis, and Yael Simonson (1993), "The Effect of Irrelevant Preference Arguments on Consumer Choice," *Journal of Consumer Psychology*, 2 (3), 287-306.

**Industry experience**

Assistant Buyer, May Company Department Stores, Los Angeles, CA, 1986-1988
Expert Witness Consulting, 2001-

**Expert Witness Consulting (deposition or trial testimony in the last 5 years)**

Kerzner International Resorts, Inc. v. Monarch Casino & Resort, Inc.
- Greenberg Traurig, Las Vegas NV
- Deposition
- 2009


LG Electronics v. Whirlpool Corporation
- Reed Smith, Chicago IL
- Deposition
- 2009


National  Products Inc. v. Gamber-Johnson
- Darby & Darby, Seattle, WA
- Deposition, trial testimony
- 2009


Miller and Tompkins et al. v. Basic Research et al.
- Burbridge, Mitchell & Gross
- Deposition
- 2010


Brighton Collectibles, Inc. v. Coldwater Creek, Inc.
- Sheppard Mullin Richter & Hampton LLP, San Diego, CA
- Deposition
- 2010


North Atlantic Operating Company, Inc., et al. v. DRL Enterprises, Inc
- Cowan Liebowitz & Latman, New York, NY
- Deposition
- 2011


L'Oreal USA Inc. v. Bot Hair et al.
- Alston & Bird, Dallas, TX
- Deposition
- 2011


Youngblood Timepieces, Inc. v. Fossil, Inc., et al.
- Standly and Hamilton LLP, Dallas TX
- Deposition
- 2012

FragranceNet.com, Inc. and Telescents, Inc. v. FragranceX.com, Inc.
- Reitler, Kailas & Rosenblatt, New York, NY
- Deposition
- 2012


Sporting Supplies International Inc. v. Tulammo USA Inc.
- Morrison & Foerster LLP, Los Angeles, CA
- Deposition
- 2012


Morgan v. Gay et al.
- Manning, Curtis, Bradshaw & Bednar LLC, Salt Lake City, UT
- Deposition
- 2012


J.T. Colby & Company, Inc. v. Apple Inc.
- Kirkland & Ellis, New York, NY
- Deposition
- 2012


Meyer v. Telebrands
- Cooper & Dunham, LLP, New York, NY
- Deposition
- 2013


H&R Block Eastern Enterprises, Inc. et al. v. Intuit, Inc.
- Manatt, New York, NY
- Trial testimony
- 2013


Wells v. Abbott Laboratories, Inc.
- Winston & Strawn, Los Angeles, CA
- Deposition
- 2013


CERT v. Starbucks et al.
- Morrison & Foerster LLP, San Francisco, CA
- Deposition, Trial Testimony
- 2014


Hulsey et al. v. WhiteWave Foods Company
- Liner LLP, Los Angeles, CA
- Deposition
- 2014

**Appendix A – Curriculum Vitae of Stephen M. Nowlis**

Fox Broadcasting Company et al. v. DISH Network et al.
- Jenner & Block, Los Angeles, CA
- Deposition
- 2014

Bowe and Morgan v. Public Storage
- Newport Trial Group, Newport Beach, CA
- Deposition
- 2015

His & Her Corp. v. Shake-N-Go Fashion, Inc., et al.
- Steptoe & Johnson, Los Angeles, CA
- Deposition
- 2015

LOEC, Inc. v. Zippmark, Inc. and Zippo Manufacturing Company
- Dykema, Chicago, IL
- Deposition
- 2015

Converse v. Fortune Dynamic
- HFL Law Group, Los Angeles, CA
- Deposition
- 2015

**Appendix B – Questionnaire**

**Music Sharing Survey**

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following tracks:

| Section | Types of questions |
|---------|-------------------|
| A | ACCESS ("A" SERIES OF QUESTIONS) |
| S | SCREENING QUALIFICATION ("S" SERIES OF QUESTIONS) |
| Q | MAIN SURVEY ("Q" SERIES OF QUESTIONS) |

## Overview

**Sample:** N=300 US adults (age 18+) recruited from an online panel, targeting subscribers of Cox Internet

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]

## Introduction and Screening

[INTRODUCTION S1]  Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the Don't know/Unsure option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

["NEXT" BUTTON TAKES RESPONDENT TO QUESTION A1]

[NEXT PAGE]

## ACCESS ("A" SERIES OF QUESTIONS)

[INSERT CAPTCHA]

A1. Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.
**code is case sensitive**

[NEXT PAGE]

**Appendix B – Questionnaire**

A2. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
- ⊙ Desktop computer [CONTINUE]
- ⊙ Laptop computer [CONTINUE]
- ⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab) [CONTINUE]
- ⊙ Smartphone (e.g., Blackberry, iPhone, Android) [ON HOLD]
- ⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN A2, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop or tablet computer."]

[NEXT PAGE]

**SCREENING QUALIFICATION  ("S" SERIES OF QUESTIONS)**

S1. In which state do you currently reside? *(Select one only)* [DROP DOWN LIST OF 50 STATES + DC. IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE]

[TERMINATE IF ONE OF THE FOLLOWING STATES NOT SELECTED:
- ARIZONA
- ARKANSAS
- CALIFORNIA
- CONNECTICUT
- FLORIDA
- GEORGIA
- KANSAS
- LOUISIANA
- NEBRASKA
- NEVADA
- OKLAHOMA
- RHODE ISLAND
- VIRGINIA]

[NEXT PAGE]

S2. Are you…? *(Select one only)*
- ⊙ Male [CONTINUE]
- ⊙ Female [CONTINUE]

[NEXT PAGE]

**Appendix B – Questionnaire**

S3. Into which of the following categories does your age fall? *(Select one only)*
- ⊙ Under 18 [TERMINATE]
- ⊙ 18-34 [CONTINUE]
- ⊙ 35-49 [CONTINUE]
- ⊙ 50-64 [CONTINUE]
- ⊙ 65+ [CONTINUE]

[TERMINATE IF GENDER OR AGE DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S4. Do you or does any member of your household work for any of the following types of companies? *(Select all that apply)* [RANDOMIZE]
- ❏ A company that manufactures or sells home appliances
- ❏ A company that provides accounting or tax preparation services
- ❏ A company that provides cable or Internet services [TERMINATE]
- ❏ A company that manufactures or sells mobile phones
- ❏ A market research firm or advertising agency [TERMINATE]
- ❏ None of the above [ANCHOR; EXCLUSIVE]

[TERMINATE IF "INTERNET SERVICES" AND/OR "MARKET RESEARCH FIRM" IS SELECTED]

[NEXT PAGE]

S5. Which, if any, of the following services do you receive at your **current residence**? *(Select one response per row)* [RANDOMIZE ORDER OF ROWS AND OF YES/NO COLUMNS]

| | Yes | No | Don't know/Unsure |
|---|---|---|---|
| **Television service** – such as from a cable, satellite or telephone company. *(Select "No" if you only receive free broadcast television over the air through an antenna, and you do not subscribe to television service.)* | ⊙ | ⊙ | ⊙ |
| **Internet service** – such as broadband (e.g., cable, fiber optic, DSL, satellite), dial-up, etc. *(Select "No" if you only use a free community broadband connection, such as building-wide WiFi, and you do not subscribe to Internet service.)* | ⊙ | ⊙ | ⊙ |
| **Home telephone service** – such as landline from a cable company or telephone company. *(Select "No" if you only have mobile/cellular phone service and/or Internet-based* | ⊙ | ⊙ | ⊙ |

B - 3

Appendix B – Questionnaire

| | | | |
|---|---|---|---|
| *telephone service such as Skype or Vonage, and you do not subscribe to a landline home telephone service.)* | | | |
| **Magazine subscription service –** such as subscription to magazines on fashion, news, interior decoration, or health, delivered to your home on a regular basis.<br><br>*(Select "No" if you only have occasionally bought magazines from a newsstand and do not subscribe to a regular magazine subscription service)* | ⊙ | ⊙ | ⊙ |

[TERMINATE IF RESPONDENT DOES NOT SELECT "YES" FOR INTERNET SERVICE]

[NEXT PAGE]

S6. Which company provides your Internet service at your **current residence**? *(Select one only)*
⊙  AT&T
⊙  CenturyLink
⊙  Charter Communications
⊙  Comcast
⊙  Cox
⊙  DIRECTV
⊙  DISH
⊙  EarthLink
⊙  Frontier Communications
⊙  Optimum
⊙  Suddenlink
⊙  Time Warner Cable
⊙  Verizon
⊙  Windstream
⊙  Other. Please specify: [REQUIRE ENTRY IF 'Other' SELECTED]
⊙  Don't know/Unsure

[TERMINATE IF RESPONDENT DOES NOT SELECT "Cox" FOR INTERNET SERVICE]

[NEXT PAGE]

S7. Which of the following statements best describes your role in the decision to select an Internet service in your **current residence**? *(Select one only)* [ROTATE TOP-DOWN ORDER]
⊙  You are the primary decision maker in a decision to select it
⊙  You share equally in a decision to select it [ANCHOR]
⊙  You have little or no involvement in a decision to select it [TERMINATE]
⊙  Don't know/Unsure [ANCHOR; TERMINATE]

[NEXT PAGE]

B - 4

Appendix B – Questionnaire

S8. Which, if any, of the following Internet activities do you personally do in your **current residence**?
*(Select one response per row)*
[RANDOMIZE ORDER OF ROWS; DISPLAY YES/NO COLUMNS IN THE SAME LEFT-RIGHT ORDER AS S5]

|  | Yes | No | Don't know/Unsure |
|---|---|---|---|
| **Download or upload free digital music** – through sites such as ThePirateBay, KickAssTorrents, Torrentz, etc. | ⊙ | ⊙ | ⊙ |
| **Purchase digital music** – through sites such as iTunes, Google Play, Amazon.com, etc. | ⊙ | ⊙ | ⊙ |
| **Listen to online radio or streaming music** – through sites such as Pandora, iHeartRadio, Spotify, etc. | ⊙ | ⊙ | ⊙ |
| **Send/read email** – through your Internet service provider or via Gmail, Hotmail, Yahoo! Mail, etc. | ⊙ | ⊙ | ⊙ |
| **Shop online** – through sites such as Walmart.com, Target.com, Amazon.com, eBay, etc. | ⊙ | ⊙ | ⊙ |
| **Play online games** – such as League of Legends, World of Warcraft, Minecraft, etc. | ⊙ | ⊙ | ⊙ |
| **Social networking** – such as Facebook, Twitter, LinkedIn, etc. | ⊙ | ⊙ | ⊙ |
| **Watch online videos or movies** – such as YouTube, Netflix, Vimeo, etc. | ⊙ | ⊙ | ⊙ |
| **Use a search engine to find information** – through Google, Bing, Yahoo! Search, etc. | ⊙ | ⊙ | ⊙ |
| **Create an avatar or online representation of yourself** – through sites such as DoppelMe, Avatar.Pho.to, Digibody, etc. | ⊙ | ⊙ | ⊙ |
| **Calculate radioactive decay rates** – through sites such as Rad Pro Calculator, GraphPad, CRPK, etc. | ⊙ | ⊙ | ⊙ |

[TERMINATE IF "DOWNLOAD FREE MUSIC" IS NOT "YES"]

[NEXT PAGE]

**Appendix B – Questionnaire**

S9. Please select the number "4" from the following list in order to continue with this survey. *(Select one only)*

[RANDOMIZE]

⊙  1 [TERMINATE]
⊙  2 [TERMINATE]
⊙  3 [TERMINATE]
⊙  4 [CONTINUE]

[NEXT PAGE]

S10. You have qualified to take this survey. Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer screen, please wear them for the survey.

*(Select one only)*

⊙  I understand and agree to the above instructions [CONTINUE]
⊙  I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

Appendix B – Questionnaire

**MAIN SURVEY  ("Q" SERIES OF QUESTIONS)**

[INTRODUCTION M1] Next we will ask you some questions about your Internet usage at your <u>current residence</u>.

If you don't know the answer to a question, or if you are unsure, then indicate this by choosing the Don't know/Unsure option.  <u>It is very important that you do not guess.</u>

[NEXT PAGE]

Q1. Earlier you stated that Cox is the Internet service provider at your current residence. Below are activities you may or may not have mentioned that you do through Cox Internet service.

Which, if any, of the following are reasons why you subscribe to Cox Internet service? *(Select one response per row)*

[DISPLAY YES/NO COLUMNS IN THE SAME LEFT-RIGHT ORDER AS S5; DISPLAY ACTIVITIES FOR WHICH RESPONDENT SELECTED "YES" IN S8, IN THE SAME ORDER AS IN S8; ALL RESPONDENTS SEE THE TWO CONTROL OPTIONS (AVATAR, RADIOACTIVE DECAY) REGARDLESS OF WHETHER THEY SELECTED "YES" FOR THOSE OPTIONS IN S8.]

|  | Yes | No | Don't know/Unsure |
|---|---|---|---|
| **Download or upload free digital music** – through sites such as ThePirateBay, KickAssTorrents, Torrentz, etc. | ⊙ | ⊙ | ⊙ |
| **Purchase digital music** – through sites such as iTunes, Google Play, Amazon.com, etc. | ⊙ | ⊙ | ⊙ |
| **Listen to online radio or streaming music** – through sites such as Pandora, iHeartRadio, Spotify, etc. | ⊙ | ⊙ | ⊙ |
| **Send/read email** – through your Internet service provider or via Gmail, Hotmail, Yahoo! Mail, etc. | ⊙ | ⊙ | ⊙ |
| **Shop online** – through sites such as Walmart.com, Target.com, Amazon.com, eBay, etc. | ⊙ | ⊙ | ⊙ |
| **Play online games** – such as League of Legends, World of Warcraft, Minecraft, etc. | ⊙ | ⊙ | ⊙ |
| **Social networking** – such as Facebook, Twitter, LinkedIn, etc. | ⊙ | ⊙ | ⊙ |
| **Watch online videos or movies** – such as YouTube, Netflix, Vimeo, etc. | ⊙ | ⊙ | ⊙ |
| **Use a search engine to find information** – through Google, Bing, Yahoo! Search, etc. | ⊙ | ⊙ | ⊙ |
| **Create an avatar or online representation of yourself** – through sites such as DoppelMe, Avatar.Pho.to, Digibody, etc. | ⊙ | ⊙ | ⊙ |
| **Calculate radioactive decay rates** – through sites such as Rad Pro Calculator, GraphPad, CRPK, etc. | ⊙ | ⊙ | ⊙ |

[END OF SURVEY – RESPONDENT FORWARDED TO PANEL THANK-YOU PAGE]

**Appendix C – Survey Screen Shots**

INTRODUCTION S1

Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the Don't know/Unsure option. It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

NEXT

Copyright © 2015, Applied Marketing Science, Inc.

0% [=======] 100%
% complete

**Appendix C – Survey Screen Shots**

A1



**Appendix C – Survey Screen Shots**

A2

What type of electronic device are you using to complete this survey?

*(Select one only)*

○ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab)
○ Smartphone (e.g., Blackberry, iPhone, Android)
○ Desktop computer
○ Laptop computer
○ Other mobile or electronic device

**NEXT**

Copyright © 2015, Applied Marketing Science, Inc.

0%  ▬▬▬  100%
% complete

**Appendix C – Survey Screen Shots**

S1

In which state do you currently reside?

*(Select one only)*

<--select one-->

NEXT

Copyright © 2015, Applied Marketing Science, Inc.

0% ■■■■■■■■■■ 100%
% complete

**Appendix C – Survey Screen Shots**

S2



**Appendix C – Survey Screen Shots**

S3



**Appendix C – Survey Screen Shots**

S4



Do you or does any member of your household work for any of the following types of companies?

*(Select all that apply)*

- ☐ A company that provides cable or Internet services
- ☐ A company that provides accounting or tax preparation services
- ☐ A company that manufactures or sells home appliances
- ☐ A company that manufactures or sells mobile phones
- ☐ A market research firm or advertising agency
- ☐ None of the above

NEXT

Copyright © 2015, Applied Marketing Science, Inc.

0%  ▬▬▬▬▬  100%
% complete

**Appendix C – Survey Screen Shots**

S5

Which, if any, of the following services do you receive at your **current residence**?

*(Select one response per row)*

| | Yes | No | Don't know/Unsure |
|---|---|---|---|
| **Television service** - such as from a cable, satellite or telephone company.<br><br>*(Select "No" if you only receive free broadcast television over the air through an antenna, and you do not subscribe to television service.)* | ○ | ○ | ○ |
| **Home telephone service** - such as landline from a cable company or telephone company.<br><br>*(Select "No" if you only have mobile/cellular phone service and/or Internet-based telephone service such as Skype or Vonage, and you do not subscribe to a landline home telephone service.)* | ○ | ○ | ○ |
| **Magazine subscription service** - such as subscription to magazines on fashion, news, interior decoration, or health, delivered to your home on a regular basis.<br><br>*(Select "No" if you only have occasionally bought magazines from a newsstand and do not subscribe to a regular magazine subscription service)* | ○ | ○ | ○ |
| **Internet service** - such as broadband (e.g., cable, fiber optic, DSL, satellite), dial-up, etc.<br><br>*(Select "No" if you only use a free community broadband connection, such as building-wide WiFi, and you do not subscribe to Internet service.)* | ○ | ○ | ○ |

**NEXT**

Copyright © 2015, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬▬▬▬ 100%
% complete

C - 8

**Appendix C – Survey Screen Shots**

S6

Which company provides your Internet service at your **current residence**?

*(Select one only)*

- ○ AT&T
- ○ CenturyLink
- ○ Charter Communications
- ○ Comcast
- ○ Cox
- ○ DIRECTV
- ○ DISH
- ○ EarthLink
- ○ Frontier Communications
- ○ Optimum
- ○ Suddenlink
- ○ Time Warner Cable
- ○ Verizon
- ○ Windstream
- ○ Other. Please specify: [                    ]
- ○ Don't know/Unsure

NEXT

Copyright © 2015, Applied Marketing Science, Inc.

0% ▬▬▬▬▬ 100%
% complete

C - 9

**Appendix C – Survey Screen Shots**

S7

Which of the following statements best describes your role in the decision to select an Internet service in your **current residence**?

*(Select one only)*

- ○ You have little or no involvement in a decision to select it
- ○ You share equally in a decision to select it
- ○ You are the primary decision maker in a decision to select it
- ○ Don't know/Unsure

NEXT

Copyright © 2015, Applied Marketing Science, Inc.

0%  100%
% complete

**Appendix C – Survey Screen Shots**

S8

Which, if any, of the following Internet activities do you personally do in your **current residence**?

*(Select one response per row)*

| | Yes | No | Don't know/Unsure |
|---|---|---|---|
| **Play online games** - such as League of Legends, World of Warcraft, Minecraft, etc. | ○ | ○ | ○ |
| **Listen to online radio or streaming music** - through sites such as Pandora, iHeartRadio, Spotify, etc. | ○ | ○ | ○ |
| **Watch online videos or movies** - such as YouTube, Netflix, Vimeo, etc. | ○ | ○ | ○ |
| **Send/read email** - through your Internet service provider or via Gmail, Hotmail, Yahoo! Mail, etc. | ○ | ○ | ○ |
| **Use a search engine to find information** - through Google, Bing, Yahoo! Search, etc. | ○ | ○ | ○ |
| **Download or upload free digital music** - through sites such as ThePirateBay, KickAssTorrents, Torrentz, etc. | ○ | ○ | ○ |
| **Social networking** - such as Facebook, Twitter, LinkedIn, etc. | ○ | ○ | ○ |
| **Calculate radioactive decay rates** - through sites such as Rad Pro Calculator, GraphPad, CRPK, etc. | ○ | ○ | ○ |
| **Create an avatar or online representation of yourself** - through sites such as DoppelMe, Avatar.Pho.to, Digibody, etc. | ○ | ○ | ○ |
| **Shop online** - through sites such as Walmart.com, Target.com, Amazon.com, eBay, etc. | ○ | ○ | ○ |
| **Purchase digital music** - through sites such as iTunes, Google Play, Amazon.com, etc. | ○ | ○ | ○ |

NEXT

Copyright © 2015, Applied Marketing Science, Inc.



0% ▬▬▬▬▬ 100%
% complete

C - 11

**Appendix C – Survey Screen Shots**

S9



Appendix C – Survey Screen Shots

S10



You have qualified to take this survey. Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer screen, please wear them for the survey.

*(Select one only)*

&#9675; I understand and agree to the above instructions
&#9675; I do not understand or do not agree to the above instructions

NEXT

Copyright © 2015, Applied Marketing Science, Inc.

0% ▬▬▬▬▬▬▬▬▬▬ 100%
% complete

**Appendix C – Survey Screen Shots**

INTRODUCTION M1



Next we will ask you some questions about your Internet usage at your **current residence**.

If you don't know the answer to a question, or if you are unsure, then indicate this by choosing the Don't know/Unsure option. It is very important that you do not guess.

NEXT

Copyright © 2015, Applied Marketing Science, Inc.

0%   100%
% complete

C - 14

**Appendix C – Survey Screen Shots**

Q1

Earlier you stated that Cox is the Internet service provider at your current residence. Below are activities you may or may not have mentioned that you do through Cox Internet service.

Which, if any, of the following are reasons why you subscribe to Cox Internet service?

*(Select one response per row)*

|  | Yes | No | Don't know/Unsure |
|---|---|---|---|
| **Play online games** - such as League of Legends, World of Warcraft, Minecraft, etc. | ○ | ○ | ○ |
| **Listen to online radio or streaming music** - through sites such as Pandora, iHeartRadio, Spotify, etc. | ○ | ○ | ○ |
| **Watch online videos or movies** - such as YouTube, Netflix, Vimeo, etc. | ○ | ○ | ○ |
| **Send/read email** - through your Internet service provider or via Gmail, Hotmail, Yahoo! Mail, etc. | ○ | ○ | ○ |
| **Use a search engine to find information** - through Google, Bing, Yahoo! Search, etc. | ○ | ○ | ○ |
| **Download or upload free digital music** - through sites such as ThePirateBay, KickAssTorrents, Torrentz, etc. | ○ | ○ | ○ |
| **Social networking** - such as Facebook, Twitter, LinkedIn, etc. | ○ | ○ | ○ |
| **Calculate radioactive decay rates** - through sites such as Rad Pro Calculator, GraphPad, CRPK, etc. | ○ | ○ | ○ |
| **Create an avatar or online representation of yourself** - through sites such as DoppelMe, Avatar.Pho.to, Digibody, etc. | ○ | ○ | ○ |
| **Shop online** - through sites such as Walmart.com, Target.com, Amazon.com, eBay, etc. | ○ | ○ | ○ |
| **Purchase digital music** - through sites such as iTunes, Google Play, Amazon.com, etc. | ○ | ○ | ○ |

NEXT

Copyright © 2015, Applied Marketing Science, Inc.



0% ▬▬▬▬▬▬▬ 100%
% complete