DATE: 10/23/15     JUDGE: O'GRADY

REPORTER: N. Linnell

START: 10:26

FINISH: 10:47

CIVIL ACTION NUMBER: 1:14cv1611

BMG RIGHTS MANAGEMENT (US) LLC, et.al.

V.

COX COMMUNICATIONS, INC., et.al.

Appearance of counsel for: ( X ) Plaintiff    ( X ) Defendant

Motion [405] for Leave to File Amicus Brief by Public Knowledge and the Electronic Frontier Foundation – argued and DENIED.

Order to follow.

Order to follow.