# EXHIBIT A



# Clients

Here are some selected clients of GiantSteps/Media Technology Strategies. For information on projects, please view Sample Projects or inquire.

**Content Providers**

- American Bar Association
- Associated Press
- Association of American Publishers
- ASTM International
- Avantext
- Christian Science Monitor
- Consumers Union
- Houghton Mifflin Co.
- IEEE
- Institute of Internal Auditors
- McGraw-Hill
- Massachusetts Medical Society
- National Public Radio
- Pearson
- Pohly Co.
- Readers Digest Ass'n.
- Rodale
- Self Realization Fellowship
- Sony Music Entertainment
- Sony Pictures Entertainment
- StayWell
- Taylor & Francis
- University of Phoenix
- VNU
- Walt Disney Co.
- Warner Music Group
- Wolters Kluwer

View sample projects for content providers

**Technology Vendors & Service Providers**

- Adobe
- Arxan
- Attributor
- Atypon Systems
- Baker & Taylor
- Beyond Oblivion
- Brother
- BT (British Telecom)
- castLabs
- Celartem Technology
- ContentGuard
- Copyright Agency Ltd.
- Digimarc
- DRM Inside
- Google
- Group Logic
- HCL Technologies
- Hewlett-Packard Co.
- Hybris
- IBM
- iCopyright
- INKA Entworks
- Interactive Video Technologies (IVT)
- InterDigital
- International Digital Publishing Forum (IDPF)
- Intertrust Technologies
- Irdeto
- LG Electronics
- MakeMusic
- MarkLogic
- Microsoft
- NDS
- OLogN Technologies
- Pandora
- Plizy
- Quark

- Readium Foundation
- Rovi
- S4Carlisle Publishing Services
- Silicon Image
- Sony Electronics
- Sun Microsystems
- UbicMedia
- Unisys
- UPC Broadband
- Verimatrix
- ViaSat
- Videotron
- Virtual Equipment Solutions
- Widevine
- Yonder Music
- Zeitera

[View sample projects for technology vendors](#)

**Law, Technology Licensing, and Public Policy**

- Akin Gump Strauss Hauer & Feld
- Alliance for Digital Progress
- Blecher Collins Pepperman & Joye
- Brinks Hofer Gilson & Lione
- Brooks Kushman
- Business Software Alliance
- Covington & Burling
- Crowell & Moring
- Digital Watermarking Alliance
- Epicenter IP Group
- European Commission
- Farella Braun & Martel
- Fenwick & West
- Gibbons
- Gibson Dunn & Crutcher
- Howrey
- IPEG (Intellectual Property Experts Group)
- King & Spalding
- Kirkland & Ellis
- Latham & Watkins
- Lerner David Littenberg Krumholz & Mentlik
- McKool Smith
- Munger Tolles & Olson
- Orrick Herrington & Sutcliffe
- Perkins Coie
- Rembrandt IP Management
- Quinn Emmanuel Urquhart & Sullivan
- Sterne Kessler Goldstein & Fox
- Vinson & Elkins
- Weil Gotshal & Manges
- White O'Connor Curry & Avanzado

**Investment**

- Coleman Research Group
- Draper Fisher Jurvetson Gotham Ventures
- Gerson Lehrman Group
- GP International
- TA Associates
- Trident Capital

**Guest Lectures**

- Carnegie-Mellon University
- Columbia University
- Drexel University
- Franklin Pierce Law Center
- New York City College of Technology
- NYU School of Law
- Rutgers School of Law
- University of Maryland

Winston & Strawn

*View sample legal support engagements*

BACK TO TOP

Expertise | Client | Client Services | Press and Events | Search and Site Map | About Us | Contacts | Home
Copyright © 2008 GiantSteps Media Technology Strategies





Home | About Us | Search and Site Map | Contact Us

EXPERTISE | CLIENT SERVICES | CLIENTS | PRESS AND EVENTS

**SAMPLE PROJECTS**

Content Providers

Technology Vendors

Legal and Investment Support

## Content Providers

- For a **multi-million-circulation consumer magazine publisher**, created a strategy for reorganization of editorial and product management functions to support cross-media content development; this included redesign of organization, processes, and technology. Results were mentioned in *Folio* magazine cover story, October 2007.

- For a **global news provider**, led a requirements gathering effort for content management and enterprise content integration across text, image, audio, and video production organizations. Created business requirements for a new type of newsgathering workflow system that increases cross-divisional and cross-geographical visibility into story coverage while enabling more efficient production of multimedia news feeds.

- For a **publisher of legal information**, defined a strategy to improve competitive positioning and disrupt market dynamics based on a new open standard for legal citations and crowdsourcing of metadata.

- For a **national radio broadcast network**, delivered Cross-Media Transformation Strategy for sharing and repurposing content efficiently across divisions. Gathered information about existing content technology and future business goals across the company; created gap analysis showing required capabilities, roadmap for technology architecture and content/metadata workflow processes, and implementation plan with suggested vendor solutions.

- For a **major music company**, provided input on digital rights technologies and business models for negotiations with a global online music provider.

- For a **major music company**, analyzed the technology and feature set of a "brand name" digital music service provider with a view toward determining potential copyright liability.

- For a **global entertainment company**, helped develop a B-to-B rights management strategy, including an enterprise-wide unique asset identifier scheme, to improve the company's ability to manage and track intellectual property throughout production processes.

- For a **diversified publishing company**, surveyed several publishing divisions and defined requirements for enterprise-wide digital asset management architecture and metadata

standardization; developed RFP and business case for asset management and business rights management implementation; participated in vendor selection process.

- For a **global consumer publisher**, performed an audit of content technologies and scored them according to industry best practices. Gathered future product and new business plans and derived required technology capabilities. Created technology architecture roadmap and high-level implementation plan.

- For a **global consumer publisher**, created an RFP for digital asset management; managed the vendor response process, and provided input to the final vendor selection.

- For an **educational and professional publishing company**, gathered cross-divisional requirements for digital rights management (DRM) for online educational materials and performed a vendor selection process.

- For a **global diversified publishing company**, created an architecture and implementation plan for content identification as part of enterprise digital asset management strategy.

- For a **global entertainment company**, created a survey of current DRM technologies, performed a detailed feature and function-level evaluation of a selected few, and made recommendations on a DRM technology and implementation plan for a pilot project.

- For a **global entertainment company**, provided input on digital copyright, DRM, and network security technologies to a public policy initiative.

- For a **multi-million-circulation consumer magazine publisher**, performed a study of IT department staffing and organization; made recommendations for changes to better align IT with the company's business strategy.

- For a **global technical publisher**, created a strategy for integrating two separate online digital library systems.

- For a **medical publisher**, created a multi-year strategy to transform the organization from print-centric to cross-media editorial and product development, encompassing processes, skills, and technology.

- For a **leading online education provider**, provided input to product planning on DRM technology and market trends.

- For a **content industry trade association**, organized its constituents' requirements for DRM and represented it in a DRM standards working group, to ensure that the requirements were covered.

- For a **global entertainment and electronics company**, delivered a series of seminars on digital rights management to company executives.

- For a **publisher of aviation industry technical documents**, developed a plan for transitioning from optical disc-based publishing to XML-based online content distribution; defined technology architecture and new processes; created implementation RFP for systems integrators.

- For a **custom magazine publisher** (publisher of private-label

magazines and newsletters), created a 2-year technology implementation strategy based on customer market research and competitive analysis.

- For an **educational publishing company**, gathered requirements for an editorial workflow system, examined vendor offerings, and recommended a short list of vendors for detailed consideration.

- For the **online division of a global news provider**, gathered requirements for automated text analysis (categorization and entity extraction) for adding value to digital news feeds through metadata. Surveyed tool vendors and selected a vendor that best fit the requirements.

- For a **national daily newspaper,** defined a new architecture, processes, and strategy for scalable XML-based cross-media publishing and digital content distribution. Helped design an Internet-delivered electronic facsimile edition of the paper, including product format, distribution channel, e-commerce strategy, and integration with the print circulation system. This helped boost circulation and ad rates while lowering costs of distribution.

- For a **medical information publisher**, gathered requirements for enterprise-wide XML content management and led a vendor/tool selection process.

- For a **publisher of audio legal journalism**, helped structure content partnerships with leading law and business publishers, and architected web content distribution solutions, to help increase both visibility of and revenue from branded content.

BACK TO TOP

Expertise | Clients | Client Services | Press and Events | Search and Site Map | About Us | Contact Us | Home
Copyright © 2005 GiantSteps Media Technology Strategies





Home | About Us | Search and Site Map | Contact Us

EXPERTISE | CLIENT SERVICES | CLIENTS | PRESS AND EVENTS

**SAMPLE PROJECTS**

Content Providers

Technology Vendors

Legal and Investment Support

## Technology Vendors

- For a **global information technology company**, created ideas for new business opportunities in the publishing market and validated those ideas with executives at companies in targeted publishing market segments.

- For a **global vendor of printers and other output devices**, conceptualized an online service for secure delivery of licensed still images to a new type of output device; defined technology architecture and arranged technology partnerships.

- For the same **global vendor of printers and other output devices**, created go-to-market strategy focused on niche applications for an e-reader device. Obtained feedback from publishers and incorporated feedback into product feature and business model requirements.

- For a **global telecommunications company**, fleshed out the concept for a new type of online content service; created a SWOT analysis and technology architecture; and validated the concept with relevant media industry executives.

- For an **e-publishing standards body**, helped design and served as project manager for an initiative to create an open-source digital rights management (DRM) technology for e-books.

- For a **digital music startup**, provided input into product strategy, feature set, and differentiation based on ongoing analysis of the digital music market during product development, with emphasis on mobile delivery in various geographies around the world.

- For another **global information technology company**, contributed to a study on strategic opportunities in the e-learning market, in order to assist the company in building its cross-divisional go-to-market strategy.

- For an **Internet service provider**, analyzed the technology architecture and feature set of a proposed premium video content service for home and in-aircraft customers to determine potential effects on eligibility for DMCA safe harbor and the need to obtain content licenses from Hollywood studios.

- For a **major European cable and broadband service operator**, performed an IP risk analysis in connection with the company's rollout of a new digital TV platform.

- For an **Internet streaming video hosting startup**, evaluated the proposed technology architecture and feature set to determine potential effects on DMCA safe harbor eligibility.
- For a **global consumer electronics company**, evaluated patent acquisition opportunities in the DRM arena.
- For a **distributor of digital movies onto portable storage devices for consumers**, analyzed DRM technologies according to requirements, selected one for implementation, and assisted with vendor negotiation.
- Provided strategic advice to **several DRM, content protection, and content identification technology companies**.
- Created **patent monetization strategies** for several patent holders; evaluated patent portfolios for buyers for potential acquisition.
- For a **provider of mobile communications technology**, provided background and created a strategy for entry into the mobile digital broadcasting market.
- For a **group of vendors in the digital video space**, evaluated the potential of a consortium-based approach to DRM technology for home entertainment networks.
- For a **publishing services company**, created technology architecture for digital custom publishing of educational and professional content, including DRM selection and production process design.
- For a **leading publishing technology company**, provided competitive analysis in the content management and workflow system markets.
- For a **leading content management and workflow technology company**, provided input to product roadmaps on DRM technologies and standards initiatives.
- For a **streaming video technology vendor**, defined strategies for product offerings, vertical markets, and channel sales; acted as SVP of Product Management.
- For a **provider of secure workflow solutions (B2B rights management) for entertainment companies**, provided market analysis and recommendations on how to scale the company's product line beyond workgroup-level opportunities.
- For a **provider of enterprise content integration technology**, targeted offerings for the publishing and media market through sales, marketing, product definition, and partnership initiatives, in order to increase sales effectiveness and decrease sales cycle time.
- For a **Japanese digital imaging technology vendor**, created a US market entry strategy including partnerships, product planning, and organizational structure.
- For an **internet-based mass custom book publishing vendor**, contributed to the company's offering design by helping define market strategy and technology architecture, and defining the technical interfaces with potential strategic partners.
- For a **B-to-B exchange of branded intellectual property**, investigated technology partnerships and contributed to product

design.

- For an **outsourced editorial workflow system vendor**, contributed to the company's go-to-market strategy by defining and prioritizing target market segments, and initiating strategic partnerships.

- For an **aggregator and distributor of digital content for the educational market**, acted as chief technology officer; created a requirements document and RFP, and led the process of selecting a system integrator to build the company's infrastructure.

- For another **global information technology company**, helped with product planning and design by providing expertise on how digital rights management (DRM) should be integrated into an existing product and service based offering for the media industry.

BACK TO TOP



Home | About Us | Search and Site Map | Contact Us

EXPERTISE | CLIENT SERVICES | CLIENTS | PRESS AND EVENTS

SAMPLE PROJECTS

- Content Providers
- Technology Vendors
- Legal and Investment Support

## Legal and Investment Support

- Served as defense market expert witness in *Broadcast Music, Inc., v. Pandora Media, Inc. related to U.S. v. Broadcast Music, Inc.*, Southern District of New York, 2015. Testified by deposition and at trial.

- Served as defense market expert witness in *In Re Petition of Pandora Media related to U.S. v. American Society of Composers, Authors and Publishers*, Southern District of New York, 2014. Testified by deposition and at trial.

- Served as defense technical expert in *Perfect 10 v. Giganews, et al.*, Central District of California, 2014. Testified by deposition.

- Served as plaintiff's technical expert witness in *Achates Reference Publishing v. Symantec, et al.*, Eastern District of Texas, 2013. Testified by deposition.

- Served as expert witness for SiriusXM Satellite Radio, Inc., in *Determination of Rates and Terms for Preexisting Subscription and Satellite Digital Audio Radio Services ("Sat II")*, Copyright Royalty Board, 2012

- Served as plaintiff's technical expert witness in *z4 Technologies Inc. vs. Microsoft Corp. and Autodesk Inc.,* patent dispute, Eastern District of Texas, 2006. Testified by deposition and at trial.

- Served as technical expert in *ex parte reexamination of U.S. Patent 5,490,216* before the USPTO on behalf of patent owner; filed 132 declaration. Result was reinstatement of all claims.

- For counsel to a *major software company*, served as an expert consultant on digital rights management (DRM) technology in a patent dispute (defense side).

- For counsel to *three "brand name" video content providers*, served as technical expert in patent litigation (defense side); created and served three expert reports.

- For counsel to a *small technology company*, served as an expert consultant on software antipiracy technology in a patent dispute (plaintiff side). Undertook intensive source code discovery.

- For outside counsel to a *consumer electronics company*, served as expert consultant on DRM technology in a patent dispute (defense side).

- For outside counsel to a **major music company**, served as expert consultant in a dispute concerning digital music royalties; created and served expert report.

- For counsel to **major film studios**, served as an expert consultant on streaming video, content management, and content security in a dispute concerning misappropriation of confidential information (defense side); created expert report.

- For a **major software company**, served as an expert consultant on DRM in an antitrust dispute before the European Commission.

- For a **large law firm**, investigated licensing opportunities for a portfolio of patents on IT security technology.

- For counsel to an **online music company**, served as an expert consultant on DRM technology in a patent dispute (defense side).

- Served as Special Advisor to the **European Commission**, Media and Information Society Directorate, in connection with its initiative on Creative Content Online in Europe's Single Market.

- For a **technology industry trade association**, provided input to a public policy initiative related to copyright issues in the European Union.

- Testified at **Federal Trade Commission** hearing on consumer disclosure of DRM.

- Testified at the **National Academies** Workshop on The Impact of Copyright Policy on Innovation in the Digital Era.

- Provided input to the **Section 108 Study Group**, convened by the **U.S. Library of Congress**, on DRM and how it could be implemented by libraries for exceptions in Section 108 of the Copyright Act.

- Provided input to the **U.S. Copyright Office** in connection with its triennial rulemaking on the anti-circumvention provision of the Digital Millennium Copyright Act.

- Other matters still in progress; please **inquire**.

## Investment Support:

- For **leading venture capital firms**, investigated startup companies and delivered investment recommendations.

- Consulted to analysts at **hedge funds, private equity firms, and other investment firms** on strategic issues concerning publicly traded companies in the digital media market.

BACK TO TOP