# EXHIBIT B



| Search for people, jobs, companies, and more... | Advanced |

÷  +  ,

Master of Legal Studies - Earn an online MLS in 1-year from WashU, no GRE/LSAT required. Apply!  | Read More »

**People Similar to Bill**



### Bill Rosenblatt

Strategy consultant in digital content technology

Greater New York City Area | Online Media

| | |
|---|---|
| Current | GiantSteps Media Technology Strategies |
| Previous | Forbes, Princeton Broadcasting Service, Inc. - WPRB-FM, Fathom Knowledge Network |
| Education | Princeton University |

3rd

**Send Bill InMail** ▾

**500+**
connections

https://www.linkedin.com/in/billrosenblatt

w  Contact Info

**Background**

] **Summary**

Seasoned consultant in technologies, business strategy, and intellectual property issues related to content in the digital age. Unique ability to tie together technology, strategy, and legal issues for clients ranging from startups to Global 500, traditional media and technology-based businesses. Deep experience in and knowledge of major content industries including publishing, music, and video; in-depth knowledge of copyright law as it relates to the Internet. Computer science and IT background combined with experience in marketing and strategy, and education in finance.

Founder & president of GiantSteps Media Technology Strategies (www.giantstepsmts.com), a boutique strategy consultancy with clients spanning three continents.

Program chair and co-producer of Copyright and Technology conferences. Speaker at events worldwide including the World Economic Forum (Davos). Forbes contributor, blogger (copyrightandtechnology.com); author of books published by O'Reilly and Wiley, and white papers on digital media technology and business issues.

Projects for content providers include content technology architecture, process and organizational design, RFP and vendor selection, digital media strategy, digital rights.

Projects for tech vendors include go-to-market strategy, product management, business plan creation, competitive analysis, technology & feature roadmap, business development, partnerships, product strategy, industry visibility, IP risk analysis.

Expert witness in copyright, patent, and antitrust matters. Due diligence for investors in digital media technology companies. IP (patent) portfolio analysis and licensing strategy. Consultation to public policy and regulatory bodies related to digital intellectual property rights with experience across three continents.

Please see http://www.giantstepsmts.com/bios.htm for full bio,
http://www.giantstepsmts.com/clients.htm for selected client list.



**People Also Viewed**


**Andrea Dresdale**
Manager of Entertainment Programming at ABC News Radio


**Jeffrey Tomik**
Express Sports Editor at The Washington Post


**Jessie Hellmann**
Statehouse reporter at Chicago Tribune Media Group


**Emmett Berg**
All-platform Journalist


**John Voelcker**
analysis & coverage of the automotive industry, especially advanced powertrain technologies & associated energy policies


**Estelle Shirbon**
Senior Correspondent at Thomson Reuters


**Brian Bell**
Communications Officer at University of California, Irvine



Search for people, jobs, companies, and more... Advanced Gerard Couzens

Digital Disruption of the Book Publishing Industry

Building A Business Case For Digital Asset Management

Standards success factors

The Trajectory Of DRM Technologies

You bought it, but do you own it? The time bomb over ownership rights in the digital age

SEE MORE

## People Similar to Bill

Craig Tanner
Consultant to CBS. Patent Expert

freelance travel writer at Sunday Telegraph and Writing and Editing Consultant

## In Common with Bill

Bill

## Skills

### Top Skills

| | |
|---|---|
| 70 | Digital Media |
| 61 | Strategic Partnerships |
| 36 | Start-ups |
| 35 | Digital Strategy |
| 34 | Strategy |
| 23 | Product Management |
| 19 | Business Strategy |
| 18 | DRM |
| 17 | Business Development |
| 16 | Content Management |

### Bill also knows about...

16 Content Development · 13 Digital Asset Management · 8 Intellectual Property · 8 Research · 8 Marketing Strategy · 8 Content Strategy · 7 Competitive Analysis · 7 Publishing · 6 Digital TV · 6 Strategic Planning · 6 Copyright Law · 5 Management Consulting · 5 Social Media · 4 Watermarking · 4 Streaming Media · See 22+

## Projects

### Publishing industry strategy for global IT company

For a Fortune 50 information technology company, created a strategy for a major push into the publishing market with a combination of new (R&D stage) technologies, existing products, professional services, and acquisitions.

### Reorganization for cross-media publishing at leading consumer magazine publisher

For a multi-million-circulation consumer magazine publisher with a highly successful paid subscription website, created a strategy for reorganization of editorial and product management functions, to dramatically increase capacity and efficiency of online publishing and new product development. This included redesign of organization, processes, and technology. Results were mentioned in Folio... **more**

**Enterprise content integration and newsgathering workflow at global news provider**

Led a project cosponsored by Strategic Development and Information Technology to design a new type of newsgathering workflow system that increases cross-divisional and cross-geographical collaboration in story coverage while enabling more efficient production of multimedia event-based news feeds.

**Image distribution service for printer maker**

Designed an online service for secure delivery of licensed still images to a new type of output device produced by one of the world's leading makers of printers and other consumer electronics. Validated concept with image licensing executives at leading content brands, defined technology architecture and arranged technology partnerships.

**New product strategy for legal publisher**

For a publisher of legal information, defined a strategy to improve competitive positioning and disrupt market dynamics based on a new open standard for legal citations and crowdsourcing of metadata.

**Go to market strategy for eBook reading device**

For a leading maker of printers and other consumer electronics, created a go-to-market strategy focused on applications for a new e-reader device in professional and STM publishing.

**Competitive strategy, music licensing, and content technology for digital music service**

For a digital music startup with major-label licensing backed by News Corp., helped evolve product strategy and feature set during the development of the service to ensure competitive differentiation in the fast-growing worldwide market for mobile music services. Negotiated technical aspects of record company license agreements. Assisted in negotiation of licenses with international music rights... **more**

**Wholesale/retail digital content service for global telecoms provider**

Fleshed out the concept for a new type of cross-device, multi-media online content wholesaling/retailing service; created a SWOT analysis and technology architecture; and validated the concept with relevant media industry executives.

**Cross-Media Transformation Strategy for radio broadcast network**

For a national radio broadcast network, delivered Cross-Media Transformation Strategy for sharing and repurposing content efficiently across divisions. Gathered information about existing content technology and future business goals across the company; created gap analysis showing required capabilities, roadmap for technology architecture and content/metadata workflow processes, and implementation... **more**

**Business model and content protection for a major music company**

Assisted a major music company in negotiating a new license agreement with a leading global digital music retailer by providing input on technology to support desired business models and content protection requirements.

**Digital Asset Management architecture for diversified publishing company**

Surveyed several publishing divisions and defined requirements for enterprise-wide digital asset management architecture and metadata standardization; developed RFP and business case for asset management and business rights management implementation; participated in vendor selection process.

**E-Learning strategy for global IT company**

For a global information technology company, contributed to a study on strategic opportunities in the e-learning market as part of the company's cross-divisional go-to-market strategy.

**Enterprise digital asset management strategy at global diversified publishing company**

Created an architecture and implementation plan for content identification as part of enterprise digital asset management strategy.

**IP risk analysis for major European cable/broadband operator**

Performed an IP risk analysis in connection with the company's rollout of a new digital TV platform.



People Similar to Bill

### Expert witness in litigation

Served as expert witness in several copyright, patent, and other litigations on behalf of both plaintiffs and defendants. Testified in federal district court in copyright disputes concerning online music service royalties, and in patent lawsuit concerning software antipiracy technology. Testified before Copyright Royalty Board concerning music royalty rates. Performed patent infringement analysis/... **more**

### Technology "report card" and requirements for leading consumer publisher

Performed an audit of content technologies and scored them according to industry best practices. Gathered future product and new business plans and derived required technology capabilities. Created technology architecture roadmap and high-level implementation plan.

### Public policy consultant on digital copyright

Consulted to or testified before the U.S. Copyright Office, European Commission, Federal Trade Commission, Korean Copyright Commission, National Academies, Business Software Alliance, Center for Democracy and Technology.

**People Similar to Bill**



## i  Publications

### (Various articles)
Forbes
November 17, 2014

Contributor of media & entertainment industry articles on Forbes.com, covering digital media technology, business models, and copyright. Recent articles have covered on-demand music streaming, pay TV cord cutting, high-res digital audio, podcasting business models, and digital image copyrights.

### Strategies for Secure OTT Video in a Multiscreen World
GiantSteps White Paper
March 23, 2015

The paper covers the emerging world of multi-platform over-the-top (OTT) video applications and how to manage their development for maximum flexibility and cost containment in today's world of constantly expanding devices and user expectations of "any time, any device, anywhere." It's available for download here.

The key technologies that the white paper focuses on are adaptive bitrate... **more**

### The right to resell: a ticking time bomb over digital goods
PaidContent
December 15, 2012

There's a brewing conflict over consumers' rights to use platforms like ReDigi to resell their books, music and other digital property. Now libraries and companies like eBay and Redbox are leading a campaign to pass "You bought it, you own it" laws.

### Content Security Requirements for Multi-Screen Video Services
GiantSteps White Paper
December 2011

This white paper discusses copyright owners' requirements for security in today's world of proliferating devices and delivery channels. It gathers security requirements from major content owners and describes them in a single document. The intent is to help pay-TV operators and other video service providers that are looking to launch multi-screen video services, so that they know what to expect... **more**

### Will There Ever Be A Universal, MP3-Like Standard For E-Books?
PaidContent
December 22, 2011

### The New Technologies for Pay TV Content Security
GiantSteps White Paper
August 2011

The 28-page paper describes the current state of the art of techniques for protecting video content delivered over pay television networks such as cable and satellite.

The white paper starts with a brief history of content protection technologies for digital pay TV, starting

with the adoption of the Digital Video Broadcasting (DVB) standard in 1994. Then it describes various newer technologies... **more**

Search for people, jobs, companies, and more...  **Advanced**  

### DRM and Content Protection Reference Table
GiantSteps White Paper
April 2012

A table of information about over three dozen currently active DRM, content protection, and conditional access technologies for commercial media content. We can provide more detailed information on a customized basis; please inquire if you would like more information.

Commissioned by DCP LLC.

### The New Content Monetization Opportunities for Publishers: Best Practices, Strategy and Architecture
GiantSteps White Paper
April 2010

This whitepaper examines trends and best practices in content monetization models. It focuses on newspapers, consumer magazines, B-to-B publications, and professional information, but it draws examples from music and video content as well. The final section on monetization architecture introduces the concept of Offer Management, a set of capabilities that tie together components like content... **more**

### Digital Rights and Digital Television
Springer Science + Business Media
March 2009

Revision of a paper given at Digital Television: Beyond HD & DTV conference at The Columbia University Institute for Tele-Information, Columbia Business School, New York, November 2, 2007. Original paper appeared as chapter in Television Goes Digital. New York: Springer Science + Business Media, 2009.

### Enterprise Rights Management - Implementation Imperatives & Business Readiness
Gilbane Group
August 2008

This report presents the most comprehensive publicly available research on the ERM market ever undertaken. ERM: Business Imperatives and Implementation Readiness is backed by qualitative and quantitative research on general awareness of ERM, the current state of ERM deployments or plans to deploy (or decisions to avoid the technology), and target applications. According to study data:

•... **more**

3 authors

 **Bill Rosenblatt**
Strategy consultant in digital content technology

 **Bill Trippe**
Director of Technology at MIT Press

David Guenette

### Digital Magazine and Newspaper Editions - Growth, Trends, and Best Practices
Gilbane Group
May 2008

The study covers the market for digital editions of periodical publications, and features statistics that unify audited data from two sources (BPA and ABC) with data from unaudited publications. Highlights from the statistics include:

• The number of business-to-business (B-to-B) publications offering digital editions has increased over 300% from 2005 to 2007, with total subscriptions also... **more**

2 authors

 **Bill Rosenblatt**
Strategy consultant in digital content technology

 Steve Paxhia

### Digital Rights Management: Business and Technology
M&T Books/John Wiley & Sons
November 15, 2001

**People Similar to Bill**



Digital rights management (DRM) is a set of business models and technologies that allows media companies to protect their intellectual property -- and profit in the online world. Cowritten by DRM pioneer William Rosenblatt, this lucid primer outlines the state of DRM today for media executives and IT decision-makers, covering business models (such as subscriptions), core technologies (watermarking... **more**

**People Similar to Bill**

### Leaning Bash
O'Reilly & Associates
January 23, 1998

The first thing users of the Linux operating system come face to face with is the shell. "Shell" is the UNIX term for a user interface to the system -- something that lets you communicate with the computer via the keyboard and display. Bash, the Free Software Foundation's "Bourne Again Shell," is the default shell for Linux, the popular free UNIX-like operating system. It's also a replacement for... **more**

2 authors

 **Bill Rosenblatt**
Strategy consultant in digital content technology

 Cameron Newham

### Learning the Korn Shell
O'Reilly & Associates
January 15, 1993

This Nutshell Handbook® is a thorough introduction to the Korn shell, both as a user interface and as a programming language.

The Korn shell, like the C and Bourne shells, is a program that interprets UNIX commands. It has many features that aren't found in other shells, including command history (the ability to recall and edit previous commands). The Korn shell is also faster; several of its... **more**

### Learning GNU Emacs
O'Reilly & Associates
September 8, 1996

GNU Emacs is the most popular and widespread of the Emacs family of editors. It is also the most powerful and flexible. Unlike all other text editors, GNU Emacs is a complete working environment -- you can stay within Emacs all day without leaving. This book tells you how to get started with the GNU Emacs editor. It will also "grow" with you: as you become more proficient, this book will help you... **more**

3 authors

 **Bill Rosenblatt**
Strategy consultant in digital content technology

 Debra Cameron

 Eric Raymond

^ Experience

### President
GiantSteps Media Technology Strategies
June 2000 – Present (15 years 5 months) | New York, NY

Strategy consultancy with affiliates in the US and Europe and clients spanning three continents. Clients are primarily content owners, service providers, and digital media technology vendors, and have ranged from early stage startups to companies such as Associated Press, Brother, British Telecom, Disney, Google, HP, IBM, LG Electronics, McGraw-Hill, NPR, Pearson, Readers Digest, Sony, and Warner Music Group.

Projects for content providers include content technology architecture, digital rights, process and organizational work, RFP and vendor selection, digital product strategy. Projects for tech vendors include go-to-market strategy, business plan creation, business development, partnerships, product strategy, industry visibility, IP licensing.

Expert witness and litigation consultant with experience in patent and copyright matters. Advisory work for public policy organizations. Due diligence for investors considering stakes in digital media technology companies. Analysis of IP (patent) portfolios.

▸ 17 projects, including:

▾ 8 recommendations, including:

 **Spiros Rally**

 **Joel Gurin**

Vice President Sony DigitalWorks, Start-up Advisor
Bill is not only an industry expert but a visionary. We asked him to help with a technical evaluation of a new service we... View

President and Founder at Center for Open Data Enterprise
Bill was instrumental in developing a restructuring plan for Consumer Reports - changing from a print-driven structure to... View

6 more recommendations

**People Similar to Bill**

Bill Rosenblatt, GiantSteps Media Technology Strategies

### Contributing Writer
Forbes
2014 – 2015 (1 year)

### Contributing Writer
Forbes
2014 – 2015 (1 year)

### President
Princeton Broadcasting Service, Inc. - WPRB-FM
February 2000 – February 2010 (10 years 1 month)

President of alumni board of trustees of corporation that operates WPRB-FM, a student-run, commercially licensed radio station at Princeton University offering a wide variety of music and community affairs programming. WPRB transmits its FM signal at 103.3 MHz to the greater Philadelphia and Central NJ area and streams online at www.wprb.com.

### VP & CTO
Fathom Knowledge Network
July 1999 – June 2000 (1 year)

CTO of e-learning venture backed by Columbia University, London School of Economics, and other institutions. Fathom.com was an adult continuing education site that featured content from Columbia, LSE, University of Chicago, University of Michigan, and other top institutions and academic publishers, and enabled users to enroll in online courses from several dozen major universities.

### VP Technology & New Media
McGraw-Hill Cos.
March 1999 – July 1999 (5 months)



CIO for vertical market publishing group. Chief architect of AviationNow.com, information portal for aviation industry. Responsible for front & back office IT, managed staff of 30.

### Market Development Manager
Sun Microsystems
July 1997 – March 1999 (1 year 9 months)



Market strategy and business development for media & publishing industries. Developed strategic partnerships, led sales development initiatives, executed marketing plans.

### Enterprise IT Architect
Sun Microsystems
March 1996 – June 1997 (1 year 4 months)



Pre-sales strategy consultant to major customers in media/publishing industry.

### Director, Publishing Systems
Times Mirror Co.
September 1994 – March 1996 (1 year 7 months)

Corporate technology project director on CIO's staff. Launched and/or managed series of content management/digital asset management development projects with budgets to 8 figures. Represented

company on technology standards initiative for online copyright protection. Did technical due diligence on investment & acquisition candidates.

### R&D Manager, Corporate Ratings
Moody's Investors Service
March 1992 – August 1994 (2 years 6 months)



Investigated advanced technologies for potential adoption, including Expert Systems (rule processing engines) for corporate billing application; automated software testing tools; and groupware (Lotus Notes). Collaborated with marketing dept. on strategy for pre-Internet electronic publishing of Moody's corporate credit reports using Notes and PDF; built prototype and led effort to build production systems. Led cross-divisional team that rolled out Lotus Notes company-wide.

**People Similar to Bill**



## Languages

**English**
Native or bilingual proficiency

**German**
Limited working proficiency

**French**
Elementary proficiency

## Courses

**Independent Coursework**
- Corporate Finance
- Equity Analysis
- Leadership
- Corporate Strategy

## Education

**Princeton University**
BSE, cum laude, Electrical Engineering and Computer Science
1979 – 1983



Activities and Societies: WPRB-FM radio, various theater groups

**University of Massachusetts**
MS, Computer and Information Science
1985 – 1990



PhD coursework and research in object-oriented systems, databases, and software engineering.

Activities and Societies: WMUA Radio, Massachusetts Daily Collegian

**William Penn Charter School**
High School
1968 – 1979

Activities and Societies: Dramatic Society, newspaper, yearbook, jazz band (flute and bass), math team, backgammon club

## Additional Info

- **Interests**

    Fine cooking, cycling, rock music history, Sherlock Holmes pastiche fiction collecting.

- **Advice for Contacting Bill**
  Interested in consulting projects, partnerships, and job opportunities.

### g  Organizations

**Additional Organizations**

Book Industry Study Group (BISG), Copyright Society of the USA, Intellectual Property Experts Group (IPEG)

**People Similar to Bill**



### e  Volunteer Experience & Causes

**Opportunities Bill is looking for:**

• Joining a nonprofit board

Recommendations                                   Received (8) ▼   Given (3)

## President
GiantSteps Media Technology Strategies



**Spiros Rally**
Vice President Sony DigitalWorks, Start-up Advisor

❝ Bill is not only an industry expert but a visionary. We asked him to help with a technical evaluation of a new service we are launching and during that process found Bill to have a deep understanding of the market and how new services can fit into the value chain. He ended up helping us put together a market analysis, business plan and go to market strategy. I highly... **more**

November 14, 2013, Spiros was Bill's client



**Joel Gurin**
President and Founder at Center for Open Data Enterprise

❝ Bill was instrumental in developing a restructuring plan for Consumer Reports - changing from a print-driven structure to one that let us do content development efficiently across all media. He brings a rare, very valuable combination of deep technical knowledge and a thorough understanding of content and publishing. And he's a pleasure to work with.

October 25, 2007, Joel was Bill's client



**Michael Edson**
Mobile/Web Application Developer at Boston Children's Hospital

❝ Bill is a longtime industry professional who provided comprehensive and timely publishing systems market analysis for us. This helped us shortcut our preparations, broaden our search, and complete a highly successful project. We were very pleased with his work.

June 22, 2007, Michael was Bill's client



**Thanos Triant**
Early Stage Investor

❝ Bill has superb knowledge of the digital media space from a technology and business perspective. He is astute and forthcoming with strategic insights and business implications and calls it as he sees it. I respect his work ethic and he is a great person to work with.

August 29, 2006, Thanos was Bill's client



**Steve Sieck**
Accelerating information industry growth and innovation

❝ Bill was a very valuable expert contributor to an engagement conducted for a major IT and services provider. His expertise in technology and business strategy, and willingness to "pitch in" on the deliverables were key to the success of a large and complex project.

August 19, 2006, Steve was Bill's client



**Ryan Hunter**
Chief Operating Officer at Natural Extraction Systems

❝ When it comes to Digital Rights Management, Bill is one of the most knowledgeable people in the industry by far. Bill delivers great results and is a valuable resource for strategic insights.

August 14, 2006, Ryan was Bill's client



**Howie Singer**
Chief Technologist for Strategy Group at Warner Music

❝ Bill is a true subject matter expert on Digital Rights Management. He understands and explains the technical and business issues with equal authority.

August 13, 2006, Howie was Bill's client



**Gerd Leonhard**
Futurist, Keynote Speaker, Author, CEO The Futures Agency, Host of The Future Show

❝ Bill is an utmost expert on digital media issues. Very deep knowledge and a great skill at 'connecting the dots'. If you can get Bill to work with you consider yourself lucky!

August 13, 2006, Gerd was with another company when working with Bill at GiantSteps Media Technology Strategies

**People Similar to Bill**



**Neil Smith**  3rd
EVP, Business Development at Medianet Digital
Connect

**Ads You May Be Interested In**

  **Master of Legal Studies**
Advance your career with a 1-year online Master of Legal Studies. Apply!

  **116 New CA Clients**
116 new legal clients seeking a CA attorney. View their cases today.

**The Next Big Thing...**
...In domain portfolio management is here for N. America. Learn more today.

⌃ See Less

**Groups**



**Copyright and Technology: London 2012**
27 members
Join



**Music Industry Forum**
75,002 members
Join

**Content Identification**
448 members
Join

**Following**

**Schools**



**University of Massachusetts, Amherst**
Springfield, Massachusetts Area
Follow



**Princeton University**
Greater New York City Area
Follow

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | Upgrade Your Account

LinkedIn Corporation © 2015  |  User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback