# EXHIBIT H


# C&T 2010 Conference

June 17, 2010

Hotel Roger Smith, New York City

# Videos

## Bill Rosenblatt's Opening Remarks (excerpts)

Slide presentation available below.

## Keynote by Stanley Pierre-Louis of Viacom

## Presentations





## How to make DRM work

By Christian Brugeron, Vivacode, Paris, France

1 of 8

## The Future of Digital Rights Management

Nick Bogaty, Adobe Systems, Inc.

1 of 6

# Photos

- Photo gallery of C&T 2010 speakers on Picasa

From Copyright and Technology 2010 Conference

Produced by

## Sponsors

Conference Sponsor

Platinum Sponsors

Gold Sponsor

## Program

8:00 – 8:30am    Continental Breakfast

# Plenary Session

| 9:00 – 9:45 am | **Opening RemarksBill Rosenblatt**, President, GiantSteps Media Technology Strategies and Program Chair |
|---|---|
| 9:45 – 10:15 am | **KeynoteStanley Pierre-Louis**, VP and Associate General Counsel for Intellectual Property and Content Protection, Viacom |
| 10:15 – 10:45 am | Networking break |
| 10:45am – noon | **Best Practices for Monetizing Premium Video Content (Sponsored by Adobe)Moderator: Florian Pestoni**, Principal Product Manager, Adobe Systems<br><br>**Joe Inzerillo**, SVP Technology, MLB.com<br><br>**Emil Rensing**, Chief Digital Officer, EpixHD<br><br>**Shalini Govil-Pai**, Group Manager, Partner Technologies & Strategy, YouTube & TV, Google<br><br>**Jan Steenkamp**, VP Americas, Irdeto |

**12:00 – 1:15 pm    Lunch – Sponsored by Adobe**

# Afternoon Technology Track

| 1:15 – 2:30 pm | **The New Ecosystems for VideoModerator: David Leibowitz**, Managing Partner, CH Potomac<br><br>**Mitch Singer**, CTO, Sony Pictures Entertainment and President, Digital Entertainment Content Ecosystem<br><br>**Dave Habiger**, CEO, Sonic Solutions<br><br>**Florian Pestoni**, Principal Product Manager, Adobe Systems<br><br>**Sheau Ng**, VP Technology R&D, NBC Universal |
|---|---|
| 2:45 – 4:00 pm | **Content Identification Technologies: Moving from Antipiracy to MonetizationModerator: Rajan Samtani**, Digital Media Consultant |

| | |
|---|---|
| | **Alex Terpstra**, CEO, Civolution<br><br>**Joshua Cohen**, CEO, iPharro<br><br>**Stuart Rosove**, VP Corporate Development, BayTSP<br><br>**Joe Winograd**, EVP and CTO, Verance |
| 4:00 – 4:30 pm | Networking break – Sponsored by Civolution |
| 4:30 – 5:45 pm | **What Is the Future of DRM?Moderator: Jude Umeh**, Senior Consultant and Enterprise Architect, Cap Gemini<br><br>**Christian Brugeron**, Manager and CTO, Vivacode<br><br>**Jean-Henry Morin**, Senior Scientist, Dept. of Information Systems, University of Geneva<br><br>**Nick Bogaty**, Sr. Business Development Manager, Digital Publishing, Adobe |

## Afternoon Law & Policy Track

4-1/2 Hours of NYS CLE credit will be available for the Law and Policy track of this conference. Discounted tuition is available for attorneys in government or non-profit practice. Financial assistance is available upon request.

| | |
|---|---|
| 1:15 – 2:30 pm | **Progressive Response in the US?  Likelihood and RamificationsModerator: Nic Garnett**, Partner, HRO Grant Dawe<br><br>**Sherwin Siy**, Deputy Legal Director, Public Knowledge<br><br>**Matthew Schruers**, Senior Counsel for Litigation & Legislative Affairs, Computer & Communications Industry Association<br><br>**Gary Greenstein**, Of Counsel, Wilson Sonsini Goodrich & Rosati |
| 2:45 – 4:00 pm | **News Publishing and Fair UseModerator: Bill Rosenblatt**, President, GiantSteps Media Technology Strategies<br><br>**Sri Kasi**, General Counsel, The Associated Press |

|  | Jim Pitkow, CEO and Co-founder, Attributor |
|---|---|
|  | Benjamin Marks, Partner, Weil Gotshal & Manges |
| 4:00 – 4:30 pm | Networking break – Sponsored by Verance |
| 4:30 – 5:45 pm | Policing Copyright: Whose Job Is It?Moderator: William Hart, Partner, Proskauer Rose<br><br>Robert Kasunic, Principal Legal Advisor, U.S. Copyright Office; adjunct faculty, Washington College of Law, American University; Georgetown School of Law; University of Baltimore School of Law.<br><br>Fritz Attaway, Executive Vice President and Special Policy Advisor, Motion Picture Association of America<br><br>Gerard Lewis, Vice President, Deputy General Counsel & Chief Privacy Officer, Comcast<br><br>Alex Terpstra, CEO, Civolution |

# Session Descriptions

# Plenary Session

- **Opening Address by Bill Rosenblatt, Program Chair**
  The interface between the copyright system and digital technology continues to be fraught with challenges as well as opportunities. The ground is shifting from encryption-based DRM to technologies for identifying content and tracking its use rather than controlling it, while DRM is maintaining its presence in innovative business models. Developments in the field come fast and furious; it's hard to keep track. This talk will provide an overview of the copyright and technology landscape and examine trends into the future. Newcomers will gain a solid grounding in the field, while industry insiders will glean perspectives and insights from a consultant and author who has been on the front lines of the industry for the past 15 years.
- **Keynote: Stanley Pierre-Louis, VP and Associate General Counsel for Intellectual Property and Content Protection, Viacom**
- **Best Practices for Monetizing Premium Video Content (sponsored by Adobe)**
  For all the buzz about online video monetization, most content owners have yet to be able to turn their online video from cost center to profit center. Still, strong signals suggest that video

monetization is around the corner, provided content owners put strategies in place for online video based subscription offerings, download to own/own to stream models, and advertising. Come hear from some of the leading broadcasters, content retailers and digital service providers in the content protection and distribution space to discuss the impact of video monetization for their business, for their customers and for consumers.

# Afternoon Technology Track

- **The New Ecosystems for Video**
  Some major initiatives are under way to promote interoperability among home and personal devices for accessing digital video. They differ in their approaches, but the primary idea is to give consumers portability and future-proofing for video content while keeping it secure and tying access to users' domains. On this panel we will debate approaches including DECE (Digital Entertainment Content Ecosystem), KeyChest, and CinemaNow's ecosystem with Best Buy.
- **Content Identification Technologies: Moving from Antipiracy to Monetization**
  Watermarking and fingerprinting are two technological means of identifying digital content. They have been used as antipiracy applications, such as filtering of content uploads to user-generated content websites. But these technologies have many more applications related to the new urgency around content monetization. Our panelists discuss these applications and their trajectories in the market.
- **What Is the Future of DRM?**
  DRM — the use of file encryption to constrain usage of digital content — has largely disappeared from Internet music downloads. But it remains for subscription music services, e-books, video downloads, some games, and some audiobooks. For what business models is DRM appropriate, and how will they evolve? Or is DRM just dying?

# Afternoon Law and Policy Track

- **Progressive Response in the US? Likelihood and Ramifications**
  Several countries outside the US are looking to curb illegal content uploading through Progressive Response or "three strikes, you're out" legislation. What are the experiences and implications for such legislation, and what are the prospects for similar legislation being enacted in the United States?
- **News Publishing and Fair Use**
  The news publishing industry is getting increasingly fed up with what it sees as "free riding" on its content by search engines, blogs, and other web services, while many of the latter claim that their use of content is justified under the doctrine of Fair Use in US copyright law. This panel looks at developments in this ongoing controversy from the perspectives of news

   publishers, search engines, and providers of solutions.
   ○ **Policing Copyright: Whose Job Is It?**
   User-generated and social content sites follow section 512 of the US Copyright Act, which enables them to respond to content takedown notices and avoid infringement liability. The media industry is arguing, in cases like *UMG v. Veoh* and *Viacom v. YouTube*, that these sites should do more. This panel will examine the legal backgrounds of notice and takedown, vicarious liability, and other theories that bear on the future of this ongoing dispute – and will predict how the future will unfold.

# Comments

1. **Copyright and Technology « Judeumeh's Blog - June 15, 2010 [Edit]**
   […] and other pressing topics will be up for debate at the inaugural / eponymous Copyright and Technology 2010 conference which will be taking place this Thursday in New York City, and yours truly will be there to […]

2. **Copyright and Technology 2010 Conference « Judeumeh's Blog - June 22, 2010 [Edit]**
   […] week's event on copyright and technology has led me to the conclusion that a long-overdue dialogue is slowly taking place between two vital […]

Sorry comments are closed for this entry

The Regulus Theme.
Blog at WordPress.com.