# EXHIBIT I

# C&T 2011 Conference

## Copyright and Technology 2011 Conference

November 30, 2011

Manhattan Penthouse, New York City

## Sponsors

Conference Sponsor

Underwriting Sponsor

# Partner Sponsors

# Media Sponsors

AMEC presents AMEC Art Law Summit, Lincoln Center, New York, October 27, 2011.

# Presentations

Copyright and Technology 2011: Opening Remarks

Copyright and Technology 2011 - 1: Open...  



## Copyright and Technology 2011: Hillel Parness Presentation



## Copyright and Technology 2011: Ron Wheeler Presentation



## Program

8:00 – 8:30am    Continental Breakfast

## Plenary Session

| 8:30 – 9:15 am | Opening Remarks<br><br>○ Bill Rosenblatt, President, GiantSteps Media Technology Strategies and Program Chair |
|---|---|
| 9:15 – 9:45 am | Keynote Address: Copyright at the Speed of Light: Creative Content and Cloud Computing<br><br>○ Tom Rubin, Chief Counsel for Intellectual Property Strategy, Microsoft |
| 10:00 – 11:00 am | Plenary Session: The Current State of Video Content Protection: Good enough for Now, Good Enough for the Future? |

|  | <ul><li>**Moderator:** Christopher Schouten, Senior Marketing Director, Irdeto</li><li>Bill Mandel, VP Technology, Universal Pictures</li><li>Lance Boyd, VP Business Development, Irdeto</li><li>Andrew Glasspool, Co-Founder and Managing Partner, farncombe</li><li>Jim Helman, CTO, MovieLabs</li></ul>Sponsored by **Irdeto** |
|---|---|
| 11:00 -11:30 am | Networking break – Sponsored by **Civolution** |

## Technology Track

| 11:30 am – 12:45 pm | The Real World of DRM Implementation<ul><li>**Moderator:** Jude Umeh, Enterprise Architect, Capgemini</li><li>Richard Zinn, CTO, Beyond Oblivion</li><li>Vince Arneja, VP Product Management, Arxan</li><li>Christopher Levy, CEO, BuyDRM</li></ul> |
|---|---|
| 12:45 – 2:00 pm | **Lunch** – sponsored by **Irdeto** |
| 2:00 – 3:15 pm | Content Security Challenges in Multi-Platform Distribution<ul><li>**Moderator:** Bill Rosenblatt, President, GiantSteps Media Technology Strategies and Program Chair</li><li>Petr Peterka, Chief Technology Officer, Verimatrix</li><li>Hillel Solow, Director of New Technology Security, NDS</li><li>Ron Wheeler, SVP Content Protection, Fox Entertainment Group</li></ul> |
| 3:30 – 4:45 pm | Content Identification: New Applications and Services<ul><li>**Moderator:** David Leibowitz, Managing Partner, CH Potomac</li><li>Alex Terpstra, CEO, Civolution</li><li>Chris Woods, EVP & COO, TuneSat</li><li>Offir Gutelzon, VP Business Development, Getty images/PicScout</li></ul> |

# Law & Policy Track

4-1/2 Hours of NYS CLE credit will be available for the Law and Policy track of this conference. Discounted tuition is available for attorneys in government or non-profit practice. Financial assistance is available upon request.

| 11:30 am – 12:45 pm | The Google Book Settlement: Good Riddance or Lost Opportunity?<br><br>○ **Moderator:** Christopher Kenneally, Director of Business Development, Copyright Clearance Center<br>○ Mary Rasenberger, Cowan DeBaets Abrahams & Sheppard<br>○ Frederic Haber, VP and General Counsel, Copyright Clearance Center<br>○ James Grimmelmann, Associate Professor, New York Law School<br>○ Edward Rosenthal, partner, Frankfurt Kurnit Klein & Selz |
|---|---|
| 12:45 – 2:00 pm | **Lunch** – sponsored by **Irdeto** |
| 2:00 – 3:15 pm | Digital First Sale and the Copyright "Duck Test"<br><br>○ **Moderator:** Lucy Holmes Plovnick, partner, Mitchell Silverberg & Knupp<br>○ Andrew Bridges, partner, Fenwick & West<br>○ Randi Singer, partner, Weil Gotshal & Manges<br>○ Paul Sweazey, Chair, IEEE P1817 (Consumer Ownable Digital Personal Property) Working Group |
| 3:30 – 4:45 pm | New Music Services Push the Legal Envelope<br><br>○ **Moderator:** Nic Garnett, BPE Solicitors<br>○ Vanessa Hew, partner, Duane Morris<br>○ Gary Greenstein, of counsel, Wilson Sonsini Goodrich & Rosati<br>○ Hillel Parness, partner, Robins, Kaplan, Miller & Ciresi; adjunct faculty, Columbia University School of Law |

# Session Descriptions

# Morning Session

- **Opening Address by Bill Rosenblatt, Program Chair**
  The interface between the copyright system and digital technology continues to be fraught with challenges as well as opportunities. The ground is shifting from encryption-based DRM to technologies for identifying content and tracking its use rather than controlling it, while DRM is maintaining its presence in innovative business models. Developments in the field come fast and furious; it's hard to keep track. This talk will provide an overview of the copyright and technology landscape and examine trends into the future. Newcomers will gain a solid grounding in the field, while industry insiders will glean perspectives and insights from a consultant and author who has been on the front lines of the industry for the past 15 years.

- **Keynote Address**
  Tom Rubin, Chief Counsel for Intellectual Property Strategy, Microsoft

- **Plenary Session: The Current State of Video Content Protection: Good enough for Now, Good Enough for the Future?**
  Do today's content protection technologies for broadband video stand up well enough to hacks and other security threats? Will they need to be stronger in the future to maintain the standards of protection that content owners expect? On this panel, we'll explore the current state of content protection for IP video and examine trends in end-to-end content security that indicate whether today's protections will be good enough for tomorrow and what types of advances in technologies and processes may be necessary.

# Technology Track

- **The Real World of DRM Implementation**
  Unless you are distributing permanent music downloads over the Internet, major content owners still require DRM and other content protection technologies. If you're building a service that features premium content, you will need to implement one or more forms of DRM. In this session, we'll hear stories from the trenches and learn about the technical challenges, costs, security considerations, and other factors where the rubber meets the road.

- **Content Security Challenges in Multi-Platform Distribution**
  Today's content services have to support a growing multitude of platforms, including Android, iOS, and other mobile platforms in addition to PCs, Macs, and set-top boxes. This leads to challenges in DRM strategy as well as the security of client software. We'll hear from experts who can explain the challenges as well as the solutions that are appearing on the market.

- **Content Identification: New Applications and Services**
  The markets for content fingerprinting and watermarking technology are growing to encompass new and surprising applications beyond copyright filtering. In this session, we'll

hear some case studies of new content identification applications and services that are helping to make the underlying technology more powerful and scalable.

# Law and Policy Track

- **The Google Book Settlement: Good Riddance or Lost Opportunity?**
  Judge Denny Chin rejected the proposed settlement between Google and book publishers and authors over Google's book scanning and book search programs. The parties to the settlement argued that it contained great benefits to all parties as well as to society, while Judge Chin raised concerns about competition as well as structures that should be set up through legislation rather than litigation. Now that the settlement is dead, what will happen next? What *should* happen?

- **New Music Services Push the Legal Envelope**
  New digital music services have launched that test the limits of copyright law. Several features are at issue, including "scan and match" to let users store their music in the cloud without actually uploading the files, "cloud sync" of users' music onto all of their devices, and features that facilitate copying of possibly illegal files into users' own online collections. At the same time, music companies want service providers to be more proactive in keeping unauthorized music off their services. What are the legal and licensing issues behind these features, and where are the issues likely to come out?

- **Digital First Sale and the Copyright "Duck Test"**
  What rights do you get when you buy a piece of digital content? For example, do you get rights under First Sale (17 USC 109) or not? The Ninth Circuit added some clarity to this murky legal question in its opinion in *Vernor v. Autodesk* last year. The Court stated that if the license agreement in a sale of digital content contains terms that are more restrictive than those of a copyright sale, then the license holds and the terms are enforceable. What are the implications of this decision on other forms of content? Will publishers start putting "shrinkwrap agreements" on printed books? Will the decision affect used record and video stores? What will the future of First Sale in the digital world look like?

# Comments»

1. Farncombe » C&T 2011, Nov 30, New York - November 18, 2011 [Edit]

[…] has been invited to participate in a panel at the Copyright and Technology 2011 Conferencee in New York on November 30th, hosted by Giant Steps Media Technology […]

2. **Content Security and the Cloud « Judeumeh's Blog** - **November 30, 2011** **[Edit]**
[…] the context of the cloud, and I hope to be able to bring back some insight from the rather timely Copyright and Technology 2011 conference, which I am attending […]

3. **Content Security and the Cloud | Capping IT Off | Capgemini** - **November 30, 2011** **[Edit]**
[…] the context of the cloud, and I hope to be able to bring back some insight from the rather timely Copyright and Technology 2011 conference, which I am attending […]

The Regulus Theme.
Blog at WordPress.com.