# EXHIBIT J

# NYC 2012 Conference

December 5, 2012

Manhattan Penthouse, New York City

Click to Register Now

Produced by…

Sponsors

Conference Sponsor

# Partner Sponsors

# Media Sponsors

# Program

8:00 – 8:30am    Continental Breakfast

# Plenary Session

| 8:30 – 9:15 am | Opening Remarks<br><br>○ Bill Rosenblatt, GiantSteps Media Technology Strategies, Program Chair |
|---|---|

| 9:15 – 10:00 am | **Keynote Address: <u>Robert Levine</u>**, journalist and author, *Free Ride* |
|---|---|
| 10:15 – 11:15 am | <u>Plenary Session</u>: <u>The Yin and Yang of Piracy Data Collection</u><br><br>○ **Moderator**: <u>Thomas Sehested</u>, MarkMonitor<br>○ <u>Stephanie Abrutyn</u>, HBO<br>○ <u>Ric Hirsch</u>, Entertainment Software Association<br><br>Sponsored by **MarkMonitor** |
| 11:15 -11:45 am | Networking Break |

## Technology Track

| 11:45 am – 1:00 pm | <u>Rights Management in the UltraViolet Ecosystem</u><br><br>○ **Moderator**: <u>Bill Rosenblatt</u>, GiantSteps Media Technology Strategies, Program Chair<br>○ <u>Michael Stattman</u>, castLabs<br>○ <u>Stuart Rosove</u>, Irdeto<br>○ <u>Jodi Wadhwa</u>, Arxan |
|---|---|
| 1:00 – 2:00 pm | **Lunchtime Keynote: <u>David Lowery</u>**, TheTrichordist |
| 2:00 – 3:15 pm | <u>DRM and E-Publishing</u><br><br>○ **Moderator**: Bill Trippe, MIT Press<br>○ <u>Andrew DaPuzzo</u>, Sony DADC<br>○ <u>Huub van de Pol</u>, Booxtream<br>○ <u>Jim Dovey</u>, Kobo |
| 3:30 – 4:45 pm | <u>Rights Registries and Copyright Hubs: The Holy Grail or the Enemy of the Good?</u><br><br>○ **Moderator**: <u>Christopher Kenneally</u>, Copyright Clearance Center<br>○ <u>Jeff Sedlik</u>, PLUS Coalition<br>○ <u>Miles McNamee</u>, Copyright Clearance Center<br>○ <u>Offir Gutelzon</u>, Getty Images<br>○ <u>Paul Jessop</u>, County Analytics |

# Law & Policy Track

4-1/2 Hours of NYS CLE credit will be available for the Law and Policy track of this conference. Discounted tuition is available for attorneys in government or non-profit practice. Financial assistance is available upon request.

| 11:45 am – 1:00 pm | After the Ordeal:Public Policy in the Post-SOPA/PIPA World<br><br>○ **Moderator**: Hillel Parness, Robins Kaplan Miller & Ciresi<br>○ Sandra Aistars, Copyright Alliance<br>○ Bill Herman, Hunter College/CUNY; author, *The Fight Over Digital Rights: The Politics of Copyright and Technology*<br>○ Jim Burger, Dow Lohnes<br>○ David Green, NBCUniversal |
|---|---|
| 1:00 – 2:00 pm | **Lunchtime Keynote: David Lowery**, TheTrichordist |
| 2:00 – 3:15 pm | Oh Yeah, Those Guys: The Artists' Rights Movement<br><br>○ **Moderator**: Bill Rosenblatt, GiantSteps Media Technology Strategies, Program Chair<br>○ David Lowery, TheTrichordist<br>○ Jean Cook, Future of Music Coalition<br>○ Tucker McCrady, Greenberg Traurig |
| 3:30 – 4:45 pm | TV or Not TV: Legal Challenges for Internet Video Services<br><br>○ **Moderator**: David Leibowitz, CH Potomac<br>○ Jennifer Golinveaux, Winston & Strawn<br>○ Eleanor Lackman, Cowan DeBaets Abrahams & Sheppard<br>○ Todd Larson, Weil Gotshal & Manges<br>○ Toby Butterfield, Frankfurt Kurnit Klein & Selz |

# Session Descriptions

# Morning Session

- **Opening Address by Bill Rosenblatt, Program Chair** The interface between the copyright system and digital technology continues to be fraught with challenges as well as opportunities. The ground is shifting from encryption-based DRM to technologies for identifying content and tracking its use rather than controlling it, while DRM is maintaining its presence in innovative business models. Developments in the field come fast and furious; it's hard to keep track. This talk will provide an overview of the copyright and technology landscape and examine trends into the future. Newcomers will gain a solid grounding in the field, while industry insiders will glean perspectives and insights from a consultant and author who has been on the front lines of the industry for the past 15 years.

- **Keynote Address: Robert Levine**

- **Plenary Session: The Yin and Yang of Piracy Data Collection** Comprehensive data is key to an effective antipiracy effort. This session discusses issues surrounding data collection such as technology, user privacy, and navigating a variety of legal frameworks as well as potential uses for antipiracy data including enforcement and intelligence or analytics. Experts will compare piracy trends across distribution channels as well as the factors involved in accurately sizing web piracy rates.

# Technology Track

- **Rights Management and the UltraViolet Ecosystem** UltraViolet is Hollywood's new model for providing digital video content that people can interoperate and share among their devices. After years of development, a robust ecosystem around UltraViolet has begun to develop this past year, including the establishment of several infrastructure providers and support from various major retailers. UltraViolet uses an innovative multi-technology approach to DRM that offers flexibility with a tradeoff in complexity. On this panel, we'll explore issues around this emerging standard and its approach to rights management.

- **DRM and E-Publishing** Digital rights management (DRM) technology is currently used on the majority of eBooks from commercial publishers. But there are signs that eBooks may go down the same path as music downloads and end up DRM-free: some publishers in genres such as science fiction and IT have given up DRM; emerging "cloud reading" systems do not rely on downloads and thus don't need DRM; and concerns over Amazon's market share may lead other eBook retailers to go DRM-free to make their offerings more attractive. Are eBooks

headed for a DRM-free future, will the market fragment so that some types of publishers stick with DRM while others don't, or is DRM likely to stick around for a while? We gather a range of opinions for a lively discussion.

- **Rights Registries and Copyright Hubs: The Holy Grail or the Enemy of the Good?** One of the major obstacles to the development of legal content services is lack of easily available information about content and rights. Many people agree that online databases of rights information are necessary to solve this problem, and several projects have been started to build such systems. But solutions have proven not to be easy. Is there such a thing as "good enough" in rights registries and copyright hubs, or is it really necessary to dot every i and cross every t before any progress can be made? What are the obstacles and how can they be overcome? We hear from a panel of people who are involved in these efforts.

# Law & Policy Track

- **After the Ordeal: Public Policy in the Post-SOPA/PIPA World** The flameouts of SOPA and PIPA early this year led to lots of soul-searching by media industry interests that pushed for it — as well as by a few from the online community who recognized that some attention must be paid to online copyright infringement, even if not through those legislative channels. What is the future likely to hold for legal action on online infringement? Will media industry bodies try to bring new legislation, and if so, what will it look like? Are copyright owners betting on outcomes of big litigations, such as *Viacom v. YouTube* in the Second Circuit? Our panel of experts will weigh in with their views.

- **Oh Yeah, Those Guys: The Artists' Rights Movement** The bulk of the focus in the so-called copyright wars has been on big media companies that own or control lots of copyrights, and their trade-association representatives. Yet there's a major constituency that hasn't had its point of view heard very much: the artists who create copyrighted works — musicians, songwriters, photographers, filmmakers, visual artists. An Artists' Rights community that represents these people has taken shape recently. How do their aims differ from those of Big Media? Who are their friends and enemies in the digital age? Attend this session, which will be filled with leading Artists' Rights spokespeople, and prepare to be surprised by the answers.

- **TV or Not TV: Legal Challenges for Internet Video Services** New video services and devices are making the lines among broadcast, cable, satellite, and Internet video blurrier and blurrier. Broadcasters and managed service operators have had certain rights enshrined in copyright law, while new services are emerging that test the boundaries of the law. Cablevision expanded the definition of the DVR, while Aereo is hoping to expand the definition of broadcast television. This session will examine the provisions in the copyright

law that are at issue and discuss both recent litigations and where the legal battlegrounds of the future might be.

## Comments »

1. **People Roundup, December 2012 - Publishing Trends** - December 5, 2012 [Edit]
   […] 5 Copyright & Technology NYC Conference The Manhattan Penthouse, New York, […]

2. **If you want to hurt pirates, target their ad money says rock star — paidContent** - December 8, 2012 [Edit]
   […] spoke at Copyright and Technology, an annual industry event in New […]

3. **If you want to hurt pirates, target their ad money says rock star ← techtings** - December 8, 2012 [Edit]
   […] spoke at Copyright and Technology, an annual industry event in New […]

4. **GIASTAR – Storie di ordinaria tecnologia » Blog Archive » If you want to hurt pirates, target their ad money says rock star** - December 8, 2012 [Edit]
   […] spoke at Copyright and Technology, an annual industry event in New […]

5. **If you want to hurt pirates, target their ad money says rock star - Cleantech Reporter** - December 8, 2012 [Edit]
   […] spoke at Copyright and Technology, an annual industry event in New […]

6. **Global Tech Review | If you want to hurt pirates, target their ad money says rock star** - December 9, 2012 [Edit]
   […] spoke at Copyright and Technology, an annual industry event in New […]

7. **If you want to hurt pirates, target their ad money says rock star | Apple Related** - December 9, 2012 [Edit]
   […] spoke at Copyright and Technology, an annual industry event in New […]

The Regulus Theme.
Blog at WordPress.com.