# EXHIBIT K

# London 2012 Conference

Copyright and Technology 2012 London Conference

June 19, 2012

The King's Fund, London, UK

Produced by…

Sponsors

Conference Sponsor

# Partner Sponsors

# Drinks Reception Sponsor

# Media Sponsors

# Presentations

## Opening Remarks – Bill Rosenblatt, GiantSteps Media Technology Strategies



Keynote Address – Eric Walter, Hadopi



Rights Registries – Paul Jessop, County Analytics



Rights Registries – Nicholas Bentley, Common Rights



## Content Identification – Alex Terpstra, Civolution



## Content Identification – Werner Strydom, Irdeto



## Multiplatform Video Security – Jude Umeh, CapGemini



## Multiplatform Video Security – Alec Main, Nagra



1 of 8

## Multiplatform Video Security – Susanne Guth, castLabs



1 of 13

# International Perspectives on Digital Copyright – Arthur Hoyle, University of Canberra



1 of 15

# Program

0830 – 0900    Registration and Breakfast – **Sponsored by castLabs**

# Plenary Session

| 0900 – 0945 | Opening Remarks <br><br> ○ Bill Rosenblatt, President, GiantSteps Media Technology Strategies and Program Chair |
|---|---|
| 0945 – 1015 | **Keynote Address:** Eric Walter, Secretary General, HADOPI |

| 1015 – 1115 | Policing Piracy |
| --- | --- |
| | - **Moderator**: Paul Brindley, Co-founder, Music Ally |
| | - Eric Walter, Secretary General, HADOPI |
| | - Geoff Taylor, Chief Executive, BPI |
| | - Dan Klein, Head of Media Accounts, Detica |
| | - Jean-Henry Morin, Assoc. Professor, University of Geneva |
| | - Andrew Bridges, Partner, Fenwick & West, USA |
| 1115 – 1145 | **Networking Break** – sponsored by **Simons Muirhead & Burton** |
| 1200 – 1300 | The Yin and Yang of Piracy Data Collection – Sponsored by **MarkMonitor** |
| | - **Moderator**: Charlie Abrahams, VP & GM EMEA, MarkMonitor |
| | - Thomas Sehested, SVP Anti-Piracy Solutions, MarkMonitor |
| | - Trevor Albery, VP, EMEA Anti-Piracy Operations, Warner Bros. Entertainment Europe |
| | - Allan Paltzer, AntiPiracy Specialist, HarperCollins |

1300 – 1400    Lunch – Sponsored by **MarkMonitor**

# Technology Track

| 1400 – 1515 | Content Security Challenges in Multi-Platform Distribution |
| --- | --- |
| | - **Moderator**: Jude Umeh, Enterprise Architect, Capgemini |
| | - Susanne Guth-Orlowski, VP Business Development and Sales, castLabs |
| | - Alec Main, VP Multi-Device DRM, Nagra |
| | - Andrew Glasspool, Managing Director, Farncombe |
| | - Tim Wright, VP Worldwide New Media and Technology, Sony Pictures Europe |
| 1515 – 1545 | **Networking Break** – sponsored by **Civolution** |
| 1545 – 1700 | Content Identification: Progressive Response, Media Measurement and More |

- **Moderator**: Bill Rosenblatt, President, GiantSteps Media Technology Strategies and Program Chair
- Alex Terpstra, CEO, Civolution
- Huub van de Pol, CEO, Icontact
- Werner Strydom, VP Technology, Irdeto

# Law & Policy Track

| 1400 – 1515 | Rights Registries: Bringing Precision and Efficiency to Rights Licensing <br><br> - **Moderator**: Paul Jessop, Founder, County Analytics <br> - Godfrey Rust, Rightscom/Linked Content Coalition <br> - Nic Garnett, Partner, Simons Muirhead & Burton <br> - Nicholas Bentley, Founder, Common Rights <br> - Jonathan Lockwood, VP & Corporate Counsel, **getty**images |
|---|---|
| 1515 – 1545 | **Networking Break – sponsored by Civolution** |
| 1545 – 1700 | International Perspectives on Digital Copyright <br><br> - **Moderator**: Nic Garnett, Simons Muirhead & Burton <br> - Gilles Vercken, Partner, Cabinet Gilles Vercken Avocats (Gilles Vercken Law Firm), France <br> - Andrew Bridges, Partner, Fenwick & West, USA <br> - Arthur Hoyle, University of Canberra, Australia |

**1700 – 1900   Drinks Reception – sponsored by Icontact**

# Session Descriptions

# Morning Session

- **Opening Remarks by Bill Rosenblatt, Program Chair**
  The interface between the copyright system and digital technology continues to be fraught with challenges as well as opportunities. The ground is shifting from encryption-based DRM to technologies for identifying content and tracking its use rather than controlling it, while DRM is maintaining its presence in innovative business models. Developments in the field come fast and furious; it's hard to keep track. This talk will provide an overview of the copyright and technology landscape and examine trends into the future. Newcomers will gain a solid grounding in the field, while industry insiders will glean perspectives and insights from a consultant and author who has been on the front lines of the industry for the past 15 years.

- **Keynote Address**

- **Policing Piracy**
  Increasingly, copyright owners are looking to cut down on the unauthorised use of their works and products at network level. Progressive response legislation in a number of countries can lead to fines or disconnection of users' Internet accounts. Other ways of limiting online access to repeat copyright offenders or to abusive sites are considered for deployment. Network operators and open internet activists have their own positions and responses to these moves. Is current practice beginning to deliver some of the answers to the questions that both sides of the debate have had to consider? We put it to a panel of inside experts to find out.

- **The Yin and Yang of Piracy**
  **Data Collection**
  Comprehensive data is key to an effective antipiracy effort. This session discusses issues surrounding data collection such as technology, user privacy, and navigating a variety of legal frameworks as well as potential uses for antipiracy data including enforcement and intelligence or analytics. Experts will compare piracy trends across distribution channels as well as the factors involved in accurately sizing web piracy rates.

# Technology Track

- **Content Security Challenges in Multi-Platform Distribution**
  Today's digital consumers demand content on any device at any time.  Therefore content services have to support a growing multitude of platforms, including Android, iOS, and other mobile platforms in addition to PCs, Macs, and set-top boxes.  This leads to challenges in content protection strategy as well as the security of client software, as copyright owners need to be comfortable that their content is being secured sufficiently on all distribution channels.  We'll hear from experts who can explain the challenges as well as the solutions that are appearing on the market.

- **Content Identification: Progressive Response, Media Measurement and More**
  Content identification is a set of technologies for analyzing content to determine its identity as intellectual property.  Two of the fastest-growing applications for content identification technologies such as fingerprinting and watermarking are progressive response, which is being implemented in France and elsewhere, and measuring usage of online media.  In this session, we will explore case studies and implications of content identification technologies in these areas.

# Law and Policy Track

- **Rights Registries: Bringing Precision and Efficiency to Rights Licensing**
  Rights holders need to get paid when someone uses their works.  This requires finding out who owns a work, what rights are available, and on what terms.  Rights registries are online-accessible databases designed to make this task as easy and automated as possible.  If done well, rights registries can solve many problems with fair rights holder compensation, blanket license administration, cross-border licensing, and more.  But building rights registries that are practical to populate and use is as challenging as it is crucial.  On this panel, we'll hear from people who are involved in different rights registry and related initiatives.  They'll discuss the importance of rights registries and the pros and cons of different approaches.

- **International Perspectives on Digital Copyright**
  Different countries are responding in different ways to the technological innovations that are outpacing the ability of the law to keep up with them.  Each jurisdiction is forging ahead with its own legislative initiatives and case law, while also observing international developments more closely than ever before.  This session offers a unique opportunity to share and learn from leading authorities on legal developments in the digital copyright field in various geographies throughout the world.

# Comments»

**1. Join our 1-day course on Content Security and Connected TV - Farncombe - April 26, 2012 [Edit]**
   […] are holding this course in partnership with the Copyright & Technology London 2012 event, which is taking place on the Tuesday 19th June, also at the King's […]

**2. Copyright And Technology 2012 Conference « Judeumeh's Blog - June 19, 2012 [Edit]**
   […] saw the first UK edition of this annual conference, which took place in London's Kings Fund venue. The full day conference featured panels and […]

**3. Copyright And Technology 2012 Conference | Capping IT Off | Capgemini - July 2, 2012 [Edit]**
   […] saw the first UK edition of this annual conference, which took place in London's Kings Fund venue. The full day conference featured panels and […]

The Regulus Theme.
Blog at WordPress.com.