# EXHIBIT L

Case 1:14-cv-01611-LO-JFA   Document 500-12   Filed 10/28/15   Page 2 of 8 PageID# 14552

# London 2013 Conference

## Copyright and Technology 2013 London

October 17, 2013

<u>Reed Smith</u>, Broadgate Tower, London, UK

<u>Click here to Register Today</u>

Produced by…

Sponsors

Conference Sponsor

Underwriting Sponsor

Partner Sponsor

Marketing Partner

# Program

0830 – 0900    Registration and Breakfast

Plenary Session

| 0915 – 1000 | **Opening Session**<br><br>○ **Opening Remarks**: Bill Rosenblatt, President, GiantSteps Media Technology Strategies and Program Chair<br>○ Interview with **Vikram Kumar**, CEO, MEGA |
|---|---|
| 1000 – 1045 | **The Data Driven Media Company – Sponsored by MarkMonitor**<br><br>○ Thomas Sehested, MarkMonitor |

| 1045 – 1115 | Morning Coffee Break |
|---|---|
| 1115 – 1155 | **Presentation**: Pauline Blassel, Director of Research, HADOPI |

# Technology Track

| 1200 – 1300 | **Automated Content Recognition and Second Screen Applications**<br><br>○ **Moderator**: Paul Jessop, County Analytics<br>○ Andy Nobbs, Civolution<br>○ Rajan Samtani, MarkAny<br>○ Stephen Edwards, Reed Smith |
|---|---|
| 1300 – 1400 | **Lunch** – sponsored by **Reed Smith** |
| 1400 – 1445 | **Keynote Address:** Richard Hooper CBE |
| 1500 – 1600 | **Content Protection for Over-the-Top Video Services**<br><br>○ **Moderator**: Jude Umeh, CapGemini<br>○ Winston Bond, Arxan<br>○ Andre Roy, Farncombe Technologies<br>○ Alvaro de Nicolas, BT |
| 1600 – 1630 | **Networking Break** |
| 1630 – 1730 | **Cyberlockers and Large-Scale Piracy**<br><br>○ **Moderator**: Bill Rosenblatt, GiantSteps Media Technology Strategies<br>○ Daniel Raimer, Kanzelei Daniel Raimer<br>○ David Price, NetNames Piracy Analysis<br>○ Gregor Pryor, Reed Smith |

# Law & Policy Track

| 1200 – 1300 | **Digital Copyright Exhaustion and Resale** <ul><li>**Moderator**: Fiona Philips, Australian Copyright Council</li><li>Tim Coates, Bilbary</li><li>Richard Mollet, Publishers Association</li><li>Dr. Eleonora Rosati, University of Cambridge</li><li>Emma Linklater, European University Institute</li></ul> |
|---|---|
| 1300 – 1400 | **Lunch –** sponsored by **Reed Smith** |
| 1400 – 1445 | **Keynote Address: Richard Hooper CBE** |
| 1500 – 1600 | **The Limits of Copyright in the Digital Age** <ul><li>Moderator: Serena Tierney, Bircham Dyson Bell</li><li>Jeff Smith, BBC Radio 2 and 6</li><li>Mo McRoberts, BBC Archive</li><li>Lindsay Lane, 8 New Square Intellectual Property</li><li>Andrew Orlowski, The Register</li></ul> |
| 1600 – 1630 | **Networking Break** |
| 1630 – 1730 | **Brand Advertising on Pirate Sites** <ul><li>**Moderator**: Paul Brindley, Music Ally</li><li>Geoff Taylor, BPI</li><li>Nick Stringer, Interactive Advertising Bureau</li><li>Nick Swimer, Reed Smith</li><li>Jeremy Penston, jpenston.com ltd</li></ul> |

# Session Descriptions

# Plenary Sessions

- **The Data Driven Media Company**
  Emerging sources of data from digital channels are creating better pictures of global consumer behavior.  This kind of data, sometimes referred to as 'big data', can provide a common platform for the marketing department and the legal department to respond to the challenges of protecting digital content. This session explores how business leaders can tap into the power of data, identifying new data sources and new ways of examining it to create innovative business strategies.

# Law and Policy Track

- **Digital Copyright Exhaustion and Resale**
  The doctrine of exhaustion states that once you obtain a copyrighted work legally, it's yours to do with as you please, without any further control from the publisher.  This law applies to books, CDs, DVDs, and so on.  But does it apply to downloaded bits?  As more and more content is consumed as digital files, this question becomes more important.  This panel will examine legal precedents, such as the EU Court of Justice's decision last year on downloaded software.  We will also discuss the potential for innovative business models for reselling digital files.
- **The Limits of Copyright in the Digital Age** The litigation that Ministry of Sound recently started against Spotify will test whether playlists on compilation albums have copyright protection.  It will be played out in the context of the debate about to what extent we as a society are prepared to pay for curation. The same issue faces news-disseminating organisations over their headlines and sports reporters over game highlights. Does our society value the editorial/quality control/validation role that they play? This panel will explore the boundaries of what is – and should be – protected by copyright in the digital age and suggest what directions legal decisions in the future may take.
- **Brand Advertising on Pirate Sites**
  Websites that exist primarily to offer illegal content downloads show advertising from well-known consumer brands.  Some consumer brand companies are taking steps to prevent their ads from appearing on these sites, while others claim that their ad networks give them no control.  This panel will discuss steps the Internet ad industry can take to enable companies to avoid having their ads appear on pirate content sites, whether it's best practices, automated mechanisms, or legal mandates.

# Technology Track

- **Automated Content Recognition and Second Screen Applications**
  Second screen applications are hot.  Watch TV, fire up your tablet or smartphone, and an application will figure out which show you're watching and enhance your viewing experience.  Automated content recognition (ACR), also known as content identification, is the secret sauce that makes it happen.  What rights do third-party apps have to use content from television programs?  As the popularity of second-screen apps grows, so do these legal and technical issues, which we'll discuss on this panel.
- **Cyberlockers and Large-Scale Piracy**
  The halcyon days of cyberlockers — online services for storing files — are over regarding copyright liability.  After the shutdown of Megaupload, Kim Dotcom recently launched Mega, a cyberlocker service that encrypts users' files.  RapidShare implemented a series of technical measures to curtail large-scale infringing activities.   What are the merits of these techniques, and how effective are they likely to be in both curbing infringement and avoiding liability for operators?  Are we approaching a set of voluntary best practices for curbing infringement, or is further legal action warranted?  We'll get into the meat of these issues in this session.
- **Content Protection for Over-the-Top Video Services**
  Many traditional Pay TV operators are launching "Over-the-Top" (OTT) Internet video services with premium content licensed from Hollywood studios, TV networks, and sports leagues in order to keep up with competition.  As the number of delivery modalities increases, so does the complexity of protecting the contentb.  Operators must integrate content protection technologies for unmanaged networks and consumer devices with their existing pay-TV infrastructures.  On this panel, we will demystify this often bewildering technical area and discuss solutions.

# Comments»

1. **DRM, Content Protection, and the future of the Web | Judeumeh's Blog** - **October 14, 2013** **[Edit]**
   […] will be moderating a panel session, discussing Over the Top (OTT) video content protection, at the Copyright and Technology 2013 London conference, later this week. My panel of experts will most likely have something interesting to say about DRM […]

2. **Copyright and Technology in 2013 | Judeumeh's Blog** - **November 18, 2013** **[Edit]**
   […] month's conference on copyright and technology provided plenty of food for thought from an array of speakers, […]

3. **Digital Economy and IP | Judeumeh's Blog - January 21, 2014 [Edit]**

[…] summary, and regardless of where I've held these conversations (e.g. at the Copyright and Technology Conference, or Digital Economy and Law Conference, and even at the BCS, Chartered Institute for IT), these […]

The Regulus Theme.
Blog at WordPress.com.