# EXHIBIT M

# London 2014 Conference

Copyright and Technology 2014 London

October 1, 2014

Reed Smith, Broadgate Tower, London, UK

Produced by…

**Register Today!**

Underwriting Sponsor

Cocktail Reception Sponsor

Marketing Partners

IPKat

The 1709 Blog

# Program

(Agenda subject to change)

**0830 – 0900    Registration and Breakfast**

# Plenary Session

| 0900 – 0915 | **Opening Remarks**: Bill Rosenblatt, President, GiantSteps Media Technology Strategies and Program Chair |
|---|---|
| 0915 – 1200 | **Keynote Addresses**: <br><br>○ **Maria Martin-Prat**, Head of Copyright Unit, Intellectual Property Directorate, Internal Market and Services, European Commission <br>○ **Shira Perlmutter**, Chief Policy Officer and Director for International Affairs, United States Patent and Trademark Office <br>○ **Dominic Young**, CEO, The Copyright Hub |

**1200 – 1315    Lunch**

# Technology Track

| 1315 – 1415 | **Content Protection for 4K Video** <br><br>○ **Moderator**: Bill Jones, Global Village Ltd <br>○ Ian Trow, Harmonic <br>○ Philippe Stransky, Nagra |
|---|---|

| | |
|---|---|
| | ○ Ron Wheeler, Fox Entertainment Group |
| 1430 – 1530 | **New Challenges and Responses to Online Piracy**<br><br>○ **Moderator**: Jude Umeh, CapGemini<br>○ Rory O'Connor, Irdeto<br>○ Christopher Elkins, Muso<br>○ Darren Meale, Simmons & Simmons |
| 1530 – 1600 | **Networking Break** |
| 1600 – 1700 | **Rights Expression Languages: Automating Communication of Content Rights**<br><br>○ **Moderator**: Paul Jessop, County Analytics<br>○ Michael Steidl, IPTC<br>○ Heather Reid, Copyright Clearance Center<br>○ Abbie Enock, Capture Ltd.<br>○ Alex Loscos, BMAT |

# Law & Policy Track

| | |
|---|---|
| 1315 – 1415 | **Ripples Across the Pond: The Influence of American Copyright Reform**<br><br>○ **Moderator**: Bill Rosenblatt, President, GiantSteps Media Technology Strategies and Program Chair<br>○ Maria Martin-Prat, European Commission<br>○ Shira Perlmutter, U.S. Patent and Trademark Office<br>○ Andrew Bridges, Fenwick & West<br>○ Stephen Edwards, ReedSmith |
| 1430 – 1530 | **Should Internet Service Providers Be Copyright Cops?**<br><br>○ **Moderator**: Eleonora Rosati, e-LAWnora ©onsultancy, IPKat |

| | |
|---|---|
| | ○ Asim Singh, Cabinet Singh<br>○ Kiaron Whitehead, BPI<br>○ Thomas Dillon, WIPO |
| 1530 – 1600 | **Networking Break** |
| 1600 – 1700 | **The Cloudy Future of Private Copying**<br><br>○ **Moderator**: John Enser, Olswang<br>○ Gregor Pryor, ReedSmith<br>○ Jez Bell, RaRa<br>○ Ros Lynch, UK Intellectual Property Office<br>○ Ron Wheeler, Fox Entertainment Group |

# Session Descriptions

# Technology Track

- **New Challenges and Responses to Online Piracy**
  The proliferation of cyberlockers, cloud storage, and BitTorrent sites has led to new challenges for media companies looking to reduce the amount of infringing content stored online. Piracy monitoring services must keep up with new data storage and distribution schemes as well as new ways in which large-scale infringers can make content available. We'll review some of the new challenges and responses to online piracy as well as the nature of demands on piracy monitoring services.
- **Content Protection for 4K Video**
  The next frontier in digital video, known as 4K, offers four times the pixels of HD. Although movie studios are capturing content in 4K, the ecosystems for delivering it to consumers are still being defined. Along with superior viewing experiences, 4K gives Hollywood an opportunity to call for redesigned content protection schemes that remedy some of the deficiencies of existing ones. In this session, we'll discuss Hollywood's objectives for 4K content protection and hear about some proposed solutions and their tradeoffs.
- **Rights Expression Languages: Automating Communication of Content Rights**
  The idea of machine-readable languages for expressing rights was introduced with some of the first DRM systems some time ago. But more recently, rights expression languages have found their ways into various interesting applications for conveying rights information among links in content value chains, to support commerce and licensing agreements efficiently and

unambiguously. In this session, we'll hear from organizations who are developing schemes to apply machine-readable rights expressions to digital images, news, and other forms of content.

# Law and Policy Track

- **Should Internet Service Providers Be Copyright Cops?**
  Internet service providers (ISPs) are beginning to take responsibility for copyright infringement that occurs over their networks – whether voluntarily (as in the UK and USA) or by force of law (as in France and Austria). On this panel, we will discuss developments that have taken place both in courts and behind the scenes that chart the progress of the content industries in getting ISPs to take responsibility for the copyright behavior of their subscribers, and whether educational or punitive measures are necessary to reduce infringement online.
- **Ripples Across the Pond: The Influence of American Copyright Reform**
  The United States has begun the long journey of reviewing and reforming its Copyright Act, which dates back to 1976.  Although opinions on how or whether to revise the law differ greatly, most agree that the law is a poor match for today's rapid developments in digital content and services. Our panel of multi-national experts will speculate on the areas of the law that are most likely to change during the ensuing review process, and on how those changes will be likely to affect developments in law and technology in the UK, Europe, and beyond.
- **The Cloudy Future of Private Copying**
  The term "private copy" used to apply to simple scenarios such as ripping music CDs onto consumers' personal computers. But in today's world of ubiquitous cloud storage and easy personal file-sharing, consumers are making more copies of content on more personal devices and using it in a wider range of ways. Are the laws relating to private copying still fit for purpose? Should consumers be allowed to make copies on cloud services through which others can access the content? Should rights holders be compensated for all types of private copies, and if so, how? Answers to these questions vary by geography as well as by constituency. Our panel will grapple with these complex issues and contemplate whether reasonable solutions are within reach.

# Comments»

1. Kieran Atkins - July 1, 2014 [Edit]
   How do I book a place?

2. Bill Rosenblatt - July 18, 2014 [Edit]

Online registration is available at http://musically.com/event/copyright-and-technology-london-2014/.

The Regulus Theme.
Blog at WordPress.com.