UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP,<br><br>                    Plaintiff,<br><br>        v.<br><br>COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC,<br><br>                    Defendants. | Case No. 1:14-cv-1611 (LOG/JFA) |

**COX'S MOTION *IN LIMINE* NO. 1 TO PRECLUDE PLAINTIFFS FROM USING RIGHTSCORP NOTICES AS PROOF OF INFRINGEMENT**

Defendants respectfully move this Court to enter an order precluding Plaintiffs from (1) introducing Rightscorp's notices of alleged infringement to Cox, (2) offering those notices as evidence or proof that infringements occurred, or (3) testifying or arguing that those notices show that Cox or its account holders infringed any copyrights.  Defendants state the specific grounds for their motion in Defendants' accompanying Memorandum in Support of Motion *in Limine* No. 1:  Rightscorp's Notices Are Inadmissible Hearsay.

                                        Respectfully submitted,

Dated:  November 6, 2015            */s/ Craig C. Reilly*
                                        Craig C. Reilly (VSB No. 20942)
                                        111 Oronoco Street
                                        Alexandria, VA  22314
                                        Tel:  (703) 549-5354
                                        Fax:  (703) 549-5355
                                        Email:  craig.reilly.@ccreillylaw.com

                                        *Counsel for Defendants*

1

*Of Counsel for Defendants*

Andrew P. Bridges (*pro hac vice*)
David L. Hayes (*pro hac vice*)
Jedediah Wakefield (*pro hac vice*)
Guinevere L. Jobson (*pro hac vice*)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:  (415) 875-2300
Fax:  (415) 281-1350
Email:   abridges@fenwick.com
         gjobson@fenwick.com

Brian D. Buckley (*pro hac vice)*
Fenwick & West LLP
1191 2nd Avenue, 10th Floor
Seattle, WA  98101
Tel:  (206) 389-4510
Fax:  (206) 389-4511
Email:   bbuckley@fenwick.com

Armen N. Nercessian (*pro hac vice*)
Ronnie Solomon (*pro hac vice*)
Ciara Mittan (*pro hac vice*)
Nicholas A. Plassaras (*pro hac vice*)
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500
Fax:  (650) 938-5200
Email:   anercessian@fenwick.com
         rsolomon@fenwick.com
         cmittan@fenwick.com
         nplassaras@fenwick.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, VA  22314
Tel:  703-549-5354
Fax:  (703) 549-5355
Email:  craig.reilly.@ccreillylaw.com

*Counsel for Defendants*