UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:14-cv-1611(LO/JFA)<br>) |
| COX COMMUNICATIONS, INC., COXCOM, LLC | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**PLAINTIFFS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE INTRODUCTION OF IRRELEVANT INFORMATION ABOUT RIGHTSCORP, INC.**

Pursuant to Federal Rules of Evidence 402 and 403, BMG Rights Management (US) LLC and Round Hill Music LP ("Plaintiffs") hereby move for an order to exclude Cox Communications, Inc. and CoxCom LLC (collectively, "Cox") from introducing irrelevant information about Rightscorp, including, but not limited to, (1) any use of derogatory terms like "troll" or "extortionist" in reference to Rightscorp or Plaintiffs; (2) evidence concerning Rightscorp's business practices after 2011, including evidence concerning Rightscorp's telephone agents, Rightscorp's phone script, or any Rightscorp call recordings; (3) Rightscorp's finances; and (4) any allegations that Rightscorp violated debt collection or private investigation licensing laws or engaged in the unlicensed practice of law. An accompanying memorandum of law has been filed in support of this motion.

For the reasons set forth in the accompanying Memorandum in Support, the Court should grant the Motion.

November 6, 2015

                              Respectfully submitted,

/s/ *Jeremy D. Engle*
Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
1700 K Street, NW
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202) 540-7201


*Of Counsel*
Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Roger E. Warin (admitted *pro hac vice*)
Jeffrey M. Theodore (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Michael O. Crain
Crain Law Group, LLC
The Bottleworks
297 Prince Avenue, Suite 24
Athens, Georgia  30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

William J. Dinkin
Bill.dinkin@gmail.com

/s/ *Jeremy D. Engle*
Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902