**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  1:14-cv-1611(LO/JFA)

**DECLARATION OF STEPHANIE L. ROBERTS IN SUPPORT OF
PLAINTIFFS' MOTIONS *IN LIMINE***

I, Stephanie L. Roberts, declare as follows:

1. I am an attorney at Steptoe & Johnson LLP, counsel to Plaintiffs BMG Rights Management (US) LLC and Round Hill Music LP ("Plaintiffs") in the above-referenced matter.  I make this Declaration in support of BMG Rights Management (US) LLC and Round Hill Music LP's Motions *in Limine* Nos. 1-10.

2. Attached hereto as **Roberts Exhibit 1** is a true and correct copy of William Rosenblatt's June 19, 2015 Expert Report.

3. Attached hereto as **Roberts Exhibit 2** is a true and correct copy of excerpts from the transcript of William Rosenblatt's August 5, 2015 deposition.

4. Attached hereto as **Roberts Exhibit 3** is a true and correct copy of a document produced by Cox in this litigation as COX_BMG00155440.

5. Attached hereto as **Roberts Exhibit 4** are true and correct of copy of a document produced by Cox in this litigation as COX_BMG00217801.

6. Attached hereto as **Roberts Exhibit 5** is a true and correct copy of excerpts from the transcript of Christopher Sabec's July 7, 2015 deposition.

7. Attached hereto as **Roberts Exhibit 6** is a true and correct copy of a document produced by Cox in this litigation as BR_00000004-39.

8. Attached hereto as **Roberts Exhibit 7** is a true and correct copy of the October 30, 2015 Hearing transcript.

9. Attached hereto as **Roberts Exhibit 8** is a true and correct copy of excerpts from the transcript of Greg Boswell's July 29, 2015 deposition.

10. Attached hereto as **Roberts Exhibit 9** is a true and correct copy of Secretary of State filing re: BMG Rights Managements (US) LLC.

11. Attached hereto as **Roberts Exhibit 10** is a true and correct copy of William Rosenblatt's July 24, 2015 Reply Report.

12. Attached hereto as **Roberts Exhibit 11** is a true and correct copy of a document produced by Cox in this litigation as COX_BMG00008542-8556.

13. Attached hereto as **Roberts Exhibit 12** is a true and correct copy of a document produced by Cox in this litigation as COX_BMG00103797

14. Attached hereto as **Roberts Exhibit 13** is a true and correct copy of excerpts from the transcript of Randall Cadenhead's June 9, 2015 deposition.

15. Attached hereto as **Roberts Exhibit 14** is a true and correct copy of excerpts from the transcript of Matthew Carothers' June 3, 2015 deposition.

16. Attached hereto as **Roberts Exhibit 15** is a true and correct copy of a document produced by Round Hill in this litigation as RH00004069.

17. Attached hereto as **Roberts Exhibit 16** is a true and correct copy of a document produced by Round Hill in this litigation as RH00004076.

18. Attached hereto as **Roberts Exhibit 17** is a true and correct copy of a document produced by Round Hill in this litigation as RH00004084.

19. Attached hereto as **Roberts Exhibit 18** is a true and correct copy of a document produced by Round Hill in this litigation as RH00003993.

20. Attached hereto as **Roberts Exhibit 19** is a true and correct copy of a document produced by Round Hill in this litigation as RH00004059.

21. Attached hereto as **Roberts Exhibit 20** is a true and correct copy of excerpts from the transcript of Robert Steele's June 11, 2015 deposition.

22. Attached hereto as **Roberts Exhibit 21** is a true and correct copy of excerpts from the transcript of Jason Zabek's June 2, 2015 deposition.

23. Attached hereto as **Roberts Exhibit 22** is a true and correct copy of excerpts from the transcript of Christopher Sabec's August 21, 2015 deposition.

24. Attached hereto as **Roberts Exhibit 23** is a true and correct copy of Cox's Response to Plaintiffs' Fourth Set of Interrogatories, served April 23, 2015.

25. Attached hereto as **Roberts Exhibit 24** is a true and correct copy of Cox's first Corrected Supplemental Response to Plaintiffs' Fourth Set of Interrogatories, served May 26, 2015.

26. Attached hereto as **Roberts Exhibit 25** is a true and correct copy of Cox's second Supplemental Response to Plaintiffs' Fourth Set of Interrogatories, served June 1, 2015.

27. Attached hereto as **Roberts Exhibit 26** is a true and correct copy of excerpts from the July 17, 2015 Hearing.

28. Attached hereto as **Roberts Exhibit 27** is a true and correct copy of Cox's Response to Plaintiffs' Sixth Set of Interrogatories, served August 13, 2015.

29. Attached hereto as **Roberts Exhibit 28** is a true and correct copy of Cox's Fourth Supplemental Response to Plaintiffs' Fourth Set of Interrogatories, served August 24, 2015.

30. Attached hereto as **Roberts Exhibit 29** is a true and correct copy of a document produced by Cox in this litigation as COX_BMG00207833.

31. Attached hereto as **Roberts Exhibit 30** is a true and correct copy of a document produced by Cox in this litigation as COX_BMG00207420-207423.

32. Attached hereto as **Roberts Exhibit 31** is a true and correct copy of a document produced by Cox in this litigation as COX_BMG00207705.

33. Attached hereto as **Roberts Exhibit 32** is a true and correct copy of a document produced by Cox in this litigation as COX_BMG00210346.

34. Attached hereto as **Roberts Exhibit 33** is a true and correct copy of a document produced by Cox in this litigation as COX_BMG00207811.

35. Attached hereto as **Roberts Exhibit 34** is a true and correct copy of Cox's Response to Plaintiffs' Second Set of Interrogatories, served March 16, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2015 at Washington, D.C.

/s/ Stephanie L. Roberts
Stephanie L. Roberts
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 6, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

William J. Dinkin
Bill.dinkin@gmail.com

            /s/  Jeremy D. Engle
            Jeremy D. Engle (VSB No. 72919)
            jengle@steptoe.com
            STEPTOE & JOHNSON, LLP
            1330 Connecticut Ave, NW
            Washington, DC 20036
            Tel.:  (202) 429-3000
            Fax:  (202) 429-3902