**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP </br></br> Plaintiffs, </br></br> v. </br></br> COX COMMUNICATIONS, INC., COXCOM, LLC </br> Defendants. | Case No. 1:14-cv-1611(LO/JFA) |

## NOTICE OF PLAINTIFFS' SUPPLEMENTAL JURY INSTRUCTIONS

PLEASE TAKE NOTICE that Plaintiffs hereby submit supplemental proposed jury instructions in light of the Court's Order on the parties' motions *in limine* (Dkt. 691). Plaintiffs supplement their Jury Instructions Nos. 4 and 29 to address the Courts' granting of Plaintiffs' Motion in Limine No. 10 to Preclude Defendants from Introducing Evidence or Argument Relating to Purported "Advice of Counsel." *See* Dkt. 691 (granting Dkt. 571). A copy of Plaintiffs' Proposed Jury Instructions with the supplemental material underlined is attached hereto.

November 30, 2015

Respectfully submitted,

/s/ Jeremy D. Engle
Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW

Washington, DC 20036
Tel.:  (202) 429-3000
Fax:  (202) 429-3902

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
1700 K Street, NW
Washington, DC 20006
202-540-7200

*Of Counsel*

Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
Elizabeth McKenzie (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel.:  (202) 429-3000
Fax:  (202) 429-3902

Michael O. Crain
Crain Law Group, LLC
The Bottleworks
297 Prince Avenue, Suite 24
Athens, Georgia  30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on November 30, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

       /s/ Jeremy D. Engle
       Jeremy D. Engle (VSB No. 72919)
       jengle@steptoe.com
       STEPTOE & JOHNSON, LLP
       1330 Connecticut Ave, NW
       Washington, DC 20036
       Tel.: (202) 429-3000
       Fax: (202) 429-3902