# CIVIL JURY TRIAL PROCEEDINGS
## (Day 1)

Date: December 2, 2015        Case No: 1:14cv01611

Before the Honorable: Liam O'Grady

Court Reporters: N. Linnell and J. Egal

Courtroom Deputy: D. Perkins

Preliminary matters: 9:50-10:08
Trial Commenced: 10:28-12:02
                 12:16-12:50
Lunch Recess: 12:50-1:59
              1:59-3:33
              3:55-5:57
Jury Excused: 5:30
Case Concluded: 5:57
Time in Court: 6 Hours

| PARTIES | COUNSEL |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, And ROUND HILL MUSIC LP  vs. | Walter Kelley |
| | Michael Allan |
| | Jeremy Engle |
| | William Pecau |
| | John Caracappa |
| | Jeffrey Theodore |
| | Roger Warin |
| COX COMMUNICATIONS, INC. COXCOM, LLC | Craig Reilly |
| | Jedediah Wakefield |
| | Andrew Bridges |
| | Guinevere Jobson |
| | Marcus Delgrado |
| | Brian Buckley |

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCES: PARTIES AND COUNSEL. THE JURY APPEARED AS SUMMONED AND SWORN ON VOIR DIRE. THE FOLLOWING JURORS WERE SWORN TO TRY THE ISSUE: Jury List provided to Jury Clerk

Preliminary matters heard and ruled on by the Court.

Rule on Witnesses [X] By: Court        Opening Statements Made [X]

Plaintiff Adduced Evidence.

Case continued to 12/03/15 at 9:00 a.m. for further trial by jury.

Court adjourned.