UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP, <br><br> Plaintiff, <br><br> v. <br><br> COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC, <br><br> Defendants. | Case No. 1:14-cv-1611 (LOG/JFA) |

**COX'S SUPPLEMENTAL BRIEFING REGARDING**
**EVIDENTIARY OBJECTIONS TO RIGHTSCORP NOTICES**

As the Court requested during proceedings on December 2, 2015, Cox respectfully submits further briefing on the issue of its evidentiary objections to Rightscorp's notices.

As the Court correctly observed, Rightscorp's notices to Cox on behalf of BMG are not evidence of "infringement"; they are accusations. But as BMG's opening statement and the start of Ms. Frederiksen-Cross's examination made clear, BMG now hopes to rely on Rightscorp notices to prove the truth of those mere accusations: that the accusations in the notices were true, and that there was "infringement." The notices are not competent evidence of that ultimate legal conclusion, and introducing them for that purpose violates the hearsay rule. Fed. R. Evid. 801(c) (hearsay is an out-of-court statement offered for the truth of the matter asserted).

BMG cannot overcome this objection with the business records exception under Rule 803(6). That Rightscorp chose to use computers to generate millions of emails with infringement accusations does not make those accusations reliable, nor does it make them a

record of "regularly conducted activity." Indeed, because Rightscorp sent these notices to demand settlement payments (and while planning to use them in this litigation) they lack the reliability that might otherwise accompany actual business records. *See Certain Underwriters at Lloyd's, London v. Sinkovich*, 232 F.3d 200, 205 (4th Cir. 2000) (noting that reports do not fall within the business records exception when prepared with knowledge that an incident could result in litigation).

Nor is it an excuse that some Rightscorp notices will likely be introduced for other purposes, such as showing that Rightscorp sent notices to Cox and that they included settlement demands. That the notices are admissible for *other* purposes does not solve the hearsay problem, because evidence can be hearsay when introduced for some purposes and non-hearsay for others. Fed. R. Evid. 801. The notices are not admissible to prove the proof of the statements they contain. Fed. R. Evid. 802.

A simple limiting instruction under Rule 105 can address this issue. Fed. R. Evid. 105 (the court, on timely request, must restrict evidence to its proper scope and instruct the jury accordingly.) Cox proposes the following limiting instruction:

> *During this case you will see documents and hear testimony about Rightscorp notices that make statements about "infringement." However, those notices are not evidence of infringement. Before you deliberate, I will instruct you on the legal elements you should consider in determining whether or not infringement occurred.*

Dated: December 3, 2015                                Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-5355
E-MAIL: craig.reilly@ccreillylaw.com

*Counsel for Defendants*

*Of Counsel for Defendants*

Andrew P. Bridges (*pro hac vice*)
David L. Hayes (*pro hac vice*)
Jedediah Wakefield (*pro hac vice)*
Guinevere L. Jobson (*pro hac vice*)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350
Email: abridges@fenwick.com
gjobson@fenwick.com

Brian D. Buckley (*pro hac vice)*
Fenwick & West LLP
1191 2nd Avenue, 10th Floor
Seattle, WA 98101
Tel: (206) 389-4510
Fax: (206) 389-4511
Email: bbuckley@fenwick.com

Armen N. Nercessian (*pro hac vice*)
Ronnie Solomon (*pro hac vice*)
Ciara Mittan (*pro hac vice*)
Nicholas A. Plassaras (*pro hac vice*)
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200
Email: anercessian@fenwick.com
rsolomon@fenwick.com
cmittan@fenwick.com
nplassaras@fenwick.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 3, 2015, the foregoing document was filed and served electronically by the Court's CM/ECF system upon all registered users:

            /s/ Craig C. Reilly
            Craig C. Reilly, Esq. (VSB # 20942)
            111 Oronoco Street
            Alexandria, Virginia 22314
            TEL: (703) 549-5354
            FAX: (703) 549-5355
            E-MAIL: craig.reilly@ccreillylaw.com

            *Counsel for Defendants*