
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., and COXCOM, LLC, <br><br> Defendants. | Civil No. 1:14-cv-1611 <br><br> Hon. Liam O'Grady |

## ORDER

Before the Court are Plaintiff's Motion to Strike Defendants' Untimely Supplemental Exhibit List (Dkt. No. 697) and Defendants' Motion to Quash (Dkt. No. 685). On December 1, 2015, the Court heard argument on both motions. For the reasons stated in open court, it is hereby **ORDERED** that:

1. The Motion to Strike is **GRANTED** with the understanding that any exhibits previously identified by Defendants that appear on the supplemental exhibit list will be admitted under the original exhibit list.

2. The Motion to Quash is **DENIED**.

December 4, 2015
Alexandria, Virginia

/s/ 
Liam O'Grady
United States District Judge