# CIVIL JURY TRIAL PROCEEDINGS
## (Day 5)

Date: December 8, 2015     Case No: 1:14cv01611     Trial Commenced: 9:05-11:08
                                                                     11:31-12:43
Before the Honorable: Liam O'Grady     Lunch Recess: 12:43-1:50
                                                     1:50-3:37
                                                     4:03-5:30
Court Reporters: N. Linnell & A. Thomson     Jury Excused: 5:10
                                             Case Concluded: 5:30
                                             Time in Court: 6 Hours 29 Minutes
Courtroom Deputy: D. Perkins

| PARTIES | COUNSEL |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, And ROUND HILL MUSIC LP | Walter Kelley |
|  | Michael Allan |
|  | Jeremy Engle |
| vs. | William Pecau |
|  | John Caracappa |
|  | Jeffrey Theodore |
|  | Roger Warin |
|  |  |
| COX COMMUNICATIONS, INC. COXCOM, LLC | Craig Reilly |
|  | Jedediah Wakefield |
|  | Andrew Bridges |
|  | Guinevere Jobson |
|  | Marcus Delgrado |
|  | Brian Buckley |

THIS CASE CAME ON FOR FURTHER TRIAL BY JURY.  APPEARANCES: PARTIES AND COUNSEL.

Preliminary matters heard and ruled on by the Court.

Plaintiff Continued to Adduce Evidence and Rested.

Jury excused to return on 12/09/15 at 9:00 a.m. for further trial by jury.

Defendant's motion for Judgment as a Matter of Law (JMOL) – argued and denied.

Court adjourned.