# CIVIL JURY TRIAL PROCEEDINGS
## (Day 8)

Date: December 11, 2015   Case No: 1:14cv01611   Trial Commenced: 11:19-12:59
Before the Honorable: Liam O'Grady   Lunch Recess: 12:59-2:04
                                                      2:04-3:50
                                                      4:06-5:30
Court Reporters: N. Linnell & A. Thomson   Jury Excused: 5:27
                                           Case Concluded: 5:30
                                           Time in Court: 4 Hours 50 Minutes

Courtroom Deputy: D. Perkins

| PARTIES | COUNSEL |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, And ROUND HILL MUSIC LP  vs. | Walter Kelley |
| | Michael Allan |
| | Jeremy Engle |
| | William Pecau |
| | John Caracappa |
| | Jeffrey Theodore |
| | Roger Warin |
| COX COMMUNICATIONS, INC. COXCOM, LLC | Craig Reilly |
| | Jedediah Wakefield |
| | Andrew Bridges |
| | Guinevere Jobson |
| | Marcus Delgrado |
| | Brian Buckley |

THIS CASE CAME ON FOR FURTHER TRIAL BY JURY.   APPEARANCES: PARTIES AND COUNSEL.

Preliminary matters heard and ruled on by the Court.

Defendant continued to adduce evidence and rested.
Jury excused to return on 12/15/15 at 9:00 a.m. for further trial by jury.
Court adjourned.