**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **BMG RIGHTS MANAGEMENT (US) LLC** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**COX COMMUNICATIONS, INC. and COXCOM, LLC** )<br>)<br>Defendants. )<br>) | Case No. 1:14-cv-1611(LO/JFA) |

**PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

Plaintiff BMG Rights Management (US) LLC hereby moves for an order to granting *Motion for Judgment as a Matter of Law* under Fed. R. Civ. P. 50(a).

Wherefore, Plaintiff respectfully requests that the Court grant its motion.

December 14, 2015

Respectfully submitted,

/s/ *Jeremy D. Engle*

Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP

1

1700 K Street, NW
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202) 540-7201


*Of Counsel*
Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Roger E. Warin (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Michael O. Crain
Crain Law Group, LLC
The Bottleworks
297 Prince Avenue, Suite 24
Athens, Georgia  30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 14, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

             /s/ *Jeremy D. Engle*
             Jeremy D. Engle (VSB No. 72919)
             jengle@steptoe.com
             STEPTOE & JOHNSON, LLP
             1330 Connecticut Ave, NW
             Washington, DC 20036
             Tel.:  (202) 429-3000
             Fax:  (202) 429-3902