UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP<br><br>       Plaintiffs,<br><br>  v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC<br>       Defendants. | Case No.  1:14-cv-1611(LO/JFA) |

**[Plaintiffs' Proposed] Verdict Form**

We the jury, in the above captioned action, answer the questions submitted to us as follows:

**Question 1:  Direct Infringement:**

      Did BMG prove by a preponderance of the evidence that users of Cox's internet service used that service to infringe BMG copyrighted works?

*Answer*:    Yes _____        No_____

*If you answered yes to Question 1, you should proceed to Questions 2 and 3.*


**Question 2:  Contributory Infringement:**

      Did BMG prove by a preponderance of the evidence that Cox is liable for contributory infringement of BMG copyrighted works?

*Answer*:    Yes _____        No_____

*Please proceed to question 3.*

**Question 3: Vicarious Liability:**

      Did BMG prove by a preponderance of the evidence that Cox has vicarious liability for infringement of BMG copyrighted works?

*Answer*:    Yes _____           No_____

*If you answered yes to either question 2 or question 3, you should proceed to Questions 4 and 5.*

**Question 4: Willfulness:**

      Did BMG prove by a preponderance of the evidence that Cox's conduct was willful?

*Answer*:    Yes _____           No_____

**Question 5: Damages:**

      What is the total amount of statutory damages that you award to BMG?

*Amount*: $_____   Not more than $209,550,000 (1,397 BMG copyrighted works x $150,000)

*Please sign and return the verdict form*

December 14, 2015

          Respectfully submitted,

          /s/ *Jeremy D. Engle*

Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
Paul Gennari (VSB No. 46890)
pgennari@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Walter D. Kelley, Jr. (VSB No. 21622)
HAUSFELD, LLP
1700 K Street, NW
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202) 540-7201

*Of Counsel*
Michael J. Allan (admitted *pro hac vice*)
William G. Pecau (admitted *pro hac vice*)
John M. Caracappa (admitted *pro hac vice*)
Roger E. Warin (admitted *pro hac vice*)
Jeffrey M. Theodore (admitted *pro hac vice*)
Stephanie L. Roberts (admitted *pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902

Michael O. Crain
Crain Law Group, LLC
The Bottleworks
297 Prince Avenue, Suite 24
Athens, Georgia 30601
Tel. (706) 548-0970
Fax: (706) 369-8869

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2015, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com

/s/ *Jeremy D. Engle*
Jeremy D. Engle (VSB No. 72919)
jengle@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax: (202) 429-3902