## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **BMG RIGHTS MANAGEMENT** | ) | |
| **(US) LLC** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  1:14-cv-1611(LO/JFA) |
| | ) | |
| **COX COMMUNICATIONS, INC. and** | ) | |
| **COXCOM, LLC** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW

Upon consideration of BMG Rights Management (US) LLC's *Motion for Judgment as a Matter of Law*, the Court grants the motion. Plaintiff's motion is GRANTED.

SO ORDERED this __ day of _____, 2015.

_____
Judge for the Eastern District of Virginia