# CIVIL JURY TRIAL PROCEEDINGS
## (Day 9)

Date: December 15, 2015    Case No: 1:14cv01611    Trial Commenced: 8:53-9:30
                                                                                                             9:37-11:35
                                                                                                             11:52 – 12:36

Before the Honorable: Liam O'Grady    Lunch Recess: 12:36-2:31
                                                                                                                              2:31-4:33
                                                                                                                              4:56-6:25

Court Reporters: N. Linnell & A. Thomson    Jury Excused: 5:00
                                                                                     Case Concluded: 6:25
                                                                                     Time in Court: 6 Hours 50 Minutes

Courtroom Deputy: D. Perkins

| PARTIES | COUNSEL |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, And ROUND HILL MUSIC LP<br><br>vs. | Walter Kelley<br>Michael Allan<br>Jeremy Engle<br>William Pecau<br>John Caracappa<br>Jeffrey Theodore<br>Roger Warin |
| COX COMMUNICATIONS, INC.<br>COXCOM, LLC | Craig Reilly<br>Jedediah Wakefield<br>Andrew Bridges<br>Guinevere Jobson<br>Marcus Delgrado<br>Brian Buckley |

THIS CASE CAME ON FOR FURTHER TRIAL BY JURY. APPEARANCES: PARTIES AND COUNSEL.

Preliminary matters heard and ruled on by the Court.

Jury appeared as previous. Rebuttal witnesses called by plaintiff. Plaintiff rests.

Jury excused to return on 12/16/15 at 9:00 a.m. for further trial by jury.

Instruction conference.

Defendant's Judgment as a Matter of Law (JMOL) argued and denied.

Plaintiff's R.50 motion renewed and the court ruled the case will go to the jury.

Court adjourned.