UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMG RIGHTS MANAGEMENT (US) LLC, et al., )
        *Plaintiffs*,

v.      No. 1:14cv1611 (LO / JFA)

COX ENTERPRISES, INC. et al.,
        *Defendants*.

## ORDER

UPON CONSIDERATION of Defendants' motion (Dkt. No. 730) pursuant to Local Civil Rule 5, for an order to seal the materials described and highlighted in yellow in Exhibit A (Dkt. No. 730-1) to Defendants' motion to seal, which constitute or discuss confidential business information belonging to third parties, Plaintiffs, or non-party Rightscorp, Inc., and finding that proper notice has been given, that sealing is warranted, and that no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal until further order of the Court.

ENTERED this 16 day of December 2015.

Alexandria, Virginia

                                     Liam O'Grady
                                     United States District Judge