## CIVIL JURY TRIAL PROCEEDINGS
### (Day 11)

Date: __December 17, 2015__   Case No: __1:14cv01611__

Jury returned: ____11:45____
Jury excused: ____11:50____

Before the Honorable: ___Liam O'Grady___

Court Reporters: __N. Linnell__

Case Concluded: ____11:55____
Time in Court: __10 Minutes__

Courtroom Deputy: _D. Perkins_

| PARTIES | COUNSEL |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, And ROUND HILL MUSIC LP<br><br>vs. | Walter Kelley<br>Michael Allan<br>Jeremy Engle<br>William Pecau<br>John Caracappa<br>Jeffrey Theodore<br>Roger Warin |
| COX COMMUNICATIONS, INC.<br>COXCOM, LLC | Craig Reilly<br>Jedediah Wakefield<br>Andrew Bridges<br>Guinevere Jobson<br>Marcus Delgrado<br>Brian Buckley |

THIS CASE CAME ON FOR FURTHER TRIAL BY JURY.   APPEARANCES: PARTIES AND COUNSEL.

Jury continued their deliberations and returned to the courtroom with a Verdict for Plaintiff.   Jury polled and excused.

Jury Verdict filed in open court.

Counsel to confer and submit a schedule for filing post-trial motions.

Court adjourned.