FILED IN OPEN COURT
DEC 17 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMG RIGHTS MANAGEMENT (US) LLC,

    Plaintiff,

v.

COX COMMUNICATIONS, INC., and COXCOM, LLC,

    Defendants.

Case No. 1:14-cv-1611(LO/JFA)

### Verdict Form

We the jury, in the above captioned action, answer the questions submitted to us as follows:

**Question 1: Direct Infringement:**

Did BMG prove by a preponderance of the evidence that users of Cox's internet service used that service to infringe BMG copyrighted works?

*Answer*: Yes __X__    No _____

*If you answered yes to Question 1, you should proceed to Questions 2 and 3.*

**Question 2: Contributory Infringement:**

Did BMG prove by a preponderance of the evidence that Cox is liable for contributory infringement of BMG copyrighted works?

*Answer*: Yes __X__    No _____

*Please proceed to question 3.*

**Question 3: Vicarious Liability:**

>Did BMG prove by a preponderance of the evidence that Cox has vicarious liability for infringement of BMG copyrighted works?

*Answer*: Yes _____ No __X__

*If you answered yes to either question 2 or question 3, you should proceed to Questions 4 and 5.*

**Question 4: Willfulness:**

>Did BMG prove by a preponderance of the evidence that Cox's conduct was willful?

*Answer*: Yes __X__ No _____

**Question 5: Damages:**

>What is the total amount of statutory damages that you award to BMG?

*Amount*: $ 25,000,000

*Please sign and return the verdict form.*