IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, | )<br>)<br>) |
| Plaintiff, | ) Civil No. 1:14-cv-1611<br>)<br>) Hon. Liam O'Grady |
| v. | )<br>) |
| COX COMMUNICATIONS, INC., and COXCOM, LLC, | )<br>)<br>) |
| Defendants. | )<br>) |

### ORDER

For the reasons stated in open court, plaintiff's Motion for Judgment as a Matter of Law (Dkt. No. 737) is DENIED.

SO ORDERED.

December 17, 2015
Alexandria, Virginia

/s/ LOG
Liam O'Grady
United States District Judge