**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP, <br><br>   Plaintiff, <br><br> v. <br><br> COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC, <br><br>   Defendants. | Case No. 1:14-cv-1611 (LOG/JFA) |

**COX'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF
LAW, OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**

Pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") respectfully move this Court to enter an order granting judgment as a matter of law in favor of Cox. In the alternative, pursuant to Rule 50(b) and 59, Cox respectfully moves this Court to enter an order granting a new trial. Cox states the specific grounds for the motion in the accompanying Memorandum in Support of Renewed Motion for Judgment as a Matter of Law, or, in the Alternative, Motion for a New Trial.

Respectfully submitted,

Dated: January 26, 2016

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, VA 22314
Tel: (703) 549-5354
Fax: (703) 549-5355
Email: craig.reilly@ccreillylaw.com

*Counsel for Defendants*

*Of Counsel for Defendants*

Andrew P. Bridges (*pro hac vice*)
David L. Hayes (*pro hac vice*)
Jedediah Wakefield (*pro hac vice*)
Guinevere L. Jobson (*pro hac vice*)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350
Email:  abridges@fenwick.com
        dhayes@fenwick.com
        jwakefield@fenwick.com
        gjobson@fenwick.com

Brian D. Buckley (*pro hac vice*)
Fenwick & West LLP
1191 2nd Avenue, 10th Floor
Seattle, WA 98101
Tel: (206) 389-4510
Fax: (206) 389-4511
Email:  bbuckley@fenwick.com

Armen N. Nercessian (*pro hac vice*)
Ronnie Solomon (*pro hac vice*)
Ciara Mittan (*pro hac vice*)
Nicholas A. Plassaras (*pro hac vice*)
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200
Email:  anercessian@fenwick.com
        rsolomon@fenwick.com
        cmittan@fenwick.com
        nplassaras@fenwick.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2016, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, VA  22314
Tel:  703-549-5354
Fax:  (703) 549-5355
Email:  craig.reilly@ccreillylaw.com

*Counsel for Defendants*