IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, | )<br>)<br>) |
| *Plaintiff,* | )<br>) Civil No. 1:14-cv-1611<br>)<br>) Hon. Liam O'Grady |
| v. | ) |
| COX COMMUNICATIONS, INC., and COXCOM, LLC, | )<br>)<br>) |
| *Defendants.* | )<br>) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Cox Communications, Inc. and CoxCom, LLC's Renewed Motion for Judgment as a Matter of Law, or, in the Alternative for a New Trial (Dkt. No. 760) is **DENIED**.

It is further **ORDERED** that BMG Rights Management (US) LLC's Renewed Motion for Judgment as a Matter of Law (Dkt. No. 759) and Motion for a Permanent Injunction (Dkt. No. 765) are **DENIED**.

It is further **ORDERED** that the Clerk is **DIRECTED** to enter judgment pursuant to Rule 58(b)(2), Fed. R. Civ. P., in accordance with the jury verdict and in favor of BMG Rights Management (US) LLC in the amount of $25,000,000.00.

It is **SO ORDERED**.

August 8, 2016
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge