# EXHIBIT 2

**[DOCUMENT REDACTED]**

**HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO
PROTECTIVE ORDER**

*BMG RIGHTS MANAGEMENT (US) LLC, ET AL. V. COX ENTERPRISES,
INC., ET AL.*, **CIVIL ACTION NO. 1:14-CV-1611 (LOG/JFA), IN THE U.S.
DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**