UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC,  )<br>)<br>*Plaintiff,*  )<br>)<br>v.  )<br>)<br>COX COMMUNICATIONS, INC. *et al.*,  )<br>)<br>*Defendants.*  )<br>) | No. 1:14cv1611 (LO / JFA) |

## ORDER

This matter is before the Court on the consent motion made by Defendants pursuant to Rule 62(d) for entry of an order approving the form and amount of the supersedeas bond. Upon consideration whereof, and there being no opposition thereto, it is hereby

**ORDERED** that the motion is **GRANTED**, the bond form and bond amount ($25,255,650.25) are approved, and the Court's judgments (Dkt. Nos. 796 & 880) shall be stayed upon the filing of the duly executed bond.

ENTERED this 18th day of July 2017.

Alexandria, Virginia

Liam O'Grady
United States District Judge