## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| COX ENTERPRISES, INC, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

Civil No. 1:14-cv-1611

Hon. Liam O'Grady

### ORDER

The judgment of the United States Court of Appeals for the Fourth Circuit, entered on February 1, 2018, took effect on March 7, 2018. *See* Dkt. 896. The parties are therefore ordered to appear before this Court on <u>April 27, 2018 at 10:00am</u> for a status conference, and to determine a new trial date.

It is **SO ORDERED.**

April 5 2018
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge