## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*,<br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>COX COMMUNICATIONS, INC, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil No. 1:14-cv-1611 (LO / JFA) |

## DEFENDANTS' MOTION TO RECONSIDER THE COURT'S ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 3

Defendants respectfully move this Court to reconsider its previous order granting Plaintiff's Motion *in Limine* No. 3, which prohibited Cox and its experts from referring to the Copyright Alert System ("CAS") and the practices of other internet service providers ("ISPs") as evidence of how the industry responds to copyright infringement notices.  (Dkt. No. 691). Defendants state the specific grounds for their motion in their accompanying Memorandum of Law in Support of Defendants' Motion to Reconsider the Court's Order Granting Plaintiffs' Motion *in Limine* No. 3.

Dated: July 20, 2018

Respectfully submitted,

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

MICHAEL S. ELKIN (*pro hac vice*)
THOMAS PATRICK LANE (*pro hac vice*)
SETH E. SPITZER (*pro hac vice*)
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sspitzer@winston.com

JENNIFER A. GOLINVEAUX (*pro hac vice*)
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
(415) 591-1000
Email: jgolinveaux@winston.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 20, 2018, a copy of the foregoing **Defendants' Motion to**

**Reconsider the Court's Order Granting Plaintiffs' Motion** *in Limine* **No. 3** was filed

electronically with the Clerk of Court using the ECF system which will send notifications to ECF

participants.

<p style="margin-left: 50%;">/s/ Thomas M. Buchanan<br>
Thomas M. Buchanan (VSB No. 21530)<br>
1700 K Street, N.W.<br>
Washington, D.C. 20006-3817<br>
Tel: (202) 282-5787<br>
Fax: (202) 282-5100<br>
Email: tbuchana@winston.com</p>

<p style="margin-left: 50%;"><em>Attorney for Cox Communications, Inc. and<br>
CoxCom, LLC</em></p>