UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC, *et al.*,<br><br>　　　　　　　*Defendants*. | Civil No. 1:14-cv-1611 (LO/JFA) |

**DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND TESTIMONY AS TO CERTAIN INTERNAL COX EMAILS AND COMMUNICATIONS CONCERNING COX'S TERMINATION POLICIES AND TREATMENT OF ALLEGED INFRINGERS**

　　Defendants respectfully move this Court to enter an order precluding Plaintiffs from offering evidence and testimony as to certain internal Cox emails and communications concerning (a) Cox's termination policies, (b) Cox's treatment of alleged infringers, and (c) certain opinions expressed by Cox employees concerning Rightscorp and/or the DMCA.

　　Defendants state the specific grounds for their motion in Defendants' accompanying Memorandum of Law in Support of Defendants' Motion *in Limine* to Preclude Evidence and Testimony as to Certain Internal Cox Emails and Communications Concerning Cox's Termination Policies and Treatment of Alleged Infringers.

Dated: July 20, 2018

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Thomas M. Buchanan
　　　　　　　　　　　　　　　　　　　Thomas M. Buchanan (VSB No. 21530)
　　　　　　　　　　　　　　　　　　　1700 K Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-3817
　　　　　　　　　　　　　　　　　　　Tel: (202) 282-5787
　　　　　　　　　　　　　　　　　　　Fax: (202) 282-5100
　　　　　　　　　　　　　　　　　　　Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

MICHAEL S. ELKIN (*pro hac vice*)
THOMAS PATRICK LANE (*pro hac vice*)
SETH E. SPITZER (*pro hac vice*)
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sspitzer@winston.com

JENNIFER A. GOLINVEAUX (*pro hac vice*)
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
(415) 591-1000
Email: jgolinveaux@winston.com

-3-

## CERTIFICATE OF SERVICE

I certify that on July 20, 2018, a copy of the foregoing **Defendants' Motion *in Limine* to Preclude Evidence and Testimony as to Certain Internal Cox Emails and Communications Concerning Cox's Termination Policies and Treatment of Alleged Infringers** was filed electronically with the Clerk of Court using the ECF system which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*