# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC, *et al.*,<br><br>  Defendants. | Civil No. 1:14-cv-1611 (LO / JFA) |

## DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF'S COUNSEL FROM MAKING ARGUMENTATIVE AND INFLAMMATORY STATEMENTS AND LEGAL CONCLUSIONS DURING OPENING STATEMENTS

Defendants respectfully move this Court to preclude Plaintiff's counsel from making argumentative and inflammatory statements and legal conclusions during its opening statement. Defendants state the specific grounds for their motion in their accompanying Memorandum of Law in Support of Their Motion *in Limine* to Preclude Plaintiff's Counsel from Making Argumentative and Inflammatory Statements and Legal Conclusions During Opening Statements.

Dated: July 20, 2018

Respectfully submitted,

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

MICHAEL S. ELKIN (*pro hac vice*)
THOMAS PATRICK LANE (*pro hac vice*)
SETH E. SPITZER (*pro hac vice*)
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sspitzer@winston.com

JENNIFER A. GOLINVEAUX (*pro hac vice*)
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
(415) 591-1000
Email: jgolinveaux@winston.com

-3-

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2018, a copy of the foregoing **Defendants' Motion *in Limine* to Preclude Plaintiff's Counsel from Making Argumentative and Inflammatory Statements and Legal Conclusions During Opening Statements** was filed electronically with the Clerk of Court using the ECF system which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*