UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>COX COMMUNICATIONS, INC, *et al.*,<br><br>          *Defendants*. | Civil No. 1:14-cv-1611 (LO / JFA) |

**ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF'S COUNSEL FROM MAKING ARGUMENTATIVE AND INFLAMMATORY STATEMENTS AND LEGAL CONCLUSIONS DURING OPENING STATEMENTS**

Before this Court is the Motion *in Limine* of Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") to Preclude Plaintiff's Counsel from Making Argumentative and Inflammatory Statements and Legal Conclusions During Opening Statements. After considering this motion and the related filings, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED.

Counsel for BMG shall be precluded from referring to the alleged conduct as "stealing," "illegal conduct," "unlawful conduct," and "illegal infringement," or that Cox "aided and abetted" in any of this alleged behavior. BMG shall instead refer to the alleged conduct as an "alleged violation of the Copyright laws," "alleged infringement of BMG's Copyright rights," or something similar. Separately, counsel for BMG is precluded from making the type of argumentative and inflammatory statements, including legal argument, that Cox outlines in its motion.

1

ENTERED this _____ of July, 2018.

Alexandria, Virginia                              _____
                                                                                            The Honorable Liam O'Grady
                                                                                            United States District Judge
                                                                                            Eastern District of Virginia