UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC and ROUND HILL MUSIC LP<br><br>      Plaintiffs,<br><br>      v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC<br><br>      Defendants. | Case No. 1:14-cv-1611(LO/JFA) |

**PLAINTIFFS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE
IRRELEVANT INFORMATION ABOUT RIGHTSCORP'S
<u>ALLEGED SPOLIATION OF ITS SOURCE CODE</u>**

Pursuant to Federal Rules of Evidence 402 and 403, BMG Rights Management (US) LLC ("BMG") hereby moves for an order prohibiting Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox" or "Defendants") from referencing any alleged spoliation of Rightscorp's source code. An accompanying memorandum of law has been filed in support of this motion.

For the reasons set forth in the accompanying Memorandum in Support, the Court should grant the Motion.

**Local Rule 7(E) Meet and Confer Statement**

On July 18, 2018, BMG and Cox met and conferred and were unable to agree on the issues raised in this motion. Accordingly, the parties need the Court's intervention.

July 20, 2018

        Respectfully submitted,

        */s/ Scott Richey*
        Scott Richey (VSB No. 83313)
        SRichey@steptoe.com
        STEPTOE & JOHNSON, LLP
        1330 Connecticut Ave, NW
        Washington, DC 20036
        Tel.: (202) 429-3000
        Fax: (202) 429-3902

        Walter D. Kelley, Jr. (VSB No. 21622)
        HAUSFELD, LLP
        1700 K Street, NW
        Washington, DC 20006
        202-540-7200

        *Of Counsel*

        Michael J. Allan (admitted *pro hac vice*)
        William G. Pecau (admitted *pro hac vice*)
        John M. Caracappa (admitted *pro hac vice*)
        Jeffrey M. Theodore (admitted *pro hac vice*)
        Stephanie L. Roberts (admitted *pro hac vice*)
        STEPTOE & JOHNSON, LLP
        1330 Connecticut Avenue, NW
        Washington, DC 20036
        Tel.: (202) 429-3000
        Fax: (202) 429-3902

        Michael O. Crain
        Crain Law Group, LLC
        The Bottleworks
        297 Prince Avenue, Suite 24
        Athens, Georgia 30601
        Tel. (706) 548-0970
        Fax: (706) 369-8869


        *Counsel for BMG Rights Management (US) LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2018, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record:

Thomas Buchanan (VSB No. 21530)
tbuchanan@winston.com

                                                */s/ Scott Richey*
                                                Scott Richey (VSB No. 83313)
                                                SRichey@steptoe.com
                                                STEPTOE & JOHNSON, LLP
                                                1330 Connecticut Ave, NW
                                                Washington, DC 20036
                                                Tel.: (202) 429-3000
                                                Fax: (202) 429-3902