**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC, *et al.*,<br><br>　　　　　*Defendants*. | Civil No. 1:14-cv-1611 (LO/JFA) |

**DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND TESTIMONY CONCERNING PLAINTIFF'S VICARIOUS INFRINGEMENT CLAIM**

Defendants respectfully move this Court to preclude evidence and testimony concerning Plaintiff's vicarious infringement claim. Defendants state the specific grounds for their motion in their accompanying Memorandum of Law in Support of Defendants' Motion *in Limine* to Preclude Evidence and Testimony Concerning Plaintiff's Vicarious Infringement Claim.

Dated: July 25, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Thomas M. Buchanan
　　　　　　　　　　　　　　　　　　　　Thomas M. Buchanan (VSB No. 21530)
　　　　　　　　　　　　　　　　　　　　1700 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-3817
　　　　　　　　　　　　　　　　　　　　Tel: (202) 282-5787
　　　　　　　　　　　　　　　　　　　　Fax: (202) 282-5100
　　　　　　　　　　　　　　　　　　　　Email: tbuchana@winston.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

MICHAEL S. ELKIN (*pro hac vice*)
THOMAS PATRICK LANE (*pro hac vice*)
SETH E. SPITZER (*pro hac vice*)
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sspitzer@winston.com

JENNIFER A. GOLINVEAUX (*pro hac vice*)
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
(415) 591-1000
Email: jgolinveaux@winston.com

## CERTIFICATE OF SERVICE

I certify that on July 25, 2018, a copy of the foregoing DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND TESTIMONY CONCERNING PLAINTIFF'S VICARIOUS INFRINGEMENT CLAIM was filed electronically with the Clerk of Court using the ECF system which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*