# EXHIBIT F

## *BMG v. Cox*, USDC, EDVA, Case No. 14-1611
## Cox's 30(b)(6) Designees by Topic
## Identified in May 8, 2015 Notice

| TOPIC NO. | TOPIC | DESIGNEE |
|---|---|---|
| 1 | "The process by which Cox's documents were collected, reviewed and produced in response to plaintiffs' requests for the production of documents, including without limitation the selection of document custodians and the keywords for searching electronic documents." | Stephanie Allen-Wang |
| 2 | "The process by which the answers to plaintiffs' interrogatories were researched and prepared by Cox." | Various |
| 3 | "Market studies, metrics, reports and/or consumer research concerning how Cox's Customers or potential Customers use or want to use the internet, and which usage categories are important to them." | Sidd Negretti |
| 4 | – "Market studies, metrics, reports and/or consumer research concerning the benefits and attributes Cox's Customers or potential Customers wish to receive from using the internet." | Sidd Negretti |
| 5 | "The number of customers that use Cox's internet services, and the categories or classifications in which Cox groups its Customers." | Linda Trickey |
| 6 | "The volume of BitTorrent traffic and/or usage occurring on the Cox internet network." | Matt Carothers |
| 7 | "Cox's network management and monitoring capabilities, including the mechanisms by which Cox monitors the internet usage and history of its Customers." | Linda Trickey |
| 8 | "Cox's policies and/or procedures for managing internet traffic and the classification of internet traffic on Cox's network." | Linda Trickey |

| TOPIC NO. | TOPIC | DESIGNEE |
|---|---|---|
| 9 | "Average revenues per user for Cox's service by the type of service offered, e.g., TV, internet, and voice and the reasons for differences in revenue by type of service." | Sandy Mencher |
| 10 | "Cox's policies and/or procedures for reviewing, receiving, and handling Infringement Notices and the identity of the Cox officers, directors, employees, or agents involved in developing and implementing such policies and/or procedures." | Matt Carothers |
| 11 | "Cox's policies and/or procedures for notifying Cox's Customers of Infringement Notices and the identity of the Cox officers, directors, employees, or agents involved in developing and implementing such policies and/or procedures." | Matt Carothers |
| 12 | "Cox's Repeat Infringer Policy, including any other policies and/or procedures concerning repeat infringers, and the identity of the Cox officers, directors, employees, or agents involved in developing and implementing such policies and/or procedures." | Randy Cadenhead |
| 13 | "Actions that Cox has taken or considered taking against its Customers who have been the subject of Infringement Notices, the bases and requirements for taking any such actions, whether such actions have changed over time, the frequency with which such actions are taken, and the identity of the Cox officers, directors, employees, or agents involved in developing and implementing such actions or potential actions." | Matt Carothers |
| 14 | "Actions that Cox has taken or considered taking against its Customers who have been the subject of Infringement Notices sent by Rightscorp, the basis and requirements for taking any such actions, whether such actions have changed over time, the frequency with which such actions are taken, and the identity of the Cox officers, directors, employees, or agents involved in developing and implementing such actions or potential actions." | Matt Carothers |

| TOPIC NO. | TOPIC | DESIGNEE |
|---|---|---|
| 15 | "Cox's requirements for accepting Infringement Notices, whether the requirements have changed, and who was involved in determining or changing the requirements." | Randy Cadenhead |
| 16 | "Communications, studies, investigations, memoranda, and reports concerning the effect, results, or impact of actions Cox has taken in response to Infringement Notices." | Matt Carothers |
| 17 | "The Copyright Alert System, Cox's decision not to join or implement the Copyright Alert System, and the identity of the Cox officers, directors, employees, or agents involved in Cox's decision not to join or implement the Copyright Alert System." | Randy Cadenhead |
| 18 | "Cox's process for assigning and re-assigning IP addresses to Cox's Customers and Cox's process for tracking the identity of the Customer associated with each IP address." | Brent Beck |
| 19 | "The value of a high speed internet Customer (both individually and as part of a triple play bundle to Cox) and the cost associated with cancelling or terminating a Customer's account." | Sandy Mencher |
| 20 | "The marketing, advertising and promotional efforts Cox utilizes to attract and/or retain Customers and the costs associated with such efforts." | Sidd Negretti |
| 21 | "Cox's efforts to market, promote and advertise faster download and upload speeds to its Customers, including marketing the ability to download and/or upload music faster, and the identity of the Cox officers, directors, employees, or agents involved in developing and implementing such advertising and the reasons therefor." | Sidd Negretti |
| 22 | "The average length of time that Cox retains Customers." | Sidd Negretti |
| 23 | "The various levels and tiers of internet services offered by Cox, data use limits associated with those | Sidd Negretti |

| TOPIC NO. | TOPIC | DESIGNEE |
|---|---|---|
| | tiers, the cost of such different levels or tiers of service, and Cox's efforts to move Customers into higher data use plans." | |
| 24 | "Actions that Cox has taken or considered taking against its Customers who have exceeded their data use limits, the frequency with which such actions are taken, and the identity of the Cox officers, directors, employees, or agents involved in developing and implementing such actions or potential actions." | Sidd Negretti |
| 25 | "Communications between Cox and its Customers concerning copyright infringement and/or Infringement Notices." | Matt Carothers |
| 26 | "Communications between Cox and Rightscorp, Inc." | Randy Cadenhead |
| 27 | "Communications between Cox and BMG Rights Management (US), LLC." | Matt Carothers |
| 28 | "Communications between Cox and Round Hill Music, LP." | Matt Carothers |
| 29 | "Communications, studies, investigations, memoranda, and reports at Cox concerning piracy or copyright infringement." | Matt Carothers |
| 30 | "Communications, studies, investigations, memoranda, and reports at Cox concerning the potential effects of Cox terminating its Customers' internet services in connection with copyright infringement." | Sidd Negretti |
| 31 | "Communications, studies, investigations, memoranda, and reports at Cox concerning the use of BitTorrent or Peer-to-Peer systems to infringe copyrights." | Sidd Negretti |
| 32 | "Cox's contracts with its Customers and/or terms of service for Internet Services, including any such terms of use or contractual provisions related to illegal filesharing and/or copyright infringement." | Linda Trickey |

| TOPIC NO. | TOPIC | DESIGNEE |
|---|---|---|
| 33 | "Cox's CATS system." | Brent Beck |
| 34 | "Cox's knowledge of or use of the Dashboard website provided by Rightscorp, including the identity of the person or persons with the IP address 98.190.210.2 that accessed Dashboard on March 11, 2014." | Brent Beck |
| 35 | "Cox knowledge of copyright infringement of music by its Customers using BitTorrent." | Matt Carothers |
| 36 | "The Cox Graduated Response, and the identity of the Cox officers, directors, employees, or agents involved in developing and implementing such policies and/or procedures." | Randy Cadenhead<br>Matt Carothers |
| 37 | "Cox's reliance on advice of counsel as set forth in Cox's May 19, 2015 supplemental response to Plaintiffs' Interrogatory No. 17 and the documents identified in that response." | |
| 38 | "Cox's responses to Plaintiffs' interrogatories." | |
| 39 | "Cox Customer Care's role concerning Infringement Notices." | |
| 40 | "Cox's employee training concerning Infringement Notices." | |