**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC, *et al.*,<br><br>*Defendants*. | Civil No. 1:14-cv-1611 (LO/JFA) |

**NON-PARTY ROGER VREDENBURG'S MOTION TO QUASH
<u>PLAINTIFF'S TRIAL SUBPOENA</u>**

Non-party Roger Vredenburg respectfully moves this Court to quash the Plaintiff's trial subpoena in the above-captioned case. Mr. Vredenburg states the specific grounds for his motion in the accompanying Memorandum of Law in Support of Non-Party Roger Vredenburg's Motion to Quash Plaintiff's Trial Subpoena.

Dated: August 3, 2018

Respectfully submitted,

<u>/s/ Thomas M. Buchanan</u>
Thomas M. Buchanan (VSB No. 21530)
Steffen N. Johnson (*pro hac vice*)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com
Email: sjohnson@winston.com

*Attorneys for Roger Vredenburg*

*Of Counsel for Roger Vredenburg*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Seth E. Spitzer (*pro hac vice*)
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sspitzer@winston.com

Michael L. Brody (*pro hac vice*)
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
Email: mbrody@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
(415) 591-1000
Email: jgolinveaux@winston.com

**CERTIFICATE OF SERVICE**

I certify that on August 3, 2018, a copy of the foregoing NON-PARTY ROGER VREDENBURG'S MOTION TO QUASH PLAINTIFF'S TRIAL SUBPOENA was filed electronically with the Clerk of Court using the ECF system which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Roger Vredenburg*