IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AUG 1 0 2018

BMG RIGHTS MANAGEMENT )
(US) LLC, *et al.*, )
)
Plaintiffs, )
)       Civil Action No. 1:14cv1611 (LO/JFA)
v. )
)
COX COMMUNICATIONS, INC., *et al.*, )
)
Defendants. )
)

## ORDER

On Friday, August 10, 2018, counsel for the parties and for non-party Roger Vredenburg

appeared before the court to present argument on the non-party's motion to quash plaintiffs' trial

subpoena (Docket no. 992).  Upon consideration of the motion, memorandum in support (Docket

nos. 993–94), opposition (Docket no. 996), and reply (Docket no. 999), and for the reasons stated

from the bench, it is hereby

ORDERED that non-party Roger Vredenburg's motion to quash is denied.

Entered this 10th day of August, 2018.

/s/

John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia