**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*,<br><br>                              *Plaintiffs*,<br><br>          v.<br><br>COX COMMUNICATIONS, INC, *et al.*,<br><br>                         *Defendants*. | Civil No. 1:14-cv-1611 (LO / JFA) |

## <u>COXS' PROPOSED VERDICT FORM</u>

Defendants Cox Communications, Inc. and Coxcom, LLC ("Cox"), pursuant to Federal

Rule of Civil Procedure 49(a), submit the following proposed verdict form. Cox reserves

the right to supplement this proposed verdict form in the event that issues arise during trial that

were not reasonably anticipated and for all other purposes contemplated by the Federal Rules of

Civil Procedure and the Local Rules.

## Verdict Form

We the jury, in the above captioned action, answer the questions submitted to us as follows:

**Question 1: Contributory Infringement:**

Did BMG prove by a preponderance of the evidence that Cox is liable for contributory infringement of BMG copyrighted works?

*Answer*:        Yes _____ No_____

*If you answered yes to Question 1, you should proceed to Questions 2 and 3.*


**Question 2: Willfulness:**

Did BMG prove by a preponderance of the evidence that Cox's conduct was willful?

*Answer:*        Yes _____ No_____


**Question 3: Damages:**

What is the total amount of statutory damages that you award to BMG?

*Amount*:        $_____ Please sign and return the verdict form

Dated: August 21, 2018

Respectfully submitted,

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
Steffen N. Johnson (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com
Email: sjohnson@winston.com

*Attorney for Cox Communications, Inc.
and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Seth E. Spitzer (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sspitzer@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
(415) 591-1000
Email: jgolinveaux@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
Email: mbrody@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, a copy of the foregoing Defendants' Proposed Verdict Form was filed electronically with the Clerk of Court using the ECF system which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC*