IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Civil Action No. 1:14cv1611 (LO/JFA) ) ) |
| COX COMMUNICATIONS, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

It appearing that the matter has been resolved and that no opposition has been filed to the pending motions to seal, it is hereby

ORDERED that the parties' motions to seal (Docket nos. 931, 965, 972, 985) are granted.

Entered this 24th day of August, 2018.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia